Case: **2:25−cv−02588**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **6/10/2025**
Description: **Warren v. Flyway Express, LLC et al**

1