UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MARY L. WARREN,            ) | |
| ) | |
| Plaintiff,      ) | |
| ) | Case No. 2:25-cv-02588-SHL-tmp |
| v.                         ) | |
| ) | Judge Sheryl H. Lipman |
| ) | |
| ) | Magistrate Judge Tu M. Pham |
| ) | |
| ) | Jury Demand |
| FLYWAY EXPRESS, LLC,       ) | |
| DHL EXPRESS (USA), INC. AND ) | |
| JOHN DOES 1-3,             ) | |
| ) | |
| Defendants. | |

### NOTICE OF SERVICE OF DEFENDANT FLYWAY EXPRESS, LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION

Defendant Flyway Express, LLC ("Flyway" or "this Defendant"), by and through counsel, hereby gives notice that on July 9, 2025, it served the following to counsel of record via email:

1. Defendant Flyway Express, LLC's Responses to Plaintiff's First Set of Requests for Admissions

2. Defendant Flyway Express, LLC's First Set of Interrogatories to Plaintiff

3. Defendant Flyway Express, LLC's First Set of Requests for Production of Documents to Plaintiff

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Peter C. Robison*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

                Caroline Montoya, BPR #41330
                40 S. Main Street, Suite 2900
                Memphis, Tennessee 38103
                (901) 525-8721
                cmontoya@lewisthomason.com

                *Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## CERTIFICATE OF SERVICE

 I hereby certify that on the 9th day of July 2025, a copy of the foregoing to the following via email:

Henry Reaves, III, Esq., (TN Bar #028348)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com

*Counsel for Plaintiff*

                */s/ Peter C. Robison*
                Peter C. Robison