IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| **MARY L. WARREN,** )<br> )<br>   Plaintiff, )<br> )<br> ) | Case No. 2:25-cv-02588-SHL-tmp |
| v. )<br> )<br> ) | Judge Sheryl H. Lipman |
| )<br> ) | Magistrate Judge Tu M. Pham |
| )<br> ) | Jury Demand |
| **FLYWAY EXPRESS, LLC,** )<br>**DHL EXPRESS (USA), INC. AND** )<br>**JOHN DOES 1-3,** )<br> )<br>   Defendants. ) | |

_____

**DEFENDANT DHL EXPRESS (USA), INC.'S**
**CORPORATE DISCLOSURE STATEMENT**
_____

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DHL Express (USA), Inc., by and through undersigned counsel, hereby provides the following information:

Defendant DHL Express (USA), Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

          Respectfully submitted:

          **LEWIS THOMASON, P.C.**

          *s/ Caroline Montoya*
          Peter C. Robison (#27498)
          424 Church Street, Suite 2500
          Nashville, TN 37219
          Phone: 615-259-1366
          probison@lewisthomason.com

Caroline Montoya (#41330)
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
(901) 525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on July 23, 2025, I electronically filed this document using the Court's ECF system, which will send notification of the filing to the following:

Henry Reaves, III, Esq., (#028348)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com

*Counsel for Plaintiff*

                                                    *s/ Caroline Montoya*
                                                    Caroline Montoya