# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY L. WARREN,          ) | |
|                          ) | |
|    Plaintiff,            ) | |
|                          ) | Case No. 2:25-cv-02588-SHL-tmp |
| v.                       ) | |
|                          ) | Judge Sheryl H. Lipman |
|                          ) | |
|                          ) | Magistrate Judge Tu M. Pham |
|                          ) | |
|                          ) | Jury Demand |
| FLYWAY EXPRESS, LLC,     ) | |
| DHL EXPRESS (USA), INC. AND ) | |
| JOHN DOES 1-3,           ) | |
|                          ) | |
|    Defendants.           ) | |

## DEFENDANT FLYWAY EXPRESS, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Flyway Express, LLC, by and through undersigned counsel, hereby provides the following information:

Defendant Flyway Express, LLC. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*s/ Caroline Montoya*
Peter C. Robison (#27498)
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

Caroline Montoya (#41330)

        40 S. Main Street, Suite 2900
        Memphis, Tennessee 38103
        (901) 525-8721
        cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## **CERTIFICATE OF SERVICE**

  I certify that on July 23, 2025, I electronically filed this document using the Court's ECF system, which will send notification of the filing to the following:

Henry Reaves, III, Esq., (#28348)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com

*Counsel for Plaintiff*

                *s/ Caroline Montoya*
                Caroline Montoya