# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY L. WARREN, | ) |
| Plaintiff, | ) |
| | ) Case No. 2:25-cv-02588-SHL-tmp |
| v. | ) |
| | ) Judge Sheryl H. Lipman |
| | ) |
| | ) Magistrate Judge Tu M. Pham |
| | ) |
| | ) Jury Demand |
| FLYWAY EXPRESS, LLC, | ) |
| DHL EXPRESS (USA), INC. AND | ) |
| JOHN DOES 1-3, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Caroline S. Montoya of Lewis Thomason, P.C., and enters her notice of appearance as to the Defendants DHL Express (USA), Inc. and Flyway Express, LLC. Peter C. Robison will remain as counsel of record.

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*s/ Caroline Montoya*
Peter C. Robison (#27498)
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

Caroline Montoya (#41330)
40 S. Main Street, Suite 2900

Memphis, Tennessee 38103
(901) 525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on July 23, 2025, I electronically filed this document using the Court's ECF system, which will send notification of the filing to the following:

Henry Reaves, III, Esq., (#028348)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com

*Counsel for Plaintiff*


                                        *s/ Caroline Montoya*
                                        Caroline Montoya