**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MARY L. WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:25-cv-02588-SHL-tmp** |
| **v.** | ) | |
| | ) | **Judge Sheryl H. Lipman** |
| | ) | |
| | ) | **Magistrate Judge Tu M. Pham** |
| | ) | |
| | ) | **Jury Demand** |
| **FLYWAY EXPRESS, LLC,** | ) | |
| **DHL EXPRESS (USA), INC. AND** | ) | |
| **JOHN DOES 1-3,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

COMES NOW attorney Theodore K. Cummins and enters this appearance and gives notice of his representation of Plaintiff in the above referenced matter and requests that he be entered as a counsel of record by the Clerk of the Court.

Respectfully submitted,

/s/ Theodore K. Cummins
Theodore K. Cummins (TN #024381)
**REAVES LAW FIRM PLLC**
2650 Thousand Oaks Blvd., Suite 3100
Memphis, TN 38118
Phone: (901) 417-7166
Fax: (901) 328-1352
Email: ted.cummins@beyourvoice.com
*Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that a true and correct copy of the foregoing *Notice of Appearance* is being served via CM/ECF, to all counsel of record for the above-referenced case.

So certified this 29th day of July, 2025.

<u>/s/ Theodore K. Cummins</u>
**Theodore K. Cummins**