UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MARY L. WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:25-cv-02588-SHL-tmp |
| v. ) | |
| ) | Judge Sheryl H. Lipman |
| ) | |
| ) | Magistrate Judge Tu M. Pham |
| ) | |
| ) | Jury Demand |
| FLYWAY EXPRESS, LLC, ) | |
| DHL EXPRESS (USA), INC. AND ) | |
| JOHN DOES 1-3, ) | |
| ) | |
| Defendants. | |

## AMENDED NOTICE OF SERVICE OF DEFENDANT FLYWAY EXPRESS, LLC'S RULE 26 INITIAL DISCLOSURES

Defendant Flyway Express, LLC ("Flyway" or "this Defendant"), by and through counsel, hereby gives notice[1] that on August 14, 2025, it served the following to counsel of record via email:

1. Defendants' Rule 26 Initial Disclosures

---

[1] This Amended Notice was filed to replace Document 19 which was filed with the incorrect title.

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Caroline Montoya*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

Caroline Montoya, BPR #41330
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
(901) 525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on August 14, 2025, a copy of the foregoing was sent to the following via email:

Henry Reaves, III (#28348)
Theodore K. Cummins (#24381)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com
Ted.cummins@beyourvoice.com

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Caroline Montoya*
　　　　　　　　　　　　　　　　　　　　Caroline Montoya