IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

**MARY L. WARREN,**

     **Plaintiff,**

v.

**FLYWAY EXPRESS, LLC,**
**DHL EXPRESS (USA), INC. and**
**JOHN DOES 1-3,**

     **Defendants.**

**Case No. 2:25-cv-02588-SHL-tmp**
**Judge Sheryl H. Lipman**
**Magistrate Judge Tu M. Pham**
**Jury Demand**

## NOTICE OF SERVICE

TO:    All Counsel of Record

Notice is hereby given that, Plaintiff herein, has served upon the Defendants Flyway Express, LLC and DHL Express (USA), INC., in the above-entitled action:

1. Plaintiff's Rule 26(A)(1) Initial Disclosures,

2. Exhibit 1 – Memphis Police Department Crash Report, and

3. Exhibit 2 – Incident Photos.

The undersigned retains the originals of the above discovery documents as custodian.

RESPECTFULLY SUBMITTED, this the 14th day of August 2025.

                **REAVES LAW FIRM, PLLC**

                By: **/s/ Henry E. Reaves, III**
                Henry E. Reaves, III, Esq., (TN Bar #028348)
                2650 Thousand Oaks Blvd., Suite 3100
                Memphis, Tennessee 38118
                Tel: (901) 417-7166
                Fax: (901) 328-1352
                Henry.reaves@beyourvoice.com

## CERTIFICATE OF SERVICE

    I, Henry E. Reaves, III, counsel for Plaintiff, hereby certify that on this day I have served a true and correct copy of the foregoing document upon all counsel of record via electronic mail and through the Electronic Case Files system (PACER), and that a hard copy will be provided upon request, including:

**Caroline Montoya**
LEWIS THOMASON, P.C.
Attorney
40 South Main Street
Ste 2900
Memphis, TN 38103
901-525-8721
cmontoya@lewisthomason.com

*Attorney for Defendants Flyway Express, LLC
and DHL Express (USA), INC.*


**Peter C. Robison**
LEWIS THOMASON, P.C.
424 Church Street
Suite 2500
Nashville, TN 37219
615-259-1366
Fax: 615-254-9477
probison@lewisthomason.com

*Attorney for Defendants Flyway Express, LLC
and DHL Express (USA), INC.*


Done this 14th day of August 2025.

                                      */s/ Henry E. Reaves, III*
                                      Henry E. Reaves, III