UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MARY L. WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:25-cv-02588-SHL-tmp |
| v. ) | |
| ) | Judge Sheryl H. Lipman |
| ) | |
| ) | Magistrate Judge Tu M. Pham |
| ) | |
| ) | Jury Demand |
| FLYWAY EXPRESS, LLC, ) | |
| DHL EXPRESS (USA), INC. AND ) | |
| JOHN DOES 1-3, ) | |
| ) | |
| Defendants. | |

## NOTICE OF SERVICE OF DEFENDANT FLYWAY EXPRESS, LLC'S RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS

Defendant Flyway Express, LLC ("Flyway" or "this Defendant"), by and through counsel, hereby gives notice that on September 2, 2025, it served the following to counsel of record via email:

1. Defendant Flyway Express, LLC's Responses to Plaintiff's First Set of Interrogatories
2. Defendant Flyway Express, LLC's Responses to Plaintiff's First Set of Requests for Production
3. WARREN 00001-00031 – Cartage Agreement
4. WARREN 00032 – Email to Court dated 7/24/2025
5. WARREN 00033-00042 – Accident Report

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Caroline Montoya*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

Caroline Montoya, BPR #41330
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
(901) 525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## CERTIFICATE OF SERVICE

      I certify that on September 2, 2025, a copy of the foregoing was sent to the following via email:

Henry Reaves, III (#28348)
Theodore K. Cummins (#24381)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com
Ted.cummins@beyourvoice.com

*Counsel for Plaintiff*

                                          */s/ Caroline Montoya*
                                          Caroline Montoya