# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

**MARY L. WARREN,**

      **Plaintiff,**

v.

**FLYWAY EXPRESS, LLC,**
**DHL EXPRESS (USA), INC. and**
**JOHN DOES 1-3,**

      **Defendants.**

**Case No. 2:25-cv-02588-SHL-tmp**
**Judge Sheryl H. Lipman**
**Magistrate Judge Tu M. Pham**
**Jury Demand**

## NOTICE OF SERVICE

Plaintiff, Mary L. Warren, by and through counsel, hereby gives notice that on September 19 2025, it served the following to counsel of record via email:

(1) Plaintiff's Answers to Defendant Flyway Express, LLC's First Set of Interrogatories; and

(2) Plaintiff's Responses to Defendant Flyway Express, LLC's First Set of Requests for Production of Documents.

Respectfully submitted:

**REAVES LAW FIRM, PLLC**

By: **/s/ Henry E. Reaves, III**
Henry E. Reaves, III, Esq., (TN Bar #028348)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com

## CERTIFICATE OF SERVICE

I, Henry E. Reaves, III, counsel for Plaintiff, hereby certify that on this day I have served a true and correct copy of the foregoing document upon all counsel of record via electronic mail and through the Electronic Case Files system (PACER), and that a hard copy will be provided upon request, including:

**Caroline Montoya, BPR #41330**
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
(901) 525-8721
cmontoya@lewisthomason.com

**Peter C. Robison, BPR #27498**
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

Done this 19th day of September 2025.

*/s/ Henry E. Reaves, III*
Henry E. Reaves, III