UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 2:25-cv-02588-SHL-tmp | Case title: Mary L. Warren vs. Flyway Express, LLC, et al. |
|---|---|
| Plaintiff counsel: Henry E. Reaves, III | |
| Defendant counsel: Caroline S. Montoya and Peter Robinson | |
| Presiding Judge: Judge Sheryl H. Lipman | Mediator: Darryl D. Gresham |

I, **Darryl D. Gresham**, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on **October 21, 2025**.

As a result of that mediation held on **October 21, 2025**.

☐ The case has settled in whole.

  ☐ Case settled prior to scheduling first mediation session.

  ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

---

☒ The case has not settled.

  ☐ Mediation will continue on _____.

  ☒ The parties may schedule another session at a later date.

  ☐ Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| Henry E. Reaves, Esq. Caroline S. Montoya, Esq. Peter Robinson, Esq. | |
|---|---|
| Date October 22, 2025 | Electronic signature of Mediator: s/ **Darryl D. Gresham (#017380)** |