IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **MARY L. WARREN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 2:25-cv-02588-SHL-tmp |
| v. ) | JURY DEMANDED |
| ) | |
| **FLYWAY EXPRESS, LLC,** ) | |
| **DHL EXPRESS (USA), INC., and** ) | |
| **JOHN DOES 1-3** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, Justin J. Griffin of the Reaves Law firm, herewith enters his appearance in this matter on behalf of the Plaintiff, and request that he be entered as a counsel of record in this case by the Clerk of the Court.

Respectfully submitted,

By: */s/ Justin J. Griffin*
Justin J. Griffin (Ark. Bar #2025227)
Henry E. Reaves III (TN #28348)
**REAVES LAW FIRM, PLLC**
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Phone: (901) 878-3897
Fax: (901) 328-1352
Email: justin.griffin@beyourvoice.com
cc: rlf.litigation@beyourvoice.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing *Notice of Appearance* has been served, via the Court's E-Filing automated electronic mail (email), to all counsel of record for the above-referenced case.

**Caroline Montoya**
Lewis Thomason, P.C.
40 South Main Street, Suite 2900
Memphis, Tennessee 38103
Phone: (901) 525-8721
Email: cmontoya@lewisthomason.com

**Peter C. Robison**
Lewis Thomason, P.C.
424 Church Street, Suite 2500
Nashville, Tennessee 37219
Phone: (615) 259-1366
Fax: (615) 254-9477
Email: probison@lewisthomason.com

*Attorneys for Defendants Flyway Express, LLC, DHL Express (USA), Inc.*

Done this 30th day of January 2026.

*/s/ Justin J. Griffin*
Justin J. Griffin