IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

**MARY L. WARREN,**

    **PLAINTIFF,**

v.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 2:25-cv-02588-SHL-tmp
　　　　　　　　　　　　　　　　　　　　　　　　　　JURY DEMANDED

**FLYWAY EXPRESS, LLC,**
**DHL EXPRESS (USA), INC.,** and
**JOHN DOES 1-3**

    **DEFENDANTS.**

### PLAINTIFF MARY WARREN'S RULE 26 EXPERT DISCLOSURES

Plaintiff, Mary Warren, by and through undersigned counsel, and pursuant to Tenn. R. Civ. P. 26, hereby serves this Designation of Experts and Expert Disclosures, and states as follows:

### EXPERT DISCLOSURES

Plaintiff reserves the right to supplement or amend any of these Expert Disclosures, or any of the attachments hereto, pursuant to Tenn. R. Civ. P. 26.

1. Plaintiff designates **Dr. Apurva Dalal, Tri-State Orthopedics LLC, 7656 Poplar Pike Germantown, Tennessee 38138** as an expert witness who may testify on his behalf. Dr. Dalal is expected to testify to the nature and extent of Plaintiff's physical injuries; the causal relationship between Plaintiff's physical injuries and the subject collision on May 20, 2024; the restrictions and limitations caused by Plaintiff's injuries; the permanency of Plaintiff's injuries; and recommendations for future treatment. Dr. Dalal will also offer testimony concerning the treatment provided to Plaintiff for his physical

injuries; the reasonableness and necessity of Plaintiff's medical treatment; the cause of Plaintiff's medical treatment; and the reasonableness and necessity of the costs associated with his medical treatment. A copy of the following documents is being produced with these disclosures: (1) Dr. Dalal's CV (containing a list of Dr. Dalal's publications in the previous ten years), (2) expert fee, (3) a list of cases, the witness has testified as an expert at trial or by deposition, in which Dr. Dalal has testified in the last four years, and (4) a copy of Dr. Dalal's IME Report is attached hereto as **Exhibit A**.

2. Plaintiff designates **W. Cody Middlebrook, CDS, CDT, FleetSafetyExpert.com, P.O. Box Pell City, Alabama 35125,** as a retained expert witness. Mr. Middlebrook is a safety consultant, subject matter expert on Federal Motor Carrier Safety Regulations and Motor Fleet Safety and Risk Management. Mr. Middlebrook will offer expert testimony regarding the Defendant's applicable Federal Motor Carrier Safety Regulations adherence, by providing regulatory analysis and assessments. Mr. Middlebrook's opinions are based on his review of the materials accumulated independently from the occurrence and provided to us by Defendants on whether the standard of care and compliance was met by Defendants. Mr. Middlebrook is expected to testify as to the nature and extent of the Defendants contribution to the conditions present at the time of accident, and Defendant's deficiency, departures, and/or noncompliance from federal, state, and local standards of care for motor carrier operation. A copy of the following documents is being produced with these disclosures: (1) Mr. Middlebrook's CV (containing a list of Mr. Middlebrook's publications in the previous 10 years), (2) fee schedule, (3) a list of cases, the witness has testified as an expert at trial or by deposition, in which Dr. Dalal has testified in the last four years, and (4) a copy of Mr. Middlebrook's Report is attached hereto as **Exhibit B**.

3. Plaintiff designates **Dr. David Strauser, Ph.D., Vocational Consulting Services, 4 Skipjack Lane, Savannah, GA 31411** as a Vocational Expert Witness to testify on his behalf. Dr. Strauser is an expert in the field of rehabilitation psychology and is expected to offer testimony concerning Plaintiff's lost wages and loss of earning capacity. Dr. Strauser is further expected to offer testimony concerning the types of jobs, if any, Plaintiff has access to in light of his physical restrictions. A copy of the following documents is being produced with these disclosures: (1) Dr. Strauser's CV (containing a list of Dr. Strauser's publications in the previous ten years), (2) fee schedule, (3) a list of cases, the witness has testified as an expert at trial or by deposition, in which Dr. Dalal has testified in the last four years, and (4) a copy of Dr. Strauser's Report is attached hereto as **Exhibit C**.

4. Plaintiff designates **IMS Legal Strategies, LCP, Vocation and Economic Experts, 550 Quorum Drive, Suite 700 #6108 Dallas, Texas 75254,** as a provider that we are planning to retain an expert witness. IMS Legal Strategies will provide certified life care planner and will offer expert testimony regarding the Plaintiff's current and future medical needs, including necessary treatments, therapies, medications, medical equipment, attendant care, and associated costs. The Life Care Planners opinions are based on her review of the Plaintiff's medical records, clinical evaluations, applicable standards of care, and her expertise in life care planning ongoing care requirements, and the projected cost of such care over the Plaintiff's expected lifespan. Plaintiff will supplement the curriculum vitae, fee schedule, prior testimony list, and expert report for IMS Legal Strategies when available.

5. Plaintiff reserves the right to call any of his treating physicians. Each of these medical providers may testify to the nature and extent of Plaintiff's injuries as well as the cause of those injuries, and their treatment of those injuries with respect to the May 20, 2024,

collision. The physicians and medical providers will also offer testimony consistent with their medical records with respect to Plaintiff.

6. Plaintiff would hereby also designate any and all experts disclosed by the Defendants. Plaintiff would hereby also reserve the right to rely on the testimony of any of the Defendants designated expert witnesses. Furthermore, Plaintiff reserves the right to rely on the testimony of any of Defendants' hybrid fact and/or expert witnesses as it listed and set forth fully verbatim herein.

Plaintiff submits this Expert Disclosure as contemplated by the Scheduling Order in this matter. Plaintiff will seasonably supplement their Interrogatory and Request of Production responses to incorporate the information proffered in this Rule 26 Expert Disclosure and Designation.

Respectfully submitted,

By: */s/ Justin J. Griffin*
Justin J. Griffin (Ark. Bar #2025227)
Henry E. Reaves III (TN #28348)
**REAVES LAW FIRM, PLLC**
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Phone: (901) 878-3897
Fax: (901) 328-1352
Email: justin.griffin@beyourvoice.com
cc: rlf.litigation@beyourvoice.com
cc: rlfteam9ceo@beyourvoice.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing document will be served via the Court's e-filing system and email to the following:

**Caroline Montoya**
Lewis Thomason, P.C.
40 South Main Street, Suite 2900
Memphis, Tennessee 38103
Phone: (901) 525-8721
Email: cmontoya@lewisthomason.com

**Peter C. Robison**
Lewis Thomason, P.C.
424 Church Street, Suite 2500
Nashville, Tennessee 37219
Phone: (615) 259-1366
Fax: (615) 254-9477
Email: probison@lewisthomason.com

*Attorneys for Defendants Flyway Express, LLC, DHL Express (USA), Inc.*

Done this 30th day of January 2026.

                                                 */s/ Justin J. Griffin*
                                                 Justin J. Griffin