# EXHIBIT C



## INDEPENDENT VOCATIONAL EVALUATION

**NAME:** Mary Warren              **DATE OF EVALUATION:** 01-28-2026

**DATE OF BIRTH:** 01-13-1981       **REFERRING FIRM:** Reaves Law Firm

**REPORT COMPLETION:** 01-30-26

### METHODOLOGY

Diagnostic Vocational Interviews
Medical Record Review
Transferable Skills Analysis
Earning Capacity Assessment Form-2 Edition (ECAF-2)
Labor Market Analysis

### INDEPENDENT VOCATIONAL ASSESSMENT

At your request I evaluated Mary Warren on January 28, 2026 to obtain information regarding her age, education, and work experience to determine her level of vocational impairment as a result of the injuries she sustained on May 20, 2024.   In addition to the evaluation, I reviewed the following documents:  Tri-State Orthopedics and Robotic Surgery-Dr. Dalal, Regional One Health, Dickson Orthopedics PA, South Memphis Clinic, St. Bernard's Medical Center, Associated Radiologists, Great River Medical Center, Fenter Physical Therapy, and Diffine Family Practice.

### MEDICAL

**DATE OF INJURY:** May 20, 2024

**VOCATIONAL/ACCIDENT PROFILE:**

Ms. Warren was a 43-year-old-female involved in a motor vehicle accident on May 20, 2024. She had left flank, left knee and lip pain reported. She was transported to Regional One Medical by ambulance.

Ms. Warren was treated for her injuries at Regional One Medical on May 20, 2024. She had multiple imaging studies, medication for pain and inflammation, therapy services and treatment. Ms. Warren was diagnosed with nasal bone fractures, left 5-9 rib fractures, spleen laceration and low back compression fractures. She was admitted to the hospital on May 20, 2024 and left against medical advice on May 22, 2024.

Ms. Warren has an evaluation with Dr. David Diffine, M.D. on June 18, 2024 for injuries from her car accident on May 20, 2024. She did have multiple left rib fractures from the accident. She reported right ankle, right leg and left rib pain.  An MRI of the right ankle was

ordered, and she was given hydrocodone medication for pain. She returned on July 16, 2024 for follow-up. She was given more pain medications and still awaiting an MRI for the ankle. On August 13, 2024, she returned for follow-up after the MRI findings of the right ankle showed a fracture and torn ligament. She was to wear a walking boot on the right, minimal weight bearing and to continue her pain medication. She was referred to a foot specialist.

On July 11, 2024, she saw Dr. Errol Thomas, M.D. and was diagnosed with neck and low back strain, left rib fractures, left arm strain, right lower leg strain, a traumatic brain injury with loss of consciousness. She was to start physical therapy and continue with medication.

Ms. Warren had an initial consult with Dr. Michael Haughey, DPM for right ankle pain on August 21, 2024. Diagnoses included right ankle fracture and right ankle sprain. She was given a steroid pack for pain, a right walking boot and arch support. On September 23, 2024, Ms. Warren followed up with Dr. Haughey and right ankle surgery was recommended. On October 01, 2024, Ms. Warren had a right ankle surgery with Dr. Haughey. She returned for post-op follow-up on October 10, 2024 and she was to continue with medication for pain and to return in two weeks. On October 22, 2024, she returned for follow-up and was allowed to return to normal activities as tolerated.

On April 01, 2025, Ms. Warren began care at Priority Health and a nerve test and ultrasound for the left and right legs were ordered. She returned on May 01, 2025 and nerve tested showed normal findings. A low back MRI was recommended. On June 30, 2025, she returned and she wanted to see pain management.

On June 05, 2025, Ms. Warren went to Great River Medical for low back pain.

She began treatment at the Pain Treatment Centers on July 17, 2025. She received low back steroid injections on August 06, 2025 by Dr. Dennis McCoy, M.D. at level L5-S1. She had another low back steroid injection at the same level on November 05, 2025.

Ms. Warren had an independent medical exam on January 20, 2026 with Dr. Apurva Dalal, M.D. It was stated to a reasonable degree of medical certainty the opinion that the injuries to the low back, knees and right ankle were caused by the motor vehicle accident on May 20, 2024. She was given a 1 percent of whole person impairment in regard to the right ankle, a 3 percent of whole person impairment to the right knee and a 7 percent of whole person impairment to the low back. She was given an 11 percent whole person impairment rating. Future medical recommendations included physical therapy, additional epidural injections and cortisone injections and possible surgeries for the lower back, knee and ankle pain. Limitations given included avoid lifting any weights greater than 25 pounds, avoid bending, pushing, pulling and twisting motions of the trunk. It was also recommended to avoid high-intensity exercise and excessive weight-bearing of the lower body and that weight loss would help her symptoms.

**SURGERY/PROCEDURES PERFORMED/DATES:**
*CT Angio, Brain, Neck, Pelvis, Face: 05/20/2024
*X-Ray Right Knee, Right Tibia, Right Fibula, Right Ankle, Chest, Pelvis: 05/20/2024
*CT Right Knee: 05/21/2024
*X-Ray Chest: 05/21/2024
*MRI Right Lower Leg: 07/24/2024
*X-Ray Right Ankle: 08/21/2024; 10/10/2024
*X-Ray Right Heel: 10/01/2024
*Right Ankle Surgery: 10/01/2024
*Ultrasound Doppler Left and Right Leg: 04/11/2025

*MRI Low Back:* 06/05/2025
*Low Back Injections:* 08/06/2025

**PAST MEDICAL HISTORY:** Hypertension, Depression, Obesity, Anxiety, Osteoarthritis, High Cholesterol, D & C, Tubal Ligation

**SELF-REPORTED RESTRICTIONS:**   Ms. Warren reports she can stand and walk between 15-20 minutes before having difficulty.  She can lift approximately 20 pounds but experiences pain in her back when she lifts.  Bending, stooping, squatting, and kneeling all cause problems. Using a scale of zero (no pain) to ten (greatest pain), she reports that her pain throughout the day, without medication, is a seven in the morning and a ten in the afternoon and evening.  When she takes her pain medication, she reports her pain to be a one during the day.   In addition to her physical condition, she reports post-accident difficulty with depression.  She shared that the accident and her injuries have been challenging mentally and extremely stressful.  She did have to end the appointment with this evaluator due to her significant feelings of anger and stress related to talking about the events and her current situation.

## PSYCHOSOCIAL

Ms. Warren is 45 years old and has two children ages 26 and 23.  She reports having a valid driver's license.  She lives in Osceola, Arkansas.  She reported having to spend time in jail for a traffic violation.

## EDUCATION/WORK HISTORY

**HIGH SCHOOL:** Dropped out of Rivercrest High School in 1997 in 10th grade and is working on obtaining a GED.

**POST HIGH SCHOOL TRAINING:** Certified Nursing Assistant certificate-expired in 2019 (Little Rock) and attended six weeks at Arkansas Baptist College.

**WORK HISTORY:**  Mary Warren worked for 23 years as a Certified Nursing Assistant at the following centers in Osceola, Arkansas: Woodland Hills Healthcare and Rehabilitation, Stoneridge Nursing and Rehabilitation Center, Harris Health Care ($12.75 per hour) and Gosnell Health and Rehab ($10.50 per hour).  She also had worked in West Memphis at Points of Light. Her CNA license expired in 2019, and prior to the injury she was working on trying to get her CNA license renewed but to date she has been unsuccessful.  Ms. Warren worked as a cashier at Jordan Kwik Stop from November 14, 2022 to March 8, 2024 earning $11.50 per hour.  In addition, she worked at Wal-Mart as an overnight stocker from July 2023-Septmeber 2023, and McDonald's as a crew member from September 11, 2023-February 5, 2024 earning $13.00 per hour.  She was working at DoorDash prior to the incident.

**Table 1.  Work History**

| Employer | Address | Dates of Employment | Nature of Work | Salary/Wages |
|---|---|---|---|---|
| Gosnell Health Care | 700 Moody Street, Blytheville, AR | January 2016 (duration not recalled) | Certified Nursing Assistant | $10.50 per hour |
| Jordan Kwik Stop | 4365 W. Keiser Ave, Osceola, AR | Nov 14, 2022 – Mar 8, 2024 | Cashier | $11.50 per hour |
| Wal-Mart | 2720 W. Keiser Ave, Osceola, AR | July 2023 – Sept 2023 | Overnight Stocker | $15.50 per hour |
| McDonald's | 2720 W. Keiser Ave, Osceola, AR | Sept 11, 2023 – Feb 5, 2024 | Crew Member | $13.00 per hour |
| Harris Health Care | 287 County Club Rd, Osceola, AR | May 11, 2024 – May 19, 2024 | Nursing Assisting | $12.75 per hour |
| DoorDash | 302 2nd Street, San Francisco, CA | (duration not recalled; ended prior to incident) | Driver | Per-order basis, fluctuated |
| Lyft | (N/A) | Nov 2024 – | Driver | Per-ride basis, fluctuated |

**EMPLOYMENT AFTER ACCIDENT**:  Ms. Warren has not been able to return to work on a regular or sustained basis post-injury.  She has reported that she attempted to do some work for Lyft but was unable to continue due to significant pain.

### PRE-INJURY WORKING CAPACITY

Prior to her injury, Ms. Warren had no physical or psychological limitations that restricted her ability to perform work as it is typically performed in the competitive labor market. Prior to her injury, Ms. Warren had the capacity to earn $12.28 per hour or $25,542 per year in wages, working in as a cashier, CNA or fast-food worker in Osceola and East Arkansas.

### POST-INJURY WORK CAPACITY/CONCLUSIONS

**Geographic Impact on Vocational Functioning & Employment**

Living in Osceola, Arkansas has meaningful implications for Ms. Warren's vocational functioning, employment and career development.  Living in a rural community offers limited local employment options, minimal commercial infrastructure, and typically no accessible public

4

transportation. As a result, competitive employment generally requires travel to larger labor markets such as Memphis Tennessee. For an individual experiencing significant medical limitations, the ability to commute reliably becomes a substantial vocational barrier that negatively impacts employment. Additionally, the restrictions provided by Dr. Dalal and her self-reported symptoms further restrict her ability to manage the longer commuting distances commonly required of rural residents.

Given these factors her place of residence contributes to a more guarded vocational outlook, as limited local job availability, increased travel demands, and reduced access to support services collectively narrow her feasible employment options. Her rural location therefore compounds the challenges already posed by her medical conditions and are a factor in determining her overall vocational prognosis.

**Vocational Loss of Earning Capacity**

Based on the information obtained, medical records reviewed, lack of a high school diploma or GED, restrictions provided by Dr. Dalal, Ms. Warren's self-reported limitations, participating in a comprehensive pain management program, labor market analysis to determine residual skills and how they apply to the labor market, rural residence, assessment of vocational drivers and barriers applying the ECAF-2, and the experience of the undersigned in the field of Vocational Rehabilitation, it is the opinion of this evaluator that Ms. Warren has experienced a significant vocational loss of earnings capacity. Specifically, given her current residual functional capacity and level of functioning she cannot apply her limited transferable skills and would not be able to meet the demands needed to maintain sustained employment. As a result, she is currently experiencing a complete vocational loss of earnings of $25,542 per year. Given Ms. Warren's age of 43 at the time she left the labor market, it would be expected that she would have a work life expectancy of 16.7 * years or working until the age of 59.7*. As a result, she would experience a vocational loss of earnings of $426,551. If one were to assume that she would work until the age of 67, or an additional 24 years, she would experience a $631,008 vocational loss of earnings.

If Ms. Warren would be able to obtain counseling and therapy to help manage her adjust to her current medical condition, receive sustained medical treatment that may contribute to increased physical functioning, there is a possibility that Ms. Warren would have the residual functional capacity to return to work in light/sedentary unskilled positions earning $12.50 per hour. However, given the complexity of her medical condition it is likely that Ms. Warren would have an intermittent connection to the labor market that would result in periods of absence. These periods of absence would result in a post-injury work pattern that would be consist with an individual who is working on a part-time basis, 20 hours per week, resulting in annual earnings of $13,000. As a result, she would experience an annual vocational loss of earnings of $12,542 ($25,542-$13,000) per year. If one were to assume that she would work an additional 16.7 * years, working until the age of 59.7*, she would experience a vocational loss of earnings $209,451. If one were to assume that she would work until the age of 67, or an additional 24 years, her vocational loss of earnings would be $301,008.
** https://www.brownecon.com/bea_calculators/workLifeExp/default.asp

Thank you for allowing me to evaluate Ms. Warren. Please note that the opinion regarding Ms. Warren's vocational loss of earning capacity is stated within a reasonable degree of vocational certainty based exclusively on the information obtained and provided to me at the

time of this report. I reserve the right to amend my opinion if additional information is developed or becomes available. Please let me know if you have any questions or need any additional information.

Respectfully Submitted,

*DocuSigned by:*

*Dr. David Strauser*

A612F1948C18420...

David R. Strauser, Ph.D.

Appendix A
Wages

**Arkansas Wages for: 31-1122.00 – Personal Care Aides**
Source: Bureau of Labor Statistics 2024 wage data – https://www.bls.gov/oes/

| Location | Hourly Low (10%) | Hourly QL (25%) | Hourly Median (50%) | Hourly QU (75%) | Hourly High (90%) |
|---|---|---|---|---|---|
| United States | $12.31 | $14.60 | $16.78 | $18.26 | $21.25 |
| Arkansas | $11.35 | $12.31 | $13.03 | $13.87 | $14.87 |
| East Arkansas nonmetropolitan area | $11.19 | $11.38 | $12.53 | $13.41 | $13.95 |
| Memphis, TN-MS-AR | $12.96 | $13.84 | $14.35 | $16.00 | $18.53 |

**Arkansas Wages for: 41-2011.00 – Cashiers**
Source: Bureau of Labor Statistics 2024 wage data – https://www.bls.gov/oes/

| Location | Hourly Low (10%) | Hourly QL (25%) | Hourly Median (50%) | Hourly QU (75%) | Hourly High (90%) |
|---|---|---|---|---|---|
| United States | $11.09 | $13.36 | $14.99 | $17.02 | $18.37 |
| Arkansas | $11.26 | $11.71 | $13.16 | $14.15 | $15.97 |
| East Arkansas nonmetropolitan area | $11.21 | $11.35 | $12.72 | $13.59 | $14.44 |
| Memphis, TN-MS-AR | $10.09 | $11.30 | $13.34 | $14.53 | $16.70 |

**Arkansas Wages for: 35-3023.00 – Fast Food and Counter Workers**
Source: Bureau of Labor Statistics 2024 wage data – https://www.bls.gov/oes/

| Location | Hourly Low (10%) | Hourly QL (25%) | Hourly Median (50%) | Hourly QU (75%) | Hourly High (90%) |
|---|---|---|---|---|---|
| United States | $10.88 | $13.05 | $14.65 | $17.04 | $18.65 |
| Arkansas | $11.26 | $11.49 | $12.86 | $13.44 | $14.93 |
| East Arkansas nonmetropolitan area | $11.22 | $11.35 | $11.59 | $12.97 | $14.06 |
| Memphis, TN-MS-AR | $10.79 | $11.20 | $13.33 | $13.98 | $16.33 |

**Appendix B**
**Job Descriptions**

# Certified Nursing Assistant (CNA)

### Job Details

- **Strength:** Medium
- **Education:** These occupations usually require a high school diploma and completion of a state-approved CNA training program
- **SVP Range:** 4.0 to < 6.0
- **Job Zone:** Zone 2: Some Preparation Needed
- **Interest Code:** SR
- **United States Median Income:** $35,760 (O*NET)
- **Tennessee Median Income:** $29,940 (BLS)

**Summary:**
Certified Nursing Assistants provide basic patient care under the direction of nursing staff. Duties include assisting with daily living activities (bathing, dressing, feeding), monitoring patient health, reporting changes, and maintaining a clean environment. Physical stamina and compassion are essential.
O*NET CNA Summary

# Cashier

### Job Details

- **Strength:** Medium
- **Education:** These occupations usually require a high school diploma
- **SVP Range:** 4.0 to < 6.0
- **Job Zone:** Zone 2: Some Preparation Needed
- **Interest Code:** CE
- **United States Median Income:** $29,410 (O*NET)
- **Tennessee Median Income:** $25,260 (BLS)

**Summary:**
Cashiers receive and disburse money in retail establishments. They operate cash registers, process payments, issue receipts, and assist customers. The role requires customer service skills, attention to detail, and the ability to stand for extended periods.
O*NET Cashier Summary

8

## Fast Food Worker

**Job Details**

- **Strength:** Medium
- **Education:** These occupations usually require a high school diploma
- **SVP Range:** 4.0 to < 6.0
- **Job Zone:** Zone 2: Some Preparation Needed
- **Interest Code:** RC
- **United States Median Income:** $28,410 (O*NET)
- **Tennessee Median Income:** $23,920 (BLS)

**Summary:**
Fast food workers prepare and serve food and beverages in quick-service restaurants. Responsibilities include taking orders, operating kitchen equipment, assembling food items, cleaning work areas, and providing customer service. The role is fast-paced and requires teamwork and attention to food safety.
O*NET Fast Food Worker Summary

## Uber Driver (Ride-Hailing Driver)

**Job Details**

- **Strength:** Medium
- **Education:** These occupations usually require a high school diploma
- **SVP Range:** 4.0 to < 6.0
- **Job Zone:** Zone 2: Some Preparation Needed
- **Interest Code:** ER
- **United States Median Income:** $32,440 (O*NET for Taxi Drivers and Chauffeurs)
- **Tennessee Median Income:** $27,410 (BLS)

**Summary:**
Uber drivers operate personal vehicles to transport passengers via ride-hailing apps. Duties include picking up and dropping off riders, following GPS directions, ensuring passenger safety, and maintaining vehicle cleanliness. The role requires safe driving, customer service, and basic technology skills.
O*NET Taxi Driver Summary

9

**Appendix C**
**Demographic/Economic**
**Osceola, Arkansas**

**Population**
- **Estimated Population (2024–2026):** About 6,496–6,807 residents.
- **Median Age:** 33.1 years.
- **Racial Composition:** 56.7% Black or African American, 34.1% White, 8.6% Two or more races, 0.6% Asian.

**Poverty Rate**
- **Poverty Rate:** Approximately 27% of residents live below the poverty line, which is significantly higher than both the state (16%) and national averages.
- **Children in Poverty:** About 37% of children under 18 are below the poverty line.
- **Poverty by Race:** 34.9% of Black residents, 11.9% of White residents, 12.7% of Hispanic/Latino residents, and 36.4% of residents of two or more races are in poverty.

**Income**
- **Median Household Income:** $40,783.
- **Per Capita Income:** $25,260.

**Unemployment Rate**
- **Current Unemployment Rate:** Estimates range from 7.7% to 14%, which is much higher than the national average (about 4–6%).
- **Job Market:** The job market has seen a decrease in recent years, with future job growth predicted at 19.9% over the next decade (lower than the US average of 33.5%).
- **Major Industries:** Manufacturing (27–29% of jobs), retail trade (12–14.5%), healthcare/social assistance (10–11%), and food service.

**Additional Insights**
- **Cost of Living:** Osceola's cost of living is lower than the national average (index of 82 vs. 100).
- **Median Home Value:** $108,700–$135,732.
- **Commute:** Average commute time is about 20.3 minutes.

**Job Availability and Major Industries**
Osceola's job market currently offers hundreds of positions across several sectors. The most prominent industries include:
- **Manufacturing:** Represents about 27–29% of local jobs. This sector is a major employer, with companies like Kagome USA and SMS group USA offering roles such as production supply, laborer, quality inspector, and operations supervisor.
- **Retail Trade:** Accounts for 12–14.5% of jobs. Positions include retail sales, customer service representatives (e.g., Domino's Pizza), and restaurant servers (e.g., Huddle House).
- **Healthcare/Social Assistance:** Makes up 10–11% of jobs, with opportunities such as office clerk at the Mississippi County Hospital System.

10

- **Food Service:** Includes jobs like restaurant server and dishwasher at local establishments.

Other available roles include data entry operator, part-time shopper/delivery (e.g., DoorDash), and various clerical positions.

## Wages and Income

Wages in Osceola are generally lower than national averages, reflecting the region's cost of living and economic conditions. For example, retail salespersons in Mississippi earn a median hourly wage of $13.37, with the range spanning from $8.01 to $19.17 depending on location and experience. The median household income is $40,783, and per capita income is $25,260.

## Unemployment and Economic Trends

- **Unemployment Rate:** Estimates range from 7.7% to 14%, which is considerably higher than the national average (about 4–6%). This reflects ongoing economic challenges and a slower recovery compared to broader U.S. trends.
- **Job Market Trends:** The local job market has declined in recent years, with future job growth predicted at 19.9% over the next decade—lower than the U.S. average of 33.5%. This suggests limited expansion and increased competition for available positions.

## Additional Insights

- **Cost of Living:** Osceola's cost of living is lower than the national average, which can offset lower wage levels for residents.
- **Commute:** The average commute time is about 20.3 minutes, indicating that most jobs are locally accessible.

## Summary

Osceola's job market is characterized by a strong manufacturing base, significant retail and healthcare sectors, and a variety of entry-level and skilled positions. However, higher unemployment rates and slower job growth present challenges for job seekers. The lower cost of living and diverse job opportunities may benefit those seeking work, but competition remains high.

**DAVID R. STRAUSER, Ph.D.**
**Vocational Consulting Services**
**4 Skipjack Lane**
**Savannah, GA 31411**
(901) 481-6868 (Cell)
drstrauser@me.com


**EDUCATION**

Doctor of Philosophy, 1995, University of Wisconsin-Madison
       Major: Rehabilitation Psychology
       Minor: Educational Psychology
       Dissertation Topic: Development and Validation of the Job Seeking Self-Efficacy Scale

Master of Science, 1991, University of Wisconsin-Madison
       Major: Rehabilitation Counseling Psychology

Bachelor of Science, 1990, University of Wisconsin-Madison
       Major: Rehabilitation Psychology

**PROFESSIONAL EXPERIENCE**

**Academic Experience**

*Professor- University of Illinois at Urbana-Champaign*
      ☐  *Department of Kinesiology and Community Health-2013-Present*
      ☐  *Department of Special Education, 2013-Present*

*Chair Professor, Graduate Institute of Rehabilitation Counseling, National Changhua University of Education, Changhua, Taiwan, 2015-Present*

*Ministry of Science and Technology Visiting Professor Department of Occupational Therapy, College of Medicine, National Taiwan University, 2015*

*Director of the Rehabilitation Counseling Program-University of Illinois at Urbana-Champaign, 2016-2017*

*Associate Professor- University of Illinois at Urbana-Champaign*
      ☐  *Department of Kinesiology and Community Health-2005-2012*
      ☐  *Department of Special Education, 2007-2012*

*Graduate Faculty, Department of Counseling, Educational Psychology and Research, 2006-2015; University of Memphis.*

*Associate Professor, Department of Counseling, Educational Psychology, and Research*, 2001-2005; *University of Memphis.*

*Coordinator of the Rehabilitation Counseling Program, Department of Counseling, Educational Psychology, and Research,* 1998-2000; *University of Memphis.*

*Assistant Professor, Department of Counseling, Educational Psychology, and Research*, 1995-2001; *University*

*of Memphis.*

*Teaching Assistant, Department of Rehabilitation Psychology and Special Education, University of Wisconsin-Madison*, 1993-1995.

