IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MARY L. WARREN, | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 2:25-cv-02588-SHL-tmp |
| | ) | Judge Sheryl H. Lipman |
| v. | ) | Magistrate Judge Tu M. Pham |
| | ) | Jury Demand |
| FLYWAY EXPRESS, LLC, | ) | |
| DHL EXPRESS (USA), INC., and | ) | |
| JOHN DOES 1-3, | ) | |
| | ) | |
|     Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

**COMES NOW**, Justin J. Griffin, and hereby moves this Court for permission to withdraw as counsel of record for Plaintiff, Mary L. Warren. In support of this Motion to Withdraw, Plaintiff's Counsel would state as follows:

1. Attorney Justin J. Griffin, attorney for Plaintiff, is no longer employed by the Reaves Law Firm, PLLC, effective February 16, 2026.

2. Reaves Law Firm, PLLC, movant's former employer, is still engaged with the client and its attorneys, namely Henry E. Reaves, III, will continue to serve as Counsel for Plaintiff in this matter.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff's Counsel requests that this Court enter an Order allowing Justin J. Griffin to withdraw as counsel of record for all purposes for the Plaintiff.

Respectfully Submitted,

*/s/ Justin J. Griffin*
Justin J. Griffin (Ark. Bar #2025227)
Email: justinjgriffin@icloud.com
*Withdrawing Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that a true and correct copy of the foregoing document was electronically filed in the U.S. District Court, Western District of Tennessee, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Dated: February 23, 2026

                                                                                   */s/ Justin J. Griffin*
                                                                                    Justin J. Griffin, Esq.