IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARY L. WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:25-cv-02588-SHL-tmp |
| | ) | Judge Sheryl H. Lipman |
| | ) | Magistrate Judge Tu M. Pham |
| FLYWAY EXPRESS, LLC | ) | Jury Demand |
| DHL EXPRESS (USA), INC., and | ) | |
| JOHN DOES 1-3, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

COMES NOW, Theodore K. Cummins, and hereby moves this Court for permission to withdraw as a counsel of record for Plaintiff, and in support of this Motion to Withdraw, states the following:

1. Attorney Theodore K. Cummins is no longer employed by the Reaves Law Firm PLLC, with his last day being August 22, 2025.

2. Reaves Law Firm PLLC is still engaged with the Client, and its attorneys, namely Henry E. Reaves, III, will continue to serve as Counsel for Plaintiff in this matter.

WHEREFORE, PREMISES CONSIDERED, Attorney Theodore K. Cummins requests that this Court enter an Order Granting this Motion to Withdraw and correspondingly allowing Theodore K. Cummins to withdraw as counsel of record for the Plaintiff for all purposes and relieving him of all further duties in this matter.

Respectfully submitted,

s/ Theodore K. Cummins
Theodore K. Cummins (TN Bar#024381)
PORTER LAW GROUP, PLLC
33 Town Center Sq., Ste. 200
Hattiesburg, MS 39402
Phone: (601) 545-2889
Fax: (601) 545-2819
Email: ted@porterlaw.ms

CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B) of the United States District Court for the Western District of Tennessee, Attorney Theodore K. Cummins has consulted or attempted to consult with all counsel of record on February 23, 2026, via email, telephone, and/or text. Counsel for Defendants, Caroline Montoya and Peter C. Robison do not oppose the action requested by the motion. Attorney Justin J. Griffin does not oppose the action requested by the motion. Emails, a telephone call, and a text message were sent to Henry E. Reaves, III, but a response was not received.

s/ Theodore K. Cummins
Theodore K. Cummins

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Motion to Withdraw was electronically filed in the U.S. District Court, Western District of Tennessee, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Dated: February 23, 2026

s/ Theodore K. Cummins
Theodore K. Cummins