IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY L. WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | No. 2:25-cv-2588-SHL-tmp |
| ) | |
| FLYWAY EXPRESS, LLC, DHL EXPRESS ) | |
| (USA), INC., and JOHN DOES 1–3, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL**

Before the Court are two Motions to Withdraw as Counsel of Record for Plaintiff, both filed on February 23, 2026, one by Justin J. Griffin (ECF No. 31), and the other by Theodore K. Cummins (ECF No. 33). Griffin explains that he left the employ of the Reaves Law Firm on February 16, 2026. (ECF No. 31 at PageID 298.) Cummins explains that August 22, 2025, was his last day at the firm. (ECF No. 33 at PageID 300.)

Under the Local Rules, "[n]o attorney of record may withdraw in any case except on written motion and Court order. All motions for leave to withdraw shall include the reasons requiring withdrawal and the name and address of any substitute counsel. . . . Ordinarily, withdrawal will not be allowed if withdrawal will delay the trial of the action." LR 83.5.

Here, both Griffin and Cummins assert that Reaves Law Firm PLLC "is still engaged with the [Plaintiff], and its attorneys, namely Henry E. Reaves, III, will continue to serve as Counsel for Plaintiff in this matter." (ECF No. 31 at PageID 298; ECF No. 33 at PageID 300.) Cummins indicates that neither counsel for Defendants nor Griffin oppose his withdrawal.

(ECF No. 33 at PageID 301.)  He also explains that he did not receive a response from Henry Reaves III, his other co-counsel on the case, after "[e]mails, a telephone call, and a text message were sent to" him.  (Id.)

In spite of Cummins's reported inability to get a response from Reaves, and the fact that Griffin does not include any suggestion of consultation with Reaves or any counsel for Defendants, there is no suggestion that Reaves is not staying on the case.  Therefore, for good cause shown, the motions are **GRANTED**.  Griffin and Cummins shall be removed as counsel of record for Plaintiff.

**IT IS SO ORDERED**, this 24th day of February, 2026.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE