**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **MARY L. WARREN,** | |
| **Plaintiff,** | Case No. 2:25-cv-02588-SHL-tmp |
| v. | Judge Sheryl H. Lipman |
| **FLYWAY EXPRESS, LLC,** **DHL EXPRESS (USA), INC. AND JOHN DOES 1-3,** | Magistrate Judge Tu M. Pham |
| | **Jury Demand** |

### DEFENDANTS FLYWAY EXPRESS, LLC AND DHL EXPRESS (USA), INC.'S RULE 26 EXPERT DISCLOSURES

Defendants Flyway Express, LLC and DHL Express (USA), Inc.'s ("Defendants"), pursuant to Federal Rule of Civil Procedure 26, hereby submit the following expert disclosures of expert witnesses who may testify at the trial of this matter to present evidence under Federal Rules of Evidence 702, 703, or 705.

It is the specific intention of Defendants in filing this designation of expert witnesses to supplement each and every discovery request propounded by Plaintiff Mary Warren ("Plaintiff") which pertains to expert witnesses, while reserving any objections thereto. To that extent, Defendants rely on and incorporate this designation as a supplement to previous discovery responses provided by Defendants to interrogatories and/or requests for production.

Defendants reserve their right to elicit, by way of direct examination or cross-examination, the opinion testimony of experts designated and called on by or identified by Plaintiff. Defendants express their intentions to possible call as witnesses any experts designated by Plaintiff. In so cross-designating Plaintiff's experts as witnesses Defendants may call, this shall not be deemed as

an acknowledgement that such witnesses are qualified as experts in their respective fields of specialty or in the areas for which Plaintiff may elicit testimony.

At the time of Defendants' Disclosure, Plaintiff identified the following in "Plaintiff Mary Warren's Rule 26 Expert Disclosures": Apurva Dalal, M.D.; W. Cody Middlebrook; David Strauser, Ph.D.

In addition to persons designated herein as expert witnesses to provide testimony under Rules of Evidence 702, 703 and 705, Defendants reserve the right to present expert opinions of professional fact witnesses in this case, including but not limited to witnesses deposed in this case. Defendants reserve the right to call said witnesses to provide testimony of mixed fact and opinion in relation to all issues. Specifically, this includes but is not limited to the investigating officer and EMT/paramedic that responded to the scene. It further includes, but is not limited to, those individuals working at Flyway and/or DHL that were either involved in investigating the incident or acting in a supervisory fashion of any local delivery driver in the Memphis, Tennessee area.

This designation is intended to provide a basis summary of the opinions that Defendants anticipate these witnesses will offer. It is not intended to be an exhaustive or complete recitation of each and every opinion or belief that any of these witnesses may offer. Opinions will be offered in response to questions posed by counsel and cannot reasonably be anticipated until such time as the expert is deposed or questioned at the time of trial. Accordingly, Defendants will offer reasonable opportunity, consistent with the Rules and Case Management Order(s), for any of these witnesses to be deposed. For further identification of any opinions, please refer to exhibits and/or depositions when taken in this matter.

With respect to any individual(s) designated as experts herein, Defendants do not determine expert witnesses who will be called at the time of trial. Defendants reserve the right to call or not

to call such experts based on a determination by Defendants' counsel as to whether the testimony is duplicative, necessary, or unnecessary.

At the time of filing this designation, discovery is ongoing in this case. Therefore, Defendants reserve the right to supplement this designation as additional information becomes available. Defendants designate the following expert witnesses who may testify at the time of trial:

1. **Claiborne Christian, M.D.**
   **OrthoSouth**
   **7580 Clarington Cove, Suite 100**
   **Southaven, MS 38671**

Dr. Christian is a licensed and board-certified orthopedic surgeon practicing in Southaven, Mississippi. Dr. Christian has practiced in the Southaven/Memphis area since 1992. Dr. Christian analyzed Plaintiff's medical records from Regional Medical Center at Memphis, Memphis Fire Department and Emergency Management Services, Diffine Family Practice, Great River Medical Center, South Memphis Clinic, Fenter Physical Therapy, Dixon Orthopedics, St. Bernard Hospital in Jonesboro, Priority Health, and Pain Treatment Centers of America. He also reviewed Dr. Dalal's written report. Dr. Christian's written expert report is attached as **Exhibit A** and contains the information required under Federal Rule of Civil Procedure 26(a)(2)(B). Dr. Christian's qualifications, including a list of all publications authored in the previous ten years, are set forth in his *curriculum vitae*, which is attached as an exhibit to his report. Also attached to his report as exhibits are a list of cases in which Dr. Christian has testified as an expert at trial or by deposition since 2015 and a statement of the compensation to be paid for the study and testimony in the case.

