# OrthoSouth

David G. Brown, MD
Tyler A. Cannon, MD
Claiborne A. Christian, MD
R. Jeffrey Cole, MD
David A. Deneka, MD
David J. Dowling, MD
Christian S. Fahey, MD
Christopher A. Ferguson, MD
Daniel T. Fletcher, Jr., MD
Thomas V. Giel III, MD
Mark S. Harriman, MD
Spencer W. Hauser, MD
W. Dean Jameson, MD
Riley Jones, MD
Timothy H. Krahn, MD
Judith R. Lee-Sigler, MD
Marvin Leventhal, MD
Robert P. Lonergan, MD
Arsen H. Manugian, MD
Sam E. Murrell III, MD
Michael D. Neel, MD
Jared J. Patterson, MD
Christopher Pokabla, MD
Jay M. Saenz, MD
Samuel R. Schroerlucke, MD
Jean Simard, MD
Michael J. Sorensen, MD
Jonathan M. Stuart, DO
Owen B. Tabor, Jr., MD
James C. Varner, MD
Stephen M. Waggoner, MD
Kenneth S. Weiss, MD
J. Barton Williams, MD
Andrew J. Wodowski, MD
F. Gregory Wolf, MD

7580 Clarington Cove,
Suite 100
Southaven, MS 38671
901.641.3000
orthosouth.org

Peter C. Robison

Lewis Thomason, P.C.

424 Church Street Suite 2500

Nashville, Tennessee 37219


Dear Mr. Robison,


      As you know, I've been asked to perform a medical records review on patient Mary Warren in her case against DHL Express. The opinions expressed in my report are expressed within a reasonable degree of medical certainty and based on background, training, and experience of over 30 years as a board-certified orthopedic surgeon. Information that I have available for review includes records from the Regional Medical Center at Memphis related to the accident which was sustained on May 20th, 2024. I also have records from the Memphis Fire Department and Emergency Management Services, Diffine Family Practice, Great River Medical Center, South Memphis Clinic, Fenter Physical Therapy, Dixon Orthopedics/ St. Bernard Hospital in Jonesboro, Arkansas, Priority Health, Pain Treatment Centers of America.

Additionally, I have a vocational report from Dr. David Strausser, as well as an independent medical evaluation done at the request of the plaintiff attorney by Dr. Apurva Dalal, done on January 20th, 2026.

It is apparent from the records that this patient was involved in a motor vehicle collision on May 20th 2024. She was traveling west bound on Winchester in Memphis. A van and another vehicle were traveling eastbound. The van struck the back of the vehicle in front of it, causing it to spin into Ms. Warren's car. She was originally taken to the Regional Medical Center at Memphis-by-Memphis Fire Department and EMS personnel. After a couple of days in the hospital, she decided to leave against medical advice. That was potentially catastrophic and certainly unfortunate. In my opinion and experience, people who check themselves out against medical advice sometimes sustain significant serious injuries. This could certainly have been the case with this particular patient because she apparently had a splenic injury. In any event, after she checked herself out, within a couple of weeks or so, she went to her primary care provider. She was complaining of back pain, knee pain, and right foot and ankle pain. Her primary care provider ordered an MRI of the lumbar spine and x-rays of the ankle. It should be noted that while in the hospital originally, during a CT scan of the abdomen and pelvis, it was felt that the patient possibly had some compression fractures in the lumbar spine. However, these were not confirmed on two subsequent MRI evaluations.

The patient eventually went to see the orthopedic surgeons at Dixon Orthopedics in Jonesboro, Arkansas. She eventually had surgery on her right ankle. That consisted of a subtalar arthrodesis due to injuries to ligaments around the ankle, as well as a fracture of her calcaneus. That surgery was carried out on October 1, 2024. The patient has continued to have complaints of knee pain and lower back pain. She eventually was treated at the Pain Treatment Centers of America. There, she has had continuing treatment with epidural blocks, pain medication, physical therapy, etc. Her problems have persisted. Additionally, it is evident that she still has foot and ankle pain, based on the report of Dr. Dalal. With that as a background, I've been asked to give an opinion as it relates to her current impairment and the need for continuing treatment. I have had a chance to review Dr. Dalal's report. In my opinion, there are several defects in it. I will try to go through these one by one as it relates to the structures that he gave impairments rating on.

