# Patsy V. Bramlett, CRC, LPC

Certified Rehabilitation Counselor
Licensed Professional Counselor

Phone (256) 651-3360
Fax    (256) 251-6166

Mailing address: P.O. Box 1624
Decatur, Alabama 35602

Report of Patsy V. Bramlett CRC, LPC
Re: Mary L. Warren
Date: February 25, 2026

Caroline S. Montoya, Attorney

Lewis Thomason, P.C.

40 South Main Street, Ste.2900

Memphis, TN. 38103

---

Dear Ms. Montoya:

I have conducted a case study, records review, vocational analysis, and labor market survey concerning Mary L. Warren at your request in order to render an opinion regarding her labor market access and employment outlook subsequent to alleged injuries sustained in a motor vehicle accident on May 20, 2024.

Ms. Warren was a 43-year-old female involved in a motor vehicle accident (MVA) on May 20, 2024, in Memphis, Tennessee. At the time of her accident, she was working for DoorDash as a Delivery Driver and had previously worked as a Cashier, Fast-Food Crew Member, and Certified Nursing Assistant (CNA license expired in 2019).

The opinions that I have given below in this report are based upon my education, training, and work experience in the field of vocational rehabilitation counseling and consulting, as well as being based upon my records review, case study, vocational analysis, and labor market survey. My report will include a listing of examples of suitable occupations/wages in the open, competitive labor market in and around the region where Ms. Warren lives, as well as an assessment of her earning capacity and vocational disability, if any.

---

List of Medical Providers and Labor Market Data Sources:

- Complaint filed in the Circuit Court of Shelby County, Tennessee, filed May 6, 2025
- Plaintiff's Rule 26 Initial Disclosures
- Plaintiff Mary Warren's Answers to Defendant Flyway Express, LLC's First Set of Interrogatories
- Exhibit "C" containing an Independent Vocational Evaluation by Vocational Consulting Services/David R. Strauser dated 01/28/2026, with Appendixes A-C and CV

- Tri-State Orthopedics and Robotic Surgery - Dr. Apurva Dalal, M.D. - Independent Medical Examination (IME) results dated January 20, 2026
- Regional One Health - Emergency Department and Hospital records dated May 20, 2024 through May 22, 2024
- Dickson Orthopedics PA
- South Memphis Clinic
- St. Bernard's Medical Center
- Associated Radiologists
- Great River Medical Center - records dated June 5, 2025
- Fenter Physical Therapy
- Diffine Family Practice - Dr. David Diffine, M.D. - records dated June 18, 2024 through August 13, 2024
- Dr. Errol Thomas, M.D. - records dated July 11, 2024
- Dr. Michael Haughey, DPM - records dated August 21, 2024 through October 22, 2024
- Priority Health - records dated April 1, 2025 through June 30, 2025
- Pain Treatment Centers - Dr. Dennis McCoy, M.D. - records dated July 17, 2025 through November 5, 2025
- Occupational Employment and Wage Statistics (OEWS) data from the US Bureau of Labor Statistics (USBLS) covering the Memphis, Tennessee-Mississippi-Arkansas Metropolitan Statistical Area (MSA) and Quarterly Census of Employment and Wages (QCEW) for Northeastern Arkansas

## PERSONAL AND DEMOGRAPHIC INFORMATION

Upon reviewing available records, Ms. Warren was born on January 13, 1981, and is currently 45 years of age (43 years old at the time of the MVA). She resides at 204 East Union Avenue, Osceola, Arkansas 72370 in Mississippi County, Arkansas. She is divorced and has two adult children, ages 26 and 23. She reports having a valid driver's license. She had to serve jail time in the past, due to a traffic violation and failure to appear charges.

## EDUCATIONAL AND VOCATIONAL BACKGROUND

### Education

Ms. Warren dropped out of Rivercrest High School in Osceola, Arkansas in 1997 while in the 10th grade. She does not have a high school diploma nor a GED, although she reported she is currently working on obtaining her GED (not yet completed as of the evaluation date).

### Post-Secondary Education/Training:

- Certified Nursing Assistant (CNA) certificate obtained in Little Rock, Arkansas (expired in 2019)
- Attended Arkansas Baptist College for six weeks (did not complete program)

Ms. Warren's CNA certificate expired in 2019, but she reported that she has been working on renewing her license since the MVA.

