IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

**MARY L. WARREN,**
    **Plaintiff,**

vs.

    Case No. 2:25-cv-02588-SHL-tmp
    Judge Sheryl H. Lipman
    Magistrate Judge Tu M. Pham
    Jury Demand

**FLYWAY EXPRESS, LLC,**
**DHL EXPRESS (USA), INC.**
**AND JOHN DOES 1-3,**
    **Defendant.**

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, Carlos E. Moore of the Reaves Law Firm, herewith enters his appearance in this matter on behalf of the Plaintiff, Mary L. Warren, and requests that he be entered as primary counsel of record in this case by the Clerk of the Circuit Court.

    Respectfully submitted,

    **REAVES LAW FIRM, PLLC**

    /s/ Carlos E. Moore

    Carlos E. Moore (TN # 028649)
    **REAVES LAW FIRM, PLLC**
    2650 Thousand Oaks Blvd., Suite 3100
    Memphis, Tennessee 38118
    Tel: (901) 417-7166
    Fax: (901) 328-1352
    Email: carlos.moore@beyourvoice.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a true and correct copy of the foregoing Notice of Appearance is being served via CM/ECF, to all counsel of record for the above-referenced case.

This 2nd day of March, 2026.

                                        /s/Carlos E. Moore
                                        Carlos E. Moore
                                        *Counsel for Plaintiff*