# THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

**MARY L. WARREN,**

     **Plaintiff,**                                           Case No.2:25-cv-02588-SHL-tmp
                                                                             Judge Sheryl H. Lipman
                                                                             Magistrate Judge Tu M. Pham
**V.**                                                                                Jury Demand

**FLYWAY EXPRESS, LLC,**
**DHL EXPRESS (USA), INC. and**
**JOHN DOES 1-3,**
     **Defendants.**

## NOTICE OF SERVICE

To:     All Counsel of Record

Notice is hereby given that, Plaintiff herein, has served upon the Defendants Flyway Express, LLC, and DHL Express (USA), INC., in the above titled action:

1. Plaintiff's Supplemental Answers to Interrogatories propounded by Defendant Defendant Flyway Express, LLC's First Set Of Interrogatories

The undersigned retains the originals of the above discovery documents as custodian.

                                                               Respectfully Submitted,

                                                      **REAVES LAW FIRM, PLLC**

                                                                  By: /s/ Carlos E. Moore
                                                                  Carlos E. Moore (TN # 028649)

**REAVES LAW FIRM, PLLC**
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Email: carlos.moore@beyourvoice.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Notice of Service is being served via CM/ECF, to all counsel of record for the above-referenced case.

This 4th day of March, 2026.

/s/Carlos E. Moore
Carlos E. Moore, Esq.
*Counsel for Plaintiff*
