UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **MARY L. WARREN,** | |
| Plaintiff, | Case No. 2:25-cv-02588-SHL-tmp |
| v. | Judge Sheryl H. Lipman |
| **FLYWAY EXPRESS, LLC,** <br> **DHL EXPRESS (USA), INC. AND** <br> **JOHN DOES 1-3,** | Magistrate Judge Tu M. Pham <br><br> Jury Demand |

### JOINT MOTION FOR PROTECTIVE ORDER

Comes now Plaintiff Mary L. Warren and Defendants Flyway Express, LLC and DHL Express (USA), Inc., and jointly move the Court for entry of the attached Proposed Protective Order, which has been agreed upon by the parties.

This the 13th day of March, 2026.

                                                   Respectfully submitted:

                                                   **LEWIS THOMASON, P.C.**

                                                   */s/ Caroline S. Montoya*
                                                   Peter C. Robison, BPR #27498
                                                   424 Church Street, Suite 2500
                                                   P.O. Box 198615
                                                   Nashville, TN 37219
                                                   Phone: 615-259-1366
                                                   probison@lewisthomason.com

                                                   Caroline Montoya, BPR #41330
                                                   40 S. Main Street, Suite 2900
                                                   Memphis, Tennessee 38103
                                                   (901) 525-8721
                                                   cmontoya@lewisthomason.com

                                                   *Counsel for Defendants DHL Express (USA),*
                                                   *Inc. and Flyway Express, LLC*

**REAVES LAW FIRM, PLLC**

<u>*/s/ Carlos Moore* by CSM w/ permission via e-mail on 3/13/2026</u>
Henry Reaves, III (#28348)
Carlos Moore (#28649)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com
Carlos.moore@beyourvoice.com

*Counsel for Plaintiff*

2