UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MARY L. WARREN,                   ) | |
|                               ) | |
|   Plaintiff,                              ) | |
|                               ) | Case No. 2:25-cv-02588-SHL-tmp |
| v.                                            ) | |
|                               ) | Judge Sheryl H. Lipman |
|                               ) | |
|                               ) | Magistrate Judge Tu M. Pham |
|                               ) | |
|                               ) | Jury Demand |
| FLYWAY EXPRESS, LLC,        ) | |
| DHL EXPRESS (USA), INC. AND ) | |
| JOHN DOES 1-3,                       ) | |
|                               ) | |
|   Defendants. | |

**NOTICE OF SERVICE OF DEFENDANT FLYWAY EXPRESS, LLC'S
SUPPLEMENTAL RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS**

Defendant Flyway Express, LLC ("Flyway" or "this Defendant"), by and through counsel, hereby gives notice that on March 13, 2026, it served the following to counsel of record via email:

1. Defendant Flyway Express, LLC's Supplemental Responses to Plaintiff's First Set of Interrogatories
2. Defendant Flyway Express, LLC's Supplemental Responses to Plaintiff's First Set of Requests for Production
3. Privilege Log
4. WARREN 00043-00047 – Maintenance Records
5. WARREN 00048-00071 – Safety Training Program – subject to Protective Order
6. WARREN 00072-00073 – Courier Training (New Hire) -  subject to Protective Order
7. WARREN 00074 – Clarke White, Jr. Training Log -  subject to Protective Order
8. WARREN 00075-00096 – Clarke White, Jr. Personnel File - subject to Protective Order
9. WARREN 00097 – Flyway Declaration Page - subject to Protective Order
10. WARREN 00098-00115 – Employee Manual -  subject to Protective Order

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Caroline Montoya*

>Peter C. Robison, BPR #27498
>424 Church Street, Suite 2500
>Nashville, TN 37219
>Phone: 615-259-1366
>probison@lewisthomason.com
>
>Caroline Montoya, BPR #41330
>40 S. Main Street, Suite 2900
>Memphis, Tennessee 38103
>(901) 525-8721
>cmontoya@lewisthomason.com
>
>*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that on March 13, 2026, the foregoing document was served on the following counsel of record through the Court's electronic filing system:

Henry Reaves, III (#28348)
Carlos Moore (#28649)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com
Carlos.Moore@beyourvoice.com

*Counsel for Plaintiff*

></br>

></br>
*/s/ Caroline Montoya*
Caroline Montoya