# MARY L. WARREN, Plaintiff
# v.
# FLYWAY EXPRESS, LLC, DHL EXPRESS (USA), INC., and JOHN DOES 1-3, Defendants

### USDC Western District of Tennessee
### Case No. 2:25-cv-02588-SHL-tmp

# EXHIBIT A
# Police Report

| | | |
|---|---|---|
| Accepted Date | 5/21/2024 10:05 AM | |
| Generated Date | 5/21/2024 10:05 AM | |
| Report Form Level | 3 | |

| | |
|---|---|
| Master Record Number | 300958158 |
| Type Of Crash | Possible Injury |
| Approved By | WSmith |



# Tennessee Electronic Traffic Crash Report

## Incident Information

| Date of Crash | Day Of Crash | Local Agency Number | Reporting Agency Name | Agency Tracking Number |
|---|---|---|---|---|
| 5/20/2024 | Monday | MPD0000 | Memphis Police Dept | WC2413057 |

| Time of Crash | Time Notified | Time Arrived | County | City |
|---|---|---|---|---|
| 19:01 | 19:20 | 19:25 | Shelby | Memphis |

| Total Vehicles | Total Occupants | Total Non-Occupants | Total Killed | Total Injured | Total UnInjured |
|---|---|---|---|---|---|
| 3 | 4 | 0 | 0 | 3 | 1 |

| Hit and Run | Solved | Police Pursuit | School Bus Involved | Photos Taken | By | Photographer Name |
|---|---|---|---|---|---|---|
| Yes | No | No | No | No | Not Applicable | |

| Area | Interchange Related | Intersection Type |
|---|---|---|
| Not Applicable | No | Not at Intersection |

| Block Number | Roadway Number | Roadway Name | Suffix | Mile Marker |
|---|---|---|---|---|
| | | Winchester | RD | 0.00 |

| Estimated Distance | Distance Type | Direction | From Highway/Intersection | Suffix | Intersect Number |
|---|---|---|---|---|---|
| 20.00 | Feet | West | Cargo | RD | |

| Roadway Local Id | Intersect Local Id |
|---|---|
| | |

| Relation To Junction | Relation to Roadway | Route Signing |
|---|---|---|
| Non-Junction | On Roadway | Municipal Route |

| Work Zone | Construction Zone |
|---|---|
| None | |

| Construction Location | Workers Present |
|---|---|
| | No |

| First Harmful Event | Trafficway Type |
|---|---|
| Motor Vehicle-In-Transport On Same Roadway | Trafficway-OPEN |

| Weather Conditions | Light conditions | Latitude | Longitude | Rail Crossing Id |
|---|---|---|---|---|
| Clear | Daylight | 35.052130 | -89.980660 | |

| Manner of Collision |
|---|
| Angle |

| 1st Collision Factor | 2nd Collision Factor | 3rd Collision Factor |
|---|---|---|
| | | |

## Incident Management

| Secondary Crash | Secondary Crash Type | Blockage Occurred |
|---|---|---|
| No | | No |

| Roadway / Lanes Blocked | Roadway Lanes/ Cleared |
|---|---|
| | |

| Lanes Blocked |
|---|
| |

| Incident Started | Incident Cleared |
|---|---|
| | |

## Investigating Officer Details

| Investigation Complete | Rank | First Name | Middle Initial | Last Name | Suffix |
|---|---|---|---|---|---|
| No | Officer | Irma | | Montes | |

| Badge Number | District/Zone | Car Number | Report Date |
|---|---|---|---|
| 14842 | 921 | 921 | 05/20/2024 |

