**MARY L. WARREN, Plaintiff**

**v.**

**FLYWAY EXPRESS, LLC, DHL EXPRESS (USA), INC., and JOHN DOES 1-3, Defendants**

USDC Western District of Tennessee
Case No. 2:25-cv-02588-SHL-tmp

# EXHIBIT C

**Defendant, Flyway Express, LLC's Responses to Admissions**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MARY L. WARREN, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-02588-SHL-tmp |
| | ) Judge Sheryl H. Lipman |
| | ) Magistrate Judge Tu M. Pham |
| | ) Jury Demand |
| FLYWAY EXPRESS, LLC, | ) |
| DHL EXPRESS (USA), INC. AND | ) |
| JOHN DOES 1-3, | ) |
|     Defendants. | ) |

**DEFENDANT FLYWAY EXPRESS, LLC'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**

Defendant Flyway Express, LLC ("Flyway"), by and through counsel, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby responds to Plaintiff's First Request for Admissions as follows:

**GENERAL OBJECTIONS**

The Responses contained herein are made solely for the purposes of this action. Each Response is subject to all objections as to competence, relevance, materiality, propriety, admissibility, and any and all other objections and grounds to which the same statement would be subject if delivered in live testimony in court. All such objections and grounds are expressly reserved by this Defendant and may be interposed at the time of trial or in conjunction with other uses of the Responses when used in reference to a document, to state the date, author, type of document, person or persons to whom it or copies of it were sent, and its present or last known location and custodian.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. I:** Admit that Flyway Express, LLC employees were involved in a collision on May 20, 2024.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 2:** Admit that the employees were operating DHL trucks at the time of the incident.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 3:** Admit that the employees were racing on Winchester Road in Memphis, Tennessee.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 4:** Admit that Flyway Express, LLC has a duty to ensure the safe operation of its vehicles.

**RESPONSE: Denied that this is an accurate representation of Flyway's obligations under Tennessee statutes and regulations.**

**REQUEST FOR ADMISSION NO. 5:** Admit that the employees' actions on May 20, 2024, were reckless.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 6:** Admit that Flyway Express, LLC did not have a policy prohibiting racing among its employees.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 7:** Admit that Flyway Express, LLC did not conduct a background check on the employees involved.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 8:** Admit that Flyway Express, LLC did not provide adequate training to the employees involved.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 9:** Admit that Flyway Express, LLC is vicariously liable for the actions of its employees.

**RESPONSE: Denied.**

**REQUEST FOR ADMISSION NO. 10:** Admit that Flyway Express, LLC has insurance coverage for the incident.

**RESPONSE: Admitted only that Flyway maintains auto liability policies for all its vehicles as required by Tennessee statutes and regulations.**

Respectfully submitted:

**LEWIS THOMASON, P.C.**

 /s/ Peter C. Robison
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

Caroline Montoya, BPR #41330
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
(901) 525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of July 2025, a copy of the foregoing to the following via email:

Henry Reaves, III, Esq., (TN Bar #028348)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com

*Counsel for Plaintiff*

                    */s/ Peter C. Robison*
                    Peter C. Robison