UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

NOTICE OF SETTING
Before Chief Judge Sheryl H. Lipman, United States District Judge

March 16, 2026

RE:  **2:25-cv-02588-SHL**
**MARY L. WARREN v. FLYWAY EXPRESS, LLC,**
**DHL EXPRESS (USA), INC AND JOHN DOES 1-3**

Dear Sir/Madam:

A **MOTION HEARING re: [40] Defendant's Motion for Protective Order** has been **SET** before **Chief Judge Sheryl H. Lipman** for **THURSDAY, MARCH 19, 2026** at **4:30 P.M.**

The hearing will be held **via Microsoft Teams Video**. A link to the video conference will be emailed to the attorneys prior to the setting.

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:  *s/Wanda Young-McDonald*,
Case Manager
901-495-1255
Wanda_youngmcdonald@tnwd.uscourts.gov