**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| MARY L. WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-02588-SHL-tmp |
| v. | ) | |
| | ) | Judge Sheryl H. Lipman |
| | ) | |
| | ) | Magistrate Judge Tu M. Pham |
| | ) | |
| | ) | Jury Demand |
| FLYWAY EXPRESS, LLC, | ) | |
| DHL EXPRESS (USA), INC. AND | ) | |
| JOHN DOES 1-3, | ) | |
| | ) | |
| Defendants. | | |

**NOTICE TO STRIKE DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Defendants Flyway Express, LLC and DHL Express (USA), Inc. (collectively "Defendants"), by and through counsel, hereby give notice that they have resolved the discovery dispute at issue in their Motion for Protective Order (Docket Entry No. 40) and hereby strike and withdraw their Motion.

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Peter C. Robison*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

Caroline Montoya, BPR #41330
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
Phone: 901-525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on March 17, 2026, the foregoing document was served on the following counsel of record through the Court's electronic filing system:

Henry Reaves, III
Carlos Moore
REAVES LAW FIRM
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Henry.reaves@beyourvoice.com
Carlos.Moore@beyourvoice.com

*Counsel for Plaintiff*

*/s/ Peter C. Robison*
Peter C. Robison