**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| MARY L. WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-02588-SHL-tmp |
| v. | ) | |
| | ) | Judge Sheryl H. Lipman |
| | ) | |
| | ) | Magistrate Judge Tu M. Pham |
| | ) | |
| | ) | Jury Demand |
| FLYWAY EXPRESS, LLC, | ) | |
| DHL EXPRESS (USA), INC. AND | ) | |
| JOHN DOES 1-3, | ) | |
| | ) | |
| Defendants. | | |

### NOTICE OF SERVICE OF DEFENDANT FLYWAY EXPRESS, LLC'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS

Defendant Flyway Express, LLC ("Flyway" or "this Defendant"), by and through counsel,

hereby gives notice that on March 18, 2026, it served the following to counsel of record via email:

1. WARREN 00116-00118 – Repair Estimate
2. WARREN 00119 – Flyway Vehicles – subject to protective order.

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Caroline Montoya*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

Caroline Montoya, BPR #41330
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
(901) 525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on March 18, 2026, the foregoing document was served on the following counsel of record through the Court's electronic filing system:

Henry Reaves, III (#28348)
Carlos Moore (#28649)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com
Carlos.Moore@beyourvoice.com

*Counsel for Plaintiff*

*/s/ Caroline Montoya*
Caroline Montoya