**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MARY L. WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-02588-SHL-tmp |
| v. | ) | |
| | ) | Judge Sheryl H. Lipman |
| | ) | |
| | ) | Magistrate Judge Tu M. Pham |
| | ) | |
| | ) | Jury Demand |
| FLYWAY EXPRESS, LLC, | ) | |
| DHL EXPRESS (USA), INC. and | ) | |
| JOHN DOES 1-3, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED PLAINTIFF'S MOTION TO SUBSTITUTE JOHN DOE 1 WITH
IDENTIFIED DEFENDANT CLARKE WHITE JR.**

Plaintiff, Mary L. Warren, by and through counsel, respectfully moves this Court pursuant to Federal Rules of Civil Procedure 15(a), 15(c), and 21 for leave to substitute John Doe 1 with Clarke White Jr., and states as follows:

### I. INTRODUCTION

1. This action arises from a motor vehicle collision occurring on or about May 20, 2024, involving a vehicle owned, operated, or controlled by Defendants.

2. At the time of filing the original Complaint, Plaintiff did not know the identity of the individual operating the subject vehicle and therefore named John Doe Defendants as placeholders.

3. Through discovery and investigation—including document production and deposition-related discovery—Plaintiff has now identified Clarke White Jr. as the individual who was operating the DHL delivery vehicle involved in the collision.

## II. IDENTICATION OF DEFENDANT

4. Plaintiff seeks to substitute John Doe 1 **with:**

   Clarke White Jr.**,**
   an individual who, upon information and belief, was acting within the course and scope of his employment and/or agency with Defendants Flyway Express, LLC and/or DHL Express (USA), Inc. at the time of the collision.

5. Clarke White Jr. is a proper Defendant as he was the driver of the DHL van involved in the subject incident and is directly liable for the negligent acts and omissions giving rise to Plaintiff's injuries.

## III. LEGAL STANDARD

6. Under Federal Rule of Civil Procedure 15(a)(2), courts should "freely give leave [to amend] when justice so requires."
7. Rule 21 permits the Court to add or drop parties at any time on just terms.
8. Rule 15(c) provides that an amendment relates back to the date of the original pleading when it arises out of the same conduct, transaction, or occurrence set out in the original Complaint.

## IV. ARGUMENT

9. Plaintiff has acted diligently in attempting to identify the unknown driver of the subject vehicle.
10. The identity of Clarke White Jr. was not known at the time the Complaint was filed but has now been confirmed through discovery materials and investigation.
11. The claims against Clarke White Jr. arise out of the same operative facts alleged in the original Complaint, namely, the May 20, 2024 motor vehicle collision.
12. Substitution is necessary to:
    (a) Ensure that all responsible and liable parties are properly before the Court;
    (b) Permit full adjudication of Plaintiff's negligence claims; and

(c) Promote judicial economy and avoid duplicative litigation.

13. The substitution will not prejudice Defendants because:

    (a) The existence of a driver defendant has been contemplated since the original filing;

    (b) Defendants have been on notice of the claims arising from the driver's conduct; and

    (c) Discovery concerning the identity and conduct of the driver has already been central to this case.

14. Upon information and belief, Clarke White Jr. knew or should have known that, but for a lack of knowledge of his identity, the action would have been brought against him.

15. Accordingly, the amendment substituting Clarke White Jr. for John Doe 1 relates back under Rule 15(c).

## IV. CONCLUSION

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Mary L. Warren respectfully requests that this Court:

1. Grant Plaintiff leave to substitute John Doe 1 with Clarke White Jr. as a Defendant in this action;

2. Permit Plaintiff to file an Amended Complaint reflecting this substitution;

3. Deem such amendment to relate back to the date of the original Complaint; and

4. Grant such further relief as the Court deems just and proper.

5. The motion is unopposed by Defendants.

Respectfully submitted,

/s/Carlos Moore_____
Carlos Moore, Esq. (TN #028649)
REAVES LAW FIRM, PLLC
Phone: (901) 352-0333
Fax: (901) 328-1352
Email: carlos.moore@beyourvoice.com
Rlfteam1@beyourvoice.com
Attorney for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forwarded via U.S. Mail, postage prepaid, facsimile, email or the Court's electronic filing system to all counsel of record.

On this 23rd day of March, 2026.

/s/ Carlos Moore_____
Carlos Moore