# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **MARY L. WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:25-cv-02588-SHL-tmp** |
| **v.** | ) | |
| | ) | **Judge Sheryl H. Lipman** |
| | ) | |
| | ) | **Magistrate Judge Tu M. Pham** |
| | ) | |
| | ) | **Jury Demand** |
| **FLYWAY EXPRESS, LLC,** | ) | |
| **DHL EXPRESS (USA), INC. AND** | ) | |
| **JOHN DOES 1-3,** | ) | |
| | ) | |
| **Defendants.** | | |

## AMENDED NOTICE OF DEPOSITION

Defendants DHL Express (USA), Inc ("DHL") and Flyway Express, LLC ("Flyway") (collectively "Defendants"), hereby give notice that, at the request of Plaintiff's counsel, the oral deposition for discovery of David R. Strauser, PhD has been rescheduled to April 2, 2026, at 9:00 a.m. in the above-styled cause. The deposition will take place via Zoom, before a notary public or other official authorized to take testimony. The deposition will continue from hour to hour, from day to day, as necessary to be completed. Defendants will retain the services of a court reporter and videographer.

## ZOOM INFORMATION

Topic: Zoom Depo Link Dr. Strauser 4-2-26 9:00 Start time
Time: Apr 2, 2026 09:00 AM Central Time (US and Canada)
Join Zoom Meeting
https://us02web.zoom.us/j/83292148234

Meeting ID: 832 9214 8234

---

One tap mobile
+13092053325,,83292148234# US
+13126266799,,83292148234# US (Chicago)

Join instructions
https://us02web.zoom.us/meetings/83292148234/invitations?signature=2g7GLxoalJ3bLbPhdt1a
RFmyoZu78eJlRo4dTIx_Ij4

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Caroline S. Montoya*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1366
probison@lewisthomason.com

Caroline S. Montoya, BPR #41330
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
(901) 525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA),
Inc. and Flyway Express, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 23, 2026, a copy of the foregoing was sent to the following via email:

Henry Reaves, III (#28348)
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com

*Counsel for Plaintiff*

/s/ *Caroline S. Montoya*
Caroline S. Montoya

3