# CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure and the applicable Local Rules of this Court, undersigned counsel certifies that he has conferred in good faith with counsel for the opposing party regarding the relief requested in the foregoing Motion for Extension of Discovery Deadlines in the matter of *Mary L. Warren v. Flyway Express, LLC et al.*

Specifically, counsel for Plaintiff communicated with counsel for Defendant via email on or about March 25, 2026 in an effort to obtain agreement regarding the requested extension of the discovery deadlines. Despite these good faith efforts, the parties were unable to reach a complete agreement. Opposing counsel was only agreeable to a short 7 day extension of the discovery deadline and not a 30 day extension.

Accordingly, Plaintiff respectfully submits that court intervention is necessary.

Dated this day the 25th of March, 2026.

/s/Carlos E. Moore_____
Carlos E. Moore

Page **1** of **1**