**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARY L. WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-2588-SHL-tmp |
| | ) | |
| FLYWAY EXPRESS, LLC, DHL EXPRESS | ) | |
| (USA), INC., and JOHN DOES 1–3, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY**

Before the Court is Plaintiff Mary L. Warren's Unopposed Motion to Substitute John Doe 1 with Identified Defendant Clarke White Jr., filed March 23, 2026.  (ECF No. 50.)  In the Motion, Warren asserts that, at the time of the filing of her complaint, she did not know the identity of the person who was operating the vehicle she alleges was involved in the collision at the center of this litigation.  (Id. at PageID 502.)  However, "through discovery and investigation," she has now identified Clarke White, Jr., "as the individual who was operating the DHL delivery vehicle involved in the collision."  (Id.)  She therefore seeks to file an amended complaint that replaces John Doe 1 with the following party: "Clarke White Jr., an individual who, upon information and belief, was acting within the course and scope of his employment and/or agency with Defendants Flyway Express, LLC and/or DHL Express (USA), Inc. at the time of the collision."  (Id. at PageID 503.)

The Federal Rules of Civil Procedure provide that "a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave

when justice so requires." Fed. R. Civ. P. 15(a)(2).  Rule 15(c)(1) also provides multiple circumstances in which an amendment to a pleading relates back to the date of the original pleading.  This includes under Rule 15(c)(1)(B), when "the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out—or attempted to be set out—in the original pleading," or, under Rule 15(c)(1)(C), when "the amendment changes the party or the naming of the party against whom a claim is asserted, if Rule 15(c)(1)(B) is satisfied and if, within the period provided by Rule 4(m) for serving the summons and complaint, the party to be brought in by amendment: (i) received such notice of the action that it will not be prejudiced in defending on the merits; and (ii) knew or should have known that the action would have been brought against it, but for a mistake concerning the proper party's identity."

It appearing that White was on notice of the lawsuit consistent with Federal Rule of Civil Procedure 15(c)(1)(C), and for good cause shown, the Motion is **GRANTED**.  Within three days of the entry of this Order, Plaintiff shall file the amended complaint that adds Clarke White, Jr., as a party as a substitute for John Doe 1.  The amended complaint shall otherwise remain unchanged from the original complaint.  Plaintiff shall serve the amended complaint upon White within fourteen days of the date the amended complaint is filed.

**IT IS SO ORDERED**, this 2nd day of April, 2026.

s/  Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2