# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **MARY L. WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:25-cv-02588-SHL-tmp** |
| **v.** | ) | |
| | ) | **Judge Sheryl H. Lipman** |
| | ) | |
| | ) | **Magistrate Judge Tu M. Pham** |
| | ) | |
| | ) | **Jury Demand** |
| **FLYWAY EXPRESS, LLC,** | ) | |
| **DHL EXPRESS (USA), INC. AND** | ) | |
| **JOHN DOES 1-3,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF DEPOSITION FOR MIKOS VAUGHN

TO: All Counsel of Record and/or Parties

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, will take the deposition of: Mikos Vaughn on April 7, 2026 at 01:00 p.m., to be held at: 40 S. Main St. #2900 Memphis, TN 38103, before a notary public or other officer authorized to administer oaths and will be recorded by stenographic means and/or audiovisual recording and will continue from day to day until completed.

Respectfully submitted,

/s/ Carlos E. Moore_____
Carlos Moore, Esq. (TN #028649)
REAVES LAW FIRM, PLLC
Phone: (901) 352-0333
Fax: (901) 328-1352
Email: carlos.moore@beyourvoice.com
Rlfteam1@beyourvoice.com
Attorney for Plaintiff(s)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and exact copy of the foregoing Notice of Deposition has been forwarded via U.S. Mail, postage prepaid, facsimile, email or the Court's electronic filing system to all counsel of record.

On this 6th day of April, 2026.

/s/ Carlos E. Moore_____
Carlos E. Moore