**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **MARY L. WARREN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 2:25-cv-02588-SHL-tmp** |
| **v.** ) | |
| ) | **Judge Sheryl H. Lipman** |
| ) | |
| ) | **Magistrate Judge Tu M. Pham** |
| ) | |
| ) | **Jury Demand** |
| **FLYWAY EXPRESS, LLC,** ) | |
| **DHL EXPRESS (USA), INC. AND** ) | |
| **JOHN DOES 1-3,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF DEPOSITION FOR JACOB STARKS**

TO: All Counsel of Record and/or Parties

 **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, will take the deposition of: Jacob Starks on April 7, 2026 at 01:00 p.m., to be held at: 40 S. Main St. #2900 Memphis, TN 38103, before a notary public or other officer authorized to administer oaths and will be recorded by stenographic means and/or audiovisual recording and will continue from day to day until completed.

 Respectfully submitted,

 /s/ Carlos E. Moore
 Carlos Moore, Esq. (TN #028649)
 REAVES LAW FIRM, PLLC
 Phone: (901) 352-0333
 Fax: (901) 328-1352
 Email: carlos.moore@beyourvoice.com
 Rlfteam1@beyourvoice.com
 Attorney for Plaintiff(s)

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Deposition has been forwarded via U.S. Mail, postage prepaid, facsimile, email or the Court's electronic filing system to all counsel of record.

On this 6th day of April, 2026.

/s/ Carlos E. Moore_____
Carlos E. Moore