**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

| | | |
|---|---|---|
| **MARY L. WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:25-cv-02588-SHL-tmp** |
| | ) | |
| **v.** | ) | **Judge Sheryl H. Lipman** |
| | ) | |
| **FLYWAY EXPRESS, LLC,** | ) | **Magistrate Judge Tu M. Pham** |
| **DHL EXPRESS (USA), INC., and** | ) | |
| **JOHN DOES 1-3,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

---

### MOTION FOR LEAVE TO AMEND COMPLAINT

---

**COMES NOW**, Plaintiff, Mary L. Warren, by and through undersigned counsel, respectfully moves this Honorable Court for leave to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and in support thereof states as follows:

1.    Plaintiff seeks leave to amend her Complaint for the limited purpose of increasing the amount of damages demanded from $1,000,000 to $10,000,000.

2.    The proposed amendment does not add any new claims, causes of action, parties, or factual allegations, but merely adjusts the damages sought.

3.    This amendment is appropriate in light of the severity of Plaintiff's injuries and the current procedural posture of this case, including Plaintiff's pending Motion to Remove/Break the Non-Economic Damages Cap.

4.    Leave to amend should be freely granted when justice so requires, and the proposed amendment will not prejudice Defendants.

5.    Plaintiff has filed a Memorandum of Law in Support of this Motion, which is

*Motion for Leave to Amend Complaint*                                                    Page 1 of 2

incorporated herein by reference.

Respectfully submitted,

**REAVES LAW FIRM, PLLC**

By: /s/ Carlos E. Moore
Carlos E. Moore (TN # 028649)
**REAVES LAW FIRM, PLLC**
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118

Tel: (901) 417-7166
Fax: (901) 328-1352
Email: carlos.moore@beyourvoice.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.2(a)(1)(B) of the United States District Court for the Western District of Tennessee, undersigned counsel certifies that he made a good-faith effort to resolve the issues raised in this Motion with counsel for Defendants prior to filing. Specifically, counsel for Plaintiff communicated with counsel for Defendants via email regarding the relief requested in this Motion and inquired whether Defendants would consent to the Motion to Amend. The parties were unable to reach agreement regarding the relief requested. Accordingly, this Motion is submitted to the Court for determination.

/s/Carlos E. Moore_____
Carlos E. Moore

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 7th day of April 2026, a copy of the foregoing documents was served

on the following via email:

| | |
|---|---|
| Peter C. Robinson, BPR #27498 | Caroline Montoya, BPR #41330 |
| Lewis Thomason, PC | Lewis Thomason, PC |
| 424 Church Street, Suite 2500 | 40 S. Main Street, Suite 2900 |
| Nashville, Tennessee 37219 | Memphis, Tennessee 38103 |
| Phone: (615) 259-1366 | Phone: (901) 525-8721 |
| probison@lewisthomason.com | cmontoya@lewisthomason.com |

/s/Carlos E. Moore_____
Carlos E. Moore

*Motion for Leave to Amend Complaint*                                          Page 2 of 2