**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **MARY L. WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:25-cv-02588-SHL-tmp** |
| **v.** | ) | |
| | ) | **Judge Sheryl H. Lipman** |
| | ) | |
| | ) | **Magistrate Judge Tu M. Pham** |
| | ) | |
| | ) | **Jury Demand** |
| **FLYWAY EXPRESS, LLC,** | ) | |
| **DHL EXPRESS (USA), INC. AND** | ) | |
| **JOHN DOES 1-3,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF DEPOSITION FOR BRIAN COX**

TO: All Counsel of Record and/or Parties

    **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, will take the deposition of: Brian Cox on April 15, 2026 at 10:00 a.m., to be held via Zoom, before a notary public or other officer authorized to administer oaths and will be recorded by stenographic means and/or audiovisual recording and will continue from day to day until completed.

           Respectfully submitted,

           /s/ Carlos E. Moore_____
           Carlos Moore, Esq. (TN #028649)
           REAVES LAW FIRM, PLLC
           Phone: (901) 352-0333
           Fax: (901) 328-1352
           Email: carlos.moore@beyourvoice.com
           Rlfteam1@beyourvoice.com
           Attorney for Plaintiff(s)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing Notice of Deposition has been forwarded via U.S. Mail, postage prepaid, facsimile, email or the Court's electronic filing system to all counsel of record.

On this 9th day of April, 2026.

/s/ Carlos E. Moore_____
Carlos E. Moore