## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **MARY L. WARREN,**       ) | |
|       ) | |
|    **Plaintiff,**       ) | |
|       ) | **Case No. 2:25-cv-02588-SHL-tmp** |
| **v.**       ) | |
|       ) | **Judge Sheryl H. Lipman** |
|       ) | |
|       ) | **Magistrate Judge Tu M. Pham** |
|       ) | |
|       ) | **Jury Demand** |
| **FLYWAY EXPRESS, LLC,**       ) | |
| **DHL EXPRESS (USA), INC. AND**       ) | |
| **JOHN DOES 1-3,**       ) | |
|       ) | |
|    **Defendants.** | |

## NOTICE OF CHANGE OF ADDRESS

Defendants DHL Express (USA), Inc ("DHL") and Flyway Express, LLC ("Flyway")

(collectively "Defendants"), by and through counsel, give notice of the change of address of Peter

C. Robison only, and that effective April 6, 2026, all future correspondence and pleadings should

be directed to counsel's new address as follows:

     **Peter C. Robison, BPR #27498**
     **LEWIS THOMASON, P.C.**
     **1201 Demonbreun Street, Suite 1000**
     **Nashville, Tennessee 37203**
     **Phone: 615-259-1343**
     **Fax: (615) 259-1389**
     **probison@lewisthomason.com**

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Peter Robison*

Peter C. Robison, BPR #27498
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Phone: 615-259-1366
probison@lewisthomason.com

Caroline Montoya, BPR #41330
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
(901) 525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2026, a copy of the foregoing was sent to the following via Court's ECF system:

Henry Reaves, III
Carlos E. Moore
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
Tel: (901) 417-7166
Fax: (901) 328-1352
Henry.reaves@beyourvoice.com
Carlos.moore@beyourvoice.com

*Counsel for Plaintiff Mary Warren*

*/s/ Peter Robison*