IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____

MARY L. WARREN,
        Plaintiff,

VS.                          NO.  2:25-cv-02588-SHL-tmp

FLYWAY EXPRESS, LLC,
DHL EXPRESS (USA), INC.
and JOHN DOES 1-3,
        Defendants.

_____

**THE DEPOSITION OF MARY L. WARREN**

**March 16, 2026**

LISA C. VAUGHN, RPR, LCR(TN)
RIVERSIDE REPORTING SERVICE
(901) 527-1100
lcv.riverside@gmail.com

Q     Would you walk me through what you recall from what happened that led to the accident?

We can go step by step.  And if I need to kind of pause and ask you some background questions, I will.  But I don't want to interrupt too much.

But, if you can, tell me what you recall.  Or if there's something that you found out about later that you can tell me about, go ahead and do that as well.  But, you know, walk me through -- you're driving on Winchester Road.  What can you tell me about what happened and how it happened?

A     Well, I was driving doing about 45, because that's about the speed limit down through there towards the airport, and I noticed -- because I'm a cautious driver, I noticed there was a yellow van -- a DHL van was coming up real fast.

I tried to veer over to my left.  There was a vehicle here (indicating).  I couldn't veer to my right.  There was a vehicle there.  I had a vehicle in front of me.

He didn't slow down.  He didn't have no intentions to slow down.  He hit me and kept going until I spint (sic) out of control, hit the other

cars, and then I ended up in that brick wall literally.

Q    Is Winchester Road roughly -- like, goes east/west?  Do you know?

A    I'm assuming, yes.

Q    Okay.

I'm not trying to make you guess.  If you don't know, that's fine.

A    I'm assuming, yeah.

Q    Okay.

Which direction were you going on Winchester?

A    I was going west.

Q    Okay.

And the van came up from behind you?

A    Yes.

Q    Okay.

What part of the van contacted what part of your vehicle, if that makes sense?

A    The passenger side cargo door back there. Because I had a Jeep Patriot.

Q    Okay.

And I remember you mentioning a Jeep Patriot. Thanks for clarifying what you were driving.  I think it's in the police report too, and we can

Q    Do you recall if there was a turning lane in the middle?

A    I was not in the turning lane.  No, there was not a turning lane in that area.

Q    Okay.

And do you happen to know how many lanes were coming the other way?  I think you said that you weren't sure?

A    I'm not.

Q    Okay.  That's fine.

And, again, we don't try to make this a pop quiz.  I'm just trying to find out what you know.

You told me where you were and where your vehicle was, and you told me how fast you were going.

A    Correct.

Q    And there was a collision between you and this other vehicle you told me about?

A    That was -- the DHL van hit me from behind.

Q    What can you --

A    And it caused me to tap the vehicle in the front and then spint (sic) out of control, because he kept going.  I'm trying to hit on brakes.  He kept going.  He didn't have no intentions to slow

down.

Q    What can you tell me about the van; colors, a description or anything like that?  What --

A    Yellow and red.

Q    Okay.

Were you able to see the driver at all?

A    It happened so fast.  I know he was -- he was black.  I know that.  And I want to say he had dreads a little longer than mine.

But it was so fast, that's the only thing I noticed.

Q    How did you see him?  Like, was it -- by that I mean was it through a window?  Was it --

A    It was through my rear-view mirror.

Q    Okay.

That's -- I didn't want to assume.  But you saw the van approaching from behind you?

A    Correct.  And I tried to get out of his way, and I wasn't able to get out of his way.

Q    Did you move over to the right or anything?

A    I was not able to move over to the left or the right.

Q    After contact occurred, you mentioned that you then also contacted another vehicle?

nobody.  It was just me and my dog.

I don't have no business talking to anybody else outside of my vehicle and it's going.

Come on now.

Q    Are you aware of anybody getting cited for anything in this accident?

A    Me?  I don't -- I'm not aware of anybody else being cited for anything.

Q    Oh --

A    Because the DHL guy, he kept going.

Q    And when you say you were cited, that's the insurance thing?

A    Yeah.

Q    Okay.

Are there any other photos of your vehicle that we haven't seen that -- and we looked through --

A    No.  That's all that I have right there.  And that was in the tow yard.  So...

Q    Are you aware of any photographs of the scene when the accident happened?

A    No.

Q    And you saw just the one DHL van?

A    Yeah.  I wasn't aware that it was two.  I was

told later on down the line that it was two.

Q    You never saw the other one?

A    No.

Q    Do you know if there was another one?

A    Didn't I -- I could have sworn I just said I was -- I was told that it was two --

Q    Okay.

A    -- later on down the line.

I was only aware of one.

Q    I don't want you to tell me anything your lawyer said.

A    Well, that's really what it's pertaining to.

Q    Okay.

A    So that's why I'm saying it -- that's why I'm wording it like that.

Q    Is there anybody, not including your lawyer --

A    No.

Q    -- or people working for them, that told you that?

A    No.

Q    Okay.

A    My legal team let me know everything I needed to know.  Whatever they found out, they let me

C E R T I F I C A T E

STATE OF TENNESSEE:

COUNTY OF SHELBY:

I, LISA C. VAUGHN, Registered Professional Reporter, and Notary Public for the State of Tennessee at Large, do hereby certify that I reported in machine shorthand the above-captioned proceedings.

I HEREBY CERTIFY that the foregoing pages contain a full, true, and correct transcript of my said Stenotype notes then and there taken.

I FURTHER CERTIFY that I am not an attorney or counsel of any of the parties, nor a relative employee or of any of the parties, nor am I a relative or employee of any attorney or counsel connected with the action, nor am I financially interested in the action.

I FURTHER CERTIFY that in order for this document to be authentic and genuine, it must bear my original signature and my embossed notarial seal and that any reproduction in whole or in part of this document is not allowed or condoned and that such reproductions should be deemed a forgery.

THEREFORE, witness my hand and my official seal in the State of Tennessee on March 23, 2026.

_____
LISA C. VAUGHN, RPR, LCR
LCR #048 - Expires June 30, 2026
Notary Public at Large