

**CASE NO. 2:25-CV-02588-SHL-TMP**

**MARY L. WARREN**

**V.**

**FLYWAY EXPRESS, LLC, DHL EXPRESS (USA), INC.**

**AND JOHN DOES 1-3**

**DEPONENT:**

**STEVE KRIESE**

**ON BEHALF OF FLYWAY EXPRESS, LLC**

**DATE:**

**March 18, 2026**

Q.    And what was the name of the college?

A.    Tusculum.

Q.    And where is that?

A.    That's in Greenville, Tennessee.

Q.    And what year did you finish?

A.    One more time, sir?

Q.    What year did you finish?

A.    Oh, geez.  '88, I think.

Q.    Have you ever been arrested?

A.    No.

Q.    So I take it there are no criminal convictions?

A.    No.

Q.    Besides traffic tickets or that type of thing?

A.    No, there's not.

Q.    Okay.  Who is your current employer, if any?

A.    Flyway Express.

Q.    And what is your job title?

A.    President.

Q.    And how long have you been president of Flyway Express, LLC?

A.    25 years.

Q.    And what is the nature of that business?

A.    We are a final-mile delivery company, and we -- we did, at one time, do third-party logistics

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

A.   That's correct.

Q.   Okay.  And does DHL have a terminal at the airport or have a specific location or...

A.   There is a location there.  I'm not sure if it's DHL's World Freight Services or WFS is the people who unload the aircraft, so I'm not for sure if they own it or DHL owns it.  I don't know.

Q.   Okay.  And that's World Freight Services?

A.   WFS, William, Frank, Steve.

Q.   Okay.  Does Flyway Express ever have to go to the airport to pick up any cargo and -- or do your people always go to the DHL terminal to get the cargo?

A.   We do recover -- we do recover freight from the aircraft and bring it back to the terminal, and then our trucks depart from the terminal.

Q.   Explain that to me again?

A.   We have larger vehicles that recover freight from the airport, and they bring it to the terminal.

Q.   Which terminal?

A.   The Memphis terminal.

Q.   Of DHL?

A.   That's correct.

Q.   Okay.

A.   Okay.  And then, our vans are parked there.  They're housed there.  There's a sort that goes on after

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

lot of those units at that time did not work.  We had removed some of them in the process of going to another company.

Q.  And who are you using now?

A.  We're using now -- we're currently using Samsara.

Q.  Now, tell me about the -- was it Teletrac?

A.  Yes.

Q.  How should it have worked -- working properly?

A.  They document the vehicle's movement, what it does.  If there's anything -- harsh movement with the vehicle, anything like that, it notes it -- track speed, et cetera.  And then in any instance, it would record forward on any kind of harsh movement or impact of any sort, it would record.

Q.  All right.  And is that video recorded or audio recorded or what?

A.  Video.

Q.  Okay.  And who would have access to this data on the database?

MR. ROBISON:  Object to form.  You can answer.

THE WITNESS:  My -- I would have had access to it.  Everyone would have.  And -- and within our organization, Mike McCord, myself, some of the managers actually would have it, too.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

BY MR. MOORE:

Q.   What about Brian?

A.   Brian?  Yes.

Q.   Okay.  So the president, the two vice presidents, and some of the managers or all of the managers?

A.   Most all of them would have -- would have knowledge how to operate that system.

Q.   Okay.  What about the drivers?

A.   No.

Q.   They would not.  Okay.  When did you change over the system?

A.   Samsara was recently.  We did try Lytx in another area, not Memphis.  And we -- we since converged all into Samsara.

Q.   How long does the data that's captured on these tracking devices, like Teletrac, how long is that data available?

A.   That I don't know.  They were horrible. That's one of the reasons we -- we quit them.  Half the time, they weren't reporting.  We get a blank screen and just list nothing.  No speeds or anything of that nature. And then of course, we got in some disputes about, you know, the operation of it, and so, therefore, we just -- we -- we fired them basically.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Q.    For the information that was captured, do you still have access to that information?

A.    If it was captured --

MR. ROBISON:  Object to form.  You can answer.

THE WITNESS:  If it was captured, sure.

BY MR. MOORE:

Q.    And was that online or was it on a disc or a --

A.    Online.

Q.    Did you make any kind of search to see if there was any data captured on or about May 20th, 2024, from any of the trackers?

A.    Yes.

Q.    And what was revealed during your search?

A.    There were various vehicles that we did find. The Memphis reporting system was not there.  I found some various in Jackson, Mississippi, some in Baton Rouge, Louisiana.  But for the Memphis portion of it, they had stopped reporting on that particular system. And some of these vehicles didn't have the system in them so...

Q.    So you're telling me that not one vehicle had a working tracking system on May 20, 2024, if it was assigned to Memphis?

A.    I think Jackson, Tennessee, and Memphis. There

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

corrected it, the problem?

MR. ROBISON:  Object to form.

BY MR. MOORE:

Q.    How long did you realize that there was a problem before you corrected it?

A.    We were in the process of creating -- we -- we noticed it immediately when -- when you're not reporting correctly.  So we actually had technicians come out and try to repair the units, and they did in some cases. They kept failing and kept failing and kept failing.  So finally, we just told Teletrac, that's it.  We stopped paying Teletrac.

