**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **MARY L. WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:25-cv-02588-SHL-tmp** |
| **v.** | ) | |
| | ) | **Judge Sheryl H. Lipman** |
| | ) | |
| | ) | **Magistrate Judge Tu M. Pham** |
| | ) | |
| | ) | **Jury Demand** |
| **FLYWAY EXPRESS, LLC,** | ) | |
| **DHL EXPRESS (USA), INC., CLARKE** | ) | |
| **WHITE, JR., and** | ) | |
| **JOHN DOES 2-3,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS FLYWAY EXPRESS, LLC AND DHL EXPRESS (USA), INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DAVID STRAUSER, Ph.D.

Defendants Flyway Express, LLC ("Flyway") and DHL Express (USA), Inc., ("DHL") (collectively "Defendants"), by and through counsel, request this Court enter an order excluding David Strauser, PhD as an expert for the Plaintiff and preclude him from testifying at the trial of this matter on the basis that his report and deposition testimony fail to satisfy standards set forth in Federal Rule of Evidence 702. In support of their Motion, Defendants rely on their contemporaneously filed Memorandum of Law, W. David Strauser, PhD's Expert Report (Report of David Strauser, PhD, Docket Entry No. 30), the Deposition of David Strauser, Ph.D. (excerpts filed as Exhibit A to this Motion), the Deposition of Plaintiff Mary Warren (excerpts filed as Exhibit B to this Motion), and the entire record in this cause.

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Peter C. Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Caroline S. Montoya*
Caroline S. Montoya, BPR #41330
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
Phone: 901-525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on May 1, 2026, the foregoing document was served on the following counsel of record through the Court's electronic filing system:

Henry Reaves, III, Esq.
Carlos Moore, Esq.
Wesley T. Evans, Esq.
Reaves Law Firm
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
henry.reaves@beyourvoice.com
carlos.moore@beyourvoice.com
wesley.evans@beyourvoice.com

*Counsel for Plaintiff Mary Warren*

*/s/ Peter C. Robison*
Peter C. Robison

2