UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____

MARY L. WARREN,

          Plaintiff,

                         Case No.: 2:25-cv-02588-SHL-tmp
vs.                      Judge Sheryl H. Lipman
                         Magistrate Judge Tu M. Pham

FLYWAY EXPRESS, LLC,
DHL EXPRESS (USA), INC.,
CLARKE WHITE, JR., and
JOHN DOES 2-3,

          Defendants.
_____

CERTIFIED TRANSCRIPT

   VIDEOTAPED DEPOSITION VIA ZOOM VIDEOCONFERENCE OF
                DAVID STRAUSER, PH.D.
_____

     BE IT REMEMBERED that the videotaped deposition
via Zoom videoconference of David Strauser, Ph.D.
came to be heard in the above-styled and -numbered
cause at approximately 9:01 a.m. on April 2, 2026,
when the following proceedings were had, to wit:

_____



             KRISTIE HAMBRICK, LCR, CCR
                RIVERSIDE REPORTING
                  (901)527-1100

Q    You said you attempted to.  Was there information that you were not able to obtain from her?

A    The evaluation ended, because she no longer wanted to participate and became quite hostile.  And there was some information, I believe, regarding her work history that I needed to get from Mr. Reaves' office or substantiate it with Mr. Reaves' office.  So it was a rather unique interview, in my opinion, over my years of experience doing this.

Q    I have had the pleasure of taking Ms. Warren's deposition and have met her and got to know her a little bit, and so I understand.  How long was the phone call that you had with Ms. Warren?

A    I believe it went about, approximately, 30 minutes.

Q    What information were you still seeking or needing to complete your report when the phone call was -- was ended by Ms. Warren?

A    So I believe I got every piece of information that I needed in the interview, but I wanted to substantiate it with records that Mr. Reaves might have, like did, in their intake

31

A    Yes, I'm going to, primarily, look for restriction reports, functional capacity evaluations.  Documents are going to give me information about how the individual may function post -- post-issue.

Q    Are you aware of any medical records that you reviewed that related to care, treatment or the condition of Ms. Warren before the date of the collision that is the issue in this case?

A    I did not receive or review anything prior to the date of injury that is being dealt with here.

Q    And the date of injury that I think we all agree on, as I understand it, is May 20th of 2024. Is that your understanding as well?

A    That's my understanding, yes.

Q    Your report is, obviously, dated January 30th of 2026, this year that we're in right now.  Just to confirm, you didn't review any deposition transcripts prior to issuing your opinion or your report; is that accurate?

A    Yes.  That's correct.

Q    Did you review any crash reports or police reports from the collision at issue?

A    I don't believe so, no.

36

Q    For any of these positions or employments in the Table 1 Work History in your report, did you ask Ms. Warren the reason for her departure or the ending of that job?

A    I did ask her why she left positions, and I don't believe I necessarily got very clear answers to that, but that she had a work history that was intermittent.  And I think that my opinion speaks for itself.

Q    Do you know why Ms. Warren left her job as a CNA at Gosnell Health Care?

A    I don't know the exact reason why she left Gosnell.  I think, again, her license expired; but I don't know the exact reason why she left Gosnell.

Q    Do you have any awareness, or did she mention to you that she quit that job after she suffered a foot injury at home unrelated to work?

A    No, I was not aware of that.  No.

Q    There is a gap of some kind in between that job we just spoke about, Gosnell Health Care and the next job in the table, Jordan Kwik Stop.  Do you see that gap?

A    Yes.

Q    Had you asked Ms. Warren about any

37

employment she had in that time period?

A    Yes.  By asking her, can you give me the work history?  I believe, my understanding is she worked as a CNA again until 2019.  And then, intermittent connection in the labor market from that period of time, did a variety of these types of jobs.  These types of jobs being like cashier, stocker, working at McDonald's.  So entry level, unskilled positions in the labor market.

Q    The position that you have listed next at Jordan's Kwik Stop paid $11.50 an hour; is that correct?

A    Yes.

Q    And that is a dollar an hour higher than the work that Ms. Warren was doing at Gosnell Health Care, which you have listed as $10.50 an hour; is that a correct statement?

A    Yes.

Q    I want to ask you about a number of jobs or employers to find out whether you have any knowledge or information about that portion of Ms. Warren's work history.  I don't want to ask you about something that's not in your knowledge, and so just let me know if it's something that you are

38

aware of.  After Gosnell Health Care, are you aware of Ms. Warren working for an organization in West Memphis called Points of Light, which now may be known as The Haven?

A    No, I'm not.

Q    I take it then that you wouldn't know about her job duties there or in what capacity she was working?

A    No.

Q    Similarly, you wouldn't know the dates of employment or the reason that she left?

