IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____

MARY L. WARREN,
          Plaintiff,

VS.                         NO.  2:25-cv-02588-SHL-tmp

FLYWAY EXPRESS, LLC,
DHL EXPRESS (USA), INC.
and JOHN DOES 1-3,
          Defendants.

_____

**THE DEPOSITION OF MARY L. WARREN**

**March 16, 2026**

LISA C. VAUGHN, RPR, LCR(TN)
RIVERSIDE REPORTING SERVICE
(901) 527-1100
lcv.riverside@gmail.com

record.

If there's an objection, as long as you're not -- instructed by your lawyer not to answer, it's something that we're going to tidy up in the record later.

A    That's fine.

Q    And sometimes it's for things like that when I misspeak.  It's to fix a mistake that I made.

And other times it's just a dispute about how questions are formed that we can tidy up later.

That corrected me, which I appreciate.

A    Yeah.  I understand how it goes --

Q    So you were --

A    -- in a court setting.

Q    You were dispensing the medications to the patients?

A    I was, yes.

Q    Okay.

I appreciate the clarification.

A    Yeah.  The prescribing was the actual doctor-doctor.

Q    Yes.

A    Yeah.

Q    What other roles or job duties did you have

at Points of Light?

A    I dispensed the medication.  I made sure that they did their day chores, their activities.  I monitored them while they were eating, stuff like that.

Q    So did the patients have some responsibilities themselves, day chores?

A    They did.

Q    Okay.

And were you sort of supervising them?

A    Yes.

Q    Okay.

And I'm not trying to suggest how it was.  I just want to understand what you were doing.  Okay.

So you were --

A    Monitoring and supervising is still kind of the same thing.

Q    You mentioned that you moved to Indianapolis in June of 2017.

A    Uh-huh.

Q    Did you work at Points of Light up until that point?

A    I did.

Q    And I understood that you left Indianapolis in November of 2017?

A    No, I was not working from the time of November to January until I started working at Love's.

Q    Okay.

I don't want to assume things.  So sometimes I ask what might be an obvious question.

You mentioned that you had come back to take care of your mother.  I assume you were taking care of your mother during some of that time period?

A    Well, I had to help her out because of, like I said, personal issues.  Things was going on with my daughter, and I had to come back.  So -- and I don't want to get into that.

Q    And I don't really need to get into that. I'm just looking --

A    Okay.

Q    -- at the timeline.

You had other things you were taking care of with your family and other things.  So --

A    Yes.

Q    -- in terms of your work history, we pick up

Toyota, GMC, maybe some Chevy parts.

Q    And what were your job duties at DENSO?

A    We was putting something in a box.  I don't even remember what it was, but it was something about that (indicating) long, about that (indicating) flat.  I don't -- I don't remember.

It was some kind of air unit part for -- for a vehicle to make the air work in the cars and trucks.

Q    And did your job responsibilities -- was it packing it, like, to ship it?

A    Yes.

Q    Okay.

And if I'm wrong, tell me.  But you were putting them in the boxes to ship out?

A    I was.

Q    Okay.

Did you start working at that job in 2020 also?

A    I did.

But, unfortunately, I didn't last a good 48 hours at that job.

Q    Oh, okay.

What ended up happening?

A    The supervisor -- well, she -- the lady that was my supervisor, we were apparently enemies.  I didn't know that we were enemies.

But she made a comment, and I went to HR about the comment and everything, and they -- I felt like they didn't want to do anything.

And I'm like, if that would have been anybody else, she would have got hit in her mouth.  And they said I threatened her.

But I went to HR.  She didn't even know I made a comment like that.

And I didn't threaten anybody.  I just made a statement; like if that would have been anybody else -- but I'm coming to y'all; can y'all move me off of this line, move me somewhere else; I'm willing to work hard somewhere else, you know, I just need to get away from her.

Like, it was creating a problem.  So...

Q    Is she somebody that you knew from before?

A    Yeah.  I've been --

Q    Okay.

A    -- knowing her for years.

Q    And the company basically took her side?

A    They didn't even take her side.  They just

generally like a part-time level of --

A    No, it was full-time.

Q    Full-time.

And then -- when did you start working at the Days Inn?

A    It was in August.

Q    Okay.

A    Like, the middle of August.

Q    And how long did you work there?

A    Two months.

Q    And what led you to leave the Days Inn?

A    Discrimination.

Q    What -- what happened?

A    Well, I wouldn't just say discrimination.  I would say more favoritism than discrimination.

The lady that I was working under, the supervisor or whatever she was, she was assigning less rooms to all of the workers that's been there for a while.

And at -- at first -- when I first started working there, it was an equal amount.  Everybody was getting an equal amount of rooms.

But I'll say about after a month I started noticing I was starting to get more and more

rooms.  And everybody had less rooms, and they didn't want to help me.  So I started making an issue about it.

And I'd say, like, within the second month, I started noticing I had, like, over 20-something rooms when everybody else had six to eight rooms.

And they've gone home by at least, you know, 12:00 or 1:00, and I'm stuck there till 8:00.

So that was a problem with that, because why am I there so late, why am I not done.

Like, look at all these rooms y'all are giving me with no help.  Nobody wanted to help.

So after that took place -- it kept going on, and -- let me see.  Let me get it right.  Because I had a lot going on there.

