# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **MARY L. WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:25-cv-02588-SHL-tmp** |
| **v.** | ) | |
| | ) | **Judge Sheryl H. Lipman** |
| | ) | |
| | ) | **Magistrate Judge Tu M. Pham** |
| | ) | |
| | ) | **Jury Demand** |
| **FLYWAY EXPRESS, LLC,** | ) | |
| **DHL EXPRESS (USA), INC., CLARKE** | ) | |
| **WHITE, JR., and** | ) | |
| **JOHN DOES 2-3,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING CORRECTED EXHIBIT B TO DEFENDANTS FLYWAY EXPRESS, LLC AND DHL EXPRESS (USA), INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PUNITIVE DAMAGES

Defendants Flyway Express, LLC ("Flyway") and DHL Express (USA), Inc., ("DHL") (collectively "Defendants"), by and through counsel, hereby give notice of filing a corrected Exhibit B, Excerpts from the Deposition of Steve Kriese, to their Motion for Summary Judgment as to Punitive Damages (Docket Entry No. 82). The corrected exhibit contains the correct pages cited in their Memorandum of Law (Docket Entry No. 83) and should replace the erroneous pages contained in the former Exhibit B (Docket Entry No. 82-2).

Respectfully submitted:

**LEWIS THOMASON, P.C.**

*/s/ Peter C. Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Caroline S. Montoya*
Caroline S. Montoya, BPR #41330
40 S. Main Street, Suite 2900
Memphis, Tennessee 38103
Phone: 901-525-8721
cmontoya@lewisthomason.com

*Counsel for Defendants DHL Express (USA), Inc. and Flyway Express, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on May 4, 2026, the foregoing document was served on the following counsel of record through the Court's electronic filing system:

Henry Reaves, III, Esq.
Carlos Moore, Esq.
Wesley T. Evans, Esq.
Reaves Law Firm
2650 Thousand Oaks Blvd., Suite 3100
Memphis, Tennessee 38118
henry.reaves@beyourvoice.com
carlos.moore@beyourvoice.com
wesley.evans@beyourvoice.com

*Counsel for Plaintiff Mary Warren*

*/s/ Peter C. Robison*
Peter C. Robison