**Professional Leadership Experience**

President-Association for Rehabilitation, Research, Policy and Education-2023-Present

Editor-in-Chief - *Rehabilitation Research, Policy and Education*- 2010-Present

President- National Council on Rehabilitation Education- 2008-2010

Chair Scientific Research Advisory Committee- Commission on Rehabilitation Counselor Certification, 2007-2012.

Editor- Journal of Rehabilitation – 2003-2007

**Academic Leadership Experience**

*Director – Illinois Institute for Rehabilitation and Employment Research*

*Graduate Coordinator Community Health Concentration- Department of Kinesiology and Community Health 2007-2011; 2013 University of Illinois at Urbana-Champaign*

*Executive Board Member- Center for Health, Aging and Disability 2007 –2008; University of Illinois at Urbana-Champaign*

*Associate Director - The Disability Research Institute 2006-2008; University of Illinois at Urbana-Champaign*

*Director - The Center for Rehabilitation and Employment Research*, 2000-2005, *University of Memphis.*

*Director - Training and Technical Assistance Project, Department of Counseling, Educational Psychology, and Research*, 1999-2000; *University of Memphis*.

*Director - Community Based Job Readiness Program, Department of Counseling, Educational Psychology and Research*, 1997-2000; *University of Memphis.*

**Clinical and Consultancy Experience**

*Program Evaluation*
- *Virginia Commonwealth University-Rehabilitation Research and Training Center (Paul Wehman)-2013-2018*
- *Children's Brain Tumor Foundation, New York, New York, 2014-Present*
- *Children's Oncology Foundation-Camp-Make-a-Dream, Missoula, Montana-2013-Present*
- *Southern University- Field Initiated Research Project-Alo Dutta- 2013-2016*
- *Council on Rehabilitation Education (CORE) 2014-2015*
- *State of Tennessee Division of Rehabilitation Services 2013-2015*
- *Mind Alliance Hunter University- National Science Foundation 2011-2014*

*Vocational Rehabilitation Consultant*, 1995-Present.
*Vocational Expert Social Security Administration*, 1995-2005
*Counselor for University of Wisconsin Athletic Department*, 1995.
*Vocational Consultant, Cascade Rehabilitation Consultants*, 1993-1994. Madison, Wisconsin.
*Vocational Rehabilitation Counselor, D.S. Associates*, 1991-1993. Ventura, California.
*Vocational Rehabilitation Counselor, Yahara House*, 1991. Madison, Wisconsin.

**RESEARCH AND PUBLICATION**

**Journal Articles (* Refereed Journals)**

*In-Preparation*

**Strauser, D.R.,** Applying the Illinois Work and Well-Being Model and determine vocational loss of earnings (In-Preparation).

**Strauser, D.R.** Applying the Illinois Work and Well-Being Model to conceptualize vocational planning (In-Preparation).

*Submitted-Under Review*

*In Press*

Leslie, M., McMahon, B., Rumrill, P., Dillahunt-Aspillaga, C., Bergthold, E., & **Strauser, D.** (in press). The workplace discrimination experiences of Americans with disabilities: An analysis of Mid-Atlantic and Southeast regions. *Rehabilitation Research, Policy, and Education.*

*Leslie, M., McMahon, B., Bergthold, E., Rumrill, P., & **Strauser, D.** (in-press). The workplace discrimination experiences of Americans with disabilities: An examination of southeastern states. *Rehabilitation, Research, Policy, and Education.*

Tang, Xiaolei & Strauser, D.R. (in press). Subminimum wage: History and current status. *Inclusive Practice.*

*In Print*

Brehmer, C. E., Qin, S., Young, B. C., & **Strauser, D. R.** (2024). Self-stigma of incarceration and its impact on health and community integration. *Journal of Criminal Behaviour and Mental Health, 34*(1), 79-93. doi: 10.1001/cmb.2326

Leslie, M., McMahon, B., Rumrill, P., Shaw, L., **Strauser, D. R.,** & Bergthold, E. (2024). The workplace discrimination experiences of Americans with disabilities: An analysis of Pacific and Northwest regions. *Rehabilitation Research, Policy, and Education.*

O'Sullivan, D., Brehmer, C. E., Baumunk, M., & **Strauser, D. R.** (2024). Recovery capital and community integration among a sample of formerly incarcerated adults: A pilot study. *Journal of Applied Rehabilitation Counseling, 55*(2). doi: 10.1891/JARC-2024-0001

Phillips, B. N., Granger, T. A., Ochrach, C., Kesselmayer, R. F., Anderson, C. A., Chan, F., Lee, D., Castillo, S., Brinck, E. A., Baumunk, M. J., Tansey, T. N., Thomas, K. A., Reyes, A., **Strauser, D. R.,** Wehman, P., McDonough, J., Lee, B., Mpofu, N., Chen, X., … Friedman, K. B. (2024) Effect of company-driven disability diversity initiatives: A multi-case study across industries. *Journal of Vocational Rehabilitation, 60*(1), 141-154. doi: 10.3233/JVR-230061

Strauser, D. G., Price, R., Brehmer, C. E., & **Strauser, D. R.** (2024). Exploring employer's successful hiring and retention practices of individuals with disabilities. *Rehabilitation Counseling Bulletin, 0*(0). doi: 10.1177/00343552241265319

*Avellone, L., Taylor, J., Ham, W., Schall, C., Wehman, P., Brooke, V., **Strauser, D.R.** (2023). A Scoping Review on Internship Programs and Employment Outcomes for Students with Intellectual and Developmental Disabilities. *Rehabilitation Counselor and Educators Journal. 12(1).* https://doi.org/10.52017/001c.38785

4

Brehmer, C. E. & **Strauser, D.R.** (2023). Community integration as reentry: Understanding functioning, vocational identity, and core self-evaluations. *Career Development Quarterly, 71*(3), 206-222. doi:10.1002/cdq.12328
9468

Brehmer, C. E., **Strauser, D.R.**, Shen, S., Phillips, B., Kosciulek, J. F. & Austin, B.S. (2023). Differential effects of functioning on the career development of individuals with disabilities. *Rehabilitation Counseling Bulletin, 66*(3), 162-169. doi:10.1177/00343552221130311

*Grenawalt, T., Tansey, T., Phillips, B., **Strauser, D. R.**, Rosenthal, D., Wagner, S. (2023). Effectiveness of Internet-based Behavioral Activation on Quality of Life Among Young Adult Survivors of Childhood Brain Tumor: A Randomized Controlled Trial. *Disability and Rehabilitation 45(15), 2480-2487.*
DOI: 10.1080/09638288.2022.2094478

O'Sullivan, D., Brehmer, C., Phillips, B. N., Hanna, J. L., & Strauser, D. R. (2023). Measuring Parenting Practices Across Four Dimensions in Adults with Disabilities: Development of the Revised Affirmative to Problem Parenting Scale (R-APPS). *MEASUREMENT AND EVALUATION IN COUNSELING AND DEVELOPMENT*, *56*(4), 297–312. https://doi.org/10.1080/07481756.2022.2131579

**\*Strauser, D.R.,** Fine. E., Greco, C., Shen, S., & Liptak, C. (2023) Barriers to Employment for Young Adult Central Nervous System Tumor Survivors: The Role of Career Readiness and Core Self-Evaluations. *Journal of Vocational Rehabilitation 58(2) 187-197.* DOI: 10.3233/JVR-230008

Tansey, T., Anderson, C., **Strauser, D.R.,** Bishop, M., Chan, F., Wehman, P. (2023). Fortune Favors the Bold: Introduction to the Special Series of the Vocational Rehabilitation Technical Assistance Center for Quality Employment. *Rehabilitation Counseling Bulletin. 66(3), 155-161* https://doi.org/10.1177/00343552231155443

Wu, R., Chiu, C. Dueber, D., Park, M., Lange, D., Umucu, E., & **Strauser, D.R.** (2023). Multidimensionality and measurement invariance of the revised developmental work personality scale. *International Journal of Testing.* 23(1), 135-144. DOI: 10.1080/15305058.2023.2167084

*Greco, C. E., **Strauser, D. R.,** Shen, S., Phillips, B., Kosciulek, J. F. & Austin, B.S.(2022) Differential effects of functioning on the career development of individuals with disabilities. *Rehabilitation Counseling Bulletin.* https://doi.org/10.1177/00343552221130311

*Leslie, M., McMahon, B., Bergthold, E., Rumrill, P., & **Strauser, D.** (2022). The workplace discrimination experiences of Americans with disabilities: An examination of midwestern states. *Rehabilitation, Research, Policy, and Education.* DOI:10.1891/RE-21-26

*O'Sullivan, D., Greco, C. E., Phillips, B. N, Hanna, Jennifer L, & **Strauser, D. R** (2022). Measuring parenting practices across four domains: Development of the revised affirmative to problem parenting scale (R-APPS). *Measurement and Evaluation in Counseling and Development. DOI: 10.1080/07481756.2022.2131579*

**Strauser, D. R.,** Brehmerb, C. E, Rumrillc, P, Strauser, D.G., Phillips, B., Kosciulek, J.F., & Shene, S. (2022). Development and validation of the Illinois Brief Functioning Inventory. *Journal of Vocational Rehabilitation,* 57, 249-259.

*Chang, B., Pan, A.Y., & **Strauser, D.R..** (2021) Examining the validity and reliability of the Revised Developmental Work Personality Chinese Version. *Hong Kong Journal of Occupational Therapy, 0,(0),1-9.* DOI: 10.1177/15691861211021926

*Chan, F., Tansey, T., Iwanaga, K., Bezyak, J., Wehman, P., Phillips, B., **Strauser, D.R.,** Anderson, C. (2021). Company Characteristics, Disability Inclusion Practices, and Employment of People with Disabilities in the Post COVID-19 Job Economy: A Quantitative Study. *Journal of Occupational Rehabilitation,* 31*, 463-473.*

*Greco, C. E., **Strauser, D. R.,** Kim, R., Fine, E. & Liptak, C. (2021). An investigation of self-determined work motivation among young adult central nervous system cancer survivors. *Oncology Issues, 36*(6), 52-60.

https://doi.org/10.1080/10463356.2021.1979850

*Grenawalt, T. A., Umucu, E., Reyes, A., & Baylin, A., **Strauser, D. R.,** Tansey, T. N., & Wagner, S. (2021). Psychometric validation of the PERMA-profiler as a well-being measure for young adult survivors of pediatric CNS tumor. *Rehabilitation Counseling Bulletin*, 1-11. https://doi.org/10.1177/00343552211025509

*Greco, C.E., **Strauser, D.R.,** Shen, S., Kosciulek, J.F., Strauser, D.G., & Phillips, B..(2021) Understanding the impact of functioning on career factors for individuals with disabilities and criminal backgrounds. *Journal of Offender Rehabilitation*. DOI: 10.1080/10509674.2021.1948946

*Kim, R., Greco, C. E., **Strauser, D. R.** (2021). Improving educational outcomes for college students with disabilities: Application of the Illinois work and well-being model. *Journal of the Korean Association on Developmental Disabilities, 25*(3), 1-26.

*Pebole, M., Greco, C. E., Gobin, R., Phillips, B.N., & **Strauser, D. R.** (2021). Impacts of childhood maltreatment on psychosomatic outcomes among men and women with disabilities. *Disability and Rehabilitation* (Advanced online publication). https://doi.org/10.1080/09638288.2021.1998666

 ***Strauser, D.R.,** Greco, C., O'Sullivan, D., Strauser, D.G. (2021). COVID-19 and Marginalized Workers: Issues for Vocational Rehabilitation. *Journal of Rehabilitation,* 87(1)*17-24.*

***Strauser, D.R.,** Greco, C., Kosciulek, J.F., Shen, S., Strauser, D.G., & Phillips, B. A tool to measure work adjustment in the post-pandemic economy: The Illinois work adjustment scale (2021). *Journal of Vocational Rehabilitation,* 54, 51-58.

***Strauser, D.R.,** Fine. E., Greco, C., Shen, S., & Liptak, C. (2021) Work personality, perceived barriers, and age of onset in young adult pediatric brain tumor survivors. *Journal of Occupational Rehabilit*ation, 31, 119-128.

Umucu, E., Iwanaga, K., Alrabiah, A., Chan, F., Wu, J.R., **Strauser, D.R.,** Estala-Gutierrez, V., & Washington, K (2021). Examining the factors affecting high diabetes rates in southern states: A brief report. *Rehabilitation Research, Policy and Education, 35, 64-68.*

*Grenawalt,T., Brink, E., Friefeld Kesselmayer, R. , Phillips, B., Geslak, D., **Strauser, D.R.,** Chan, F., & Tansey, T. (2020). Autism in the workforce: A case study. *Journal of Management & Organization*, 1-16.doi:10.10177/jmo.2020.15

*Leslie, M., **Strauser, D.,** McMahon, B., & Rumrill, P. (2020). The workplace discrimination experiences of individuals with cancer in the Americans with Disabilities Act Amendments Act era. *Journal of Occupational Rehabilitation*. 30, 115-124.

*Rumrill, P., Li. J., **Strauser, D.,** Roessler, R., Bishop, M., Chan, F., Adams, C., & Leslie, M. (2020). Personal, health and function, and career maintenance factors as determinants of quality of life among employed people with multiple sclerosis. *Work: A Journal of Prevention, Assessment & Rehabilitation.* 67, 81-94.

*Rumrill, P., **& Strauser, D.** (2020). A contextualized career development model to promote employment outcomes for people with asthma. *Journal of Rehabilitation,* 86(3),26-32.

*Rumrill, P., **Strauser, D**., Greco, C., & Leslie, M. (2020). A vocational rehabilitation framework for people with rheumatoid arthritis. *Journal of Applied Rehabilitation Counseling*, 51(1), 16-31.

* Rumrill, P. **Strauser, D.R**., Greco, C., Rumrill, S., Sheppard-Jones, K. (2020). The Illinois Work and Well-Being Model: A framework to improve labor market participation of stroke survivors. *Journal of Vocational Rehabilitation*, 52,195-204.

***Strauser, D.,** Rumrill, P., & Greco, C. (2020). A conceptual framework to promote labor force participation and career development for people with diabetes mellitus. *Journal of Applied Rehabilitation Counseling. 51, 16-30.*

**Strauser, D**., Leslie, M., McMahon, B., Rumrill, P. & Greco,C.E.(2020). The employment discrimination experiences of younger and older Americans with cancer under Title 1 of the Americans with Disabilities Act. *Journal of Cancer Survivorship. 14, 614-623.*

**Strauser, D**., Rumrill, P., & Greco, C. (2020). A conceptual framework to promote career development for vocational rehabilitation consumers with traumatic brain injuries. *Work: A Journal of Prevention, Assessment, and Rehabilitation*, 65, 763-773.

**Strauser, D.R.**, Iwanaga, K., Chan, F., Tansey, T., Greco, C., Carlson-Green, B., Wagner, S. (2020). Psychological Well-Being, Perceived Functioning, and the Career Development of Young Adult Central Nervous System Cancer Survivors. *Journal of Rehabilitation,* 86*(3) 20-29.*

**Strauser, D.R.**, Rumrill, S., Rumrill, P., Greco, C.E. & Wagner, S. (2020). The Work Experience Survey: An on-the-job needs assessment tool to promote successful employment outcomes of young adult cancer survivors. *Journal of Vocational Rehabilitation*, 52, 123-135.

*Umucu,E, Iwanaga, K., Alrabiah, A., Chan, F., Wu, J.R., **Strauser, D.R.,** Estala-Gutierrez, V. & Washington, K. (2021). Examining the factors affecting high diabetes rates in southern states: A brief report. *Rehabilitation Research, Policy and Education*, 35, 64-68.

*Iwanaga, K., Chan, F., Tansey, T., **Strauser, D.R.,** Bishop, M., & Brooks, J. (2019). Working alliance and stages of change for employment: The intermediary role of autonomous motivation, outcome expectancy and vocational rehabilitation counseling engagement. *Journal of Occupational Rehabilitation*. 29, 315-324. doi: 10.1007/s10926-018-9787-5

*Leahy, M.J., Chan, F., Iwangaga, K., Umucu, E., Sung, C., Bishop, M., & **Strauser, D.R.** (2019). Empirically derived test specifications for the certified rehabilitation counselor examination: Revisiting the essential competencies of rehabilitation counselors. *Rehabilitation Counseling Bulletin, 63, 35-49*. Doi:10.1177/0034355212469839

*Lu, S., Liou, T., Chang, F., Yen, C., Chen, Y., Chang, B., Wu, T., Escorpizo, R., **Strauser, D. R.** & Pan, A. Y. (2019) Determinants of employment outcomes for people with schizophrenia using the WHODAS.2.0. *Journal of Occupational Rehabilitation*, 29, 375-383.doi:10.1007/s10926-018-9794-6

*O'Sullivan, D. Watt, J. & **Strauser, D.R**. (2019). Trauma sensitive rehabilitation counseling: Paradigms and principles. *Journal of Vocational Rehabilitation*, 51, 299-312.

*Rumrill, P. **Strauser, D.R.,** Greco, C. & Leslie, M. (2019). A conceptual framework to guide the career development of individuals with diabetes. *Journal of Applied Rehabilitation Counseling*, 51(1), 16-31.

*Rumrill, P., **Strauser, D.R**., Li, J., Roessler, R., Bishop, M., Leslie, M., & Frain, M. (2019). Priority employment concerns identified by Americans with multiple sclerosis in rural areas: Results of a national survey. *Journal of Vocational Rehabilitation*, 51, 21-31.

*Rumrill, P. Roessler, R., McMahon, B., Leslie, M., & **Strauser, D.R.** (2019). Workplace discrimination allegations and outcomes involving charging parties with multiple sclerosis and other disabilities under Title 1 of the American with Disabilities Act Amendments: A comparative analysis. *Journal of Vocational Rehabilitation*. 51,41-53.

**Strauser, D.R.**, Iwanaga, K., Chan, F., Tansey, T, Carlson-Green, B., Greco, C., & Wagner, S. (2019). Functional well-being and career thoughts in a group of young adult CNS survivors: Implications for employment. *Journal of Vocational Rehabilitation*, 51, 409-418.

***Strauser, D.R.,** Greco, C.,Rumrill, P & Strauser, D.G. (2019). A vocational rehabilitation intervention framework for people with rheumatoid arthritis. *Australian Journal of Rehabilitation Counseling*, 25(2), 110-121.

7

**\*Strauser, D.R.,** Rumrill, P. & Greco, C. (2019). Applying the Illinois Work and Well-Being Model to improve labor market participation of individuals with multiple sclerosis. *Journal of Vocational Rehabilitation*, 51, 11-20.

**\*Strauser, D. R.,** Chan, F., Fine, E., Iwaga, K., Greco, C. & Liptak, C. (2019). Identifying barriers to career development and employment for young adult CNS survivors. *Journal of Cancer Survivorship* 13, *(1),* 1-9.

\*Wei-Mo T., Pfaller J., Iwanaga, K., Chan, F., **Strauser, D. R.,** Wang, M. H., & Ditchman, N. A Psychometric Validation of the Employers' Stigmatizing Attitudes Toward Cancer Survivors Scale. (2018) Journal *of Occupational Rehabilitation* 28 *(3),* 541-547.

\* **Strauser, D. R.,** Ritter, E., Phillips, B., Nataro, S. & Jones, K. (2018) Social capital, social role, and entry pay for individuals with disabilities. *Rehabilitation Counseling Bulletin, 62(1),* 43-52.

\*Chiu, C.-Y., Bishop, M., Santens, R., Pionke, J., & **Strauser, D.** (2017). Barriers to accessibility and continuity of health care services among people with multiple sclerosis. *International Journal of MS Care, 19, 313-321.*

\*Lustig, D. C., Xonghong, X., **Strauser, D. R.,** & MacKay (2017). The relationship between career thoughts and adjustment for individuals with multiple sclerosis. *Rehabilitation Counseling Bulletin* 61(2), 112-120.

\* Lustig, D. C., **Strauser, D. R.,** & Yonghong, X. (2017). Influence of family of origin relationships on career thoughts. *Journal of Career Development.* 44(1) 49-61.

\* Reid, J., **Strauser, D. R**., Sears, S., & Wong, W. K. (2017) The impact of Type D personality on college students with and without disabilities. *Rehabilitation Counseling Bulletin.* 60(2) 67-76.

\*Tansey, T. N., Smedea, S., Umucu, E., Iwanaga, K., Wu, J. R., Cordoso, E. D. S., & **Strauser, D. R.** (2017). Assessing college life adjustment of students with disabilities: Application of the PERMA framework. *Rehabilitation Counseling Bulletin* 61(3), 131-142.

\* Phillips, B., Morrison, B., Deiches, J., Yan, M., **Strauser, D. R**., Chan, & Kang, H. (2016).  Employer-driven disability services provided by a medium-sized information technology company: A qualitative case study. *Journal of Vocational Rehabilitation.* 45(1) 85-96.

\*Bishop, M., Chan, F., **Strauser, D. R.,** Tansey, T., Frain, M., Chiu, C. & Rumrill, P. D. (2015) Employment among working aged adults with MS: A data mining approach and rehabilitation implications. *Rehabilitation Research, Policy and Education*, 29(2) 135-152.

\*Chiu, C. Y., Tansey T., Chan, F., **Strauser, D. R.,** Frain, M., & Arora, S. (2015). Effect of rehabilitation technology services on vocational rehabilitation outcomes of individuals with multiple sclerosis.  *Rehabilitation Research, Policy, and Education.* 29 (2) 186-192.

\*Frain, M., Bishop, M., Chan, F., Tansey, T. N., **Strauser, D. R.,** & Chiu, C. Y. (2015). Multiple sclerosis and employment: A research review based on the International Classification of Functioning. *Rehabilitation Research, Policy and Education,* 29 (2) 153-164.

**\*Strauser, D. R.,** Jones, A., Tansey, T., & Chan, F (2015). Career development of young cancer survivors: A conceptual model. *Journal of Vocational Rehabilitation. 42,* 167-176.