2. **Jacob Thomas Davis, DOT Compliance Expert**
   **Transportation Compliance Experts, Inc.**
   **4851 Wharf Parkway, Unit D-226**
   **Orange Beach, Alabama 36561**

Mr. Davis is a Department of Transportation compliance expert practicing primarily in Orange Beach, Alabama. Mr. Davis analyzed the Complaint, Plaintiff's Rule 26 Initial Disclosures, Defendants' Answers to the Complaint, the Accident Report, vehicle photos, and Mr. Middlebrook's written expert report. Mr. Davis's written expert report is attached as **Exhibit B** and contains the information required under Federal Rule of Civil Procedure 26(a)(2)(B). Mr. Davis's qualifications are set forth in his *curriculum vitae*, which is attached as an exhibit to his report. Mr. Davis has not testified as an expert at trial or by deposition during the previous four years. A statement of the compensation to be paid for the study and testimony in the case is attached to Exhibit B.

3. **Patsy Bramlett, C.R.C., L.R.C.**
   **1878 New Cut Road**
   **Danville, AL 35619**

Ms. Bramlett is a vocational rehabilitation consultant in Danville, Alabama. Ms. Bramlett analyzed the Complaint, Plaintiff's Rule 26 Initial Disclosures, Responses to Defendants' Interrogatories and Requests for Production of Documents, and discovery responses and David R. Strauser, Ph.D.'s written report. Ms. Bramlett's written expert report is attached as **Exhibit C** and contains the information required under Federal Rule of Civil Procedure 26(a)(2)(B). Ms. Bramlett's qualifications are set forth in detail in her *curriculum vitae*, which is attached as an exhibit to her report. Also attached to her report as exhibits are a list of cases in which Ms. Bramlett has testified as an expert at trial or by deposition during the previous five years and a statement of the compensation to be paid for the study and testimony in the case.

To the extent that their testimony may be considered to be opinion testimony, Defendants reserve the right to call any of the following persons as non-retained expert witnesses in this matter:

    A.  Representative of Flyway Express, LLC;

    B.  Representative of DHL Express (USA), Inc.;

    C.    Any and all personnel from the Memphis Police Department, including but not limited to Irma Montes, or other law enforcement agencies, relative to the facts, circumstances, and investigations of the incident that occurred on May 20, 2024;

    D.    Any and all medical providers for Plaintiff, whether before or after the May 20, 2024 incident at issue, including but not limited to: Dana Coker, M.D., Ezekiel Shotts, M.D., Luc J. Meier, EMT, Jacob D. Amodeo, AEMT, David A. Diffine, M.D., Jerry Fenter, PT, Jerry D. Gentry, M.D., Gregory F. Dabbs, M.D., Crystal Herron, NP, Rachael Chandler, NP, Allison Marie Pabich, DO, Ashley Cahoon, M.D., Darshan Gandhi, M.D., Peter Edmund Fischer, M.D., Thomas M. Triplett, M.D., Trent M. Scott, M.D., Errol M. Thomas, Jr., M.D., Michael A. Haughey, DPM, Andrew Kerwin, M.D., Lakeicha D. Gunter, M.D., Muhammad O. Afzal, M.D., Peter E. Fischer, M.D., Thomas M. Triplett, M.D., as well as any medical personnel from City of Memphis EMS, Regional One Health, UT Regional One Physicians, Diffine Family Practice, PLLC, South Memphis Clinic, Fenter Physical Therapy, Great River Medical, Associated Radiologists LTD, Dickson Orthopedics, PA, St. Bernard Medical Center, Jonesboro Orthopedic Sport Medicine, Priority Health Clinic, LLC, and Pain Treatment Cetner of America (The facts and opinions on which these providers are expected to testify can be found in the medical records regarding their treatment. Defendants have not retained or specially employed these individuals to provide expert testimony in the case.); and

    E.    Any and all experts necessary to rebut the testimony and/or contentions raised by Plaintiff or any of her experts.

5

The experts disclosed above may be called upon to respond to specific criticisms levied by the experts disclosed by Plaintiff or to address specific testimony elicited from other witnesses at trial. These disclosures are based on discovery conducted to date and on information currently in possession. Defendants reserve the right to supplement and/or add to this expert disclosure as discovery dictates and as new and additional information and/or opinions come forth.

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Peter C. Robison*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

Caroline Montoya, BPR #41330
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
(901) 525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## **CERTIFICATE OF SERVICE**

 I certify that on February 27, 2026, a copy of the foregoing was sent to the following via email:

Henry E. Reaves, III
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com

*Counsel for Plaintiff*

          */s/ Peter C. Robison*
          Peter Robison