As it relates to the foot and ankle, as I mentioned earlier, the patient did have a subtalar arthrodesis done on October 1st of 2024. I would estimate that it would take about three months to reach maximum medical improvement after that particular procedure. Therefore, MMI would have been obtained somewhere around January 1st of 2025. Dr. Dalal gives her an incorrect impairment rating. The primary procedure done was a subtalar arthrodesis. That carries a 10% lower extremity impairment. That can be found as a class one impairment, table 16-2 on page 508 of the AMA Guide 6th

Edition. He gave her a rating for continued problems with a tendon or ligament, and underestimated her impairment.

He also gave her an impairment rating for continued problems with pain in her right knee. He utilized the impairment rating table for primary knee joint arthritis, which can be found in Table 16-3 on page 511 of the AMA Guides, 6th Edition. He quotes a 7% lower extremity impairment. That rating is inaccurate. The injury did not cause arthritis in the patient's knee. She might have had pain and discomfort from a contusion, but that contusion would have resolved within about six weeks. She has zero permanent partial impairment as it relates to her knee because there is no anatomic change that can be found that can be associated with the patient's motor vehicle collision. Therefore, her impairment is 0% and can be found on page 509 of the AMA Guide 6th Edition, specifically in Table 16-3.

He also gives her an impairment rating for multiple fractures of the lumbar spine. He rates her based on Table 17-4 on page 573. However, as I mentioned earlier, in my opinion, there is no evidence to suggest that she actually had any lumbar compression fractures. She had two dedicated lumbar MRIs, which did not demonstrate those abnormalities. Additionally, he says that the patient had radiculopathy in the lower extremities. However, in his own physical examination, she has normal reflexes, normal strength, and negative straight leg raising. He does not detail which lumbar nerve roots are

involved. There is no evidence to suggest that she had, at any point in time, any radiculopathy. Therefore, that rating he gave is inaccurate. I do think that she could be given an impairment rating for her lumbar spine, but it would be a contusion, once again, with zero permanent partial impairment. The impairment rating for the lumbar spine can be found as a class 0 impairment on page 570 for back pain without objective findings.

Also, he and Dr. Strauser gave the patient some restrictions. In my opinion, these restrictions are arbitrary and not based on scientific fact. They are based solely on the patient's self-reported problems and complaints. In my opinion, she does not need any restrictions. There are no significant anatomic abnormalities other than the one that I mentioned for her ankle, which would need any restrictions whatsoever. Any self-reported problems or vocational disabilities would, in all likelihood, be secondary to her morbid obesity and diabetes rather than this particular motor vehicle collision.

Therefore, in summary, the patient reached maximum medical improvement for her contusion to the knee and lumbar spine sometime around mid-July 2024. Additionally, she reached maximum medical improvement for her right lower extremity ankle problem on January 1st of 2025. She needs no long-term restrictions. She does not need any additional treatment for these problems. Any continuing problems are related to pre-existing issues such as diabetes and morbid obesity rather than the motor

vehicle collision. Total Impairment is 10% right lower extremity or 4% to the body as a whole.

Once again, all my opinions are expressed within a reasonable degree of medical certainty and based on background, training, and experience of over 30 years as a board-certified orthopedic surgeon.

Regards,

Claiborne Christian, MD

# Claiborne A. Christian, M.D.

## Stats:

Birthday:         7-22-1960
Birthplace:       Richmond, VA
Marital Status:   Married

## Practice Information:

OrthoSouth                4/1/2015 to Present
7580 Clarington Cove
Southaven, MS 38671
Ph: (901) 641-3000
Fx: (901) 259-1698
cchristian@orthosouth.org

Mississippi Orthopaedics & Sports Medicine 2/1/2006 to 3/31/2015
391 Southcrest Circle, Suite 205
Southaven, MS 38671

Christian Orthopaedics        1/1/1996 to 1/31/2006

Campbell Clinic               8/1/1992 to 12/31/1996

## Education:

High School:
Hampton Roads Academy
Newport News, VA
May 1978, Valedictorian

Undergraduate:
Davidson College
PO Box 1718
Davidson, MC 28036
September 1978- May 1982
B.S. Pre-Medicine, May 1982

Graduate School:
Medical School of Virginia, Virginia Commonwealth
401 N. 12th Street
Richmond, VA 23219
September 1982- May 1986
M.D

Internship:
University of Tennessee
62 S. Dunlap
Memphis, TN 38163
General Surgery
July 1986- June 1987

Residency:
Campbell Clinic
1400 S. Germantown Road
Germantown, TN 38138
Orthopaedic Surgery
July 1987- June 1991