Work History

Certified Nursing Assistant (23 years total experience):

Ms. Warren reported that she worked for 23 years as a Certified Nursing Assistant (CNA) at various healthcare and rehabilitation facilities in Osceola, Arkansas and West Memphis, Arkansas, including:

- Woodland Hills Healthcare and Rehabilitation (Osceola, AR)
- Stoneridge Nursing and Rehabilitation Center (Osceola, AR)
- Harris Health Care (Osceola, AR) - $12.75 per hour
- Gosnell Health and Rehab (Osceola, AR) - $10.50 per hour
- Points of Light (West Memphis, AR)

The CNA position is classified as "Medium" exertional work, which is at a semi-skilled level in the Dictionary of Occupational Titles (DOT 355.674-014), requiring frequent lifting of 25-50 pounds. CNAs provide direct patient care including bathing, dressing, feeding, toileting, ambulation assistance, vital signs monitoring, and documentation.

Ms. Warren's CNA license expired in 2019, and she transitioned to lower-skilled, lower-paying positions in retail and food service.

Recent Work History (Post-CNA License Expiration):

Jordan Kwik Stop (Cashier): November 14, 2022 - March 8, 2024

- Hourly wage: $11.50
- Duties: Operating cash register, handling money, customer service, stocking shelves, cleaning
- Physical demands: "Light" work (performed mostly and standing lifting up to 20 to 25 pounds occasionally)

Wal-Mart (Overnight Stocker): July 2023 - September 2023

- Hourly wage: Estimated $12-$14/hour based on market data
- Duties: Unloading trucks, stocking shelves, organizing merchandise, operating pallet jacks
- Physical demands: "Medium" to "Heavy" work (lifting 25-50 pounds frequently)
- Note: This position overlapped with Jordan Kwik Stop employment, suggesting Ms. Warren was working two jobs

McDonald's (Crew Member): September 11, 2023 - February 5, 2024

- Hourly wage: $13.00
- Duties: Food preparation, operating cash register, customer service, cleaning, stocking supplies
- Physical demands: "Light" work (standing most of the time, lifting up to 20 pounds occasionally and dealing with the public.

DoorDash (Delivery Driver): Working prior to accident (exact dates not documented).

- Earnings: Variable (estimated $12-$15/hour based on market data)
- Duties: Food delivery, customer service, driving, navigating, lifting food orders
- Physical demands: Light work (frequent sitting while driving, occasional lifting up to 20 pounds, getting in/out of vehicle, walking to deliver orders).

---

MEDICAL SUMMARY

Accident and Initial Injuries

On May 20, 2024,, Ms. Warren was involved in a motor vehicle accident (MVA) on Winchester Road in Memphis, Tennessee. She was transported by ambulance to Regional One Health in Memphis, Tennessee, where she was admitted on May 20, 2024. Initial complaints included left flank pain, left knee pain, and lip pain.

Ms. Warren was admitted to the hospital on May 20, 2024, and left against medical advice (AMA) on May 22, 2024, after only two days of hospitalization.

Medical Treatment Timeline/Synopsis:

June 18, 2024 - Dr. David Diffine, M.D.:
Ms. Warren presented for evaluation of injuries from the car accident. She reported multiple left rib fractures and complained of right ankle, right leg, and left rib pain. Dr. Diffine ordered an MRI of the right ankle and prescribed Hydrocodone for pain management.

July 11, 2024 - Dr. Errol Thomas, M.D.:
Ms. Warren was diagnosed with neck strain, low back strain, left rib fractures, left arm strain, right lower leg strain, and traumatic brain injury with loss of consciousness. She was referred to physical therapy and continued on pain medications.

August 13, 2024 - Follow-up with Dr. Diffine:
MRI findings revealed right ankle fracture and torn ligament. Ms. Warren was prescribed a walking boot for the right ankle, instructed to maintain minimal weight bearing, and continued on pain medication. She was referred to a foot specialist.

August 21, 2024 - Dr. Michael Haughey, DPM:
Ms. Warren presented for initial consultation for right ankle pain. Diagnoses included right ankle fracture and right ankle sprain. Dr. Haughey prescribed a steroid pack for pain, a right walking boot, and arch support.

October 1, 2024 - Right Ankle Surgery (Dr. Haughey):
Ms. Warren underwent right ankle surgery.

October 22, 2024 - Post-Operative Follow-up:
Ms. Warren was allowed to return to normal activities as tolerated.

April 1, 2025 - Priority Health:
Nerve tests and ultrasound for the left and right legs were ordered.