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| 1 | 1 | Driver Operated |

## Driver Information

| First Name | Middle Initial | Last Name | | Suffix | Date Of Birth | Age |
|---|---|---|---|---|---|---|
| Unknown | | Unknown | | | | 0 |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| | | Unknown | UK | |

| Phone Number | Race | Ethnicity | Gender |
|---|---|---|---|
| | Unknown | | |

| Drivers License Number | Drivers License State | Expiration Date | Drivers License Class | Drivers License Status |
|---|---|---|---|---|
| UNKNOWN | TN | | | Not Licensed |

| Safety Equipment | Airbag | Seat Position |
|---|---|---|
| Unknown | Unknown If AirBag Available | Front Seat-Left Side |

| Endorsement 1 | Complied With | Endorsement 2 | Complied With | Endorsement 3 | Complied With |
|---|---|---|---|---|---|
| Unknown | Yes | | | | |

| Restriction 1 | Complied With | Restriction 2 | Complied With | Restriction 3 | Complied With |
|---|---|---|---|---|---|
| Unknown | Yes | | | | |

| Ejected | Ejection Path | Trapped/Extricated |
|---|---|---|
| Not Ejected | Not Ejected/Not Applicable | Not Trapped |

| Injury Code | Medical Transport | Ambulance/Hospital | EMS Run# |
|---|---|---|---|
| Unknown | Not Transported | | |

| Incident Responder? | Incident Responder Type |
|---|---|
| No | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction Action | Distraction Source |
|---|---|---|---|
| Driver And Vehicle Left Scene | Going Straight | Not Distracted | |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| Unknown | | |

| Driver's 1st Action | Drivers 2nd Action |
|---|---|
| Careless Erratic Driving | |

| Driver's 3rd Action | Driver's 4th Action | Driver's 5th Action |
|---|---|---|
| | | |

## Alcohol and Drugs

| Officer Suspect Alcohol Use | Determination Method | Alcohol Test Status |
|---|---|---|
| Unknown | Not Reported | Test Not Given |

| 1st Alcohol Test Type | 1st Alcohol Test Result | 2nd Alcohol Test Type | 2nd Alcohol Test Result |
|---|---|---|---|
| Not Tested | None Given | | |

| Officer Suspect Drug Use | Determination Method | Drug Test Status |
|---|---|---|
| Unknown | Unknown | Test Not Given |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| Not Tested For Drugs | No Drug Reported | | | | |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| | | | |
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| | | | |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| | | | |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th ViolationStatute |
| | | | |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th ViolationStatute |
| | | | |

## Vehicle Information

| Owner First Name | | Owner Middle Name | | Owner Last Name | | | Owner Suffix |
|---|---|---|---|---|---|---|---|
| Address Line 1 | | Address Line 2 | | City | State | Zip Code | Phone Number |
| Vehicle Year | | Vehicle Make | | Vehicle Model | | Color | |
| VIN | | License Plate Number | State | | Plate Expiration | Body Style<br>Unknown Body Type | |
| HAZMAT?<br>No | FMCSA Reportable?<br>No | | | | Unit Type<br>Motor Vehicle In-Transport | | |
| Gross Weight<br>Unknown | | | | Vehicle Configuration | | | |
| Vehicle Operation Type | | | | Cargo Body Type | | | |
| 1st Factor<br>Unknown | | | 2nd Factor | | | 3rd Factor | |
| Vehicle Special Use<br>Unknown | | | Type of Special Use | | | Emergency Use<br>No | |
| Towed<br>Driven From Scene | | | Towed Location | | | | |
| 1st Trailer | | 1st Trailer License Plate Information | | 2nd Trailer | | 2nd Trailer License Plate Information | |
| Insurance 1 | Insurance 1 Type<br>No Insurance | | Insurance 1 Carrier | | | Insurance 1 Start Date | Insurance 1 End Date |
| Insurance 2 | Insurance 2 Type | | Insurance 2 Carrier | | | Insurance 2 Start Date | Insurance 2 End Date |
| Insurance 3 | Insurance 3 Type | | Insurance 3 Carrier | | | Insurance 3 Start Date | Insurance 3 End Date |

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event<br>Motor Vehicle-In-Transport On Same Roadway | | | | Fire in Vehicle<br>No |
|---|---|---|---|---|
| Events 1<br>Motor Vehicle-In-Transport On Same Roadway | | Events 2 | | Events 3 |
| Events 4 | | Events 5 | | Events 6 |
| Point of First Impact<br>Unknown | | Extent of Damage<br>Unknown | | Officer Damage Estimate |
| Areas of Vehicle Damage<br>Unknown | | | | |
| Travel Direction<br>East | | Traveling On<br>Winchester Rd | | |
| Trafficway Flow<br>Two-Way Divided Without Traffic Barrier | | Roadway Surface Type<br>Asphalt | | Number of Travel Lanes<br>Three Lanes |
| Trafficway Hazards<br>None | | | | |
| Traffic Control Devices<br>No Control | | Traffic Control Device Functioning<br>No Controls | | Roadway Route Signing |
| Roadway Surface Conditions<br>Dry | | Roadway Character Alignment<br>Straight | | Roadway Character Profile<br>Level |
| Speed Limit<br>45 | Access control<br>No Control | | | |