Q.    So when did you get this system with Teletrac? What year?

A.    I -- I don't know the -- quite the year, sir. I'd have to look.  I don't know.  We had them a couple of years.  I know that.

Q.    And when did you terminate the agreement?

A.    We terminated it in waves.  I -- I would have to research that.  I'm not for sure what date exactly.

Q.    And you're happy with the new system?

A.    Yes.

Q.    And what's the name of it?

A.    Samsara.

Q.    Samsara?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

A.   Samsara, all one word.

Q.   Okay.  And it's doing what it should do?

A.   Absolutely.

Q.   And you're certain you didn't go to Samsara prior to May 20th, 2024?

A.   I'm sorry?

Q.   You're certain that you were not using Samsara in May 2024?

A.   No.  We just started Samsara about a month ago.

Q.   So sometime in 2026?

A.   Yes.

Q.   Did you have anything in between Teletrac and Samsara?

A.   We had Lytx, but not in this location.

Q.   These list of vehicles that's depicted in Exhibit 2, are these owned by Flyway Express, leased, rented or both?

A.   Both.  Owned and -- owned and leased.

Q.   Okay.  On May 20th of 2024, which employee was assigned to the vehicle having a DX number of DX18292?

A.   DX what again?

Q.   DX18292?

A.   I would not know.

Q.   On May 20th of 2024, which employee was

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

do they -- what is the debriefer to do?

A.    Bring it to the supervisor's attention.

Q.    I think I read somewhere that, if a driver has an incident, they should call the supervisor immediately and the supervisor has to go to the scene of the incident, correct?

A.    That's correct.  If the -- if the supervisor can make it, yes.

Q.    Okay.  So even before they get to the debriefer, somebody in management should already know that there had been an incident because, if they followed the rules --

A.    Yes.

Q.    -- they would have called the supervisor from the scene?

MR. ROBISON:  Object to form.  Let him ask the question before you answer.

THE WITNESS:  Yes.

BY MR. MOORE:

Q.    Okay.  Did that happen in this instance?  Did Clarke White call any supervisor at -- contemporaneously -- contemporaneous in time to the incident in question?

A.    Not to my knowledge.

Q.    Did he go over with the debriefer the fact that he had an accident?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-cv-02588-SHL-tmp   Document 82-2   Filed 05/01/26   Page 10 of 18
PageID 712
The Deposition of STEVE KRIESE, taken on March 5/8, 2026
30(b)(6)
36

A.   Not to my knowledge.

Q.   Did the debriefer catch it just by looking at the vehicle?

A.   That, I don't know.

Q.   Okay.  Do you know who was the debriefer assigned to work on May 20th, 2024?

A.   No, sir.  I do not.

Q.   Who would have that information?  Would Mike Vaughn know that information?

A.   Mikos Vaughn, yes.

Q.   Mikos Vaughn?

A.   Uh-huh.

Q.   Okay.  You identified 30 employees that were operating vehicles on May 20th, 2024.  Let me go start with Nickita Gardner.  Do you know which vehicle Nickita Gardner was operating on May 20th, 2024?

A.   No, sir.

Q.   James Jordan (phonetic)?

A.   No, sir.

Q.   Gary Sandridge?

A.   No, sir.

Q.   Felicia Abron?

A.   No, sir.

Q.   Adam Goodman?

A.   No, sir.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Q.  Tavarius Turner?

A.  No, sir.

Q.  Clarke White?

A.  Yes, sir.

Q.  Sonya Macklin?

A.  No, sir.

Q.  Daniel Herron?

A.  No, sir.

Q.  Melissa Perry (phonetic)?

A.  No, sir.

Q.  Lakendrick James?

A.  No, sir.

Q.  Andre Gamble?

A.  No, sir.

Q.  Charles Dortch?

A.  No, sir.

Q.  Vernisha Harvey?

A.  No, sir.

Q.  Danuel Abron?

A.  No, sir.

Q.  Jessica Thompson?

A.  No, sir.

Q.  Marlin Townsel?

A.  No, sir.

Q.  Shatara Grant?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

task that you would like the witness to perform and to not proceed on the rest of these topics so we can get through them before the Chambers calls us back and gives us clarification?  Is that what you're asking?

MR. MOORE:  No.

MR. ROBISON:  Then -- I'm -- what is happening?

MR. MOORE:  I am simply asking -- this deposition was noticed for 10:00 a.m. Central Daylight Time, and the correct witness should have been here on time as noticed.  It is now 11:08, and I don't have the correct witness here to answer all of these questions in these various topics.  That is a --

MR. ROBISON:  I disagree with your characterization about the witness --

MR. MOORE:  -- that is a problem.  That's a huge problem.

MR. ROBISON:  I understand your disagreement about the answers that you're getting, but I disagree with the characterization about not a correct witness. I still think that we should get done what we can while we wait for the Chambers to respond.