A    No.

Q    Okay.  Did Ms. Warren mention to you, at any point, that she had to leave jobs because of some sort of family issue that she preferred not to discuss?

A    She never informed me of that's a reason why she left a job, but that was something that came up in my interview with her.  There were certain issues, family issues that she did not want to discuss.

Q    In your experience doing the vocational work that you do, can it be the case that issues related to family will sometimes result in

40

A     No, she never informed me of that; but that would not be necessarily surprising to me.

Q     And why is that?

A     Well, I think she has interpersonal issues that are impacting her ability to work pre- and post-injury.

Q     Are you aware of Ms. Warren having worked at locations of Pilot Travel Center?

A     No.

Q     What about Love's Travel Center, any knowledge about that in her work history?

A     No.  No.

Q     Are you aware of Ms. Warren having worked for a home -- in-home health care company?

A     No.

Q     Are you aware of Ms. Warren having done work through various temp agencies?

A     No.

Q     Are you aware of Ms. Warren having done work in a facility that packed and shipped boxes or products?

A     No.

Q     Are you aware of Ms. Warren having worked at a hotel doing housekeeping and similar services?

41

A     No.

Q     Are you aware of Ms. Warren having worked at a manufacturing facility that manufactured products such as brooms or similar tools?

A     No.

Q     Are you aware of Ms. Warren having worked at a food production facility and making pies?

A     No.

Q     Are you aware of Ms. Warren having been a delivery driver for Domino's Pizza?

A     No.

Q     Did you ask Ms. Warren questions that -- about her history that sought information about her work history in the years between 2016 and 2022?

A     Yes.

Q     Did she tell you that she didn't have any work history in that time period?  Help me understand that.  I'm not trying to put words in your mouth.  Help me understand that, that gap as it appears in -- in the Table 1.

A     In my conversation with Ms. Warren, getting information from her regarding her work history, given the tenor of the conversation with her was hectic, kind of scattered.  So I believe I

44

Q    Do you know why that job ended?

A    I do not, no.

Q    Do you know if it was another instance of interpersonal conflicts between her and her supervisor?

MR. MOORE:  Object to the form of the question.  He stated he doesn't know.

MR. ROBISON:  You can answer.

THE WITNESS:  I'm unaware of why that job ended.

BY MR. ROBISON:

Q    You have listed on here Harris Health Care.  Let me ask you this.  Do you have any knowledge of previous names that Harris Health Care has operated under in the past?

A    I do not, no.

Q    Do you know if Harris Health Care might have acquired or been a different name from Gosnell Health Care?

A    I'm unaware of the affiliation of Harris Health Care with prior health care facilities that they may have acquired.

Q    You have two employers, as you've listed them, in Table 1 at the end that I want to ask you

45

about that are a little different than a typical situation, if I can put it generally.  You've got DoorDash and Lyft listed.  I assume, that you're familiar with DoorDashing or the work that people do for what I've heard called gig economy jobs that might include Lyft, Uber, DoorDash, Grubhub, any number of these internet companies.  Are you familiar with that series of industries?

A    Yes.

Q    Now, you've got DoorDash listed here.  And in Table 1, it says that the duration is not recalled, and it ended prior to incident.  Do you see that?

A    Yes.

Q    Is that information provided to you by Ms. Warren?

A    Yes.

Q    Did you obtain any information from Ms. Warren about payment that she received from DoorDash?

A    No.

Q    Did she give you any estimates as to how frequently she did DoorDashing or how often she made deliveries for DoorDash.

46

A    No, she did not.

Q    Do you have any understanding of Ms. Warren having been DoorDashing at the time the collision occurred on May 20th of 2024?

A    I'm not -- I can't speak to that.  I don't have any knowledge of what she was doing in terms of this time that she was injured.  That's not really relevant to me or my work.

Q    Well, I ask because you indicate that the DoorDashing stint ended prior to the incident.  If she was actively doing DoorDashing at the time of the incident, that would not be a true statement; is that fair?

A    Well, it would be, yes, inconsistent.  Yes.

Q    Inconsistent.  But obviously, your report is based on information that she provides to you; is that generally true?

A    Yes.

Q    Okay.

A    Well, let me clar -- if I can clarify.  I mean, I think this is a case here where we're looking at somebody who has a very entry-level manual labor type position.  And I think when we're

82

CERTIFICATE OF OATH

STATE OF TENNESSEE
COUNTY OF SHELBY

I, the undersigned authority, certify that David Strauser, M.D. personally appeared before me and was duly sworn.

WITNESS my hand this 27th day of April, 2026.

_____
KRISTIE HAMBRICK
LCR #052
STATE OF TENNESSEE