And then I had my -- my now ex, you know, he passed away.  I was going through that and still working.

And I was also working at the nursing home in Osceola, which is now called Harris Healthcare.

I was trying to become a CNA, but -- I'm going to get to that in a minute.

My supervisor worked there as well on second shift, and I was there on second shift with her.

So pretty much I dealt with her from the time that -- like, 9:00 a.m. at the one job, and then the other job -- she was working there.  Like --

Q    Okay.

A    Yeah.

So they didn't want to be fair on the room situation, like, dividing them out.  So one of the coworkers -- I ended up getting into it with her, because she was talking to me like she was my supervisor.  And, no -- I was like, you're not fixing to do that.  And I said what I said and walked off.

And so after that I had, like, over 20-something rooms.  Everybody else was gone. They don't want to help.

So I got to, like, maybe 5:00 p.m. and I'm like, I'm tired, I'm done.  I quit.

And I turned my keys in.  And I left the whole back side of the hotel undid, because I had already did one side.  Y'all are already complaining about the time that I'm leaving, what do y'all expect me to do, you know.

And I'm not fixing to not -- just half clean. I'm not fixing to half clean, and I'm not going to

clean it all to make it look like I -- I don't do that. So yeah.

And the supervisor ended up texting me cussing me out, calling me all kinds of names. And I -- I tried to be professional with her at first, but then I'm like, look, F you and the hotel, and I blocked her.

So -- I was still working at the nursing home. I was trying to become a Certified, you know, Nursing Assistant.

They lied and told me that they was going to help me, you know, get back in the training to get certified again, because I was still in the timeframe before it expired. I was still in that timeframe to where I could just, you know, take my State test and, boom, I'm certified again. I just had to work a certain amount of hours, which I think was, like, eight to twelve, which it was more than that.

But they just had me there because the State was in the building and they needed, you know, a certain amount of people on their roster so they wouldn't get shut down.

So after that took place, they let me go at

A     No.

Q     Do you know whether -- any of the positions you had in that time period, were they full-time? Were they part-time?

A     Every job I ever had was full-time.

Q     Okay.

A     I know I worked at the temp service here in Memphis called LSI.  I worked there.  That was around 2021.

So I can't remember anything from September of 2020 until, like, I'm just going to say January of 2021.  Plumb on up into there, it's like I don't remember -- in that little timeframe I don't remember where I was working.

Q     Do you have any memory of the assignments you might have had through LSI?

A     Yeah.  The one -- I was working at Patterson Warehouse.  That's here in Memphis.

Q     And what sort of job was it?

A     We assembled brooms and different little things for, like, Dollar General, Dollar Tree, little dollar stuff.

Q     Do you recall what you were making through LSI?

A    It was $10 -- no.  It was 8.50 or $9 an hour.
Yeah.

Q    And what -- how was it that that assignment
ended?

A    My car broke down.

Q    Were you not able to make it to work after
that?

A    No.

Q    Okay.

A    And then it wasn't enough anyway.  It wasn't
enough pay to be -- keep going back and forth.
That was just pretty much gas money.

Q    What's the drive time from where you were
living in Osceola to Memphis?

A    Actually from -- from where I was living at
the time to the actual plant, it was, like, an
hour and 20 minutes.

Q    Okay.

Were you -- where were you living at the
time?

A    Osceola.

Q    Okay.

I just didn't --

A    Yeah.

A    Okay.

Q    What did you end up doing at McDonald's?

A    I was a drive-through crew member, which just involves taking orders at the drive-through.

Sometimes I worked in the presentation window.  Sometimes I did the lobby -- cashiering in the lobby, things like that.

Q    And it looks like you made $13 an hour there?

A    I did.

Q    What shift would that have been?

A    It was from 5:00 p.m. to close.

And close there was, like, 11:00 p.m.

Q    And, then, what led to your stopping working at McDonald's in February of '24?

A    They took me -- they took me off the schedule -- I know this is going to seem bad, but they took me off the schedule -- well, one of the managers took me off the schedule because of -- a gentleman that I was briefly dating worked there as well, and she used to date him, and we all ended up working there together.  So, yeah.

Q    That's a little awkward.

A    My job was good.

I mean, you know, we -- we're still friends

                        C E R T I F I C A T E


        STATE OF TENNESSEE:

        COUNTY OF SHELBY:

        I, LISA C. VAUGHN, Registered Professional Reporter, and Notary Public for the State of Tennessee at Large, do hereby certify that I reported in machine shorthand the above-captioned proceedings.

        I HEREBY CERTIFY that the foregoing pages contain a full, true, and correct transcript of my said Stenotype notes then and there taken.

        I FURTHER CERTIFY that I am not an attorney or counsel of any of the parties, nor a relative employee or of any of the parties, nor am I a relative or employee of any attorney or counsel connected with the action, nor am I financially interested in the action.

        I FURTHER CERTIFY that in order for this document to be authentic and genuine, it must bear my original signature and my embossed notarial seal and that any reproduction in whole or in part of this document is not allowed or condoned and that such reproductions should be deemed a forgery.

        THEREFORE, witness my hand and my official seal in the State of Tennessee on March 23, 2026.


                        _____
                        LISA C. VAUGHN, RPR, LCR
                        LCR #048 - Expires June 30, 2026
                        Notary Public at Large