\*Tansey, T., **Strauser, D. R.,** Frain, M., Bishop, M., Chiu, C., Cahit, K., & Chan, F. (2015). Differential vocational rehabilitation services related to job readiness and job seeking needs of individuals with multiple sclerosis. *Rehabilitation Research, Policy and Education.* 29(2) 109-121.

\*Chiu, C., Chan, F., **Strauser, D. R.,** Feurestein, M., Ditchman, N., Cardoso, E., O'Neil, J. & Muller, V. (2014). State rehabilitation services tailored to employment status among cancer survivors. (2014) *Journal of Occupational Rehabilitation, 24(1), 89-99.*

\*Heft-Sears, S., Wong, W. K., & **Strauser, D. R.** (2014) Examining career readiness and positive affect in a

8

group of college students with disabilities. *The Journal of Postsecondary Education and Disability, 27(3),* 307-319.

*Lange, D., Wong, W. K. & **Strauser, D. R.** (2014) Differences in Work Personality and Career Readiness in a Group of Young Adult CNS Survivors. *International Journal of Rehabilitation Research.*

***Strauser, D. R. &** Wagner, S**.,** Chan, F., & Wong, W. K. (2014) Vocational development and career readiness: Survivors and parents perceptions. *Rehabilitation, Research, Policy and Education,* 28*(3),* 158-168.

* **Strauser, D. R.,** Klosky, J. L., Brinkman, T. M., Wong, A. W. K., Chan, F., Lanctot, J., Cox, C. L., Ojha, R. P., Robinson, L. L., Hudson, M. M., & Ness, K. K. (2014). Career Readiness in Adult Survivors of Childhood Cancer: A report from the St. Jude Lifetime Cohort Study. *Journal of Cancer Survivorship.* 9, 20-29.

***Strauser, D. R**., Wagner, S., & Wong, W. K. (2013).  Developmental work personality among young adult cancer survivors: An exploratory study. *Australian Journal of Rehabilitation Counseling, 19(1), 39-45*.

*Lustig, D. C., **Strauser, D. R.**, & Zanskas, S. (2012).  The relationship between psychological distress and career thoughts.  *Journal of Rehabilitation, 78* (4), 3-10.

* O'Sullivan, D., Wong, W. K. & **Strauser, D. R.** (2012) Confirmatory factor analysis study of the Revised Developmental Work Personality Scale. *Measurement and Evaluation in Counseling and Development, 45,* 270-291. .

* O'Sullivan, D., **Strauser, D. R**., and Wong, A. W. K. (2012) Examining the differences in developmental work personality across disability category: Implications for individuals with psychiatric disabilities.  *Work: Journal of Prevention, Assessment, and Rehabilitation. 42*, 259-267.

*O'Sullivan, D., **Strauser, D. R**., & Wong, A. W. K. (2012). Five factor model of personality, work behavior self-efficacy, and length of prior employment in a group of individuals with disabilities:  An exploratory analysis. *Rehabilitation Counseling Bulletin. 55,* 156-165.

*Plotner, A., Trach, J. S., & **Strauser, D. R.** (2012).  Vocational rehabilitation counselor's identified transition competencies: Percieved importance, frequency, and preparedness.  *Rehabilition Counseling Bulletin*, 55, 135-143.

*Plotner, A., Shogren, K. A.& **Strauser, D. R**. (2012). Analyzing transition research in rehabilitation counseling: A content analysis.  *Journal of Applied Rehabilitation Counseling, 42(4)*, 27-32.

* **Strauser, D. R.,** Wagner, S., Wong, W. K. & O'Sullivan, D. (2012) Career readiness, developmental work personality and age of onset in young adult CNS survivors. *Disability and Rehabilitation (Early on-line 1-8).*

***Strauser, D. R.,** Wagner, S., & Wong, A. W. K. (2012) Enhancing young adult CNS survivors psychosocial treatment outcomes: Importance of addressing vocational identity and community integration.  *International Journal of Rehabilitation Research 35 (4), 311-316.*

***Strauser, D. R**., O'Sullivan, D., & Wong, A. W. K. (2012). Work personality, work engagement, and academic effort in a group of college students.  *Journal of Employment Counseling,49(2), 50-61*.

***Strauser, D. R.,** Lustig, D. C., & Zanskas, S. (2012) Career readiness and individuals with disabilities. *Rehabilitation Research, Policy and Education, 27, 245-251.*

*Amir, Z, Wynn, P., Chan, F., **Strauser, D. R**., Whitaker, S., & Luker, K. (2010) Return to work after cancer in the UK:  Attitudes and experiences of line managers.  *Journal of Occupational Rehabilitation, 20,* 435-442.

*Chan, F., **Strauser, D. R**., Maher, P., Lee, E. J., Jones, R., & Johnson, E.T. (2010). Demand-side factors related to employment of people with disabilities: A survey of employers in the Midwest Region of the United States. *Journal of Occupational Rehabilitation, 20,* 412-419.

*Chan, F. & **Strauser, D. R.** Gervey, R., Lee, E. J. (2010). Introduction to demand-side factors related to employment of people with disabilities. *Journal of Occupational Rehabilitation*, 20, 407-411.

*Lustig, D. C. & **Strauser, D. R**. (2010).  Comparing health benefits offer rates for individuals with disabilities to workers in the general population: The impact of race and gender. *Journal of Rehabilitation, 76*(2)*, 46-51.*

*Lustig, D. C., & **Strauser, D. R**. (2010).  Health benefits for vocational rehabilitation consumers: comparison of access rates with workers in the general population. *Rehabilitation Counseling Bulletin, 53, 87-95.*

*Mailey, E. L., Wojcicki, T. R., Motl, R., **Strauser, D. R.,** Collins, K., & McAuley, E. (2010). Internet-delivered physical activity intervention for college students with mental health disorders: A randomized pilot trial. *Psychology, Health, and Medicine, 15,* 646-659.

*O'Sullivan, D., & **Strauser, D. R**. (2010). Validation of the developmental work personality model and scale. *Rehabilitation Counseling Bulletin, 54, 46-56*.

***Strauser, D. R.**, O'Sullivan, D., & Wong, A. W. K. (2010) The relationship between contextual work behaviors and work personality: An exploratory analysis. *Disability and Rehabilitation*, 32, 1999-2008.

***Strauser, D. R.,** Lustig, D. C., & Chan, F., & O'Sullivan (2010). Working alliance and vocational outcomes for individual cancer survivors. *International Journal of Rehabilitation Research, 33, 271-274.*

***Strauser, D. R.,** Feuerstein, M., Chan, F., Arango, J., Cardoso, E., & Chiu, C. Y. (2010) Vocational Services associated with competitive employment in 18-25 year old cancer survivors. *Journal of Cancer Survivorship, 4, 179-186.*

***Strauser, D.,** Feuerstein, M., Chan, F., Arango, J., da Silva Cardoso, E., & Chiu, C.-Y. (2010). Vocational services associated with competitive employment in 18–25 year old cancer survivors. Journal of Cancer Survivorship, 4(2), 179-186.

***Strauser, D. R.** & Wong, A. W. K. (2010).  Impact not efficacy: Applying the RE-AIM framework to rehabilitation counseling research. *Rehabilitation Education*. 24, 213-224

*Chan, F., Tarvydas, V., Blalock, K., **Strauser, D. R.,** & Atkins, B. J. (2009).  Unifying and elevating rehabilitation counseling through model drive diversity-sensitive evidence based practice. *Rehabilitation Counseling Bulletin*, *52*, 114-119.

*Keim, J., **Stauser, D. R**., & Olguin, D. (2009) Assessing work personality to enhance employment outcomes for survivors of intimate partner violence. *Journal of Employment Counseling, 46, 136-144*.

*Leahy, M. J., Muenzen, P., Saunders, J. L., & **Strauser, D. R** (2009).  Essential knowledge domains underlying effective rehabilitation counseling practice. *Rehabilitation Counseling Bulletin*, *52,* 95-106.

*O'Sullivan, D. E., & **Strauser, D. R** (2009) Operationalizing self-efficacy, related social cognitive variables, and moderating effects:  Implications for rehabilitation research and practice. *Rehabilitation Counseling Bulletin. 52, 251-258.*

***Strauser, D. R**., Ciftci, A., & O'Sullivan, D. (2009) Using attribution theory to examine community rehabilitation provider stigma. *International Journal of Rehabilitation Research, 32, 41-47.*

* **Strauser, D. R**., & 0'Sullivan, D. (2009). The role of developmental work personality in the employment of individuals with psychiatric disabilities. *Work: Journal of Prevention, Assessment, and Rehabilitation, 32, 171-177.*

*Chan, F., **Strauser, D. R**., Cardoso, E., Zheng, L.X., Chan, J., & Feuerstein, M. (2008). State vocational services and employment in cancer survivors. *Journal of Cancer Survivorship, 2, 169-178.*

*Lustig, D. C., & **Strauser, D. R**. (2008).  The relationship between degree type, certification status, years of experience, and time spent on specific rehabilitation counseling tasks in the state-federal vocational rehabilitation system.  *Rehabilitation Counseling Bulletin 52, 28-34.*

*Lustig, D. C., & **Strauser, D. R**. (2008).  Relationship between a counselor's education and experience and time spent on specific tasks. *Rehabilitation Counseling Bulletin, 51, 203-209.*

*Lustig, D. C. & **Strauser, D. R**. (2008).  The impact of sense of coherence on career thoughts.  *Rehabilitation Counseling Bulletin, 51,* 139-147.

**Strauser, D. R**., Lustig, D. C., & Uruk, A. C. (2008).  Psychological well-being: Relationship with work personality, vocational identity, and career thoughts.  *Journal of Psychology: Interdisciplinary and Applied, 142,* 21-35.

*Smith, D. L., & **Strauser, D. R**. (2008).  Examining the impact of physical and sexual abuse on the employment of women with disabilities: An exploratory analysis.  *Disability and Rehabilitation. 30* (*14*), *1039-1046.*

**Strauser, D. R**. (2008).  Trauma symptomatology:  Implications for return to work.  *Work: Journal of Prevention, Assessment and Rehabilitation, 31, 245-252.*

*Lustig, D. C., & **Strauser, D. R**. (2007).  The causal relationship between chronic poverty and disability. *Rehabilitation Counseling Bulletin,50, 194-202.*

**Strauser, D. R**., Lustig, D. C., & Uruk, A. C. (2007).  Differences in self-reported trauma symptomatology between individuals with and without disability: An exploratory analysis.  *Rehabilitation Counseling Bulletin, 50, 216-225*.

***Strauser, D. R**., Lustig, D. C., & Cogdal, P. (2006).  PTSD symptom severity: Impact on career decision-making, vocational identity, and work personality.  *Career Development Quarterly, 54,* 346-360.

***Strauser, D. R** & Berven, N. L. (2006).  Construction and field-testing of the job seeking self-efficacy scale. *Rehabilitation Counseling Bulletin, 49, 207-218.*

***Strauser, D. R**., Lustig, D. C., & Ursk, A. C. (2005).  Examining the moderating effect of disability status on the relationship between PTSD symptomatology and select career variables. *Rehabilitation Counseling Bulletin, 49*, 1-18.

*Yanchak, K. V., Lease, S. H., & **Strauser, D. R**. (2005).  Relation of disability type and career thoughts to vocational identity. *Rehabilitation Counseling Bulletin, 48, 130-138.*

*Donnell, C., Lustig, D. C., & **Strauser, D. R**. (2004) The working alliance: Rehabilitation outcomes for persons with severe mental illness. *Journal of Rehabilitation,70* (2), *12-17.*

*Lustig, D.C., **Strauser, D. R**., & Weems, G.H. (2004).  Rehabilitation service patterns: A rural/urban comparison of success factors. *Journal of Rehabilitation, 70(3), 13-19.*

*Lustig, D. C. & **Strauser, D. R**. (2004).  Employee benefits for individuals with disabilities: The effect of race and gender. *Journal of Rehabilitation, 70* (2), *12-17.*

***Strauser, D. R**., Lustig, D. C. & Donnell, C. (2004) The impact of the working alliance on therapeutic outcomes for individuals with mental retardation. *Rehabilitation Counseling Bulletin, 47,* 215-223.

*Keim, J. M., Malesky, L. A., & **Strauser, D. R**. (2003). Posttraumatic stress disorder (PTSD), life satisfaction, and work personality: Exploring the relationship with disability.  *Journal of Applied Rehabilitation Counseling, 34*(3), 41-45.

David R. Strauser, Ph.D.
Curriculum Vita 4/15/25 (Last Update)

*Keim, J. M. & **Strauser, D. R**. & Ketz, F.K. (2002). Examining the differences in career thoughts for three groups of women from low socioeconomic status.  *Journal of Employment Counseling, 39,* 31-43.

*Lustig, D. C., **Strauser, D. R**. & Donnell, C. (2003). Quality employment outcomes: Benefits for individuals with disabilities.  *Rehabilitation Counseling Bulletin, 47,* 5-14.

*Lustig, D. C., **Strauser, D. R**., Weems, G.H., Donnell, C., & Smith, L.D. (2003).  Traumatic brain injury and rehabilitation outcomes: Does working alliance make a difference. *Journal of Applied Rehabilitation Counseling, 34*(4), 30-37.

*Lustig, D. C. & **Strauser, D. R**. (2003). An empirical typology of career thoughts for individuals with disabilities. *Rehabilitation Counseling Bulletin, 46*, 98-107.

*Rucker, T. F., Rice, N. D., Lustig, D. C., & **Strauser, D. R**. (2003). Gender differences in rehabilitation counseling consumer involvement and employment outcomes.  *Journal of Applied Rehabilitation Counseling, 34*(2), 22-26.

***Strauser, D. R**. & Lustig, D. C. (2003) The moderating effect of sense of coherence on work adjustment: Implications for career and employment interventions. *Journal of Employment Counseling, 40*, 129-140.

*Lustig, D. C. & **Strauser, D. R**. (2002).  The relationship between sense of coherence and career thoughts. *Career Development Quarterly. 51*, 2-11.

*Lustig, D. C. & **Strauser, D. R.** (2002). The relationship between working alliance and rehabilitation counseling outcomes. *Rehabilitation Counseling Bulletin. 46*, 25-33.

***Strauser, D. R**., Lustig, D. C., & Keim, J. M. (2002). Analyzing the differences in career thoughts based on disability status. *Journal of Rehabilitation, 68*(1), 27-32.

***Strauser, D. R**., Keim, J. M. & Ketz, F. K. (2002). The impact of self-efficacy and locus of control on work adjustment. *Journal of Rehabilitation, 68*(1), 20-26.

***Strauser, D. R**. & Keim, J. M. (2002). Development and validation of the developmental work personality scale. *Rehabilitation Counseling Bulletin, 45*, 105-113.

***Strauser, D. R**. & Lustig, D. C. (2001). The implications of posttraumatic stress disorder on vocational rehabilitation planning. *Journal of Rehabilitation, 67*(4). 26-30.

*Keim, J. M. & **Strauser, D. R**. (2000). Job readiness self-efficacy and work personality: A comparison of trainee and instructor perceptions. *Journal of Vocational Rehabilitation. 14,* 13 -21.

Lustig, D., Rosenthal, D., **Strauser, D. R**. & Haynes, K. (2000). The relationship between the sense of coherence to life satisfaction for students with disabilities. *Rehabilitation Counseling Bulletin, 43*, 134-141.

*Jenkins, W. & **Strauser, D. R**. (1999). Horizontal expansion of the role of the rehabilitation counselor. *Journal of Rehabilitation, 65*(1), 4-9.

***Strauser, D. R.**, Waldrop, D., & Ketz, K. (1999). Reconceptualizing the work personality. *Rehabilitation Counseling Bulletin, 42*, 290-301.

* Conyers, L., Enright, M. S., & **Strauser, D. R**. (1998). Applications of self-efficacy theory to college students with disabilities. *Journal of Applied Rehabilitation Counseling, 29*, 25-30.

*Millington, M. J., & **Strauser, D. R**. (1998). Planning strategies in disability management. *Work: A Journal of Prevention, Assessment, and Rehabilitation, I0*, 261-270.

***Strauser, D. R.**, Lustig, D., & John, S. (1998). A model of rehabilitation counseling case conceptualization. *Rehabilitation Education, 12*, 181-192.

***Strauser, D. R.,** Waldrop, D., Hemsley, J. & Jenkins, W. (1998). The role of self-efficacy and locus of control in job readiness training programs. *Work, A Journal of Prevention, Assessment, and Rehabilitation, 10*, 243-249.

* **Strauser, D. R**., Jenkins, W., & Waldrop, D. (1998). Applications of self-efficacy to the transition from school to work. *Journal of Vocational Rehabilitation, 11*, 125-132.

*Chan, F., Shaw, L. R., McMahon, B. T., Koch, L., & **Strauser, D. R**. (1997). A model for enhancing consumer-counselor working relationships in rehabilitation. *Rehabilitation Counseling Bulletin,40*, 122-137.

***Strauser, D. R**. (1996). Self-efficacy and motivation: Implications for the job placement specialist. *Journal of Job Placement, 12*(1) 17-22.

*Thomas, K. R., & **Strauser, D. R**. (1995). Rehabilitating the rehabilitation service delivery system: A commentary on the voucher system. *Journal of Rehabilitation, 61*, 18-24.

***Strauser, D. R**. (1995). Applications of self-efficacy theory in rehabilitation counseling. *Journal of Rehabilitation, 61*, 7-13.


## Edited Books

**Strauser, D.R.** (2021). *Career Development, Employment and Disability in Rehabilitation: From Theory to Practice.* (2nd Edition). Editor. Springer Publishing, New York.

**Strauser, D. R.,** Chan, F & Tansey, T. (2019) *Assessment in Rehabilitation and Mental Health Counseling*. Co-Editor. Springer Publishing, New York.

**Strauser, D. R**. (2014) *Career Development, Employment and Disability in Rehabilitation: From Theory to Practice.* Editor. Springer Publishing, New York.

## Book Chapters

**Strauser, D. R.,** Kwatick, S., Brirri, N, Strauser, D.G. & Greco, C. (2022). Career and lifestyle planning in vocational rehabilitation settings. *Career Counseling: Foundations, Perspectives, & Applications.* D. Capuzzi & M. Stauffer (Editors)

**Strauser, D. R.** Kwatick S., Brirri, N, Strauser, D.G. & Greco, C. (2022). Career development, vocational behavior, and work adjustment of individuals with disabilities. *The Professional Practice of Rehabilitation Counseling*: Springer, New York. V. Tarvydas & M. Hartley (Editors)

**Strauser, D.R.** (2021). Introduction to the centrality of work for individuals with disabilities. *Career Development, Employment and Disability in Rehabilitation: From Theory to Practice.* (2nd Edition). D.R. Strauser (Editor). Springer Publishing, New York.

O'Sullivan, D.O. Hanna, J. L., & **Strauser, D.R.** (2021). Personality development and adjustment considerations in vocational rehabilitation contexts. *Career Development, Employment and Disability in Rehabilitation: From Theory to Practice.* (2nd Edition). D.R. Strauser (Editor). Springer Publishing, New York.

**Strauser, D.R.**, O'Sullivan, D.O. & Strauser, D.G. (2021). Theories of career development and work adjustment. *Career Development, Employment and Disability in Rehabilitation: From Theory to Practice.* (2nd Edition). D.R. Strauser (Editor). Springer Publishing, New York.

**Strauser, D.R.,** Chan, F., Frain, J., Tansey, T., & Frain, M. (2021). Vocational assessment and evaluation in

13

rehabilitation. *Career Development, Employment and Disability in Rehabilitation: From Theory to Practice.* (2nd Edition). D.R. Strauser (Editor). Springer Publishing, New York.

**Strauser, D.R.,** Greco, C.E., O'Sullivan, D.O. & Strauser, D.G. (2021). Career counseling people with disabilities. *Career Development, Employment and Disability in Rehabilitation: From Theory to Practice.* (2nd Edition). D.R. Strauser (Editor). Springer Publishing, New York.

**Strauser, D.R.** & Greco, C (2019). Introduction to assessment in rehabilitation. *Assessment in Rehabilitation and Mental Health Counseling.* D. R. Strauser, Chan, F., & Tansey (Editors). Springer, New York.

**Strauser, D.R.** & Greco, C (2019). Planning the assessment process. *Assessment in Rehabilitation and Mental Health Counseling.* D. R. Strauser, Chan, F., & Tansey (Editors). Springer, New York.

**Strauser, D.R.** &Greco, C (2019). Career assessment in rehabilitation. *Assessment in Rehabilitation and Mental Health Counseling.* D. R. Strauser, Chan, F., & Tansey (Editors). Springer, New York.

**Strauser, D.R.** , Frain, J, Frain, M. & Tansey, T.N. (2019). Vocational assessment and evaluation. *Assessment in Rehabilitation and Mental Health Counseling.* D. R. Strauser, Chan, F., & Tansey (Editors). Springer, New York.

**Strauser, D. R.,** Greco, C., & O'Sullivan, D. (2018). Career and lifestyle planning in vocational rehabilitation settings. *Career Counseling: Foundations, Perspectives, & Applications.* D. Capuzzi & M. Stauffer (Editors)

**Strauser, D. R.** O'Sullivan, D., & Wong, W. K. (2017). Career development, vocational behavior, and work adjustment of individuals with disabilities. *The Professional Practice of Rehabilitation Counseling*: Springer, New York. V. Tarvydas & M. Hartley (Editors)

**Strauser, D. R.,** O'Sullivan, D., & Tansey, T. (2015) Counseling for Work Adjustment. *Counseling in Rehabilitation and Mental Health:* Springer Publishing, New York. F. Chan (Editor).

**Strauser, D. R.** (2014). Introduction to the Centrality of Work. *Career Development, Employment and Disability in Rehabilitation: From Theory to Practice.* D.R. Strauser (Editor). Springer Publishing, New York.

Ritter, E., **Strauser, D. R.,** O'Sullivan, D., Reid, J., Khosravisnasr, S., & Cronin, T (2014). *Theories of Career Development and Work Adjustment.* Career Development, Employment and Disability in Rehabilitation: From Theory to Practice. D.R. Strauser (Editor). Springer Publishing, New York.

Wang, Q., **Strauser, D. R.**, Chan, F., & Wu, M.Y. (2014). *Fundamentals of Impression Management: Applications to the Employment of People with Disabilities.* Career Development, Employment and Disability in Rehabilitation: From Theory to Practice. D.R. Strauser (Editor). Springer Publishing, New York.

Heft-Sears, S., Jones, A., & **Strauser, D. R.** (2014). *Career Counseling People with Disabilities.* Career Development, Employment and Disability in Rehabilitation: From Theory to Practice. D.R. Strauser (Editor). Springer Publishing, New York.