Fellowship:           August 1991 to 1992
University of Florida
PO Box 10026
Gainesville, FL 32610
Sports Medicine
Peter Indelicato, Professor and Chief, Sports Medicine Section

**Military Service:**

United States Naval Reserve
Millington, TN 38054
LCDR
1988-1997

**Board Certification:**

American Board of Orthopaedic Surgery                July 15, 1994

**Licensure:**

Mississippi       MD #11962  Issued 10/17/2005
Tennessee         MD # 18779 Issued 5/22/1988

**Professional Socities:**

American Medical Association
American Academy of Orthopaedic Surgeons
Mississippi Medical Association
American Orthopaedic Society for Sports Medicine

**University Appointments:**

University of Tennessee, College of Medicine
956 Court Ave, Rm. A302, Memphis, TN 38163
Instruction, Orthopaedic Surgery, July 1993- June 1995

**Hospital Privileges:**

Baptist Memorial Hospital- DeSoto
7601 Southcrest Blvd.
Southaven, MS 38671
Active Staff

Baptist DeSoto Ambulatory Surgery Center
391 Southcrest Circle, Suite 100
Southaven, MS 38671

St. Francis Hospital
5959 Park Avenue
Memphis, TN 38119
Consulting Staff

St. Francis Surgery Center
5999 Park Avenue
Memphis, TN 38119
Active Staff

**Publications:**

CHRISTIAN, C.A., Campbell's Operative Orthopaedics- 9th ed. Chapters 3, 30, 46, 53.
1988

CHRISTIAN, C.A., and Indelicato, P.A., "Allograft Anterior Cruciate Ligament Reconstruction with Patellar Tendon: An Endoscopic Technique: Operative Techniques in Sports Medicine, Vol. 1 pp. 50-57

CANALE, S.T. and Christian, C.A., "Techniques for Epiphysiodesis About the Knee", Clinical Orthopaedics and Related Research, No. 223 July 1990, pp. 81-85

BIENNA, R, ET AL, "Malnutrition and Hospital Prognosis in the Alcoholic Patient", Journal of Parental and Enternal Nutrition/ Vol. 16 No. 4

LEVENTHALL, M.R., McGuire, J.E. and Christian, C.A., "Rotary Subluxation of C1 and C2 in Ankylosing Spondylitis", Accepted for Publication in upcoming issue of "Spine".

## Research:

CHRISTIAN, C.A. "Significance of Tunnel Enlargement in Allograft ACL Reconstruction".

## Committees:

Chief of Surgery
Baptist Memorial Hospital, Huntingdon
2003-2006

Medical Staff Secretary
Baptist Memorial Hospital, Huntingdon
2004-2006

Appointed by Governors Donald K. Sundquist and Phil Bredesen
Department of Labor and Workforce
Workers Compensation Committee
2002-2006

Tennessee Medical Association Appointment

Workers Compensation Cost Containment Subcommittee
2004-2006

Medical Director
Baptist DeSoto Surgery Center
2008- 2015

RECORD REVIEW LIST AND DEPOSITIONS

Claiborne Christian   M.D.   Orthopaedic Surgeon

Record/Peer Reviews:

1. Brian Gehrt and Brandon Gehrt v. Deanna Nolen   11-30-2015   Hickman, Goza and Spragins

2. Ruthie Gray versus Lowes   5-16-2016   Spicer Rudstrom Law Firm PLLC

3. Lori Baker versus Kroger   5-26-2016   Luckett Tyner Law Firm

4. Victor Lopez-Tello v. Grasslans Inc. and FCCI Insurance Company  6-30-2016   Upshaw Williams Biggers and Beckham LLP

5. Helena Cook v. Armstrong Wood Products, Inc.   8-10-2016   Waldrop and Hall Attorneys   DEPOSITION

6. Kesha Lindsey v. Terry Gordon   5-31-2017   Mitchell, Mcnutt and Sams

7. Betty Grant   5-16-2017   Moffitt and Phillips

8. Jerome Greer v. Memphis Investment Rental Properties, LLC   8-27-2017   Allen, Summers, Simpson, Lillie and Gresham

9. Phillip C. Gooch v. Atonio R. Glenn   9-8-2017   Mitchell, McNutt and Sams

10. Ruth Fleming V. Christopher Priddy   10-26-2017   Law offices of Julie Bhattacharya Peak

11. Harry Weatherly v. Goodyear Tire and Rubber Company   10-10-20017   Elam, Glasgow and Chism

12. Shinda Simpson v. Michael Willins   12-19-2017 Law Office of Andrew Clarke   DEPOSITION

13. Fowler v. Derezza   8-23-2017   Markesbery and Richardson   DEPOSITION

14. Betty Butler v. AIG TN Holding, LLC  d/b/a  Applebee's Restaurant   12-29-2017  Mitchell, McNutt and Sams

15. James Young v. Jerron H. Martin and Miriam Martin   Mitchell, Mcnutt and Sams  2-5-2018

16. Howard, Debra Ann v. Anthony Andrew Mascioli, MD and Campbell Clinic, PC LEWIS THOMASON

17. Regina Guy      Safeco Insurance    James Carroll-agent    3-19-2018

18. Doyle Joiner v. Wendy Wheeler     7-26-2018    Rainey, Kizer, Reviere and Bell PLC

19. Andre Wright       Owens Law Firm     8-3-2018

20. Christy Lee v. Rodney Horton  and Kroger    Spicer Rudstrom    8-10-2018 DEPOSITION 9-24-18

21. ANTHONY LIVINGSTON V. FEDEX    SPICER RUDSTROM    8-6-2018 DEPOSITION

22. KEMIA THOMAS   OWENS LAW FIRM    8-1-2018   DEPOSITION

23.  COURTNEY CALLAHAN      PETERSON WHITE  LAW FIRM    8-13-2018

24. WAHLUM V. CRONE    LAW OFFICE OF PAUL BURSON    9-26-2018

25. ANN LANDERS VS. BAPTIST DESOTO   RAINEY, KIZER REVIERE  11-2-2018

26. Harper Marvis v. CPC Memphis Midtown , LLC    Law office of Travis Knighten   1-14-2019

27. Yon v. Carlisle's Big Star    Mcnabb, Bragorgos, Burgess and Sorin PLLC  5-13-2019

28. Gregory Mcferran and Anthony Franklin v. William B. Mittenburg and Swift Leasing Co., LLC  Lewis

    Thomason  Law Firm     6-12-2019

29. Shea Moskovitz and McGhee     Rachel Parker    8-2-2019  Deposition

30. Jared Renfro      Jalisa Carter    5-18-2020    Record Review

31. Gunterman vs. Berryman    6-2-2020    OWENS LAW FIRM

32. Sonia Ahn and John Ahn v. Kevin Ragghianti   Spicer Rudstrom PLLC 7-20-2020  Depo 9-21-2020

33.  Howard, Debra Ann v. Anthony Andrew Mascioli, MD and Campbell Clinic PC

34. J. Allen Brown Attorney at Law    Record Review    Donald Gwin    10-21-2020

35. Martin Tate/Wardlaw    Record Review   Bynum vs Landstar/Ezekiel Taylor

36. Sylvia Rose vs. Target Corperation   Record  Review  Cam Watson   Spicer Rudstrom

37. David Jackson v. Joseph Mitchell and Graham Trucking Martin, Tate, Morrow  3-23-21

38. Anthony Brooks vs. Mapco Express,Inc.     Spicer Rudstrom  Cam Watson

39. Steven Ignao, Mary Ignao, and Patrick Ignao v. Simranjeet Singh,  Spicer  Rudstrom Cam Watson

40. Pacheco v. Sunbelt    SPICER RUDSTROM    CAM WATSON   9-22-021

41. Latarsha Forrest    George Read, Attorney Daniel Coker, Horton and Bell

42. ASHANTIA HILL V. MYLEEA LOLLAR    DANIEL COKER HORTON AND BELL   10-18-2021

43. JABRIA FIELDS V. MENGESTAB GEBREKIDAN AND BISRAT DISPATCHING, LLC   1-31-2022

44. Rickey Crayton vs. Ashton Holloway, Flash Market & Flash Oil Corp Of Ark. Spicer Rudstrom

45. Allison Talbert vs Sams Club   Attorneys Ingram, Johnson, and Steele

46. ==JABRIA FIELDS VS. MENGESTAB GEBREKIDAN AND BISRAT DISPATCHING, LLC SPICER RUDSTROM CAM WATSON  DEPOSITION==   6-27-2022

47. CRAWFORD V. RIVIANA FOODS    LEITNER WILLIAMS DOOLEY NAPOLITAN

48. DONALD JOHNSON AND PATRICIA JOHNSON, INDIVIDUALLY AND AS HUSBAND AND WIFE VS. MICHAEL J. PRICE, JR AND MID DELTA LEASING, INC.   HICKMAN, GOZA & SPRAGINS, PLLC