May 1, 2025 - Priority Health:
Nerve test showed normal findings. A low back MRI was recommended.

June 5, 2025 - Great River Medical Center:
Ms. Warren presented for low back pain evaluation.

July 17, 2025 - Pain Treatment Centers:
Ms. Warren began treatment at the Pain Treatment Centers.

August 6, 2025 - Dr. Dennis McCoy, M.D.:
Ms. Warren received her first low back epidural steroid injection at the L5-S1 level.

November 5, 2025 - Dr. McCoy:
Ms. Warren received a second low back epidural steroid injection at the L5-S1 level.

Independent Medical Examination

January 20, 2026 - Dr. Apurva Dalal, M.D.:

Dr. Dalal stated, to a reasonable degree of medical certainty, that the injuries to the low back, knees, and right ankle were caused by the motor vehicle accident on May 20, 2024.

Impairment Ratings:

- Right ankle: 1% whole person impairment
- Right knee: 3% whole person impairment
- Low back: 7% whole person impairment
- Total: 11% whole person impairment

Permanent Restrictions:

- Avoid lifting any weights greater than 25 pounds
- Avoid bending, pushing, pulling, and twisting motions of the trunk
- Avoid high-intensity exercise
- Avoid excessive weight-bearing of the lower body
- Weight loss recommended to help reduce symptoms

(Ms. Warren has a very high BMI, which could significantly exacerbate her symptoms, thus the medical recommendation for weight loss by Dr. Dalal.)

Current Medical Status

As of the evaluation date by David Strauser (January 28, 2026), post-accident, Ms. Warren had returned to work, performing food delivery (Door Dash). (No records available showing wages or hours worked.)

Pain Levels:

*With Medication:*

- Throughout the day: 1/10

Without medication, Ms. Warren reported pain levels as high as 10/10, which would require Emergency Room treatment. (This level of pain is likely very inconsistent with objective reports.)

---

VOCATIONAL ANALYSIS

Pre-Injury Vocational Profile

Occupations: Cashier, Fast-Food Crew Member, Delivery Driver (after CNA license expired)

Previous Primary Occupation: Certified Nursing Assistant (23 years experience, but license expired in 2019)

Physical Demand Level: Light to limited Medium work

Skill Level: Unskilled (SVP 2-3 = short demonstration to 30 days training)

Earnings: Approximately $12.75 per hour (most recent hourly wage at Harris Healthcare)

Labor Market Access: Approximately 65% of all jobs (Sedentary + Light + limited range of Medium work)

Post-Injury Vocational Profile and Restrictions

Based on Dr. Dalal's restrictions (no lifting >25 pounds, avoid bending/pushing/pulling/twisting, avoid high-intensity exercise, avoid excessive weight-bearing. However, it is my professional opinion that Ms. Warren retains the capacity to perform most of the jobs she performed in the past.

Jobs Ms. Warren Can Still Perform:

1. Certified Nursing Assistant (CNA):

While Ms. Warren's CNA license expired in 2019, she retains the capacity to perform CNA work from a physical standpoint, provided she renews her license. The CNA position does require Medium exertional work, but many CNA positions, particularly in assisted living facilities or home health settings, can be performed within Light work restrictions with accommodations such as:

- Use of mechanical lifts for patient transfers (reduces lifting requirements)
- Team lifting for heavier patients (two-person assists)
- Assignment to lighter-duty patients (ambulatory patients requiring minimal physical assistance)
- Sit/stand options during documentation and charting

With these accommodations, Ms. Warren could perform CNA work earning $12.50-$14.00 per hour or $26,000-$29,120 per year. However, she would need to renew her expired CNA license, which requires completing a refresher course and passing the state competency exam.

2. Cashier at Kwik Stop:

Ms. Warren previously worked as a Cashier at Jordan Kwik Stop from November 2022 to March 2024, earning $11.50 per hour. The cashier position is classified as Light work, requiring occasional lifting up to 20 pounds (stocking shelves, handling merchandise). Given Dr. Dalal's restrictions (lifting limited to 25 pounds), Ms. Warren can perform Cashier work. (It should be noted that Dr Dalal did not indicate the frequency with which Ms. Warren could lift 25 pounds.)

Clearly, Ms. Warren could perform Cashier work earning $11.50-$12.50 per hour or $23,920-$26,000 per year, in my opinion.