## Commercial Carrier Information

| US DOT | Carrier Name | | | Carrier Type | | ICC MC | TN DOS |
|---|---|---|---|---|---|---|---|
| Total Axles # | Address Line 1 | | Address Line 2 | | City | State | Zip Code | Phone Number |
| 1st Hazardous Materials | | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | |
| 2nd Hazardous Materials | | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | |
| 3rd Hazardous Materials | | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | |

SF – 1481 (Rev 5/23)                    3    of    9                          RDA 1348

| Vehicle Number | Number of Occupants | Driver Presence | 
|---|---|---|
| 2 | 2 | Driver Operated |

## Driver Information

| First Name | Middle Initial | Last Name | Suffix | Date Of Birth | Age |
|---|---|---|---|---|---|
| Ardette | L | Wade | | | 42 |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| 1032 Annesdale St | | Memphis | TN | 381044441 |

| Phone Number | Race | Ethnicity | Gender |
|---|---|---|---|
| Unknown | Black or African American | Non-Hispanic | F |

| Drivers License Number | Drivers License State | Expiration Date | Drivers License Class | Drivers License Status |
|---|---|---|---|---|
| | TN | 2029 | D | Valid |

| Safety Equipment | Airbag | Seat Position |
|---|---|---|
| Shoulder And Lap Belt Used | AirBag Available-No Deployment | Front Seat-Left Side |

| Endorsement 1 | Complied With | Endorsement 2 | Complied With | Endorsement 3 | Complied With |
|---|---|---|---|---|---|
| None | Yes | | | | |

| Restriction 1 | Complied With | Restriction 2 | Complied With | Restriction 3 | Complied With |
|---|---|---|---|---|---|
| None | Yes | | | | |

| Ejected | Ejection Path | Trapped/Extricated |
|---|---|---|
| Not Ejected | Not Ejected/Not Applicable | Not Trapped |

| Injury Code | Medical Transport | Ambulance/Hospital | EMS Run# |
|---|---|---|---|
| Possible Injury | EMS-Ground | Methodist South | F240520039 |

| Incident Responder? | Incident Responder Type |
|---|---|
| No | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction Action | Distraction Source |
|---|---|---|---|
| No Hit And Run | Going Straight | Not Distracted | |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| Appeared Normal | | |

| Driver's 1st Action | Drivers 2nd Action |
|---|---|
| None | |

| Driver's 3rd Action | Driver's 4th Action | Driver's 5th Action |
|---|---|---|
| | | |

## Alcohol and Drugs

| Officer Suspect Alcohol Use | Determination Method | Alcohol Test Status |
|---|---|---|
| No | Observed | Test Not Given |

| 1st Alcohol Test Type | 1st Alcohol Test Result | 2nd Alcohol Test Type | 2nd Alcohol Test Result |
|---|---|---|---|
| Not Tested | None Given | | |

| Officer Suspect Drug Use | Determination Method | Drug Test Status |
|---|---|---|
| No | Observed | Test Not Given |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| Not Tested For Drugs | No Drug Reported | | | | |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| | | | |
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| | | | |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| | | | |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th ViolationStatute |
| | | | |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th ViolationStatute |
| | | | |