BY MR. MOORE:

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Q.    Let's move into area of inquiry in Topic 6: "Vehicle Location Data."  I want to know the location, speed, and movement of vehicles identified in Topic 1 between 6:51 p.m. and 7:11 p.m.  UTC on May 20 of 2024, including any telematics or GPS data reflecting vehicle position.  Can you give me that information?

A.    For a particular vehicle?

Q.    Yes.

A.    Which vehicle is that?

Q.    For a vehicle having the DX number 21794.

A.    Okay.  That -- that vehicle did not have a unit in it.

Q.    How do you know that?

A.    The only reason I know that is we produced some pictures and that -- that are -- that were available during the -- when we discovered a damage on the -- on the vehicle, we took a picture of it, and there is not a camera in the window.  And I -- I actually went back and looked on data to try to pull to see if that unit was even reporting and then I couldn't find anything.

Q.    When did you go back and look?

A.    When was that?  During our discovery through this process.  It was been, you know, a month ago.  And a week, two, three weeks ago -- three, four weeks ago.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

your personnel -- in your safety manual or your employee handbook, they get three strikes before they are terminated, it sounds like within a year.  If they've had three offenses and then that third one is termination, but the first and the second would -- wouldn't normally call for termination.

MR. ROBISON:  Object to form.

BY MR. MOORE:

Q.   Is that correct?

MR. ROBISON:  Same objection.  You can answer.

THE WITNESS:  I believe they have three strikes and -- and incidences regarding behavior and stuff. On accidents, it's usually two and you're pretty much gone.  But, I mean, if you've got a blatant accident that's happening that -- that you're trying to hide, then that's termination.

BY MR. MOORE:

Q.   Okay.  And it's termination because you're trying to hide it?

A.   Sure.  Yeah.

Q.   But in this instance, he brought the vehicle back and it was clear he had been involved in some kind of collision, but he didn't follow the process because he should have called from the scene whenever it happened.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

MR. ROBISON:  Object to form.

BY MR. MOORE:

Q.   Is that correct?

MR. ROBISON:  You can answer if you can.

THE WITNESS:  Yes, sir.  He should have called.

BY MR. MOORE:

Q.   Why do you have that in place for them to call immediately and then have somebody go out to the scene?

A.   We always need to have the authorities involved whether, you know, to -- to document what happened, so forth and so on.  And then we need to know, you know, our managers need to know immediately. If we need to replace the driver on the route or, you know, get one another vehicle, whatever that may be like.

Q.   Did your accident reveal at any time that Clarke White, Jr., or someone driving the DHL van had been going approximately 100 miles per hours racing another DHL van?

A.   No, sir.

MR. ROBISON:  Object to form.  Answer if you can.

THE WITNESS:  No.

BY MR. MOORE:

Q.   How does that make you feel knowing that allegedly your drivers were going 100 miles per hour?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

MR. ROBISON:  Object to form.

BY MR. MOORE:

Q.   Driving those vans?

MR. ROBISON:  Same objection.

BY MR. MOORE:

Q.   Racing?

MR. ROBISON:  Same objection.

THE WITNESS:  They would've been terminated for that.  I mean, that's obviously against company protocol.

BY MR. MOORE:

Q.   That would put a lot of lives at risk unnecessarily, wouldn't it?

MR. ROBISON:  Same objection.

THE WITNESS:  If a driver does that that's -- that's risky.

BY MR. MOORE:

Q.   Are the drivers given any, kind of, psychological testing before they're given the keys to the vans?

A.   No, sir.

Q.   Are they given any, kind of, maturity tests?

A.   What type of tests?

Q.   Maturity to see if they're mature enough to handle the responsibility of driving a van?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

hour, and if you had the correct apparatus working on it like it should have been, it would have shown somebody going 100 miles per hour, correct?

A.   Yes, sir.

MR. ROBISON:  Objection to form.

BY MR. MOORE:

Q.   But unfortunately, you're telling me that none -- the data was just not working that day?

MR. ROBISON:  Object to form.

BY MR. MOORE:

Q.   The system?

A.   Yes, sir.

Q.   Did any of the other drivers act suspicious when they learned of Clarke's -- Clarke White separation from the company?

A.   I don't know.

Q.   So sitting here today, it is possible that the other driver that may have been going 100 miles per hour racing Clarke, is still employed by Flyway?

MR. ROBISON:  Object to form.

THE WITNESS:  I suppose it's possible.

BY MR. MOORE:

Q.   Did anyone else get quit or terminated around that time, besides Clarke?

A.   Not to my knowledge.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

off record, we'll take orders, Mr. Moore starting with you.  Would you like to order video or transcript?

MR. MOORE:  Yes.

THE VIDEOGRAPHER:  Yes, both?

MR. MOORE:  To both.

THE VIDEOGRAPHER:  Is E-Tran okay for the transcript?

MR. MOORE:  E-Tran, yes.

THE VIDEOGRAPHER:  All right.  Thank you, sir. And what about you?

MR. ROBISON:  I definitely want the transcript. I'm not sure yet about the video.  I don't want E-Tran.  I just want text searchable PDF.

THE VIDEOGRAPHER:  Alrighty.  We're off record, 1:05 p.m. Central.

(Deposition concluded at 1:05 p.m. CT)

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com