**Strauser, D. R.,** Chan, F., Wan, M.H., Wu, M.Y. & Rahimi, M. (2014). *Vocational Evaluation in Rehabilitation.* Career Development, Employment and Disability in Rehabilitation: From Theory to Practice. D.R. Strauser (Editor). Springer Publishing, New York.

**Strauser, D. R.**, Wong, W. K, & O'Sullivan, D. (2011). Career development, vocational behavior, and Work Adjustment of individuals with disabilities. *The Professional Practice of Rehabilitation Counseling*: Springer, New York.

Amir, Z, **Strauser, D. R.**, & Chan, F. (2009). Employers and survivors' perspectives. *Work and Cancer Survivors*: Springer, New York.

**Invited Papers**

David R. Strauser, Ph.D.
Curriculum Vita 4/15/25 (Last Update)

Rumrill, P., Koch, L., **Strauser, D.R.** (2021). Introduction to the Special Issue: Employment and Vocational Rehabilitation Considerations for People with Disabilities During and After the COVID-19 Pandemic. *Journal of Vocational Rehabilitation, 54, 1-3.*

**Strauser, D. R.** (2017). Expanding opportunities and new directions in rehabilitation counseling: Beyond CACREP. *Rehabilitation Research, Policy, and Education*. 31(1) 2-7.

**Strauser, D. R.** (2016). Vocational assessment in marital and family law. *Nashville Bar Association Journal*, Fall 2016.

**Strauser, D. R.** (2016). Academic freedom: A contractual relationship guiding rehabilitation counseling. *Rehabilitation Research, Policy and Education*, 30(1), 2-3.

**Strauser, D. R.**, & Lustig, D.C. (2004).  Effect size and rehabilitation research.  *Journal of Rehabilitation, 70* (2), 3-4.

**Strauser, D. R.**, & Lustig, D. C. (2004).  Poverty and Disability. *Journal of Rehabilitation, 70(3),* 3-4.

**Strauser, D. R.,** & Lustig, D. C. (2004).  A living wage for individuals with disabilities: Implications for rehabilitation professionals. *Journal of Rehabilitation, 70*(2), 3-4.

**Technical/Professional Manuals/ Research Briefs**

**Strauser, D.R.** et al. (2023) The Illinois Transition School to Work Manual

**Strauser, D.R.,** Wehman, P., Inge, K., Brooke, & McDonugh, J. (2019).  Customized employment handbook for previously incarcerated indivdiduals with disabilities: A handbook for rehabilitation counselors and community rehabilitation providers.

Chan, F., Phillips, B.N., **Strauser, D.,** Maher, P., Tansey, T., Deiches, J., & Morrison, B. (2014). Research Brief: Evaluating the effectiveness of a multi-component demand-side intervention toolkit for VR professionals to improve employment outcomes of people with physical disabilities: A randomized controlled trial study. Virginia Commonwealth University, Rehabilitation Research and Training Center on Employment of People with Physical Disabilities. Retrieved from http://vcurrtc.org/resources/content.cfm/1104

**Presentations (* Peer Reviewed)**

**Strauser, D.R. (2025).** Applying the Illinois Work and Well-Being Model to examine vocational loss of earnings. *Paper presented at the American Board of Vocational Experts, Asheville, NC.*

**Strauser, D. R.,** Wong, A. W. K., & O'Sullivan, D. (2025). Publishing rehabilitation research in rehabilitation research, policy, and education. *Presentation at the Association for Rehabilitation, Research, Policy, and Education Symposium, Savannah, GA.*

Brehmer, C., O'Sullivan, D., **Strauser, D. R.,** & Phillips, B. (2025). Functioning mediates the relationship between trauma and work outcomes for PWD. *Presentation at the Association for Rehabilitation, Research, Policy, and Education Symposium, Savannah, GA.*

Strauser, D. R. (2025). Applying the Illinois model to wage loss analysis. *Presentation at the Association for Rehabilitation, Research, Policy, and Education Symposium, Savannah, GA.*

**Strauser, D. R.**, Havilcek, J., & Schutz, M. (2025) Vocational rehabilitation services and employment outcomes for foster care youth with disabilities. *Presentation at the Association for Rehabilitation, Research, Policy, and Education Symposium, Savannah, GA.*

Stelter, C. R., **Strauser, D. R.,** O'Sullivan, D., & Lee, C. (2025). Utilizing MTurk to test the revised

15

developmental work personality scale and other scales. *Presentation at the Association for Rehabilitation, Research, Policy, and Education Symposium, Savannah, GA.*

Stelter, C. R. & **Strauser, D. R.** (2024). Families as partners in promoting positive competitive integrated employment (CIE) outcomes. Presentation at TASH Conference, New Orleans, LA.

**Strauser, D. R.,** & O'Sullivan, D. M. (2024). Alternative education and training models for rehabilitation professionals. *Paper presented at the Association for Rehabilitation, Research, Policy, and Education Symposium, Madison, WI.*

**Strauser, D. R.** (2024). Applying the Illinois Model to facilitate the return to work of cancer survivors. *Paper presented at the International Psycho-Oncology Society, Maastricht, Netherlands.*

**Strauser, D. R.** (2024). Applying the Illinois Model to facilitate the return to forensic analysis. *Paper presented at the Association for Rehabilitation, Research, Policy, and Education Symposium, Madison, WI.*

Austin, B., & Strauser, D. R. (2024). Illinois work and well-being checklist: Assessment of career and employment development of individuals with disabilities. *Paper presented at the National Symposium on Quality Employment, Madison, WI.*

**\*Strauser, D.R.,** & Schutz, M. (2024). Illinois career assessment battery: Applications, utilizations, outcomes, and implications for transition assessment. Poster presented at the Illinois Center for Transition and Work Annual Conference, Champaign, IL.

**\*Strauser, D.R.,** & Schutz, M. (2024). The central role of work personality in preparing disabled youth for employment. Poster presented at the Illinois Center for Transition and Work Annual Conference, Champaign, IL.

*Strauser, D.G., & **Strauser, D.R.** (2024). Exemplary practices when employing people with disabilities: Advice from employers. Poster presented at the Illinois Center for Transition and Work Annual Conference, Champaign, IL.

**\*Strauser, D.R.** (2023). Applying the Illinois work and well-being model to examine vocational loss of earning capacity. Paper presented at the National Rehabilitation Counseling Association Annual Conference, Little Rock, AR.

**\*Strauser, D.R.** (2023). Applying the Illinois work and well-being model to case conceptualization in vocational rehabilitation settings. Paper presented at the Quality Employment Conference, University of Wisconsin-Madison.

Lewis, R., Knauf, J., Kosiulek,J. & **Strauser, D.R.** (2023)**.** From Subminimum wage to competitive integrated employment: SWTCIE Illinois. Illinois Center for Transition and Work Symposium. University of Illinois at Urbana-Champaign.

**\*Strauser, D.R.** (2022). Applying the Illinois work and well-being model to determine vocational loss of earnings. International Rehabilitation Professions Annual Conference, Fort Worth, TX. October, 2022.

*O'Sullivan, D., Hanna, J. L., Greco, C. E., **Strauser, D. R.** (2021). *Distinguishing between maltreatment and problem parenting: Development of a new scale to help mandated reporters (MR) make decisions that are ethical and culturally sensitive.* Presentation at the Association for Assessment and Research in Counseling Annual Conference, Cincinnati, OH.

**\*Strauser, D. R.** (2021). Trauma Informed Vocational Rehabilitation: Implications for Transition School to Work. IL Statewide Transition Conference. East Peoria, IL. November 4th, 2021.

**\*Strauser, D. R.,** Dymond, S. (2021).  The Illinois Center for Transition and Work. IL Statewide Transition Conference. East Peoria, IL. November 4th, 2021.

**Strauser, D. R.,** Rumrill, S., & Rumrill, P. (2020). Ecological assessment of the workplace accommodation needs of transition-age youth with brain cancer. 15th Annual Conference of the North American Brain Injury Society. New Orleans, LA. February 28, 2020.

**Strauser, D. R.,** Rumrill, S., & Rumrill, P. (2020). Promoting successful career outcomes for young adult central nervous system cancer survivors: A case study applying the Work Experience Survey. Annual Conference of the American Association of Behavioral and Social Sciences. Las Vegas, NV. February 24, 2020.

**Strauser, D.R.** (2020) Issues related to college and careers for young adult brain tumor survivors.  Children's Brain Tumor Foundation, Los Angeles, CA.

*Rumrill, P., Bishop, M., Chiu, C., **Strauser, D.R**., Lee, B., Rumrill, S. (2020). What's New in Multiple Sclerosis Research? Understanding Counseling Clientele. NCRE San Diego, CA.

*Grenawalt. T. A., Brinck, E., Friefeld-Kesselmeyer, R., Phillips, B. N., Tansey, T. N., & **Strauser, D. R.** (2019). *Autism in the workforce: A case study.* Concurrent presentation for the 2019 meeting of the National Council on Rehabilitation Education, San Diego, CA.

**Strauser, D.R.,** Greco, C.E., & Strauser, D.G. (2020). *Factorial structure of the contextual work behavior scale*. Poster presented at the National Council on Rehabilitation Education, San Diego, CA.

**Strauser, D.R.,** Greco, C.E., Strauser, D.G., & Wagner, S (2020). *Psychological well-being, perceived functioning, and the career development of young adult CNS survivors*. Poster presented at the National Council on Rehabilitation Education, San Diego, CA.

*Greco, C.E., **Strauser, D.R.,** & Phillips, B. (2020). Career needs for individuals with disabilities and criminal backgrounds. Poster presented at the National Council on Rehabilitation Education, San Diego, CA.

*Li, J., Rumrill, P., Bishop, M., Leslie, M., **Strauser, D.R**., & Lee.B. (2020).  *Perceived health and functional status and work environmental factors as determinants of psychological stress among employed people with multiple sclerosis*. Poster presented at the Annual Conference of the American Association of the Behavioral and Social Sciences. Las Vegas, NV.

*Merchant, W., Leslie, M., Li, J., Rumrill, P., Bishop, M., **Strauser, D.R**., Lee, B., & Hodges, J. (2020).  Racial/ethnic status as a differential indicator of employment concerns related to fair treatment, legal rights, and personal environmental resources among Americans with multiple sclerosis. Poster presented at the Annual Conference of the American Association of the Behavioral and Social Sciences. Las Vegas, NV.

*Rumrill, P., **Strauser, D.R**., Bishop, M., Leslie, M., Rumrill, S., & Merchant, W. (2020). Personal, health and function, and career maintenance factors as determinants of quality of life among employed people with multiple sclerosis. Poster presented at the Annual Conference of the American Association of the Behavioral and Social Sciences. Las Vegas, NV.

**Strauser,D.R.,** Rumrill, S., Rumrill, P., Greco, C.E., & Wagner, S. (2020). The work experience survey: An on-the-job needs assessment tool to promote successful career outcomes for young adult CNS survivors. Poster presented at the Annual Conference of the American Association of the Behavioral and Social Sciences. Las Vegas, NV.

**Strauser, D.R.,** Rumrill, P., Greco, C.E., & Wagner, S. (2020). *Enhancing employment of young adult CNS survivors: The role of work personality*. Poster presented at the American Brain Injury 15th Annual Conference, New Orleans, LA.

**Strauser, D.R.,** Shen, S.,  Greco, C. &Wagner, S. (2020). *Strengthening work personality to increase employment outcomes of young adult CNS survivors.* Poster presented at the American Psycho-Oncology

Society Conference, Portland, OR.

**Strauser, D.R.,** Greco, C.E., Shen, S., Phillips, B., & Strauser, D.G. (2019). *Development of the Illinois Brief Screening Inventory.* Poster presented at the National Council on Rehabilitation Education Fall Conference, Alexandria, VA.

*Greco, C.E., & **Strauser, D.R.** (2019). *An investigation of influences of work motivation among young adult CNS survivors.* Poster presented at the National Council on Rehabilitation Education Fall Conference, Alexandria, VA.

***Strauser, D.R.,** Greco, C.E., & Strauser, D.G. (2019). *Impact of trauma on career development of individuals with disabilities.* Paper presented at the National Council on Rehabilitation Education Fall Conference, Alexandria, VA.

*Greco, C & **Strauser, D.R.** (2019). *Initial Development of the Illinois Vocational Rehabilitation Screener*. Poster presented at the National Council on Rehabilitation Education, San Diego, CA.

*Hergenrather, K., **Strauser, D.R.,** &Kandu, M. (2019). *Updates from the E3 Project*. Paper presentation for the 2019 meeting of the National Council on Rehabilitation Education, San Diego, CA.

*Grenawalt, T. A., Brinck, E., Friefeld-Kesselmeyer, R., Phillips, B. N., Tansey, T. N., & **Strauser, D. R.** (2019). *Autism in the workforce: A case study.* Paper presentation for the 2019 meeting of the National Council on Rehabilitation Education, San Diego, CA.

***Strauser, D. R.,** Iwanaga, K., Chan, F., Tansey, T., Greco, C., Carlson-Green, B., & Wager, S. (2019). *Examining the career development of young adult CNS survivors: Application of the PERMA Framework.* Poster presented at American Psycho-Social Oncology Society, Atlanta, GA.

*Rumrill, P., **Strauser, D. R.,** Roessler, r., Li, J., Leslie, M., & Bishop, M. (2018). Priority employment concerns identified by Americans with multiple sclerosis residing in rural areas. Annual Meeting of the International Organization of Social Sciences and Behavioral Research.  Boca Raton, FL. November 12, 2018.

***Strauser, D. R.,** Phillips, B. N. & Jones, W. D. (2018). *Employed with low wages? Social capital and social role can help.* Paper presented at National Conference on Rehabilitation Education Annual Conference, Anaheim, CA.

*Greco, C. & **Strauser, D. R.** (2018). *Applying the Illinois Work and Well-Being Model to Students with Disabilities*. Paper presented at the Illinois School Counseling Association Conference, Springfield, IL.

*Greco, C. & **Strauser, D. R.** (2018). *Development of the Illinois Brief Functioning Invento*ry. Paper presented at National Conference on Rehabilitation Education Annual Conference, Anaheim, CA.

*Kandu, M., Hergenrather, K., Anderson, C., Bishop, M., **Strauser, D. R.,** & Tansey, T. (2018).  *RSA project E3. Educate, Empower, and Employ: Applications of Community-based participatory research (CBPR) in targeted communities in 12 states*.  Paper presented at National Conference on Rehabilitation Education Annual Conference, Anaheim, CA.

* Grenawalt, T. A., Tansey,T. N., **Strauser, D. R.,** Anderson, C., & Bishop, M. (2018). Vocational rehabilitation agency needs assessment: A first look. Poster presented at National Conference on Rehabilitation Education Annual Conference, Anaheim, CA.

Chiu, C. & **Strauser, D. R.** (2018).  *Needs and barriers to return to work in young adults with incarceration*. Poster presented at National Conference on Rehabilitation Education Annual Conference, Anaheim, CA.

* Iwanaga, K., Chan, F., Tansey, T. N., **Strauser, D. R.,** & Bishop, M. (2017, September). *Working alliance and readiness for employment of vocational rehabilitation consumers*. Concurrent session at the ARCA 60th anniversary conference, American Rehabilitation Counseling Association, (ARCA), Orlando, FL.

*Iwanaga, K., Chan, F., Tansey, T. N., **Strauser, D. R.,** & Bishop, M. (2017, April). *Working alliance and readiness for employment of state VR consumers: The intermediary role of autonomy, outcome expectancy and VR engagement.* Poster presentation at the 17th annual meeting of the National Rehabilitation Educators Conference, National Council on Rehabilitation Education (NCRE), Anaheim, CA.

**Strauser, D. R.,** Wagner, S., Chan, F., & Tansey, T. N. (2017). *Impact of functioning on young adult CNS survivor*s. Poster presented at the Adolescent Young Adult Cancer Survivor Global Conference, Atlanta, GA.

***Strauser, D. R.,** Chan, F., Tansey, T., Iwanaga, K., & Wagner, S. (2018). *Perceived physical and psychological functioning and its relationship to the career development of young adult CNS survivors.* Paper presented at the American Psycho-Oncology Society Conference, Tucson, AZ.

***Strauser, D. R.,** Chan, F. Tansey, T., Iwanaga, K., & Wagner, S. (2017). *The impact of functioning on the career development process of young adult CNS survivors.* Paper presented at the International Psycho-Oncology Society Conference, Berlin, Germany.

***Strauser, D. R.,** Chan, F., Tansey, T., Iwanaga, K., Fine, E., & Liptak, C (2017). *Identifying barriers to career development and employment of young adult survivors of pediatric brain tumors.* Poster presented at the International Psycho-Oncology Society Conference, Berlin, Germany.

* Hergenrather, K., Kandu, M., **Strauser, D. R**., McGuire-Kuletz, M., & Emmanuel, D. (2017). *Community-based participation research: Applications for enhancing employment outcomes.* Paper presented at the National Council on Rehabilitation Education Fall Conference, Arlington, VA.

* **Strauser, D. R.** (2017). *An alternative to CACREP: Implications for rehabilitation education and training.* Paper presented at the National Council on Rehabilitation Education Spring Conference, Anaheim, CA.

*Iwanaga, K., Chan, F., Tansey, T. N., **Strauser, D. R.,** & Bishop, M. (2017). *Working alliance and readiness of employment of state vocational rehabilitation consumers: Intermediary role of occupational expectancy and vocational engagement.* Poster presented at the National Council on Rehabilitation Education Spring Conference, Anaheim, CA.

* Anderson, C., Tansey, T. N., Johnson, A., & **Strauser, D. R.** (2017). I*ntersection of disability and generational poverty: Enhancing rehabilitation counseling cultural competency.* Paper presented at the National Council on Rehabilitation Education Spring Conference, Anaheim, CA.

*Kandu, M., Bishop, M., **Strauser, D. R.,** Dutta, A., Tansey, T. N., & Anderson, C. (2017). *Educate, Evaluate, and Empower: Vocational rehabilitation targeted communities project*-updates and current directions. Paper presented at the National Council on Rehabilitation Education Spring Conference, Anaheim, CA.

*Wagner, S., Strauser, D. R., & Jones, B. (2017). *Psychosocial and career adjustment in young adult CNS survivors.* Paper presented at the American Psycho-Oncology Social Work Conference, Chicago, IL.

* Wagner, S. & **Strauser, D. R.** (2017). *Relationship of social support and community integration.* Paper presented at the American Psycho-Oncology Society Conference, Orlando, FL.

*Kandu, M., Bishop, M., **Strauser, D. R.,** Dutta, A., Tansey, T.N., & Anderson, C. (2016). *Educate, Evaluate, and Empower: Vocational rehabilitation targeted communities project.* Paper presented at the National Council on Rehabilitation Education Annual Fall Conference, Washington, D.C.

***Strauser, D. R.,** Chan, F., Wagner, S., Tansey, T. N., Iwanaga, K., & Brooks, J. (2016). Relationship of role functioning and family support on community integration of young adult CNS survivors. Poster presented at the International Psycho-Oncology Conference, Dublin, Ireland.

***Strauser, D. R.,** Chan, F., Wagner, S., Iwanaga, K., & Tansey, T. N. (2016). Impact of role functioning and psychiatric symptoms on career development of young adult CNS survivors. Poster presented at the

International Psycho-Oncology Conference, Dublin, Ireland.

* **Strauser, D. R.**, Wagner, S., Tansey, T. N., Carlson-Greene, B., & Chan, F. (2016). *Perceptions of young adult CNS survivors and their parents regarding career development and employment.* Poster presented at the International Psycho-Oncology Conference, Dublin, Ireland.

* Tu, Wei-Mo, Pfaller, J., Iwanaga K., Wang M. H., Chan, F., & **Strauser, D. R.** (2015). *A Psychometric Validation of The Employers' Stigmatizing Attitudes Toward Cancer Survivors Scale*. Poster presentation at the National Council on Rehabilitation Conference, Newport Beach, CA.

* **Strauser, D. R.,** Lewis-Brown, Y., & Blackford, J. (2015). *Assessing employment readiness in Tennessee vocational rehabilitation*. Poster presentation at the National Council on Rehabilitation Conference, Newport Beach, CA.

* Chan, F**., Strauser,** D. R., Bishop, M., Krause, J., & Rumrill, P. (2014). *Examining the relationship between poverty, health and employment: Implications for VR practice.* Paper presented at the National Council on Rehabilitation Education Conference, Washington, D.C.

***Strauser, D. R. &** Chan, F. (2014). *Career readiness in young adult cancer survivors*. Paper presented at the International Psycho-Oncology Conference, Lisbon, Portugal.

* **Strauser, D. R.,** Cardoso, E., Chan, F., & Wagner, S. (2014). *Evaluating the effectiveness of an occupational development program for young adult cancer survivors*. Paper presented at the International Psycho-Oncology Conference, Lisbon, Portugal.

* Wong, A.W.K., **Strauser, D. R.**, & Wagner, S. (2014). *Integrating work and community inclusion into survivorship care: Enhancing psychosocial outcomes of CNS cancer survivors*. Poster presented at American Conference for Rehabilitation Medicine, Toronto, OT, Canada.

* **Strauser, D. R.** (2014). *Career readiness and vocational outcomes in a group of young adult cancer survivors: Implications for vocational rehabilitation.* Paper presented at the National Association of Rehabilitation Research Training Centers Annual Conference, Alexandria, VA.

*Khosravinasr, S. & **Strauser, D. R.** (2014). *The assistive technology usage discontinuance factors.* Poster presented at National Council on Rehabilitation Education (NCRE), Manhattan Beach, CA.

*Jones, A. & **Strauser, D. R.** (2014). *Community integration of childhood and adolescent central nervous system cancer survivors*. Poster presented at National Council on Rehabilitation Education (NCRE), Manhattan Beach, CA.

* Lange, D.D., Ritter, E., & **Strauser, D. R.** (2014). *Career thoughts and young adult survivors of central nervous system cancer.* Poster presented at National Council on Rehabilitation Education (NCRE), Manhattan Beach, CA.

*Jones, A. & **Strauser, D. R.** (2014). *Impact of cancer on intimate relationships and sexuality of childhood and adolescent cancer survivors.* Poster presented at National Council on Rehabilitation Education (NCRE), Manhattan Beach, CA.

 *Reid, J. A., Heft-Sears, S., Wong, A., & **Strauser, D. R. (**2014). *The role of disability status and personality traits on career cognitions.*  Poster presented at the Division 17 American Psychological Association (APA) Annual Conference, Washington, DC.