49. ADVERSE PARTY: STEVEN LABOUVE CLIENT: J.B. HUNT TRANSPORTATION,INC   MCNABB, BRAGORGOS, & SORIN PLLC

50. JOSHUA MOORE VS. PRECISELY PROMPT FREIGHT & ANTHONY MANN  GLASSMAN,WYATT,TUTTLE & COX, P.C.  9-15-2022

51. CHRISTOPHER FEATHERS AND TONYA FEATHERS V. SARA RAGAN RAINEY KIZER REVIERE & BELL PLC   9-28-2022

52. Terri Jennings v. Fresenius Medical Care Holding and American Casualty Co. of Reading Pennsylvania, MWCC No. 2104180-R-6929   11-28-2022   CARR ALLISON   JENNY BAKER

53. LISA SCOTT V. BRENTWOOD ORIGINALS    1-6-2023    ==MICHAEL DARBY AND ASSOCIATES DEPOSITION==

54. BERLIN TAYLOR V. WALMART INC. AND AIU INSURANCE COMPANY WELLS MARBLE 3-3-23

55. THOMAS BROWN V. WILLIAM THOMPSON AND PERIMETER TRANSPORTATION CO., LLC 3-13-2023 ==SPICER RUDSTROM DEPOSITION==

56. JASON TYNER/ LOWES   MOORE, INGRAM, JOHNSON AND STEELE   8-11-2023

57. J. LEW WARDLAW  SHENESHA HARDIN 9-27-2023 DEPOSITION 10-16-2023

58. RANDY GOODEN VS. BRYANT JOHNSON & AL SERRA, INC. 10-17-2023

59. MARIO ACKERS V. PAM TRANSPORT, INC. AND LEE ANN FRITCH  10-18-2023

60. BOSHEERS V. THOMAS  NORTH, PURSELL & RAMOS, PLC  11-2-2023

61. DORIS EVANS    HANK SPRAGGINS   1-22-2024

62. CRISTY PAGE V. 3TS TRUCKING CONTAINER DIVISION, LLC AND KELVIN LEWIS CAUSE NO. 18CII:22-CV-00067    CARR ALLISON    1-25-2024

63. RANDY GOODEN ALDERS AND LEWELLYN, PLLC  1-29-2024

64. GWENDOLYN MONTGOMERY     JENNY TYLER BAKER, ATTORNEY 8-1-2024

65. CHATHAM, GILDER, HOWELL, PITTMAN      DEPOSITION    MARK EATON   8-14-2024

66. BENNY R. LEMASTER V. STEVENS DEWAYNE SKELTON AND LINDSEY TRANSPORT SPICER RUDSTROM

67. GOLLATTI VS. WING GURU   SPICER RUDSTROM  10-24-2024

68. FEARS-MARTIN V. MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY     EVANS PETREE 12-5-24

69. SMITH V. GAMBLE   CHRISTIAN AND SMALL LLP     6-5-2025

70. CHRISTOPHER OAKMAN V. SKY FREQUENCY, INC. AND SERVICE AMERICAN INDEMNITY COMPANY 5-19-25

71. MARVIN FINLEY VS. R'MANI AMIR JENKINS AND SHELTER INSURANCE COMPANIES REID WAMBLE LAW FIRM 6-11-25

72. FREDERICK L. WILLIAMS V. KENNETH E. MCQUEEN AND AAA COOPER TRANSPORTATION CARR ALLISON, 7-18-2025

73. FREDERICK WILLIAMS VS. KENNETH MCQUEEN AN AAA COOPER TRANSPORTATION 7-31-25

74. JASON CHATMAN V. DETRIC JACKSON AND JACKSON & SON TRUCKING LLC 8-6-2025

75. SHAKORRAVRUTTLEY VS ARROW DISPOSAL SERVICE, INC, EMPLOYER, ZURICH AMERICA INS. CO. CARR ALLISON  8-20-2025

76. SUSAN GARCIA V. PRESTIGIOUS PLACEMENT INC. AND QBE AMERICAS, INC. CARR ALLISON 11-2-2025

77. SANDRA CORNETTE VS. DOLLAR TREE STORES, INC. AND DOGWOOD MS INVESTORS,L.P. 12-5-25

## **Claiborne Christian, M.D.**

Total cost of review: $2000