3. Crew Member at McDonald's:

Ms. Warren previously worked as a Crew Member at McDonald's from September 2023 to February 2024, earning $13.00 per hour. The Crew Member position is classified as Light work, occasionally lifting up to 20 pounds (i.e., stocking supplies, taking out trash),

Given Dr. Dalal's restrictions and Ms. Warren's functional capacity, she retains the ability to perform Crew Member work, particularly if assigned to tasks such as:

- Operating the cash register.
- Food preparation and packaging at counter level.
- Customer service (minimal physical demands)
- Drive-through window (primarily standing with minimal lifting)

With appropriate task assignments per the DOL, Ms. Warren could perform Crew Member work earning $12.00-$13.00 per hour or $24,960-$27,040 per year.

4. Delivery Driver (Lyft, DoorDash):

Ms. Warren was working for DoorDash prior to the accident and attempted to return to work for Lyft, post MVA. The Delivery Driver position is classified as Light work, requiring frequent sitting while driving, occasional lifting up to 20 pounds (food orders, packages), etc.

While Ms. Warren reported she was unable to continue Lyft driving due to pain, this may have been during the acute recovery phase. Now, approximately 20 months post-accident, her pain is reportedly controlled at 1/10 with medication. In my opinion, she retains the capacity to perform Delivery Driver work.

Delivery driver work offers several advantages for Ms. Warren:

- Flexible scheduling.
- Primarily sedentary (sitting while driving)
- Minimal lifting requirements (most food orders weigh less than 10 pounds)
- Can control work pace and hours
- No supervisor oversight
- Can work in local area (Osceola, West Memphis) without long commutes

Ms. Warren could perform Delivery Driver work earning $12.00-$15.00 per hour or $24,960-$31,200 per year (depending on hours worked and tips).

Transferability of Skills

Ms. Warren's skills from her 23 years of CNA work, combined with her recent experience in Cashier, Fast-Food, and Delivery Driver positions, provide her with transferable skills including:

- Customer service
- Cash handling
- Communication skills
- Teamwork
- Following instructions
- Time management
- Reliability and work ethic

These skills are valuable and transferable to a variety of Light work positions in retail, food service, healthcare, and the service industries.

---

## LABOR MARKET ANALYSIS

Pre-Injury Labor Market Access:

Prior to her injury, Ms. Warren had the capacity to perform Light to Medium work as a CNA, Cashier, Fast-Food Crew Member, or Delivery Driver.

Post-Injury Labor Market Access:

Given Ms. Warren's post-injury restrictions and functional capacity, she still retains the ability to perform work in the following occupations:

Certified Nursing Assistant (with license renewal and accommodations):

- Mean hourly wage: $12.50 - $14.00
- Mean annual wage: $26,000 - $29,120
- Physical demands: Light to Medium work (with accommodations)
- Availability: Numerous positions available in Osceola, West Memphis, and Memphis area

Cashier (Convenience Store, Retail):

- Mean hourly wage: $11.50 - $12.50
- Mean annual wage: $23,920 - $26,000
- Physical demands: Light work
- Availability: Moderate number of positions available in Osceola and West Memphis

Fast Food Crew Member:

- Mean hourly wage: $12.00 - $13.00
- Mean annual wage: $24,960 - $27,040
- Physical demands: Light to Medium work (with appropriate task assignments)
- Availability: Numerous positions available in Osceola, West Memphis, and Memphis area

Delivery Driver (Lyft, DoorDash, Uber Eats):

- Mean hourly wage: $12.00 - $15.00 (including tips)

- Mean annual wage: $24,960 - $31,200 (depending on hours worked)
- Physical demands: Light work
- Availability: Flexible, on-demand work available throughout region

### Geographic Considerations

Ms. Warren resides in Osceola, Arkansas, a rural community in Mississippi County with limited local employment options. However, she is within commuting distance of:

- West Memphis, Arkansas (20 miles, 25-30 minutes)
- Memphis, Tennessee (40 miles, 45-60 minutes)

Naturally, these larger labor markets provide more opportunities, but Delivery Driver work (Lyft, DoorDash) can be performed locally in Osceola and West Memphis without the need for commutes to Memphis.

---

## LOSS OF EARNING CAPACITY

**Pre-Injury Earning Capacity:**

Prior to her injury on May 20, 2024, Ms. Warren had the capacity to earn $11.50 to $12.75 as a Cashier, Fast-Food Crew Member, or Delivery Driver. There are no available records, (i.e. W-2's income tax returns, etc.) which have been produced which would shed light on actual earnings. This information is needed to establish actual earning capacity.