## Vehicle Information

| Owner First Name | Owner Middle Name | Owner Last Name | | | Owner Suffix |
|---|---|---|---|---|---|
| Ardette | L | Wade | | | |

| Address Line 1 | Address Line 2 | City | State | Zip Code | Phone Number |
|---|---|---|---|---|---|
| 1032 Annesdale St | | Memphis | TN | 381044441 | Unknown |

| Vehicle Year | Vehicle Make | Vehicle Model | Color |
|---|---|---|---|
| 2002 | FORD | EXP | Black |

| VIN | License Plate Number | State | Plate Expiration | Body Style |
|---|---|---|---|---|
| 1FMZU63E72UB03543 | BQJ2724 | Tennessee | 092024 | Four-Door Sedan Hardtop |

| HAZMAT? | FMCSA Reportable? | Unit Type |
|---|---|---|
| No | No | Motor Vehicle In-Transport |

| Gross Weight | Vehicle Configuration |
|---|---|
| 10000 or Less-No Haz-8 Or Less | |

| Vehicle Operation Type | Cargo Body Type |
|---|---|
| Personally Owned/Used | |

| 1st Factor | 2nd Factor | 3rd Factor |
|---|---|---|
| NONE | | |

| Vehicle Special Use | Type of Special Use | Emergency Use |
|---|---|---|
| No Special Function | | No |

| Towed | Towed Location |
|---|---|
| Towed Due To Vehicle Damage | Griffith |

| 1st Trailer | 1st Trailer License Plate Information | 2nd Trailer | 2nd Trailer License Plate Information |
|---|---|---|---|
| | | | |

| Insurance 1 | Insurance 1 Type | Insurance 1 Carrier | Insurance 1 Start Date | Insurance 1 End Date |
|---|---|---|---|---|
| | No Insurance | | | |
| Insurance 2 | Insurance 2 Type | Insurance 2 Carrier | Insurance 2 Start Date | Insurance 2 End Date |
| Insurance 3 | Insurance 3 Type | Insurance 3 Carrier | Insurance 3 Start Date | Insurance 3 End Date |

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | Fire in Vehicle |
|---|---|
| Motor Vehicle-In-Transport On Same Roadway | No |

| Events 1 | Events 2 | Events 3 |
|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | |
| Events 4 | Events 5 | Events 6 |

| Point of First Impact | Extent of Damage | Officer Damage Estimate |
|---|---|---|
| Left Side-Near Rear | Disabling Damage | Greater Than Threshold |

| Areas of Vehicle Damage |
|---|
| Left Side-Near Rear, Left Side-Far Rear |

| Travel Direction | Traveling On |
|---|---|
| East | Winchester Rd |

| Trafficway Flow | Roadway Surface Type | Number of Travel Lanes |
|---|---|---|
| Two-Way Divided Without Traffic Barrier | Asphalt | Three Lanes |

| Trafficway Hazards |
|---|
| None |

| Traffic Control Devices | Traffic Control Device Functioning | Roadway Route Signing |
|---|---|---|
| No Control | No Controls | |

| Roadway Surface Conditions | Roadway Character Alignment | Roadway Character Profile |
|---|---|---|
| Dry | Straight | Level |

| Speed Limit | Access control |
|---|---|
| 45 | No Control |

## Occupants

| Person Type | | | | | | |
|---|---|---|---|---|---|---|
| Passenger | | | | | | |
| First Name | Middle Name | Last Name | | Suffix | Date Of Birth | Age |
| Patrick | L | Wade | | | ▇▇▇▇ | 49 |
| Address Line 1 | Address Line 2 | | | City | State | Zip Code |
| 3251 Boone St | | | | Memphis | TN | 381276664 |
| Phone Number | | Gender | | Seating Position | | |
| Unknown | | M | | Front Seat-Right Side | | |
| Airbag | | Safety Equipment | | | | |
| AirBag Available-No Deployment | | Shoulder And Lap Belt Used | | | | |
| Ejected | | Ejection Path | | Trapped/Extricated | | |
| Not Ejected | | Not Ejected/Not Applicable | | Not Trapped | | |
| Injury Code | | Medical Transport | | Ambulance/Hospital | | |
| Possible Injury | | EMS-Ground | | Methodist South | | |
| Incident Responder? | | Incident Responder Type | | | | |
| No | | | | | | |

## Alcohol and Drugs

| Officer Suspect Alcohol Use | | Determination Method | | Alcohol Test Status | |
|---|---|---|---|---|---|
| No | | Observed | | Test Not Given | |
| 1st Alcohol Test Type | 1st Alcohol Test Result | | 2nd Alcohol Test Type | | 2nd Alcohol Test Result |
| Not Tested | None Given | | | | |
| Officer Suspect Drug Use | | Determination Method | | Drug Test Status | |
| No | | Observed | | Test Not Given | |
| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
| Not Tested For Drugs | No Drug Reported | | | | |

## Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th Violation Statute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th Violation Statute |

## Commercial Carrier Information

| US DOT | Carrier Name | | | Carrier Type | | ICC MC | TN DOS |
|---|---|---|---|---|---|---|---|
| Total Axles # | Address Line 1 | Address Line 2 | | City | State | Zip Code | Phone Number |
| 1st Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | |
| 2nd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | |
| 3rd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released | | |

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| 3 | 1 | Driver Operated |

## Driver Information

| First Name | Middle Initial | Last Name | Suffix | Date Of Birth | Age |
|---|---|---|---|---|---|
| Mary | L | Warren | | | 43 |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| 800 S Carthon Dr | | Osceola | AR | 72370 |

| Phone Number | Race | Ethnicity | Gender |
|---|---|---|---|
| Unknown | Black or African American | Non-Hispanic | F |

| Drivers License Number | Drivers License State | Expiration Date | Drivers License Class | Drivers License Status |
|---|---|---|---|---|
| | AR | 2028 | D | Valid |

| Safety Equipment | Airbag | Seat Position |
|---|---|---|
| Shoulder And Lap Belt Used | AirBag Available-No Deployment | Front Seat-Left Side |

| Endorsement 1 | Complied With | Endorsement 2 | Complied With | Endorsement 3 | Complied With |
|---|---|---|---|---|---|
| None | Yes | | | | |

| Restriction 1 | Complied With | Restriction 2 | Complied With | Restriction 3 | Complied With |
|---|---|---|---|---|---|
| None | Yes | | | | |

| Ejected | Ejection Path | Trapped/Extricated |
|---|---|---|
| Not Ejected | Not Ejected/Not Applicable | Not Trapped |

| Injury Code | Medical Transport | Ambulance/Hospital | EMS Run# |
|---|---|---|---|
| Possible Injury | EMS-Ground | Reg. Med. Ctr (The Med) | F240520039 |

| Incident Responder? | Incident Responder Type |
|---|---|
| No | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction Action | Distraction Source |
|---|---|---|---|
| No Hit And Run | Going Straight | Not Distracted | |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| Appeared Normal | | |

| Driver's 1st Action | Drivers 2nd Action |
|---|---|
| None | |

| Driver's 3rd Action | Driver's 4th Action | Driver's 5th Action |
|---|---|---|
| | | |

## Alcohol and Drugs

| Officer Suspect Alcohol Use | Determination Method | Alcohol Test Status |
|---|---|---|
| No | Observed | Test Not Given |

| 1st Alcohol Test Type | 1st Alcohol Test Result | 2nd Alcohol Test Type | 2nd Alcohol Test Result |
|---|---|---|---|
| Not Tested | None Given | | |

| Officer Suspect Drug Use | Determination Method | Drug Test Status |
|---|---|---|
| No | Observed | Test Not Given |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| Not Tested For Drugs | No Drug Reported | | | | |

## Driver Violations

| | Violation Category | Violation Description | Violation Statute |
|---|---|---|---|
| 1st Violation | | | |
| 2nd Violation | | | |
| 3rd Violation | | | |
| 4th Violation | | | |
| 5th Violation | | | |

## Vehicle Information

| Owner First Name | Owner Middle Name | Owner Last Name | | | Owner Suffix |
|---|---|---|---|---|---|
| Mary | L | Warren | | | |

| Address Line 1 | Address Line 2 | City | State | Zip Code | Phone Number |
|---|---|---|---|---|---|
| 800 S Carthon Dr | | Osceola | AR | 72370 | Unknown |

| Vehicle Year | Vehicle Make | Vehicle Model | Color |
|---|---|---|---|
| 2014 | JEEP | PAT | Black |

| VIN | License Plate Number | State | Plate Expiration | Body Style |
|---|---|---|---|---|
| 1C4NJRCB2ED760399 | ASC93A | Arkansas | 012025 | Four-Door Sedan Hardtop |

| HAZMAT? | FMCSA Reportable? | Unit Type |
|---|---|---|
| No | No | Motor Vehicle In-Transport |