*Heft-Sears, S.J., Reid, J. A., & **Strauser, D. R.** (2014). *Role of disability status and type-D personality in outcomes of college students.*  Poster presented at IL-IA Association of Higher Education and Disability (ILLOWA AHEAD), Bi-Annual Conference, Davenport, IA.

***Strauser, D. R.,** Heft-Sears, S., Wong, A., & Reid, J. A. (2014). *The role of disability status and type-d personality in the outcomes of college students.* Poster presented at National Council on Rehabilitation Education (NCRE), Manhattan Beach, CA.

*Reid, J. A. & Heft-Sears, S., Wong, A., **Strauser, D. R.** (2013). *The impact of type d personality traits on college students with and without disabilities career readiness.* Poster session presented at the annual conference of the Illinois Counseling Association, Skokie, IL.

**Strauser, D. R.** (2013). *Career readiness in young adult brain tumor survivors: Initial results from a randomized control trail.* Paper presented at the International Psycho-Oncology Conference, Rotterdam, Netherlands.

***Strauser, D. R.** & Chan, F. (2013). *Vocational services impacting employment of young adult cancer survivors.* Paper presented at the International Psycho-Oncology Conference, Rotterdam, Netherlands.

*Reid, J., Heft-Sears, S., Wong, W. K., & **Strauser, D. R.** (2013). *Examining Career Readiness and Type D Personality and Group of College Students with Disabilities.* Poster presented at the University of Illinois at Urbana-Champaign College of Education, Champaign, IL.

***Strauser, D. R.,** Wagner, S., & Zebrack, B. (2013). *Evaluating the efficacy of an Occupational Development Program for Young Adult CNS Survivors. Poster presented at the Association of Psycho-Oncology,* Huntington Beach, CA.

***Strauser, D. R.,** Wagner, S., & Zebrack, B. (2013). *Building career readiness and social skills: A program for young adult CNS survivors.* Poster presented at the Association of Pediatric Oncology Social Workers, Minneapolis, MN.

***Strauser, D. R.,** Wagner, S., & Zebrack, B. (2013). *Developing career readiness and social skills: A program for young adult CNS survivors.* Poster presented at the Association of Oncology Social Work, San Diego, CA.

*Wong, W.K. & **Strauser, D. R.** (2013). *Measuring workplace outcomes using the ICF model in adult survivors of childhood cancer.* Paper presented at the 3rd Annual Postdoctoral Research Symposium, Urbana, IL.

***Strauser, D. R** (2012*). Vocational interventions and young adult cancer survivors.* Paper presented at the World Disability Prevention and Integration Conference, University Medical Center Groningen, Netherlands.

***Strauser, D. R.** (2012). *Career readiness, developmental work personality, and age of onset in young adult CNS survivors.* Paper presented at the National Association of Rehabilitation Research Training Center Conference, Alexandria, VA.

*Wong, W. K., **Strauser, D. R**. & Wagner, S. (2012). *Integrating work and community integration into cancer survivorship care: Enhancing psychosocial outcomes of CNS survivors.* Poster presented at the American Congress of Rehabilitation Medicine Annual Conference, Vancouver, British Columbia.

*Wong, W. K., Reid, J., & **Strauser, D. R**. (2012). *Career thoughts and college students with disabilities.* Poster presented at the National Council on Rehabilitation Education Conference, San Francisco, CA.

* Wong, A. W. K. & **Strauser, D. R.** (2012). *Examining the potential utilization of Type-D personality for rehabilitation research and practice.* Poster presented at the National Council on Rehabilitation Education Conference, San Francisco, CA.

*Lange, D. D., Wong, A. W. K., & **Strauser, D. R.** (2012). *Differences in developmental work personality between CNS cancer survivors and college students.* Poster presented at the National Council on Rehabilitation Education Conference, San Francisco, CA.

* Jones, A. E., Wong, A. W. K., & **Strauser, D. R.** (2012). *Parental distress and occupational development of young adult cancer survivors.* Poster presented at the National Council on Rehabilitation Education Conference, San Francisco, CA.

* **Strauser, D. R**. & Wong, A. W. K**. (2012). *Addressing vocational identity and community integration for enhancing psychosocial outcomes for young adult CNS cancer survivors.* Paper presented at the National Council on Rehabilitation Education Conference, San Francisco, CA.

*Wong, A. W. K., **Strauser, D. R**., Lange, D. D., & Wagner, S. (2012). *What psychosocial factors are associated with the life satisfaction of survivors with childhood CNS cancer? –A pilot study for enhancing the cancer survivorship care*. Poster presented at the Cancer Community at Illinois Symposium, Champaign, IL.

*Sears, S. & **Strauser, D. R**. (2012). *Examining the career readiness of college students with disabilities*. Paper presented at the ILLOWA Ahead Conference, Champaign, IL.

***Strauser, D. R.,** Wong, W. K., & O'Sullivan, D. (2011). *Need based vocational rehabilitation outcomes.* Paper presented at the National Council on Rehabilitation Education Conference, Manhattan Beach. CA.

*Heft-Sears, S., & **Strauser, D. R.** (2011). *Assessing career readiness of college students with disabilities*. Poster presented at the National Council on Rehabilitation Education Conference, Manhattan Beach, CA.

*Wong, W.K., & **Strauser, D. R.** (2011). *Factors predicting life satisfaction among young adult childhood cancer survivors.* Poster presented at the National Council on Rehabilitation Education Conference, Manhattan Beach, CA.

*Lange, D., Wong, W. K., & **Strauser, D. R.** (2011). *U.S. newspapers and wires on material presented to the public about posttraumatic stress in the U.S. military.* Poster presented at the National Council on Rehabilitation Education Conference, Manhattan Beach, CA.

* Wong, W. K., O'Sullivan, D. & **Strauser, D. R.** (2011). *Examining the structure of the developmental work personality scale (revised)*.  Poster presented at the National Council on Rehabilitation Education Conference, Manhattan Beach, CA.

***Strauser, D. R.,** & Wagner, S. (2011). *Evaluating career development resources for young adult brain tumor survivors*.  Association of Oncology Social Workers Conference, St. Louis, MO.

*Wagner, S., **Strauser, D. R.,** O'Sullivan, D., Chan, F., & Dutta (2011). *Looking at community integration and career development in young adult brain tumor survivors: A pilot study*.  Poster presentation at the American Psycho-Oncology Society Conference, Anaheim, CA.

* Wong, W. K., Wagner, S., Chan, F., **& Strauser, D. R** (2010). *Career readiness, developmental work personality, and age of onset of young adult CNS cancer survivors.*  Poster presentation at the Redefining Disability: New Directions in Research and Practice Symposium, University of Illinois at Urbana-Champaign Center for Health, Aging, and Disability, Urbana, IL.

*Howard, E., Intapura, N., Wong, W. K., & **Strauser, D. R** (2010). *The effect of gender and education on the satisfaction of life, community integration, and vocational identity of young adult CNS cancer survivors.* Poster presentation at the Redefining Disability: New Directions in Research and Practice Symposium, University of Illinois at Urbana-Champaign Center for Health, Aging, and Disability, Urbana, IL.

*Sears, S., Jones, A., Wong, W. K., Chen, X, & **Strauser, D. R.** (2010).  *Assessing career readiness of college students' disabilities:  Implications for career services.* Poster presentation at the Redefining Disability: New Directions in Research and Practice Symposium, University of Illinois at Urbana-Champaign Center for Health, Aging, and Disability, Urbana, IL.

***Strauser, D. R.,** & Chan, F. (2010). *Demand-side employment factors related to employment of people with disabilities: A survey of employers.*  Paper presented at the National Employment Conference, Alexandria, VA.

***Strauser, D. R.,** & Wong, A. W. K. (2010). *Applying the RE-AIM framework the rehabilitation counseling research.*  Paper presented at the National Council on Rehabilitation Education, Manhattan Beach, CA.

*O'Sullivan, D. & **Strauser, D. R.** (2010). *Developmental work personality: Implications for rehabilitation research and practice.*  Paper presented at the National Council on Rehabilitation Education, Manhattan Beach, CA.

*Wong, W.K, **Strauser, D. R.**, Chan, F., O'Sullivan, D., Wagner, S., & Dutta, A. (2010).  *Examining differences in developmental work personality, locus of control, and self-efficacy of work behavior: Implications for young adult cancer survivors.*  Poster presented at the National Council on Rehabilitation Education Annual Conference, Manhattan Beach, CA.

* Wagner, S., Chan, F, **Strauser, D. R.**, O'Sullivan, D., Wong, A. W. K., & Dutta, A. (2010).  *Differences in Developmental Personality, Locus of Control and Work Behavior Self-Efficacy: Implications for Young Adult Cancer Survivors' Employment.*  Poster presented at the International Psycho-Oncology Society Conference, Quebec, Canada.

***Strauser, D. R.,** Chan, F., Wagner, S., & Dutta, A. (2010).  *Career development of young adult brain tumor survivors.*  Paper presented at The American Psycho-Oncology Society, New Orleans, LA.

*Lee, E. J., Chan, F. & **Strauser D. R.** (2010). *Employment needs of young adult cancer survivors.* Poster presented at the American Psycho-Oncology Society, New Orleans, LA.

***Strauser, D. R.,** Feurerstein, M. & Chan, F. (2009). *Vocational services associated with competitive employment in 18-25 year old cancer survivors*. Paper presented at the American Psycho-Oncology Society, Charlotte, NC.

*Lustig, D. C., **Strauser, D. R.,** & Zankas, S. (2009).  *Rehabilitation service provider degree type, certification, and length of services:  Implications for rehabilitation counselor recruitment.*  Paper presented at the National Council on Rehabilitation Education 9th Annual Conference, San Antonio, TX.

*O'Sullivan, D. M. E., & **Strauser, D. R** (2009). *The impact of education on stigma related to individual with substance abuse disorders.* Poster presented at the National Council Rehabilitation Education 9th Annual Conference, San Antonio, TX.

***Strauser, D. R** & Chan, F. (2008) *Utilizing vocational services to meet employer demands: Impact for cancer survivors.* Paper presented at the International Psycho-Oncology 10th World Congress of Psycho-Oncology, Madrid, Spain.

*Smith, D. L. & **Strauser, D. R.** (2008) *Examining the impact of physical and sexual abuse on the employment of persons with disabilities*: An exploratory analysis. Paper presented at the American Occupational Therapy Association National Conference. Long Beach, CA.

*O'Sullivan, D. M. E., & **Strauser, D. R** (2008).  *Rehabilitation service provider efficacy: Preliminary results of provider efficacy for the client-counselor working alliance across six catagories of disabilities.*  Poster presented at the National Council on Rehabilitation Education Annual Conference, San Antonio, TX.

***Strauser, D. R** & O'Sullivan, D. M. E. (2008). *Rehabilitation counselors' perceptions of their clients' work related behaviors that function as barriers to successful job placement and job retention.* Poster presented at the National Council on Rehabilitation Education Annual Meeting, San Antonio, TX.

***Strauser, D. R**., & Smith, D. L. (2007).  *Examining the impact of physical and sexual abuse on the employment of people with disabilities : An exploratory analysis*.  Paper presented at the American Association of Public Health Annual Conference, Washington, D.C.

***Strauser, D. R**., O'Sullivan, D. M. E.& Plotner, A. (2007). *Barriers to Community based mental health treatment.*  Paper presented at the Association of Professionals in Supported Employment, Kansas City, MO.

***Strauser, D. R**., & O'Sullivan, D. M. E. (2007). *Using attribution theory to examine stigma among community based rehabilitation service providers: An exploratory analysis*. Paper presented at the American Counseling

Association Annual Conference, Detroit, MI.

***Strauser, D. R**., Saunders, J. & Nunez, P. (2007). *A job analysis of rehabilitation counselors: Data to shape the future.* Paper presented at the National Council on Rehabilitation Education Annual Conference, San Diego, CA.

***Strauser, D. R**., & O'Sullivan, D. M. E. (2007). *Utilizing social cognitive variables in rehabilitation research.* Poster session at the National Council on Rehabilitation Education Annual Conference, San Diego, CA.

***Strauser, D. R**., & Chan, F. (2006). *Issues in rehabilitation doctoral education.* Paper presented at the National Council on Rehabilitation Education Annual Conference, San Diego, CA.

*Lustig, D. C., & **Strauser, D. R** (2006). *Causal relationship between poverty and disability.* Paper presented at the National Council on Rehabilitation Education Annual Conference, San Diego, CA.

* **Strauser, D. R**., & Chan, F. (2006). *Issues in rehabilitation research.* Paper presented at the National Council on Rehabilitation Education Annual Conference, San Diego, CA.

***Strauser, D. R.**, & Lustig, D. C. (2005). *Writing a research study for publication in the Journal of Rehabilitation.* Paper presented at the National Rehabilitation Association Annual Training Conference, Alexandria, VA.

***Strauser, D. R**., & Lustig, D. C. (2005*). Congruence between master students' desired job duties and the reported job duties of state vocational rehabilitation counselors*. Paper presented at the National Council on Rehabilitation, Rehabilitation Services Administration, and Council of State Administrators of Vocational Rehabilitation Annual Conference, Arlington, VA.

***Strauser, D. R**., & Lustig, D. C. (2005). *Poverty and disability: Implications for rehabilitation counselors and educators.* Paper presented at the National Council on Rehabilitation Education Annual Conference, Tucson, Arizona.

*Lustig, D. C., & **Strauser, D. R** (2005). *Why do rehabilitation counseling students not work for vocational rehabilitation?* Paper presented at the National Council on Rehabilitation Education Annual Conference, Tucson, Arizona.

*Lustig, D. C., & **Strauser, D. R** (2004). *Working alliance and employment: Current research and practice implications.* Paper presented at the National Council on Rehabilitation, Rehabilitation Services Administration, and Council of State Administrators of Vocational Rehabilitation Annual Conference, Washington, D.C.

***Strauser, D. R.,** & Lustig, D. C. (2004). *Editorial guidelines for the Journal of Rehabilitation.* Paper presented at the 2004 National Rehabilitation Association Annual Conference, Philadelphia, PA.

***Strauser, D. R** & Lustig, D.C. (2004). *A living wage: Implications for rehabilitation counselors.* Paper presented at the 2004 National Rehabilitation Counselor Association Annual Conference, Little Rock, AR.

***Strauser, D. R,** & Johnson, J. (2004). *Assessing readiness in vocational evaluation settings: Implications for rehabilitation planning.* Paper presented at the 2004 National Rehabilitation Counselor Association Annual Conference, Little Rock, AR.

*Lustig, D. C. & **Strauser, D. R** (2004). *Onset of disability: Relationship to trauma symptoms.* Poster presentation at the 2004 American Psychological Association Annual Conference, Honolulu, Hawaii.

***Strauser, D. R.** & Lustig, D.C. (2004). *Women, Disability, and Trauma: Implications for psychologists.* Poster presentation at the 2004 American Psychological Association Annual Conference, Honolulu, Hawaii.

***Strauser, D. R.,** & Lustig, D. C. (2004). *Trauma, career thoughts, and work personality: Implications for rehabilitation counseling practice.* Paper presented at the National Council on Rehabilitation Education Annual

24

Conference, Tucson, Arizona.

*Lustig, D. C., **Strauser, D. R**., James, R., & Cogdal, P. (2004). *Does trauma impact career decisions, vocational identity, and work personality? Current research and counselor implications.* Poster presentation at the American Counseling Association Annual Conference, Kansas City, MO.

***Strauser, D. R**. & Lustig, D. C. (2004). *The interaction of trauma symptoms and disability: Implications for rehabilitation counseling.* Poster presentation at the American Counseling Association Annual Conference, Kansas City, MO.

***Strauser, D. R**. (2003). *PTSD and career development: Implications for the rehabilitation professional.* Paper presented at the 2003 National Rehabilitation Association Annual Conference, Nashville, TN.

***Strauser, D. R**., Lustig, D. C., Cogdal, P., & Wonch, W. (2003). *Using the CTI in career planning.* Paper presented at the 2003 National Rehabilitation Association Annual Conference, Nashville, TN.

***Strauser, D. R**., Lustig, D. C., Donnell, C.M., & Pazar, J.(2003). *The relationship between PTSD, sense of coherence, and career thoughts.* Poster presentation at the 2003 American Psychological Association Annual Conference, Toronto, Canada.

*Lustig, D. C. & **Strauser, D. R**. (2003). *The moderating effect of sense of coherence on trauma and career thoughts.* Poster presentation at the 2003 Society for Vocational Psychology Annual Training Conference. Columbria, Portugal.

***Strauser, D. R**. (2003). *The relationship between trauma and career thoughts for individuals with disabilities.* Poster presented at the National Council of Rehabilitation Educators National Conference, Tucson, AZ.

*Lustig, D. C., **Strauser, D. R**., & Donnell, C. (2003). *Quality employment outcomes for individuals with disabilities.* Paper presented at the National Council of Rehabilitation Educators National Conference, Tucson, AZ.

*Smith, L. D., Mosher, C., & **Strauser, D. R** (2003). *Working alliance and mental retardation.* Paper presented at the Tennessee Counseling Association Annual Conference, Memphis, TN.

***Strauser, D. R**., Lustig, D. C., & Cogdal, P. (2003). *Effects of PTSD on career decision making.* Paper presented at the Tennessee Counseling Association Annual Conference, Memphis, TN.

***Strauser, D. R**., Lustig, D. C., Donnell, C., Smith, L. D., & Mosher, C. (2002). *Working alliance: Implications for counseling people with mental retardation.* Poster presentation at the 2002 American Psychological Association Annual Conference, Chicago, IL.

*Donnell, C, **Strauser, D. R**., Lustig, D. C., Smith, L. D., & Mosher, C. (2002). *Working Alliance: Rehabilitation outcomes for persons with severe mental illness.* Poster presentation at the 2002 American Psychological Association Annual Conference, Chicago, IL.

***Strauser, D. R.,** Lustig, D. C., Donnell, C., Smith, L. D., & Mosher, C. (2002). *Working alliance and rehabilitation outcomes: An initial analysis.* Paper presented at the 2002 APA Division 22 Conference, New Orleans, LA.

***Strauser, D. R**., Lustig, D. L., Kosciulck, J., Rosenthal, D., & Donnell, C. (2002). *The integrated contextual model of facilitated behavioral change.* Paper presented at the 2002 National Council on Rehabilitation Education Conference, Tucson, AZ.

*Kosciulck, J., Chan, F., Lustig, D. C., **Strauser, D. R** & Pichette, E. (2001). *The working alliance: Impact on the rehabilitation counseling process.* Paper presented at the 5th Annual Alliance for Rehabilitation Counseling Conference, Saint Louis, MO.

***Strauser, D. R.,** Keim, J. & Ketz, K. (2001). *Evaluating the differences in career thoughts based on disability status.* Presentation at the American Counseling Association Annual Conference, San Antonio, TX.

***Strauser, D. R**., Lusting, & Detrie, P. (2001). *The relationship between sense of coherence and work personality.* Presentation at the American Counseling Association Annual Conference, San Antonio, TX.

*Lustig, D. C. & **Strauser, D. R** (2000). *The effects of job readiness training programs on work personality.* Poster presentation at the American Psychological Association Conference, Washington, D.C.

***Strauser, D. R**., Keim, J., Ketz, K. (2000). *Career thoughts: Enhancing the employment potential of women with low SES.* Presentation at the American Counseling Association Annual Conference, Washington, D.C.

*Keim, J., **Strauser, D. R**., Malesky, L. A. (2000). *PTSD, life satisfaction and work personality: Expanding women's potential at work.* Presentation at the American Counseling Association Annual Conference, Washington, D.C.

***Strauser, D. R**., Keim, J., Detrie, P. (2000). *The role of life satisfaction and work personality in the rehabilitation of women from low SES*. Presentation at the American Counseling Association Annual Conference, Washington, D.C.

***Strauser, D. R.,** Keim, J. M., Ketz, F. K., Malesky, A. L., & Detrie, P. (1999). *Women in the work force: A comparison of GED students, women with disabilities, and women of low SES.* Paper presented at the National Rehabilitation Association Annual Training Conference, Minneapolis, MN.

*Keim, J. M., & **Strauser, D. R.** (1999). *Job readiness, self-efficacy, and work personality: The impact of trainee gender and ethnicity*. Paper presented at the National Rehabilitation Association Annual Training Conference, Minneapolis, MN.

***Strauser, D. R**., & Ketz, F. K. (1999). *The relationship of work personality, job readiness self-efficacy and work locus of control*. Paper presented at the American Counseling Association World Conference, San Diego, CA.

***Strauser, D. R**., & John, S. (1999). *The development and validation of the developmental work personality scale.* Paper presented at the American Counseling Association World Conference, San Diego, CA.

***Strauser, D. R.** (1998). *Counselor licensure and credentialing issues in rehabilitation counseling.* Paper presented at the National Rehabilitation Counselor Association 15th Annual Professional Development Symposium, Vancouver, WA.

***Strauser, D. R**. (1998). *Psychological variables related to job readiness: A preliminary analysis*. Paper presented at the National Council on Rehabilitation Education Region IV Annual Meeting, Atlanta, GA.

*Scully, S., Kosciulek, J., Rosenthal, D., & **Strauser, D. R** (1997). *Expanding the role of disability management*. Paper presented at the National Rehabilitation Association Conference, Tulsa, OK.

***Strauser, D. R.,** & Jenkins, W. (1997). *Horizontal expansion of the rehabilitation counseling professional*. Paper presented at the National Rehabilitation Association Conference, Tulsa, OK.

***Strauser, D. R** (1997). *Expanding the role of the rehabilitation counseling professional.* Paper presented at the Southeast Rehabilitation Association Annual Conference, Daytona Beach, FL.

***Strauser, D. R** (1997). *Current status of rehabilitation counselor licensure*. Paper presented at the Southeast Rehabilitation Association Annual Conference, Daytona Beach, FL.

***Strauser, D. R** (1997). *A case conceptualization model for rehabilitation counselor student supervision*. Paper presented at the National Council on Rehabilitation Education Region IV Annual Meeting, Atlanta, GA.

***Strauser, D. R** (1997). *The role of job seeking self-efficacy in coping with disability and unemployment.*

Poster session presented at the National Rehabilitation Counselor Association 14th Annual Professional Development Symposium, Tampa, FL.

***Strauser, D. R**. & Millington, M. J. (1997). *Maximizing applicant impact in the employment interview: Walk the walk: Talk the talk.* Poster session presented at the National Rehabilitation Counselor Association 14th Annual Professional Development Symposium, Tampa, FL.

***Strauser, D. R**. & Reno, J. (1996). *Rehabilitation counselor licensure: The role of the professional in self-advocacy.* Paper presented at the Northeast Region Rehabilitation Counseling Association Annual Conference, Buffalo, NY.