**Post-Injury Earning Capacity:**

In summary, Ms. Mary L. Warren sustained alleged injuries in a motor vehicle accident (MVA) on May 20, 2024. Based on my vocational analysis, it is my professional opinion that Ms. Warren retains the capacity to perform most of the jobs she performed in the past. Specifically, Ms. Warren retains the capacity to perform the following occupations:

1. Certified Nursing Assistant (with license renewal and accommodations) - $12.50-$14.00/hour or $26,000-$29,120/year
2. Cashier at Kwik Stop - $11.50-$12.50/hour or $23,920-$26,000/year
3. Crew Member at McDonald's - $12.00-$13.00/hour or $24,960-$27,040/year
4. Delivery Driver (Lyft, DoorDash) - $12.00-$15.00/hour or $24,960-$31,200/year

(It should be noted that Ms. Warren was not assigned any restrictions from her treating physicians, nor has she been restricted to part-time work.)

The wages for the above positions are comparable to Ms. Warren's pre-injury earning capacity. Therefore, Ms. Warren has sustained no loss of earning capacity (0%) as a result of her injuries from a purely wage-based perspective. Ms. Warren is currently 45 years of age (a younger worker). According to work-life expectancy tables, she has approximately 16.7 years of work-life remaining (to age 61.7) or 22 years (to age 67, full retirement age).

It is important to note that Ms. Warren's vocational situation is significantly better than many injured workers I evaluate. Many injured workers face complete loss of earning capacity, due to severe physical restrictions, advanced age, lack of transferable skills, or inability to perform any of their past work.

Should additional information become available, I reserve the right to supplement my report. If I can provide additional information, please do not hesitate to contact me.

Sincerely,

*Patsy V. Bramlett, CRC, LPC*

Patsy V. Bramlett CRC, LPC

Certified Rehabilitation Counselor

Licensed Professional Counselor

# CURRICULUM VITAE
## of
## PATSY V. BRAMLETT, C.R.C., L.P.C.

1878 New Cut Road
Danville, AL  35619
Cell: (256) 651-3360
**patsy@bramlettve.com**

## EDUCATION

Colbert County High School, Leighton, AL
Graduated 1971 with Honors

University of Alabama, Tuscaloosa, AL
BA Aug. 1974 – Major:  Psychology        Minor:  Sociology
Completed this course of study in three years.

University of Alabama, Tuscaloosa, AL
MA Dec. 1975 – Major Field:  Rehabilitation Counseling
GPA:  2.9 on a 3.0 Scale

Completed Internship for Master's Degree in Rehabilitation Counselor, Lakeshore Rehabilitation Facility, Birmingham, AL.  Worked approximately 40 hours per week (September-December 1975).  Received 12 Credit Hours from the University of Alabama for the semester spent doing internship.  (Courses Related to Rehabilitation with Semester Hours attached)

## EMPLOYMENT SUMMARY

Since July of 1990, I have been Self-Employed as a Rehabilitation Counselor and Forensic Vocational Consultant/Expert.  I provide vocational evaluation, vocational counseling, case management and follow-up of severely orthopedically impaired individuals, labor market surveying, job analyses, job restructuring consultation, and forensic vocational testimony in the private sector.

From February of 1976 to June 1990, I was employed by the State of Alabama Vocational Rehabilitation Service, Montgomery, AL.  This position covered a period of fourteen years with various work assignments in nine counties of Northern Alabama.  These assignments are listed below:

**Counselor for the Homebound Program (Mar 88-Jun 90)** for catastrophically injured individuals in a nine county area of Northern Alabama.  My duties included developing Life Care Plans, and providing independent living skills training with individuals with strokes, amputations, head injuries, spinal cord injuries, orthopedic impairments,  severe neurological impairments, etc.

**Transition Coordinator (Oct 86-Mar 88)** with additional responsibility of serving as Vocational Rehabilitation Counselor to severely handicapped high school age students in the Morgan County area.

**Patsy V. Bramlett , C.R.C., L.P.C.**
**Page 2**

**Transition Coordinator for Nine Northern Alabama Counties (Jan 1986-Oct 1986). Responsibilities included coordinating activities of rehabilitation staff working with severely impaired high school-age individuals with disabilities**. I was also responsible for providing inservice training for vocational rehabilitation staff and staff of school systems in region.