| Gross Weight | Vehicle Configuration |
|---|---|
| 10000 or Less-No Haz-8 Or Less | |

| Vehicle Operation Type | Cargo Body Type |
|---|---|
| Personally Owned/Used | |

| 1st Factor | 2nd Factor | 3rd Factor |
|---|---|---|
| NONE | | |

| Vehicle Special Use | Type of Special Use | Emergency Use |
|---|---|---|
| No Special Function | | No |

| Towed | Towed Location |
|---|---|
| Towed Due To Vehicle Damage | Griffith |

| 1st Trailer | 1st Trailer License Plate Information | 2nd Trailer | 2nd Trailer License Plate Information |
|---|---|---|---|
| | | | |

| Insurance 1 | Insurance 1 Type | Insurance 1 Carrier | Insurance 1 Start Date | Insurance 1 End Date |
|---|---|---|---|---|
| | No Insurance | | | |
| Insurance 2 | Insurance 2 Type | Insurance 2 Carrier | Insurance 2 Start Date | Insurance 2 End Date |
| Insurance 3 | Insurance 3 Type | Insurance 3 Carrier | Insurance 3 Start Date | Insurance 3 End Date |

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | Fire in Vehicle |
|---|---|
| Motor Vehicle-In-Transport On Same Roadway | No |

| Events 1 | Events 2 | Events 3 |
|---|---|---|
| Motor Vehicle-In-Transport On Same Roadway | | |
| Events 4 | Events 5 | Events 6 |
| | | |

| Point of First Impact | Extent of Damage | Officer Damage Estimate |
|---|---|---|
| Left Side-Far Front | Disabling Damage | Greater Than Threshold |

| Areas of Vehicle Damage |
|---|
| Left Side-Far Front, Front End |

| Travel Direction | Traveling On |
|---|---|
| West | Winchester Rd |

| Trafficway Flow | Roadway Surface Type | Number of Travel Lanes |
|---|---|---|
| Two-Way Divided Without Traffic Barrier | Asphalt | Three Lanes |

| Trafficway Hazards |
|---|
| None |

| Traffic Control Devices | Traffic Control Device Functioning | Roadway Route Signing |
|---|---|---|
| No Control | No Controls | |

| Roadway Surface Conditions | Roadway Character Alignment | Roadway Character Profile |
|---|---|---|
| Dry | Straight | Level |

| Speed Limit | Access control |
|---|---|
| 45 | No Control |

## Commercial Carrier Information

| US DOT | Carrier Name | Carrier Type | ICC MC | TN DOS |
|---|---|---|---|---|
| | | | | |

| Total Axles # | Address Line 1 | Address Line 2 | City | State | Zip Code | Phone Number |
|---|---|---|---|---|---|---|
| | | | | | | |

| 1st Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |
|---|---|---|---|---|---|
| 2nd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |
| 3rd Hazardous Materials | HAZMAT Class | Placard | Placard # | Released | Hazardous Materials Released |

SF - 1481 (Rev 5/23)                8    of    9                RDA 1348

**Narrative**
P241412499
Bwc was used on scene.
On 05/20/2024 at 19:25 hours, Officer Montes (14842) responded to a crash at Winchester Rd/Cargo Rd.

Veh#1 was going E/B on winchester rd when it stuck its front into the rear left end of veh#2 which was also going E/B on Winchester rd which then caused veh#2 to hit the front end of veh#3 which was going W/B on Winchester Rd .

Driver Ardette Wade advised that she was going straight when she saw two DHL vans racing down winchester rd . driver Ardette Wade then advised that one of the DHS vans struck her vehicle which then caused her vehicle to spin out and hit vehicle #3.

Driver Mary Warren advised that she was going straight when a DHL truck was racing down winchester rd and advised that the DHL struck her vehicle.


MFD unit 23 transported driver Ardette Wade and passenger Patrick Wade to methodist south non critical.

Citation(U870688) was given to driver Ardette Wade for financial responsibility . Mandatory court on June 21st at 1:30pm division 1.

Citation(U870690) for a driver Mary Warren financial responsibilty. Mandatory court on June 21st at 1:30p division 1.

Both vehicles were towed by Griffith towing.