***Strauser, D. R**. (1996). *Assessing consumer self-efficacy for discussing ADA issues during the job search process.* Paper presented at the National Rehabilitation Counseling Association 13th Annual Professional Development Symposium, Little Rock, AR.

***Strauser, D. R**. (1996). *Development and validation of the job seeking self-efficacy scale.* Paper presented at the American Counseling Association World Conference, Pittsburgh, PA.

**Invited Presentations and Training Sessions**

**Strauser, D.R. (**2025) Reflections of a walrus: The future of vocational rehabilitation counseling. Alabama A&M University, Department of Counseling.

**Strauser, D.R.** (2025) Using the Illinois Work and Well-Being Model to Facilitate Case Conceptualization: Implications for Rehabilitation Counseling. University of Wisconsin-Madison Department of Rehabilitation Psychology and SpecialEducation.

**Strauser, D.R.** & Tang, X. (2025) Mental health and work: Implications for rehabilitation counseling. Commission on Rehabilitation Counselor Certification, Schaumburg, IL.

**Strauser, D. R.** (2024). *Applying the Illinois Work and Well-Being Model to Case Conceptualization in Vocational Rehabilitation Service Delivery.* Paper presented at the Illinois State Rehabilitation Council Meeting. University of Illinois at Urbana-Champaign, Urbana, IL.

**Strauser, D. R.** (2024) Applying the Illinois Work and Well-Being Model to promote the career development: Implications for Rehabilitation Counseling. University of Wisconsin-Madison Department of Rehabilitation Psychology and Special Education.

**Strauser, D. R.** (2024) Applying the Illinois Work and Well-Being Model to forensic evaluations in rehabilitation settings. University of Wisconsin-Madison Department of Rehabilitation Psychology and Special Education.

**Strauser, D.R.** (2023) Applying the Illinois Work and Well-Being Model to promote the career development of individuals with disabilities. Career Industry Council of Australia.

**Strauser, D.R.** (2023). Career development and employment for people with disabilities in the United States. National Taiwan Normal University, Taipei Taiwan.

**Strauser, D.R.** (2023). Transition to employment for young adults with disabilities. National Taiwan Normal University, Taipei Taiwan**.**

**Strauser, D. R.** (2023). Career development theories: A review and application to vocational rehabilitation. National Changhua University of Education, Changhua, Taiwan.

**Strauser, D.R.** (2023). Post-secondary transition school to work: Issues and application in the United States. National Changhua University of Education, Changhua, Taiwan.

**Strauser, D.R.** (2023). Vocational rehabilitation and career development: Applications to people with disabilities. National Kaohsiung Normal University, Kaohsiung, Taiwan.

**Strauser, D.R.** (2023). Transition school to work and post-secondary young adults. National Kaohsiung Normal University, Kaohsiung, Taiwan

**Strauser, D.R.** (2022). Illinois Work and Well-Being: Concepts, Applications, and Future Directions. PACID Lab Conference, University of Wisconsin-Madison.

**Strauser, D. R.** (2022). From subminimum wage to competitive intregrated employment for Illinoisans with disabilities. Illinois Future of Work Conference, University of Illinois, Champaign, IL. October 2022.

**Strauser, D.R.** (2022). *Vocational rehabilitation and career development.* Department of Occupational Therapy, College of Medicine, National Taiwan University, Taipei, Taiwan.

**Strauser, D. R.** (2022). *Promoting Well-Being through Career Development in a Post-COVID Environment.* Career Industry Council of Australia.

**Strauser, D.R.** (2022). *Disability and Poverty Model: Applications to health and well-being.* Voice of Islam, London, England.

**Strauser, D.R.** (2020). *Career and employment counseling of people with disabilities in a covid and post covid world: Five things you need to know.* Springer Publishing Webinar Series.

**Strauser, D.R.** (2020). *A conceptual framework to promote work and well-being of individuals with traumatic brain injuries.* Learn at Work Webinar.

**Strauser, D.R.** (2020). *Applying customized employment to improve employment outcomes for people with disabilities.* E3 Community of Practice Webinar.

**Strauser, D.R.** (2020). *Improving transition outcomes for youth with disabilities: Issue and Strategies.* Keynote address at the 2020 Taiwan Vocational Rehabilitation Conference, Taipei, Taiwan. (Not able to give because of COVID-19 Pandemic).

**Strauser, D.R.** (2020). *Work and well-being of young adults with chronic health conditions: Foundations, constructs, and applications.* Keynote address at the 2020 Career Spring Institute, North Carolina Central University, Durham, NC.

**Strauser, D.R.,** (2019). Improving employment outcomes for people with disabilities. 2019 Asia-Pacific Symposium on Vocational Rehabilitation: Enhancing the Quality of Vocational Rehabilitation Services. Kaohsiung, Taiwan.

**Strauser, D.R.** (2019). *Current issues in rehabilitation counselor education.* Panel participant at the National Council on Rehabilitation Education Fall Conference. Alexandria, VA.

**Strauser, D. R.** (2019). *Rehabilitation Research: Applications and Opportunities.* Paper presented at National Taiwan University School of Medicine, Department of Occupational Therapy, Taipei, Taiwan.

**Strauser, D. R.** (2019) *Applying the Illinois Work and Well-Being Model to Enhance Vocational Rehabilitation Outcomes in the United States.* Paper presented at National Taiwan University School of Medicine, Department of Occupational Therapy, Taipei, Taiwan.

**Strauser, D.R.,** & Tansey, T.N. (2019). *Publishing in Rehabilitation Counseling Journals.* Paper presented at

the National Council on Rehabilitation Education Annual Conference, San Diego, CA.

**Strauser, D.R.** (2019). *Vocational Analysis is Family Law*. Paper presented at the Memphis Family Bar Association, Memphis, TN.

**Strauser, D. R.** (2018). *Vocational Implications of Depression, Bi-Polar, and Anxiety Disorders.* Fresno Division of Rehabilitation Service. Fresno, CA.

**Strauser, D.R.** (2018). *Vocational Rehabilitation in the United States.* 2018 Asia-Pacific Symposium on Vocational Rehabilitation: Enhancing the Quality of Vocational Rehabilitation Services. Changhua, Taiwan.

**Strauser, D. R.** (2018). *Career development and employment research in rehabilitation: Issues and Recommendations.* Speaker at Virginia Commonwealth University. Richmond, VA.

**Strauser, D. R.** (2018). *Career development of young adults with disabilities: Role of psychological well-being*. Speaker at Virginia Commonwealth University. Richmond, VA.

**Strauser, D.R.** (2018). *Future Directions in Vocational Rehabilitation Research*. Keynote presentation at the University of Wisconsin-Madison Rehabilitation Research and Training Center Conference Symposium. Madison, WI.

**Strauser, D. R.** (2018). *Life after high school- Education and career planning.* Speaker at the International Symposium on Pediatric Neuro-Oncology. Denver, CO

**Strauser, D. R.** (2018). *Beyond counselor identity: Driving meaningful change through professional advocacy.* Keynote address at the National Council on Rehabilitation Education Annual Conference. Anaheim, CA.

**Strauser, D. R.** (2018). *Career development of young adult CNS survivors: Applying the Illinois Work and Well-being Model.* Paper presented at Virginia Commonwealth University Rehabilitation Research and Training Center. Richmond, VA.

**Strauser, D. R.** (2018). *Cancer rehabilitation*. Session Chair at the American Psycho-Oncology Society Conference, Tucson, AZ.

**Strauser, D. R.** (2018). *Vocational Rehabilitation in the United States: Overview of services and impact*. Paper presented at National Taiwan University School of Medicine, Department of Occupational Therapy, Taipei, Taiwan.

**Strauser, D. R.** (2018). *Transition planning and career development in vocational rehabilitation counseling*. Paper presented at National Taiwan Normal University. Taipei, Taiwan.

Bergelt, C. & **Strauser, D. R.** (2017) *Cancer rehabilitation*. Session Chairs at the International Psycho-Oncology Association Conference, Berlin, Germany.

Phillips, B., & **Strauser, D. R.** (2017). *Improvement and use of social skills in the labor market for people with physical disabilities.* State of the Science on the Employment of People with Physical Disabilities. Virginia Commonwealth University, Richmond, VA.

**Strauser, D. R.** (2017). *Applying the Illinois Work and Well-Being Model in return-to-work rehabilitation.* Paper presented at the Illinois International Association of Rehabilitation Professionals Conference. Naperville, IL.

**Strauser, D. R.** (2017). *The role of the vocational rehabilitation specialist in forensic evaluation*. Paper presented at the Southeastern Forensic & Valuation Conference, Brentwood, TN.

**Strauser, D. R.** (2017) *Alternatives to CACREP: Implications and new directions for vocational rehabilitation*. Paper presented at the International Association Rehabilitation Professionals Annual Conference. Saint Louis, MO.

**Strauser, D. R.** & Gressard, R. (2017). *Common questions and concerns regarding the Council on Accreditation of Counseling and Related Professionals.* Paper presented at the International Association Rehabilitation Professionals Annual Conference. Saint Louis, MO.

Pan, A. W. & **Strauser, D. R.** (2017). *The significance of activity participation and therapeutic relationship for the recovery of an older women.* Paper presented at the 2017 Global Issues Forum: Smart Cities Healthy Cities, University of Illinois at Urbana-Champaign, Urbana, IL.

**Strauser, D. R.** (2017). *Career and employment development of people with disabilities: Global perspectives and implications.* National Taiwan Normal University. Taipei, Taiwan.

**Strauser, D. R.** (2016). *Career development and employment of people with disabilities: Current state and future directions.* National Council of Rehabilitation Education, Fall Conference. Washington, D.C..

**Strauser, D. R.** (2016). *Vocational analysis in marital and family law.* Nashville Bar Association Fall Conference. Nashville, TN.

**Strauser, D. R.** (2016). *Role of work personality, social capital, and social role in post-injury return to work and earning capacity.* International Association of Rehabilitation Professionals-Illinois Annual Conference. Naperville, IL.

**Strauser, D. R.** (2016). Enhancing employment opportunities for young adult CNS survivors:  Current strategies and techniques. Presentation to Camp-Mak-A-Dream, Gold Creek, Montana.

**Strauser, D. R.** (2016). *Large data sets in rehabilitation: Purpose, Application, & thoughts.* Rehabilitation Research Training Center Spring Symposium on Evidence Based Practice University of Wisconsin-Madison, Madison, WI.

**Strauser, D. R.** (2016). *Applying the RE-AIM framework to rehabilitation research.*  Rehabilitation Research Training Center Winter Symposium on Evidence Based Practice.  University of Wisconsin-Madison, Madison, WI.

**Strauser, D. R.** (2016). *Publishing in academic rehabilitation journals.*  National Council of Rehabilitation Education, Newport Beach, CA.

**Strauser, D. R.** (2015). *Employment Challenges as a Young Adult Brain Tumor Survivor.*  Presentation to Camp-Mak-A-Dream, Gold Creek, Montana.

**Strauser, D. R.** (2015). *Psychological distress and vocational behavior: Implications for rehabilitation and health professionals.*  Presentation to the Department of Psychiatry, College of Medicine, National Taiwan University, Taipei, Taiwan.

**Strauser, D. R.** (2015). *Introduction to the vocational rehabilitation system in the United States.*  Presentation at the Department of Occupational Therapy, College of Medicine, National Taiwan University, Taipei, Taiwan.

**Strauser, D. R.** (2015). *Professional development issues in rehabilitation related professions.*  Presentation to the Department of Occupational Therapy, College of Medicine, National Taiwan University, Taipei, Taiwan.

**Strauser, D. R.** (2015). *Studying abroad in rehabilitation, counseling, and education: A global perspective.* Keynote presentation College of Education, National Changhua University of Education.

**Strauser, D. R.** (2015).  *Employment and career development of individuals with chronic health conditions: Constructs and applications.*  Keynote presentation at the Taiwan Rehabilitation Association, Taipei, Taiwan.

**Strauser, D. R.** (2015). *Vocational rehabilitation and transition services in the United States:  A career development perspective.*  Paper presented at the Taiwan Rehabilitation Association, Taipei, Taiwan.

**Strauser, D. R.** (2015). *Role and function of rehabilitation counselors: Current state and future direction.* Keynote presentation at the International Conference on Vocational Rehabilitation, Seoul, Korea.

**Strauser, D. R.** (2015). *Applying the RE-AIM framework to rehabilitation counseling research.* Paper presented at the Evidence-Based Practice Symposium at the University of Wisconsin-Madison, Madison, WI.

**Strauser, D. R.** (2015). *Applying the RE-AIM framework to guide rehabilitation research: Issues and applications.* Paper presented at the College of Medicine, National Taiwan University, Taipei, Taiwan.

**Strauser, D. R.** (2015). *A conceptual model for the career development of individuals with chronic health conditions.* Paper presented at National Kaohsiung Normal University, Kaohsiung, Taiwan.

**Strauser, D. R.** (2014). *Career Development and vocational behavior of individuals with chronic health conditions: Foundations, constructs, and applications.* Paper presented at the 2014 Global Issues Forum: Smart Cities Healthy Cities, National Taiwan University, Taipei, Taiwan.

**Strauser, D. R.** (2014). *The role of career development and employment in promoting health: An overview.* Paper presented at the 2014 Global Issues Forum: Smart Cities Healthy Cities, National Taiwan University, Taipei, Taiwan.

**\* Strauser, D. R.** (2014). *Assessing employment needs of individuals with disabilities in the state vocational rehabilitation system: Implications for service delivery.* Paper presented at State of Tennessee Division of Rehabilitation Services, Smyrna, TN.

**Strauser, D. R.** (2014). *Evaluating the impact of PTSD and depression on vocational earning capacity.* Presentation to the American Board of Vocational Experts. Nashville, TN.

**Strauser, D. R.** (2014). *The Role of Personality and Cognition in Work Participation for People with Disabilities.* Presentation to Kaohsiung Normal University, Department of Counseling Psychology and Rehabilitation, Kaohsiung, Taiwan.

**Strauser, D. R.** (2013). *Employment needs assessment in vocational rehabilitation.* Presentation to the State of Tennessee Division of Rehabilitation Services. Nashville, TN.

**Strauser, D. R.**& Hergenrather, K. (2013). Strategies for publishing in rehabilitation. Panel presentation at the NCRE/RSA/CSAVR Annual Meeting, Washington, DC.

**Strauser, D. R.** (2013). *Work Personality and Work Adjustment.* Presentation to the Social, Industrial/ Organizational, and Personality Section of the University of Illinois at Urbana-Champaign Department of Psychology.

**Strauser, D. R.** (2013). *Vocational Assessment and Transition Planning.* Presentation to the Shelby County School System, Arlington, TN.

**Strauser, D. R.,** Hernendez, N. E. & Hergenrather, K. (2013). *Developing a Research Agenda for Publication in Rehabilitation Counseling.* Panel participant at the National Council on Rehabilitation Education, Rehabilitation Services Administration, Council on State Administrators of Vocational Rehabilitation Conference, Washington, D.C.

**Strauser, D. R.,** Hernendez, N. E. & Hergenrather, K. (2012). *Enhancing scholarly publication in rehabilitation.* Panel participant at the National Council on Rehabilitation Education, Rehabilitation Services Administration, Council on State Administrators of Vocational Rehabilitation Conference, Washington, D.C.

**Strauser, D. R.,** Hergenrather, K., Hernendez, N .E., & Leung, P. (2012)**.** *Pursuing publications in peer reviewed journals.* Panel participant at the National Council on Rehabilitation Education Conference, San Francisco, CA.

**Strauser, D. R.** (2011). *Disabled need not apply: Implications of employment research for rehabilitation professionals.* Keynote address at the Australian Society of Rehabilitation Counselors, Sydney, Australia.

**Strauser, D. R.** (2011). *Cancer survivorship: An emerging area for rehabilitation professionals.* Paper presented at the *Australian Society of Rehabilitation Counselors.* Sydney, Australia.

**Strauser, D. R.** (2011). *Psychosocial and vocational issues in Young adult CNS survivors: Implications for rehabilitation professionals.* Paper presented at the University of Sydney, Department of Rehabilitation Science.

**Strauser, D. R.** (2001). *Cancer and late effects: Implications for rehabilitation.* Paper presented at Penn State University Department of Counseling Education and Rehabilitation Services. State College, PA.

**Strauser, D. R.** (2011). *Building rehabilitation counseling research capacity: Needs and directions for the future.* National Council on Rehabilitation Education Conference, Manhattan Beach, CA.

**Strauser, D. R.** (2011). *Strategies for evaluating vocational outcomes in a population of young adults with disabilities.* Paper presented at the Southern University NIDRR Research Symposium, Baton Rouge, LA.

**Strauser, D. R.** (2010). *Vocational services associated with competitive employment in 18–25-year-old cancer survivors.* EPS Global International Cancer Forum, Chongqing, China.

**Strauser, D. R.** (2010). *Childhood cancer survivors' workplace experiences.* St. Jude for Life Workshop, St. Jude Children's Research Hospital. Memphis, TN.

**Strauser, D. R.** (2010). *Career development issues related to young adult with disabilities.* Paper presented at the National Science Foundation STEM Training Program, Southern University, Baton Rouge, LA.

**Strauser, D. R.** (2010). *Issues related to the employment of young adult CNS survivors.* Heads-up Young Adult CNS Conference, Missoula, MT.

**Strauser, D. R.** (2010). *Issues related the career development and vocational behavior of young adult brain tumor survivors.* Paper presented to the National Brain Tumor Society, San Francisco, CA.

**Strauser, D. R.** (2010). *Enhancing the career development of young adult cancer survivors: Issues for rehabilitation counselors.* Paper presented at Southern University NIDRR Research Symposium, Baton Rouge, LA.

**Strauser, D. R.** (2009). *Career readiness in young adult brain tumor survivors.* Paper presented at Southern University/Baylor College of Medicine.

**Strauser, D. R.** (2009). *Enhancing employment skills of young adult brain tumor survivors.* Camp Make-a-Wish, Children's Oncology Camp Foundation, Missoula, MT.

**Strauser, D. R.**, Feuerstein, M., & Chan, F. (2009). *Vocational rehabilitation and cancer survivors.* Workshop presented at the American Psycho-Oncology Society, Charlotte, N.C.

**Strauser, D. R.** (2008). *Applying cognitive information processing to facilitate career development of individuals with disabilities.* Workshop presented at Kaohsiung Normal University, Kaohsiung, Taiwan.

**Strauser, D. R.** (2008). *Career development for Young Brain Tumor Survivors.* Camp Make-a-Wish, Children's Oncology Camp Foundation, Missoula, MT.

Chan, F., Tarvydas, V., & **Strauser, D. R.** (2008). *Theory-driven, culturally sensitive, evidence based vocational rehabilitation practice.* Paper presented at the National Council on Rehabilitation Education/Rehabilitation

Service Administration/ Council of State Administrators of Vocational Rehabilitation Conference on Rehabilitation Education, Washington, DC.

Chan, F. & **Strauser, D. R.** (2008). *Facilitating employment of persons with disabilities from a demand side perspective*.  Paper presented at Kaohsiung Normal University, Kaohsiung, Taiwan.

**Strauser, D. R.**, Chan, F., & Maher, P. (2008). *Employer awareness of professionals with disabilities and perceptions of productivity*.  Paper presented at the AbilityLinks Consortium Employment Training Expo. Downers Grove, IL.

**Strauser, D. R.** (2008). *Facilitating career development in young cancer survivors.*  Presentation sponsored by St. Jude Children's Research Hospital Division of Cancer Control, Epidemiology, and Behavioral Medicine, Memphis, TN.

**Strauser, D. R.** (2008). *Employment as a community context: Health, aging, and disability.*   Symposium sponsored by the Center for Health, Aging, and Disability.

**Strauser, D. R**. (2008). *Effective grant writing for Rehabilitation Educators and Researchers*.  National Council on Rehabilitation Education Annual Conference, San Antonio, TX.

**Strauser, D. R.** (2007). *Assessment of vocational impairment: The role of the rehabilitation professional.* Paper presented at the Memphis Bar Association.

**Strauser, D. R**. (2007). *Strengthening work personality to meet employer demands:  Implications for sheltered work*.  Paper presented at the International Interactive Event on Sheltered Work of the Handicapped, Taipei, Taiwan.

Chan, F. & **Strauser, D. R**. (2007). *Hiring climates and employer perceptions/misperceptions of employability of people with disabilities*. Paper presented at the Cancer Survivorship and Work Seminar, Goldsmith College, London, England.

**Strauser, D. R**. & O'Sullivan, D. M. E. (2007). *Vocational implications of personality disorders:  Implications for community based rehabilitation providers*.  Region V Training, Chicago, IL, Columbus, OH, East Lancing, MI, Indianapolis, IN, Madison, WI, Minneapolis, MN.

**Strauser, D. R**. & O'Sullivan, D. M. E. (2007). *Vocational implications of anxiety disorders:  Implications for community based rehabilitation providers*.  Region V Training, Chicago, IL, Columbus, OH, East Lancing, MI, Indianapolis, IN, Madison, WI, Minneapolis, MN.

**Strauser, D. R**. (2007). *PTSD and vocational behavior: Strategies for community rehabilitation service providers.* Teleconference provided by the Region V Community Rehabilitation Providers- Rehabilitation Continuing Education Program.

**Strauser, D. R.** (2007). *Personality Disorders: Implications for community rehabilitation service providers.* Teleconference provided by the Region V Community Rehabilitation Providers- Rehabilitation Continuing Education Program.

**Strauser, D. R**. (2006). *Psychiatric disabilities in the workplace:  Implications for community rehabilitation providers*.  Teleconference provided by the Region V Community Rehabilitation Providers- Rehabilitation Continuing Education Program.

**Strauser, D. R**. & O'Sullivan, (2006). *Vocational implications of psychiatric disorders.* Region V Training, Chicago, IL, Columbus, OH, East Lancing, MI, Indianapolis, IN, Madison, WI, Minneapolis, MN, Milwaukee, WI.

**Strauser, D. R**., Lustig, D. C., Johnson, J., & Brooks, L. (2006). *Turning assessment into results.* State of Tennessee Department of Human Services Training Program, Nashville, TN.

33

**Strauser, D. R**. (2004). *The vocational implications of depression and anxiety disorders.* State of Tennessee Division of Rehabilitation Services Training Program, Memphis, TN.

**Strauser, D. R.,** (2002). *The effects of PTSD on career decision making.* Presentation at the Third Annual Mid-South Counseling and Case Management Symposium, Nashville, TN.

**Strauser, D. R**. (2001). *Case management issues and techniques for individuals with brain injuries.* Brain Injury: Awareness, Education, Prevention & Research. Presentation at the Timber Ridge Ranch Neurorehabilitation Center Spring Conference, Memphis, TN.