**Vocational Assessment Counselor (Nov 83-Jan 86)** Administered and coordinated Vocational Testing Programs for the Decatur District Area covering Morgan, Limestone, Cullman and Lawrence Counties. Administered the Micro-Computer Evaluation and Screening Assessment (MESA) system by Valpar International Corporation, to all referred clients who were in need of vocational assessment in order to identify work skills which would assist in making appropriate rehabilitation efforts.

**Assessment Specialist (Oct 82-Oct 83)** Administered the MESA System by Valpar International, to all referred clients in need of vocational evaluation. Assumed responsibility for a Mentally Retarded Case Load in Cullman County consisting of about 50-60 clients. Administered and coordinated services designed to enable the client to enter gainful employment.

**Rehabilitation Counselor (Jan 82-Sep 82)** Assumed responsibility for a General Case Load in Morgan County consisting of about 120 clients with a variety of both mental and physical disabilities. Assignment was to administer and coordinate services designed to return the client to substantial gainful activity. Disabilities included back/orthopedic impairments, amputees, mental retardation, mental illness and neurological disorders, etc.

**Same Job Assignment as Above (Oct 80-Dec 81)** but now covered only Cullman and Morgan Counties with a case load of about 80-90 clients.

**Rehabilitation Counselor I and II (Oct 79-Sep 80)** Administered and coordinated services for the joint Social Security Disability Insurance (SSDI), Supplemental Security Income (SSI)/Vocational Rehabilitation Program for the Decatur District, which covers Limestone, Lawrence, Morgan, and Cullman County. Began this assignment as a Rehab Counselor I and was promoted to Rehab Counselor II on November 14, 1979. This position involved management of a case load of approximately 100-120 clients receiving SSDI or SSI benefits with the primary goal being a return to substantial employment for them, thus resulting in termination of benefits. Disabilities included back/orthopedic impairments, amputees, spinal cord injuries, traumatic brain injuries, mental impairments, etc.

**Rehabilitation Counselor I (Jan 79-Sep 79)** with a Severely Disabled and Mentally Retarded Case Load covering Morgan and Cullman Counties.

**Acting Coordinator of Rehabilitation Services for Young Adult Vocational Training Center/Sheltered Workshop (YAVTCSW), located at Lurleen B. Wallace Developmental Center (LBWDC), Decatur, Alabama (Oct 78-Dec 78) This** was a temporary assignment in an administrative position involving supervision of training center and sheltered workshop staff and administration of rehabilitation programs for the mentally retarded of the Decatur area, as well as residents of the LBWDC. I also served as liaison counselor to the YAVTCSW since August 1, 1978.

**Patsy V. Bramlett, C.R.C., L.P.C.**
Page 3

**Rehabilitation Counselor (Feb 76-Sep 78)** I had a "Severely Disabled and Spinal Cord Injured" case load covering Limestone, Morgan, Lawrence and Cullman Counties. In addition to my case load, I administered the Homebound Program in the Decatur District, developing Life Care Plans. Disabilities included spinal cord injuries, orthopedic impairments, amputees, neurological disorders and mental impairments, etc.

**University of Alabama Counseling Center, University, AL (June to August 1975)** I worked approximately fifteen hours each week while a full-time student working toward a Master's Degree.

# LICENSURE

Under contract with the Social Security Administration Office of Hearings Operations as a Vocational Expert/Consultant since 1990
Currently certified under the Board for Rehabilitation Certification as a:
Certified Rehabilitation Counselor (C.R.C.)
Currently licensed under the Board of Examiners in Counseling as a:
 Licensed Professional Counselor (L.P.C.)
Currently involved in a Certification and Licensure Maintenance Plan which requires demonstrating continuing competence. (This is done by submitting on-going proof of participation in Continuing Education Programs, Workshops and various training programs, all of which must be approved and accredited by the Board as meeting certain criteria of acceptability).