**Strauser, D. R**., Rice, D. & Lustig, D. C. (2000). *Applying the working alliance to conceptualized consumer perceptions.* Presentation at the Second Annual Mid-South Counseling and Case Management Symposium. Memphis, TN.

**Strauser, D. R**. & Lustig, D. C. (2000). *Ethical decision-making: Applications to counseling and case management.* Presentation at the Second Annual Mid-South Counseling and Case Management Symposium. Memphis, TN.

**Strauser, D. R**. (2000). *The effects of anti-social and borderline personality disorders on vocational behavior and career development.* Presentation at the Second Annual Mid-South Counseling and Case Management Symposium. Memphis, TN

**Strauser, D. R**., (2000). *The impact of psychiatric disorders on the vocational rehabilitation planning process.* Paper presented at the Arkansas State University Rehabilitation Counseling Symposium. Arkansas State University, State University, AR.

**Strauser, D. R**., (2000). *The comprehensive clinical vocational treatment model for the treatment of individuals with psychiatric disorders.* Paper presented at the Arkansas State University Rehabilitation Counseling Symposium. Arkansas State University, State University, AR.

**Strauser, D. R**., (2000). *The developmental work personality: Implications for rehabilitation counseling.* Paper presented at the Arkansas State University Rehabilitation Counseling Symposium. Arkansas State University, State University, AR.

**Strauser, D. R**., & Ketz, F. K. (2000). *Psychiatric disorders: The vocational impact.* Paper presented at the Graduate Program in Rehabilitation Counseling Quarterly Training Seminar. University of Memphis, Memphis, TN.

**Strauser, D. R**. (1999). *Ethical considerations in case management decision making.* Paper presented at Mid-South Professional Counseling and Case Management Symposium, The University of Memphis, Memphis, TN.

**Strauser, D. R**. (1999). *The role of transitional employment in the career development of individuals with mental illness.* Paper presented at the Mid-South Professional Counseling and Case Management Symposium, The University of Memphis, Memphis, TN.

**Strauser, D. R**. (1998). *Emerging trends in rehabilitation counseling and vocational evaluation.* Paper presented at the Tennessee Vocational Training Centers Training Conference, Tennessee Rehabilitation Center, Smyrna, TN
.

**Strauser, D. R**. (1998). *Preparing the rehabilitation professional for certification and licensure.* Paper presented at the Southeast Regional National Rehabilitation Counseling Association Professional Development Conference, Warm Springs, GA.

**Strauser, D. R.** (1998) *Rehabilitation counseling student's knowledge of counselor licensure issues.* Paper presented at the American Counseling Association World Conference, Indianapolis, IN.

**Strauser, D. R**. (1998) *The growing significance of work personality in employment and implications for job*

*readiness training programs*. Paper presented at the National Council on Rehabilitation Education National Meeting, Vancouver, W. A.

**Strauser, D. R.** (1996). *Applications of self -efficacy theory to the placement of individuals with disabilities.* Paper presented at the Louisiana State University Medical School Rehabilitation Counseling Conference, New Orleans, LA.

**Strauser, D. R**. (1996). *Applying self-efficacy to increase motivation and the placement of individuals with disabilities*. Training provided to the State of Tennessee Division of Rehabilitation Services. Symrna, TN.

**Grants and Projects Pending**

**Funded Grants and Projects**

*Illinois Center for Transition and Work-Training and Capacity Building Project*-Illinois Division of Rehabilitation Services. **$1,200,000**. 2020-2025 (Principal Investigator)

*Dignity and Pay Project-Illinois Division of Developmental Disabilities.* **$350,000.** 2025-2026 (Principal Investigator).

Transition to Work for Foster Care Youth with Disabilities. National Institute of Disability, Independent Living, and Rehabilitation Research (NIDILRR) **$375,000**. 2025-2030 (Principal Investigator).

*Illinois Pathways Project Illinois*-State of Illinois Division of Rehabilitation Services/United States Department of Education Rehabilitation Services Administration. **$1,150,000.** 2023-2028 (Principal Investigator)

*Subminimum Wage to Competitive Integrated Employment (SWTCIE) Illinois*-State of Illinois Division of Rehabilitation Services/United States Department of Education Rehabilitation Services Administration. **$13,975,342.** 2022-2027 (Principal Investigator)

*Promoting Quality Employment Outcomes*-Rehabilitation Services Administration. **$2,250,000**. Rehabilitation Services Administration. 2020-2025(Principal Investigator).

*Illinois Center for Transition and Work-Training and Capacity Building Project*-Illinois Division of Rehabilitation Services. **$1,500,000**. 2020-2025 (Principal Investigator).

*Illinois Center for Transition Research and Development*. Illinois Board of Special Education**. $5,000,000**. 2019-2024. (Co-Principal Investigator).

*Secondary Curriculum that Leads to Outcomes and Research in Employment for Youth with Severe Disabilities.* Office of Special Education and Rehabilitation, United States Department of Education. **($1,000,000).** 2019-2024. (Co-Principal Investigator).

*Illinois Vocational Rehabilitation Leadership Academy.* (2019). Illinois Division of Vocational Rehabilitation. **$9,500.** (Principal Investigator).

*Employer Perspectives on Hiring People with Disabilities*. Rehabilitation Research and Training Center, National Institute on Disability and Independent Living Research. **$375,000** (2016-2021). (Investigator).

*Educate, Empower, and Employ*. The Department of Education. The Rehabilitation Services Administration Rehabilitation Training Program: Vocational Rehabilitation Technical Assistance Center for Targeted Communities: **$1,500,000** (2015-2020) (Principal Investigator).

***Evaluating the Social Cognitive Career Theory Framework as a Career Interest and Goal Persistence Model for Student Veterans***. The Chez Family Foundation Center for Wounded Veterans in Higher Education. The Seed Funding Program (ID#3445): **$30,000** (2016-2017).

*Health Care Delivery and Policy Research Program: "Optimizing MS Care: Multiple Sclerosis Patients' Perspectives and Priorities for Their MS Care*. **($329,000)**. Co-Investigator. National Multiple Sclerosis Society. 2015-2016.

*Occupational Development of Young Adult CNS Survivors* **($55,000)** Co-Principal Investigator.  Children's Brain Tumor Foundation and Jena's Rainbow Foundation.  2011-2012.

*Examining the career readiness of college students with disabilities.* **($14,546)** Co-Principal Investigator. Research Board University of Illinois at Urbana-Champaign. 2011-2012.

*Evaluating the efficacy of an occupational intervention targeting young adult brain tumor survivors.*  Principal Investigator **($564,691)**. Principal Investigator. National Institute on Disability and Rehabilitation Research. 2011-2015

*Psychometric Analysis of the Developmental Work Personality Scale.* Principal Investigator. Research Board University of Illinois Arnold Beckman Award **($13,588).** 2009-2010.

*Study Abroad Development Grant-Disability and American Society,* Principal Investigator. International Studies Program University of Illinois **($2,100)** 2008.

*Perceptions of Productivity and Barriers to Employment for People with Physical Disabilities.* Principal Investigator.  SPR/nablement **($25,000)**. 2008-2009

*Psychological Disorders on Campus: Exercise Effects on Symptoms, Academic Performance, and Social Integration*.  Co-principal Investigator.  University of Illinois, **($169,000)**.   (2009-2010)

*Demand Side Job Placement.* Project Coordinator. National Institute for Disability and Rehabilitation Research **($1,500,000).** July 2006-June 2011.

*The training and technical assistance project.* Principal Investigator, State of Tennessee Division of Rehabilitation Services, **($389,567)**. July 2005-June 2006.

*The Mid-South Access Center for Technology.* Principal Investigator, State of Tennessee Division of Rehabilitation Services **($287,456)**.   July 2004-June 2005.

*The Tennessee Technology Access Program.*  Project Director, State of Tennessee Division of Rehabilitation Services **($24,840)**. July 2004-June 2005.

*The coordination of assistive technology services.* Project Director. State of Tennessee Division of Rehabilitation Services **($1,879,345)**. July 2003-June 2004.

*The training and technical assistance project.* Project Director. State of Tennessee Division of Rehabilitation Services **($389,567).** July 2003-June 2004.

*The families' first career assessment project.* Project Director. State of Tennessee Department of Human Services **($213,755).** July 2003-June 2004.

*The Tennessee Technology Access Program.*  Project Director. State of Tennessee Division of Rehabilitation Services **($24,840)** July 2003-June 2004.

*The Mid-South Access Center for Technology.*  Project Director. State of Tennessee Division of Rehabilitation Services. **($287,456)**.   July 2003-June 2004.

*The coordination of assistive technology services.* Principal Investigator. State of Tennessee Division of Rehabilitation Services. **($2,948,326)**.  July 2002-June 2003.

*The training and technical assistance project.* Principal Investigator. State of Tennessee Division of

Rehabilitation Services. **($467,324)**. July 2002- June 2003.

*The families' first career assessment project.* Principal Investigator. State of Tennessee Department of Human Services. **($110,000).** July 2002-June 2003. .

*Developing a career assessment program utilizing digital video.* Co-Principal Investigator. The University of Memphis Technology Access Fee Faculty Grant, **($8,247).** July 2002-June 2003.

*The coordination of assistive technology services.* Principal Investigator. State of Tennessee Division of Rehabilitation Services. **($1,564,783).** July 2001-June 2002.

*A comprehensive program of assistive technology.* Principal Investigator. State of Tennessee Division of Rehabilitation Services. **($222,229)**. July 2001-June 2002.

*Training and technical assistance project*. Principal Investigator. State of Tennessee Division of Rehabilitation Services. **($333,701).** July 2001-June 2002.

*The community-based job readiness program*. Principal Investigator. State of Tennessee Division of Rehabilitation Services. **($100,136)**.  July 2001-June 2002.

*Training and technical assistance project*. Principal Investigator. State of Tennessee Division of Rehabilitation Services, **($320,247).** July 2000-June 2001.

*Long-term training grant in rehabilitation counseling.* Co-Principal Investigator. United States Department of Education, Rehabilitation Services Administration, **($500,000)**. 2000-2005.

*Training and technical assistance project*. Principal Investigator. State of Tennessee Division of Rehabilitation Services **($260,151).** July 1999-June 2000.

 *The community based job readiness program*. Principal Investigator. State of Tennessee Division of Rehabilitation Services. **($86,487).** July 1999-June 2000.

*Long-term training grant in rehabilitation counseling.* Principal Investigator. United States Department of Education, Rehabilitation Services Administration **($97,000).** 1998-1999.

*The community based job readiness program.* Principal Investigator. State of Tennessee Division of Rehabilitation Services **($86,487).** July 1998-June 1999.

*The community based job readiness program.* Principal Investigator. State of Tennessee Division of Rehabilitation Services **($72,631).** July 1997-June 1998.

*Development and validation of the job seeking self-efficacy scale.* Principal Investigator. University of Memphis Faculty Research Grant. **($2,280).** 1996-1997.

**Grants Not Funded**

*Establishing a Center on Rehabilitation and Health in Rural Communities.* Rehabilitation Research and Training Center. National Institute on Disability and Independent Living Research. ($4,375,000). (2017-2022) (Lead Principal Investigator).

National Institute on Disability, Independent Living, and Rehabilitation Research (NIDILRR)—Disability and Rehabilitation Research Projects (DRRPs)—Community Living and Participation, and Health and Function: Maximizing participation of individuals with chronic health and disability.  Lead Principal Investigator, $2,500,000. Not funded.

National Institute on Disability, Independent Living, and Rehabilitation Research (NIDILRR)—Disability and Rehabilitation Research Projects (DRRPs)—Rehabilitation Knowledge Translation.  Lead Principal Investigator,

37

$450,000. Not funded.

*Maximizing employment outcomes of individuals with disabilities: An integrated approach* ($2,500,000). Principal Investigator. National Institute on Disability and Rehabilitation Research. Lead Principal Investigator.

*Enhancing Employment Outcomes for Individuals with Disabilities.  National Institute of Rehabilitation Research. Co-Principal Investigator, ($2,500,000).*

*Enhancing Transition for College Students with Disabilities Pursuing STEM Education and Work. Co-Principal Investigator. National Science Foundation. ($800,000).*

*Evidence based transition services.*  Co-Principal Investigator.  National Institute on Disability and Rehabilitation Research.  ($600,000).

*Career Readiness of young adult cancer survivors.* Principal Investigator: National Institute of Health ($275,000).

*Factors affecting career readiness of culturally diverse young adult survivors of CNS malignancy.* Co-Investigator: National Institute of Health ($100,000).

*Evaluation of the Effectiveness of Vocational Interventions for Young Adult Cancer Survivors.*  Principal Investigator.  National Institute on Disability and Rehabilitation Research ($573,100).

*Ensuring reliable aid delivery and public health in the face of natural and technological disasters.*  Co-Principal Investigator.  United States National Science Foundation ($2,000,000).

*Socio-Technical Framework for Collaborative Emergency Preparedness and Disaster Response for Populations with Mobility Needs Residing in Midsize Counties.*  Co-Principal Investigator.  Department of Transportation ($511,353 Direct Cost).

*Rehabilitation Engineering Research Center on Emergency Evacuation Technologies for individuals with disabilities.*  Co-Principal Investigator. National Institute on Rehabilitation and Disability Research ($4,750,000).

*Developing a comprehensive training program for local developmental disability service providers.*  Principal Investigator.  Champaign County Board of Developmental Disabilities ($56,000).

*Developing a comprehensive training program for local mental health service providers.*  Principal Investigator. Champaign County Board of Mental Health ($56,000).

*Development of a screening instrument to identify barriers to employment for individuals with disabilities.*  Co-Principal Investigator.  National Institute for Disability and Rehabilitation Research ($600,000).

*The role of exercise in improving psychosocial rehabilitation outcomes for individuals with psychiatric disabilities.*  Principal Investigator. National Institute for Disability and Rehabilitation Research. ($600,000).

*Exercise, Mental Illness, and Well-Being: An Intervention Based Approach.*  Principal Investigator. Centers for Disease Control and Prevention ($975,000).

*The role of exercise in improving psychosocial rehabilitation outcomes for individuals with psychiatric disabilities.*  Principal Investigator. National Institute for Disability and Rehabilitation Research. ($450,000).

*Exercise, vulnerability, and mental illness.* Principal Investigator. Robert Wood Johnson Foundation. ($1,360,000).

## PROFESSIONAL SERVICE

**Editorial Boards**

David R. Strauser, Ph.D.
Curriculum Vita 4/15/25 (Last Update)

**Editorships**
- [ ] *Rehabilitation, Research, Policy and Education* 2011-Present
- [ ] *Journal of Rehabilitation,* 2003-2007

**Editorial Boards**
- [ ] *Journal of Vocational Rehabilitation*, 2013-Present
- [ ] *Bio-Medical Research International-Rehabilitation Subject Area*
- [ ] *Australian Journal of Rehabilitation Counseling*, 2012-Present
- [ ] *Work, A Journal of Prevention, Assessment, and Rehabilitation,* 2011-Present
- [ ] *Rehabilitation Counseling Bulletin,* 2004-Present
- [ ] *Journal of Rehabilitation*, 2001-2003, 2009-Present.
- [ ] *Journal of Violence and Trauma Research-*2010-2015
- [ ] *Journal of Applied Rehabilitation Counseling*, 2000-2010
- [ ] *Rehabilitation Education,* 2001-2004

**Ad-Hoc Reviewer**
- [ ] *Journal of Adolescent and Young Adult Oncology*
- [ ] *Asia-Pacific Journal of Oncology Nursing*
- [ ] *Psychology, Health, and Medicine*
- [ ] *Psychiatric Rehabilitation Journal*
- [ ] *Journal of Cancer Survivorship*
- [ ] *International Journal of Environmental Research and Public Health*
- [ ] *Journal of Young Adult and Adolescent Oncology*
- [ ] *American Journal of Preventive Medicine*
- [ ] *Journal of Affective Disorders*
- [ ] *Economics and Human Biology*
- [ ] *International Journal of Bahamian Studies*
- [ ] *Psychology, Health, and Medicine*
- [ ] *Disability and Rehabilitation*
- [ ] *Journal of Occupational Rehabilitation*
- [ ] *Journal of Happiness Studies*
- [ ] *Behavior Therapy*
- [ ] *Identity: An International Journal of Theory and Research*
- [ ] *Rehabilitation Psychology*
- [ ] *Journal of Psycho-Social Oncology*
- [ ] *Measurement and Evaluation in Counseling*
- [ ] *Journal of Mental and Nervous Disorders*

**Professional Service**

External Program Reviewer-University of Iowa College of Education (2023).

External Grant Reviewer-Irish Ministry of Health (2021-2022)

External Grant Reviewer-Hong Kong National Institute of Science (2022)

External Grant Reviewer- Dutch Cancer Society-2020

Book Reviewer- Elsevier Publishing Company-2020.

Grant Review- National Institute of Disability of Rehabilitation Research-2019

External Reviewer Head Search- Department of Rehabilitation Science, Hong Kong Polytechnic University-2016

Doctoral Program Reviewer-University of Arkansas Department of Rehabilitation-2014

Grant Reviewer-National Research Society-South Korea-2014

Lead Site Reviewer-National Institute of Disability of Rehabilitation Research-2014

Grant Review- National Institute of Disability of Rehabilitation Research-2014

Grant Reviewer- Pink Ribbon Society-Netherlands-2014

Thesis Reviewer-Midwest Association of Graduate Schools- Distinguished Master Degree Thesis Award-2011.

Textbook Reviewer-*Abnormal Psychology*-McGraw-Hill, 2010

Grant Reviewer: Ontario Canada Mental Health Board 2009

President Elect-National Council on Rehabilitation Education- 2007-2010

Prime Study Group Member- 33rd Institute on Rehabilitation Issues- Evidence Based Practice and Vocational Rehabilitation Practice, 2006-2007.

Chair-CRCC Scientific Research Advisory Committee-2007-2011.

Consultant.  *Commission on Rehabilitation Counselor Certification.*  2006-2007.

Coordinator of the Student Research Forum- National Rehabilitation Counseling Association Annual Conference, Little Rock, AR. - 2004

Board Member- Memphis New Freedom Initiative- 2003- 2005
President- Partners in Placement- 2003

Board Member- Partners in Placement- 2001-2005

Greater Cities Universities University of Memphis Representative for Worker Training 2001-2005

Council on Rehabilitation Counselor Certification
        Examination and Research Committee 2001-2006
        Standards and Practice Committee 2001-2006

Council on Rehabilitation Counselor Certification
        Interim-Chair of the Examination and Research Committee, 2005

Council on Rehabilitation Education Accreditation Site Visitor 1999-2001

American Rehabilitation Counseling Association/Division of the American Counseling Association.
        Chair of the Research Awards Committee, 1999-2003.

American Rehabilitation Counseling Association/Division of The American Counseling Association.
         Executive Council Chair of Research and Knowledge, 1998-2001.

Reviewer Doctoral Student Research Presentations (1999), National Rehabilitation Counselor Association 16th Annual Professional Development Conference. Dallas, TX.

Reviewer and Judge for Doctoral Student Research Presentations (1998), National Rehabilitation Counselor Association 15th Annual Professional Development Conference. Vancouver, WA.

American Rehabilitation Counseling Association/Division of The American Counseling Association-Licensure Committee, Co-Chair, 1996-1997.

Alliance for Rehabilitation Counseling Licensure Committee
Chair, 1997-1998

Member, Editorial Advisory Board, Journal of Job Placement and Development, 1996-1997

Guest Editor, Special Issue: Rehabilitation Professions in the 21st Century, (1999), *Journal of Rehabilitation, 61* (1).

State of Tennessee Division of Rehabilitation Services Facility Committee Board Member, 1995-1996.

Southwestern Wisconsin Rehabilitation Association Board Member, 1994-1995.

Wisconsin Rehabilitation Counseling Association Board Member, 1994-1995.

### UNIVERSITY SERVICE

College of Applied Health Sciences-Future of DRES Task Force (2021-Chair)

Department of Kinesiology and Community Health-Promotion and Tenure (2021-Present-Chair)

Department of Kinesiology and Community Health-Department Restructuring Committee (2021-Present)

Department of Kinesiology and Community Health- Educational Policy (2021-Present)

Department of Kinesiology and Community Health-Website Review Committee (2020-2021)

Department of Kinesiology and Community Health-Student Travel Award Committee (2020-2021)

Department of Kinesiology and Community Health- Capricious Grading Committee (2020-2021)

University of Illinois Faculty Senate- 2020,2022-2024

University of Illinois, Department of Kinesiology and Community Health, Promotion and Tenure Committee- (2019-2020) (2021-2023 Chair).

College of Applied Health Science Strategic Planning Committee (2016-18)

Department of Kinesiology and Community Health-Advisory Committee (2016-2019)

Department of Kinesiology and Community Health-Chair Community Health Undergraduate Curriculum Committee (2015-2019)

Department of Kinesiology and Community Health-Chair Promotion and Tenure Committee (2016-2018)

University of Illinois, Department of Kinesiology and Community Health, Promotion and Tenure Committee- 2013

University of Illinois- Vallee Foundation Reviewer-2013

University of Illinois- Emergency Fund Disbursement Committee-Faculty Representative- 2013-Present

University of Illinois Faculty Senate- University Educational Policy Committee, 2008- 2010

University of Illinois, Department of Kinesiology and Community, Advisory Committee, 2006-2012.

University of Illinois, College of Applied Health Sciences, Center for Health, Aging and Disability, Study Group Member. 2006.

University of Illinois, Department of Kinesiology and Community Health, Honors and Awards Committee, 2006.

University of Illinois, Department of Kinesiology and Community Health, Diversity Committee, 2006.

University of Illinois, Department of Kinesiology and Community Health, Educational Policy Committee, 2005-2008.

University of Illinois, Department of Kinesiology and Community Health, Space Committee, 2005-2006.

University of Memphis Self-Study of Athletics-Academic Integrity Subcommittee Chair, 2003-2004.

Chair of the Third Year Review Committee (2003). Department of Counseling, Educational Psychology, and Research, University of Memphis.

Chair of the Tenure Review Committee. (2002) Dr. Daniel C. Lustig.  Department of Counseling, Educational Psychology, and Research, University of Memphis.

Member, College of Education Alumni Committee, University of Memphis, 1997.

Member, Equipment and Space Committee, Department of Counseling, Educational Psychology, and Research, University of Memphis, 1995-1996.