# AFFILIATIONS/HONORS

Professional Member – International Association of Rehabilitation Professionals (IARP)
Pilot's Club International – Handicapped Professional Woman of the Year 1981-82
Decatur Business and Professional Women's Club – Young Career Woman 1979
Member of Kappa Delta PI (National Education Honorary). Membership based on maintenance of 2.75 (or above) grade point average in graduate school (on a 3.0 system)
"Case of the Year" recipient for the Decatur District Vocational Rehabilitation Service for four years (1977, 1978, 1979, and 1982)
Honor Graduate from Colbert County High School

# Patsy V. Bramlett, CRC, LPC
**Certified Rehabilitation Counselor**
**Licensed Professional Counselor**
patsy@bramlettve.com

Phone: 256-651-3360     Phone: 256-651-3360
**Fax: 256-251-6166**

1878 New Cut Road
Danville, Alabama 35619

# FEE SCHEDULE & PAYMENT POLICY
(Effective August 1, 2025)
**Tax ID# 63-1038555**

<u>The following fees/rates do not include expenses or travel.  Evaluations may be billed by the designated flat fee or by the hour.</u>

**Vocational Impairment Rating & Report . . . . $1,650.00 up to $3,300.00**
This includes Diagnostic Interview, Case Study, Records Review, Psychometric Testing (if applicable), Labor Market Analysis and Wage-Earning Analysis

| Service | Rate |
|---|---|
| Case Study / Records Review/Report | $275.00 per hour |
| Vocational Testing | $275.00 per hour |
| Labor Market Survey | $275.00 per hour |
| Vocational Case Management | $275.00 per hour |
| Customized Vocational Rating | $275.00 per hour |
| Expert Witness Services | $275.00 per hour |
| Consultation | $275.00 per hour |
| Mileage Fee | Gov't Rate |

**DEPOSITION / COURT APPEARANCE FEES**
Minimum Fee:  Includes up to four hours of scheduled time . . **$1,100.00**
( Each hour or partial hour thereafter is charged at $275.00)

**Payment Policy for Deposition / Court Appearance**
Pre-Payment of Minimum Fee plus expenses required for depositions and for court appearances ($1100 for 4 hours) plus expenses, must be received 5 business days in advance of appearance to allow ample time for mailing and receipt of payment. Minimum Fee is nonrefundable if cancellation or postponement occurs less than (5 days) before deposition or court appearance.

**PATSY V. BRAMLETT, CRC, LPC**
1878 New Cut Rd.
Danville Alabama  35619
256-651-3360


**LIST OF CASES—2025**
**T (TRIAL)**
**D (DEPOSITION)**

| | | | |
|---|---|---|---|
| T John Carlyle v. Stryker Employment Company | Shelby County, TN | District Court | Defendant |
| D Sharon Holmes v. Onin Staffing | Rutherford County, TN | Circuit Court | Defendant |
| T Joan Smith v. William Lochridge | Maury County, TN | Circuit Court | Defendant |
| D Donald Greene v. LEDVANCE | Knoxville, TN | District Court | Defendant |

**LIST OF CASES – 2024**
**T (TRIAL)**
**D (DEPOSITION)**

| | | | |
|---|---|---|---|
| T Jennifer Ugbede vs Millan Construction LLC | Dallas County, TX | District Court | Defendant |

**LIST OF CASES – 2023**
**T (TRIAL)**
**D (DEPOSITION)**

| | | | |
|---|---|---|---|
| D Matthew T. Fecco vs Rogers Group, Inc & Robert Toner | Knox County, TN | Circuit Court | Defendant |
| D Cedric Mathis, et al vs Joseph Barber | Dallas County, TX | Circuit Court | Defendant |
| D Mario Rembert vs Union Pacific Railroad | Cook County, IL | Circuit Court | Defendant |

**LIST OF CASES – 2022**
**T (TRIAL)**
**D (DEPOSITION)**

| | | | |
|---|---|---|---|
| D   Marek Furtek vs Haymarket | Cook County, IL | Circuit Court | Defendant |
| T   Jennifer Centers vs Advantage EMS | Etowah County, AL        ` | Circuit Court | Plaintiff |
| D   Curtis Roper Manorhouse Knoxville & Manorhouse Mgt. | Knoxville, TN | District Court | Defendant |
| D   Verna Strickland v Wal-Mart | Madison County, AL | Circuit Court | Plaintiff |

**PATSY V. BRAMLETT, CRC, LPC**
**1878 New Cut Rd.**
**Danville Alabama  35619**
**256-651-3360**

**LIST OF CASES- 2021**
**T (TRIAL)**
**D (DEPOSITION)**

| | | | |
|---|---|---|---|
| D  Cedric Mathis, et al. vs Joseph Barber | 101st Judicial District-Dallas Co. Texas | District Court | Defendant |
| D Shawn Alexander vs BNSF Railroad | Walker County, AL | Circuit Court | |