## AWARDS AND HONORS

2024 Best Paper Award in Career Development Quarterly, National Career Development Association

2021 Researcher of the Year Award-National Council on Rehabilitation Education (National Council on Rehabilitation Education)

2019 King James McCristal Distinguished Scholar for the College of Applied Health Science- University of Illinois at Urbana-Champaign

2nd Place Research Award, American Rehabilitation Counseling Association, 2018

University of Illinois at Urbana-Champaign-Teachers Recognized as Excellent (2017-Present)

University of Wisconsin-Madison, Department of Rehabilitation Psychology and Special Education, George N. Wright Varsity Award- 2014

College of Applied Health Sciences- Graduate and Professional Teaching Award- 2014

National Rehabilitation Association Research Award, 2013

American Rehabilitation Counseling Research Award, 2013

James F. Garrett Distinguished Career in Rehabilitation Counseling Research.  American Rehabilitation Counseling Association (2011).

Rehabilitation Counseling Researcher of the Year-2011, National Council on Rehabilitation Education.

Most Published Author in *Rehabilitation Counseling Bulletin* (2000-2010)

Who's Who in Work and Family of the Sloan Work and Family Research Network, Boston College University,

2010-2019.

Outstanding Faculty Member-University of Illinois Greek Community-Fall 2009

American Rehabilitation Counseling Association- Certificate of Distinguished Service, 2006.

United States Department of Education-Rehabilitation Services Administration Commissioners Award, 2005.

Deans Excellence Award- Excellence in Research and Scholarship, 2004

American Rehabilitation Counseling Association Research Award, 2004.

American Rehabilitation Counseling Association Research Award, 2003.

New Career in Rehabilitation Education, National Council on Rehabilitation Education, 1997.

Certificate of Distinguished Service, Alliance for Rehabilitation Counseling, 1999

Who's Who in the World 2000- 2010.

Who's Who in America 2001-2010

Who's Who in Science and Engineering, 2001-2003

Who's Who in Medicine and Healthcare, 2005-2012

Who's Who in Emerging Leaders, 2006-2013

Who's Who in American Education, 2006-2013

## PROFESSIONAL AFFILIATIONS

National Council on Rehabilitation Education-Individual Member

**Dr. David Strauser Trial Testimony List**
**2020-2025**

Willie Mae Stanton vs. Edward Leslie Stanton III, Circuit Court No. CT-3750-24/Div. I, June 24, 2025.

Benjamin Metz v. St. Lous Children's Hospital and The Washington University, Circuit Court of St. Louis, State of Missouri, Cause No. 2122-CC09004, May 21, 2025.

Lisa Renea Phillips v. Jason Christopher Caldwell, Shelby County Circuit Court Docket NO: CT3886-23; Div. V, April 29, 2025.

Kevin Love v. Heritage Crystal Clean, LLC Michael Kirtley; and John Doe, Case No. 47BCV-23-240 (RL), February 11, 2025.

Randy Gooden v. Bryant Johnson and Serra Chevrolet, L.L.C., Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis, Docket No. CT-2172-22, Division I, February 4, 2025.

Tylor Smading An Incapacitated and Disabled Person, by and Through Her Co-Guardians and Co-Conservators, Kyle and Sandy Smading vs. Mikinzie Ward and Frank Sterns, Circuit Court of Henry County, Missouri, Case No. 20BS-cc00002-01, January 29, 2025.

Karen Hunt Ahmed vs. Metropolitan Government of Nashville and Davidson County, Tennessee, United States District Court for the Middle District of Tennessee Nashville Division, No. 3:20-cv-00242, August 30, 2024.

Amina Khadijah Portelli v. Andrew Michael Portelli, Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis, Division VIII, Docket No. CT-3745-22, January 12, 2024.

Elizabeth Ann Raborn vs. Derek Charles Raborn, Chancery Court for Rutherford County, Tennessee at Murfreesboro, Case No.21CV-1018, September 27, 2023.

Joe Don Rooney Plaintiff/Husband, vs. Tiffany Rooney Defendant/Wife, In the Third Circuit Court for Davidson County, Tennessee at Nashville, No. 21D53, April 4, 2023.

Stephen Eimers, as Personal Representative of the Estate of Hannah Eimers, Deceased, v. Lindsay Corporation et al., United States District Court of Eastern District of Tennessee at Chattanooga, Case No. 1:19-cv-44, June 16, 2022.

Tariq Ali Khan, v Mehreen Nawaz Khan, Circuit Court of Tennessee for the Thirtieth Judical District at Memphis, Shelby County, Division VIII, Docket No. CT-5339-20, February 16, 2022.

Jose Encarnacion, United States District Court, July 28, 2021

Ted Scott vs. Hollywood Feed and Guard Insurance Group, Tennessee Bureau of Worker's Compensation in the Court of Workers' Compensation Claims at Memphis, Docket No. 2020-08-0564, State File No. 35536-2019, July 20, 2021.

Ashley Magdovitz Tobias v. Todd Aron Tobias, Shelby County Circuit Court Docket No: CT-002515-18; Div. 9, June 9, 2021.

Tawan Braden v. Mohawk Industries, Inc. and Liberty Mutual Insurance Corp., Tennessee Bureau of Worker's Compensation in the Court of Workers' Compensation Claims at Memphis, Docket No: 2019-08-0544, June 2, 2021.



**Dr. David Strauser Deposition List 2020-2025**

Wendy Harris v. BHM Restorative Care Hospital, December 10, 2025.

Grady Walker v. Saia Motor Freight Line, LLC, Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, Florida, Case No. 23 CA 014431, September 26, 2025.

Marion Mitchell v. Norfolk Southern Railroad Company, In the State Court of Bibb County State of Georgia, Civil Action No: 21-SCCV-093239, September 5, 2025.

Kristi L. Ellison vs. P.A.M. Transport Inc. and Semaj Jaquan McMillian, Circuit Court of Crittendon County, Arkansas for the Second Judicial District, July 18,2025.

Glen T. Bugos vs. BNSF Railway Company, United States District Court for the Northern District of Illinois, No. 1:23-cv-05271, June 27, 2025.

Patience Peterson, a minor, by and through her natural mother and next friend Carissa Peterson, and Gabi Selby v. FCA US LLC and Emily Kephart, Circuit Court of Clay County Liberty, Missouri, Case No. 23CY-CV01450,  June 4, 2025.

Jennifer L. Evans v. Wal-Mart Stores East, LC and Divisions, Inc., U.S. District Court, Western District of Tennessee-Case No. 2:22-cv-02081, June 2, 2025

Nakia Cook, vs. Melissa Wilson and DET Distributing Company, Docket No 20C476, First Circuit Court for Davidson County, Tennessee at Nashville, May 23, 2025.

Jackie Denise Hill and her husband Christopher Michael Hill v. Crockett Hospital, LLC, Southern Tennessee Regional Health System-Lawrenceburg f/k/a Crockett Hospital, LLC, Southeastern Emergency Coverage Corporation and Aaron James Wenzel, M.D., Circuit Court for Lawrence County, Tennessee, Case No. 3287-18, March 18, 2025

Evgeny Janev and Marina Jecova Janeva v. Lang Lin M.D. Kimberly Quick, M.D., Todd Kovach, M.D., Daycare Health System, Inc. d/b/a Daycare Medical Group and Morton Plant Hospital, Circuit Court of the Sixth Judicial Circuit in and for the County of Pinellas, State of Florida Circuit Civil Division, Case No. 22-003234-CI, January 31,2025.

Kevin Love vs. Heritage Crystal Clean, LLC Michael Kirtley and John Doe, Circuit Cour of Mississippi County, Arkansas for the Second Judicial District Chickasawba District, Case No. 47BCV-23-240 January 2, 2025

Timothy Schultz and Merry Schultz v. Matthew Hebert, Sauk Prairie Healthcare, Inc and Injured Patients and Families Compensation Fund, State of Wisconsin Circuit Court-Sauk County, Case No. 24-CV-088, Case Code 30103, December 19, 2024.

Stephen K. Wooten v. Quinco Mental Health Center & Accident Fund, General Insurance Company Carrier, Tennessee Bureau of Workers' Compensation in the Court of Workers' Compensation Claims at Memphis, Docket No. 2024-70-2319, State File No. 85458-2022, October 11, 2024.

Linnie Russell Gaines v. Yelena Armenia Gaines, Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis, Docket No. CT-3277-22, Division III, September 16, 2024.

Willie P. Baker, Individually, and As Next of Kin, on Behalf of All Known and Unknown Wrongful Death Beneficiaries of Larry Baker, Deceased v. Freight One Enterprises LLC d/b/a Next Way LLC and Donald Stiger, Circuit Court for Shelby County, TN, Docket No. CT-1164-23 Division II, September 11, 2024.

Joshua M. Kuhn vs. Dakota, Minnesota & Eastern Railroad Corporation, d/b/a Canadian Pacific, a Delaware Corporation, Iowa District Court for Cerro Gorda County, Case No. LACV073635, August 22, 2024.

Tylor Smading An Incapacitated and Disabled Person, by and Through Her Co-Guardians and Co-Conservators, Kyle and Sandy Smading vs. Mikinzie Ward and Frank Sterns, Circuit Court of Henry County, Missouri, Case No. 20BS-cc00002-01, August 7, 2024.

Brittney Cooper, vs. Lyft Inc., et al., Court of Common Peas Montgomery County, Case No. 2022 CV 05451, August 2, 2024

Kenneth Fields vs Southern Electric Controls Inc. and John Doe, Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, No. CT-004124016, June 3, 2024.

Holly Travis vs. Paul Travis, Jr., Rhea County Chancery Court, Docket #22-CV-11512, April 24, 2024.

Kevin L. Nelms v. Illinois Central Railroad, Circuit Court Twentieth Judicial Circuit St. Clair County, Illinois, Case No. 22LA0564, February 21, 2024.

Derius Davis v. Susan Meyers, Circuit Court of Tennessee for the Thirtieth Judicial District at Memphis, Docket No. CT-2169-22, Division II, January 25, 2024.

Billy J. Walker, vs. Union Pacific Railroad Company, Circuit Court Twentieth Judicial Circuit St. Clair County, Illinois, No. 22-LA-0931, January 24, 2024.

Michael L. Coward and William M. Dees, v. Union Pacific Railroad Company, a corporation, Charlie's Tree Service, LTD., Terrence Gregg and Chuck Strive Landscaping, LTD., Case No. 21 L 010241, January 5, 2024.

Randy Gooden v. Bryant Johnson and Serra Chevrolet, L.L.C., Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis, Docket No. CT-2172-22, Division I, January 4, 2024.

Victoria Davison and Matthew Adams, et al., v. Aurora Health Care, Inc., et al, State of Wisconsin, Circuit Court, Milwaukee County, Case No. 19-CV-3670 Case Code: 30104, November 22, 2023.

James Kimbrough and Jalysia Thompson Kimbrough v. Roco Management, LLC d/b/a The Lakes at Ridgeway; Roco-Lakes, LLC, and John Does 1-3, Circuit Court of Shelby County For the Thirtieth Judicial District at Memphis, Docket No. CT-005306-18 Division IV, January 13, 2023.

Jeanne Hopper, mother, individually and as personal representative in the wrongful death of Dylan T. Hopper, deceased v. Robert Anthony Hicks, Angela Kay Davis a/k/a Angela Pod a/k/a/ Angela Ellis, member, Loyal Knight, individually & as Employee/Agent of Huntingdon Lodge No. 2152, Benevolent and Protective Order of Elks of the United States, Huntington Lodge No. 2152, Benevolent and Protective Order of Elks of the United States, Circuit Court of Carroll County, Tennessee for the Twenty-Fourth Judicial District at Huntingdon, No: 17CV25, February 15, 2023.

Brandon Milam v. Davis Walker and Infiniti of Memphis, Inc., Docket No. CT-0960-20, Division  VI, October 27, 2022.

Rickey Crayton v. Ashton Holloway, Flash Market, Inc., and Flash Oil Co. of Arkansas, Inc., Circuit Court of Shelby County, Tennessee, for the Thirtieth Judicial District of Memphis, Docket Ct-3279-19, October 26, 2022.

Arsenio Covington October 26, 2022

Jack Barnes, Cardonial Thomas, Brian Maclin, Curtis Maclin, Maegen Tomlin, Evolani Escobar, Felix Escobar vs. Michael Swan, Jefferson Partners, LP and Does I-X, State of South Dakota County of Union, 63-CIV. 20-000047, September 7, 2022.

Nadah Campbell v. Thurman Lee Metcalf, Allen Leroy Huffman, Jr. and John Does 1-3, Circuit Court of Boone County, Arkansas, Civil Division, 05CV-21-96, August 24, 2022.

Carl Boley v. Department of Labor and Industrial Relations Division of Worker's Compensation State of Missouri, Injury No: 17-098585 & 18-112490, Second Injury Fund, June 29, 2022.

Brittany Rogers, individually, and as next friend and guardian of, Troy Webb, a minor v. Jeffrey Britt, Circuit Court of Shelby County, Tennessee for the Thirtieth District at Memphis, Tennessee, No. CT-4325-19 Division IV, April 20, 2022.

David F. Sund, v. Marriott International, Inc.; Sheraton Overseas Management Corporation, Case No. 8:19-cv-02806-DLB, United States District Court our the District of Maryland Southern Division, March 30, 2022.

Ray C. Hicks v. Darius Cardale Petty, Jones Logistics, LLC and Jones Capital, LLC, United States District Court for the Western District of Tennessee Western Division, Docket No. 2:21-cv-02175, March 23, 2022.

Victoria Davison and Matthew Adams and Forward Health of Wisconsin, Dean Health Plan, and Anthem Blue Cross Blue Shield v. Aurora Health Care, Inc., Aurora Health Care Metro, Inc., Aurora Sinai Medical Center, Inc., Aurora Medical Group, Inc., Aurora UW Academic Medical Group, Inc, Andra Kay Cicero, D.O., Janie Marie Washington, M.D., Farhiyo A. Abdulle, M.D., Eric Schmit, D.O., Elisabeth Mellott, D.O., and Injured Patientsand Families Compensation Fund, Case No. 19-CV-3670, State of Wisconsin, Circuit Court, Milwaukee County, March 3, 2022.

Ruben Kreher v. Plaris Industries, Inc. and Sydenstricker Implements Company d/b/a Sydenstricker Nobbe Partners, United States District Court Southern District of Illinois, Case No. 3:20-cv-126, December 29, 2021.

Carrie Waters v. Fuji Heavy Industries, LTD, and Subaru of America, INC., United States District Court for the County of Kansas at Kansas City, Case No. 2:19-cv-2525, October 13, 2021.

Lawrence Reiter and Tiffany Seagroves, Individually and as Husband and Wife, vs. Susan H. Sanford, Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis, CT-2519-19 Division VIII, October 13, 2021.

Carl Boley v. Department of Labor and Industrial Relations Division of Worker's Compensation State of Missouri, Injury No: 17-098585 & 18-112490, September 24, 2021.

Douglas J. Galmines, v. Guideone Mutual Insurance, Circuit Court of Will County, Illinois County Department, Law Division, September 22, 2021.

Ernest "Frank" Parsley and Lynne Parsley v. XPO Logistics Freight, Inc. and Aubrey Payne, v. Aubrey Payne and Ozark Motor Lines, Inc., United States District Court for the Eastern District of Missouri, Southeastern District, Case No.:1;20-cv-00162-SNLJ, August 27, 2021.

Marion Miller v. Georgia Pacific Cellulose, June 29, 2021

James L. Smith vs. William H. Jackson, Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis, No. CT-3211-19, Div. 8, July 14, 2021

James Glenn v. State of Missouri, Department of Social Services and Second Injury Fund, State of Missouri, Department of Labor and Industrial Relations Division of Workers' Compensation, Injury No. 16-019903, June 16, 2021

Stephen Eimers, as Personal Representative of the Estate of Hannah Eimers, deceased, v. Valmont Industries, Inc., a foreign corporation; Valmont Highway, a foreign corporation; Armorflex International Limited, a foreign corporation; Lindsay Corporation, a foreign corporation; Lindsay Transportation Solutions Sales & Service LLC, a foreign company; Lindsay Transportation Solutions, Inc., f/k/a Barrier Systems, Inc., a foreign corporation; and Reynolds Fence & Guardrail, Inc., a foreign corporation, Case No. 1:19-cv-0004-TRM-SKL, May 18, 2021.

David Sawyer v. Knapheide Manufacturing Co, Second Injury Fund, Department of Labor and Industrial Relations Division of Worker's Compensation, State of Missouri, No. 13-069702 & 14-041453, May 12, 2021

Alfred Marshall vs. Sigma Logistics, Inc. and Kawand Williams, United States Court Eastern District of Arkansas Jonesboro Division, Civil Action No. 3:19-cv-00227-LPR, April 28, 2021.

Carolyn Reusswig v. Gilford John Whittle, Velma Whittle, Red's Carpet and Appliances, LLC, Robert Bodenbender, FedEx Corporation, and FedEx Ground Package System, Incorporated, Superior Court of Whitfield County, State of Georgia, Case Number: 19C100018, April 7, 2021.

Danielle Lanier, on behalf of the Wrongful Death Beneficiaries of Ronald Sanders, Jr., Deceased, et al. v. Dupre Logistics, LLC, Steven L. Dillard, Ronald Sanders, Sr. and Ryder System, Inc., also doing business as Ryder Truck Rentals, Inc.: In the Circuit Court of Pontotoc County, Mississippi, Docket No: CV17-0076 (PO),  March 31, 2021.

Tawan Braden v. Mohawk Industries, Inc. and Liberty Mutual Insurance Corp., Tennessee Bureau of Worker's Compensation in the Court of Workers' Compensation Claims at Memphis, Docket No: 2019-08-0544, March 4, 2021.

Kimberly Moreland vs. HD6 and Protective Insurance Company, State of Florida Division of Administrative Hearings Office of the Judge of Compensation Claims, Daytona Beach, Case No: 18-016852WWA,  February 26, 2021.

Cortney Jones and Falisha Jones vs. Charity Flippo and City of Southaven, Circuit Court of DeSoto County, Mississippi, Case Number:  17CI1:16-CV-00207-RC, February 25, 2021.

James S. Jordan, Sr., Individually, and as Parent and Legal Guardian of J.J., a Minor, vs. Hunter A. Betts and Tracie L. Betts, Circuit Court of Shelby County Tennessee for the Thirtieth Judidical District at Memphis, Case No:  CT-005068-18, Division I, February 24, 2021.

Demetrice Taylor, Individually, and as surviving spouse and next of kin of, Herbert Lee Taylor, deceased, and on behalf of Herbert Lee Taylor, deceased vs. Amisub (SFH), Inc., d/b/a Saint Francis Hospital, Irene Nnanyelugoh Okafor, D.O., Tennessee Group Services, PLLC, and Robert Uzodimma Mmereole, M.D.  Circuit Court of Tennessee for the Thirtieth Judicial District of Memphis-Docket No:  CT-001546-17 Division IX, February 3, 2021.

Jonathan Beuttel and LaDeana Gambill, as Co-Personal Representatives of the Estate of Lauren A. Beuttel, deceased, and Cindy Jane Beuttel, as Co-Personal Representatives of the Estate of Jacob D. Davison, deceased v. Lindsay Corporation, a foreign corporation; Lindsay

Transportation Solutions Sales & Service, LLC, a foreign company; Barrier Systems, a foreign corporation; and Cumberland Guardrail, Inc., a Tennessee Corporation, Case No: CC1-2017-CV-6287, September 30, 2020.

Lauren Gill v. BRG Sports, Inc. formerly known as Easton-Bell Sports, Inc., Indiana University, The Trustees of Indiana University, Indiana Foundation, Inc., and Indiana University Student Foundation. Cause No.: 53C01-1604-CT-000790, September 14, 2020

Jami Robertson, Individually and as parent and next friend of Jamir Robertson, a Minor, v. Williams Smith and Mr. Bult's Inc.  CT-005807-18. Division IX. July 24, 2020

JMcKinley Griffin v. BFI Waste Services, LLC
May 12, 2020

Benjamin Hayes v. Republic Services and Indemnity Insurance Company of North America. Tennessee Bureau of Workers' Compensation in the Court of Workers' Compensation Claims at Memphis Docket No: 2018-08-1360. January 29, 2020 (postponed from 12-19)

Judy Diane Martin, et al. v. LabCorp Tennessee, LLC, et al. Shelby County Circuit Court. CT-004917-16. Division II  January 22, 2020

**Fee Schedule-Vocational Consulting Services- Dr. David R. Strauser**

**Effective January 1, 2026**

**Engagement Fee:** At the time of the execution of an agreement, the client-attorney shall tender to Vocational Consulting Services the amount of three thousand seven hundred and fifty dollars ($3,750). The client-attorney shall not identify Dr. Strauser as either a testifying or non-testifying expert until such time as the fee has been paid.

**Consultant Fees:** The amount of three thousand seven hundred and fifty dollars ($3,750) will cover up to ten hours of work to generate an assessment report and activities necessary to develop the report including but not limited to analysis, calculations, conclusions, and preparation of reports. Additional work over ten hours will be invoiced at $375 per hour.

**Trial Testimony**: A non-refundable trial testimony retainer of $1,500 is due to hold one trial date. The fee for appearing in person at trial is $3,000 per day. The retainer is applied to the first day of trial fee. Balance of $1,500 is due at completion of the trial. Date will be secured, once payment is received. Each additional day of trial is $3,000 per day. If two days of trial are to be held, the retainer is $3,000, and balance due is $3,000.

**Deposition Fees:** A deposition retainer of $1,500 is required to hold the date and cover the first four hours of the deposition. A deposition retainer of $3,000 is required to hold the date and cover four-to-eight-hour deposition request. Date will be secured once payment is received. Deposition retainers are non-refundable. If a deposition date needs to be re-scheduled the paid retainer will be applied to the next agreed upon date.

**Qualifications:** The client-attorney has had the opportunity to investigate and verify Dr. Strauser's credentials and agrees that Dr. Strauser is qualified to perform the services described in this contract.

**Terms of Engagement:** The client-attorney is responsible for payments to Dr. Strauser as outlined in this contract, regardless of any arrangement the client-attorney has with any party or parties he represents. Dr. Strauser will issue bills monthly, or whatever other interval he deems appropriate.

**Travel Fee for In-Person Deposition and Trial Requests**
In recognition of the variable nature of travel expenses, including but not limited to airfare, lodging, and the scheduling requirements of Dr. David R. Strauser, the travel fee for any in-person deposition shall be determined at the time of scheduling, taking into account both the date and location of the deposition. To reserve the requested date, a mutually agreed-upon fee must be established and paid in advance. This fee is in addition to all other charges and terms set forth in this agreement are due to hold the date, and not refundable if the case would settle. If the date needs to move, the fees associated with that change, such as flight change fees, will be recalculated and need to be paid prior to holding the new date.

**Rush Fee:** If a report needs to be completed within two weeks, the rush fee is $375.00.