UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
JUDGE SHERYL H. LIPMAN
MAGISTRATE JUDGE TU M. PHAM


MARY L. WARREN,
    Plaintiff,

vs.                          CASE NO.: 2:25-CV-02588-SHL-TMP

FLYWAY EXPRESS, LLC,
DHL EXPRESS (USA), INC.,
AND JOHN DOES 1-3,
    Defendants.


DEPOSITION OF
STEVE KRIESE ON BEHALF OF FLYWAY EXPRESS, LLC

MARCH 18, 2026
10:00 a.m. (CT)

In-person Proceeding
Lewis Thomason, P.C.
One Commerce Square
40 South Main Street
Suite 2900
Memphis, Tennessee 38103

Hailey Smith, 1146

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

services.

Q.    You stated you're a final-mile?

A.    Final-mile delivery.

Q.    Okay.  What does that mean?

A.    We actually take -- with the final mile of delivery, we take it from a terminal of DHL and we deliver it to the final destination, whether a business or residence.

Q.    And is it limited to just a one-mile radius or is that just a title?

A.    No, sir.  It's a term.

Q.    Just a term.  So what's your general -- from the DHL terminal to the -- to this location where you deliver or pick up packages, is there a general radius? It could be anywhere in Shelby County or anywhere in Tennessee or --

A.    It could be in eastern Arkansas.  It could be in West Tennessee.  It could be in Memphis proper, Collierville, Germantown, et cetera.  From this particular terminal in Memphis, we service probably about 150-mile radius as the crow flies.

Q.    Anything in northern Mississippi?

A.    Yes.

Q.    So it's a tri-state area?

A.    Yes.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

that freight arrives from the airport.  And then, the vehicles are loaded from there, and they get on the route to park.

Q.    All right.  And that -- do I understand correctly that while your vehicles -- your fleet of vehicles may be labeled as DHL vans, they are actually owned by Flyway Express?

A.    That is correct.

Q.    You have some kind of contractual agreement or license through DHL to use their name?

A.    That's correct.  We have a Schedule A and we have a cartage agreement with DHL.

Q.    Okay.  On the a.m. shift in Memphis, how many drivers do you have on usually at one time between 8:00 and 6:00?

A.    Now or at the time of this?

Q.    At the time in May of 2024.

A.    18, 19.

Q.    And what about on the p.m. shift?

A.    I would've included those guys in there.  That -- they make up about drivers, about five of us.

Q.    You produced a list of names of drivers for May 20th, 2024.  Did that encompass both shifts?

A.    Yes, sir.

Q.    The a.m. and the p.m. shift?  Okay.  You

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

BY MR. MOORE:

Q. What about Brian?

A. Brian? Yes.

Q. Okay. So the president, the two vice presidents, and some of the managers or all of the managers?

A. Most all of them would have -- would have knowledge how to operate that system.

Q. Okay. What about the drivers?

A. No.

Q. They would not. Okay. When did you change over the system?

A. Samsara was recently. We did try Lytx in another area, not Memphis. And we -- we since converged all into Samsara.

Q. How long does the data that's captured on these tracking devices, like Teletrac, how long is that data available?

A. That I don't know. They were horrible. That's one of the reasons we -- we quit them. Half the time, they weren't reporting. We get a blank screen and just list nothing. No speeds or anything of that nature. And then of course, we got in some disputes about, you know, the operation of it, and so, therefore, we just -- we -- we fired them basically.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Q.   For the information that was captured, do you still have access to that information?

A.   If it was captured --

MR. ROBISON:  Object to form.  You can answer.

THE WITNESS:  If it was captured, sure.

BY MR. MOORE:

Q.   And was that online or was it on a disc or a --

A.   Online.

Q.   Did you make any kind of search to see if there was any data captured on or about May 20th, 2024, from any of the trackers?

A.   Yes.

Q.   And what was revealed during your search?

A.   There were various vehicles that we did find. The Memphis reporting system was not there.  I found some various in Jackson, Mississippi, some in Baton Rouge, Louisiana.  But for the Memphis portion of it, they had stopped reporting on that particular system. And some of these vehicles didn't have the system in them so...

Q.   So you're telling me that not one vehicle had a working tracking system on May 20, 2024, if it was assigned to Memphis?

A.   I think Jackson, Tennessee, and Memphis. There

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

A.    Samsara, all one word.

Q.    Okay.  And it's doing what it should do?

A.    Absolutely.

Q.    And you're certain you didn't go to Samsara prior to May 20th, 2024?

A.    I'm sorry?

Q.    You're certain that you were not using Samsara in May 2024?

A.    No.  We just started Samsara about a month ago.

Q.    So sometime in 2026?

A.    Yes.

Q.    Did you have anything in between Teletrac and Samsara?

A.    We had Lytx, but not in this location.

Q.    These list of vehicles that's depicted in Exhibit 2, are these owned by Flyway Express, leased, rented or both?

A.    Both.  Owned and -- owned and leased.

Q.    Okay.  On May 20th of 2024, which employee was assigned to the vehicle having a DX number of DX18292?

A.    DX what again?

Q.    DX18292?

A.    I would not know.

Q.    On May 20th of 2024, which employee was

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

assigned to a vehicle bearing a DX number of 21403?

A.   I have no idea.

Q.   Would that be your answer for each of the DX numbered vehicles listed in Exhibit 2?

MR. ROBISON:  You can answer.

THE WITNESS:  Yes.  Except for maybe one.

BY MR. MOORE:

Q.   Which one?  Would you know?  Would you know them?

A.   21794.  I believe it's the number.

Q.   Okay.  And who was assigned to that vehicle?

A.   Clarke White.

Q.   And how do you know this?

A.   Through discovery, going through the e-mails, et cetera, during this process of being served the papers, et cetera, and being alerted by DHL through some e-mails.  And we connected some dots and had a driver assigned to this particular vehicle because that vehicle was -- had damage on it and they quit that day.

Q.   Okay.  And what day did they quit?

A.   The date of the accident.

Q.   May 20th of 2024?

A.   That's correct.

Q.   Okay.  And how did they turn in the notice of -- was it a resignation notice or --

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

A.   Not to my knowledge.

Q.   Did the debriefer catch it just by looking at the vehicle?

A.   That, I don't know.

Q.   Okay.  Do you know who was the debriefer assigned to work on May 20th, 2024?

A.   No, sir.  I do not.

Q.   Who would have that information?  Would Mike Vaughn know that information?

A.   Mikos Vaughn, yes.

Q.   Mikos Vaughn?

A.   Uh-huh.

Q.   Okay.  You identified 30 employees that were operating vehicles on May 20th, 2024.  Let me go start with Nickita Gardner.  Do you know which vehicle Nickita Gardner was operating on May 20th, 2024?

A.   No, sir.

Q.   James Jordan (phonetic)?

A.   No, sir.

Q.   Gary Sandridge?

A.   No, sir.

Q.   Felicia Abron?

A.   No, sir.

Q.   Adam Goodman?

A.   No, sir.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Q.   Tavarius Turner?

A.   No, sir.

Q.   Clarke White?

A.   Yes, sir.

Q.   Sonya Macklin?

A.   No, sir.

Q.   Daniel Herron?

A.   No, sir.

Q.   Melissa Perry (phonetic)?

A.   No, sir.

Q.   Lakendrick James?

A.   No, sir.

Q.   Andre Gamble?

A.   No, sir.

Q.   Charles Dortch?

A.   No, sir.

Q.   Vernisha Harvey?

A.   No, sir.

Q.   Danuel Abron?

A.   No, sir.

Q.   Jessica Thompson?

A.   No, sir.

Q.   Marlin Townsel?

A.   No, sir.

Q.   Shatara Grant?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

A.   No, sir.

Q.   Malik Samson (phonetic)?

A.   No, sir.

Q.   Darius Johnson (phonetic)?

A.   No, sir.

Q.   Everick Burnett?

A.   No, sir.

Q.   Burnett -- Ranicka Anderson?

A.   No, sir.

Q.   Apple Edwards?

A.   No, sir.

Q.   Marcus Flowers (phonetic)?

A.   No, sir.

Q.   Reginald Haywood?

A.   No, sir.

Q.   Tracy Nash?

A.   No, sir.

Q.   Toby Simmons?

A.   No, sir.

Q.   Billy Vaughn?

A.   No, sir.

Q.   Octavious Wilkins?

A.   No, sir.

Q.   Marcus Poindexter?

A.   No, sir.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219


TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Q.    Let's move into area of inquiry in Topic 6: "Vehicle Location Data."  I want to know the location, speed, and movement of vehicles identified in Topic 1 between 6:51 p.m. and 7:11 p.m.  UTC on May 20 of 2024, including any telematics or GPS data reflecting vehicle position.  Can you give me that information?

A.    For a particular vehicle?

Q.    Yes.

A.    Which vehicle is that?

Q.    For a vehicle having the DX number 21794.

A.    Okay.  That -- that vehicle did not have a unit in it.

Q.    How do you know that?

A.    The only reason I know that is we produced some pictures and that -- that are -- that were available during the -- when we discovered a damage on the -- on the vehicle, we took a picture of it, and there is not a camera in the window.  And I -- I actually went back and looked on data to try to pull to see if that unit was even reporting and then I couldn't find anything.

Q.    When did you go back and look?

A.    When was that?  During our discovery through this process.  It was been, you know, a month ago.  And a week, two, three weeks ago -- three, four weeks ago.

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Maybe -- may look simple, you know, two.  I don't know. I can't remember exactly.

Q.   Do you know if anyone within the company looked closer in time to the incident, May 20th, 2024?

A.   Yes.  Yeah.  We did look then as well to see if we had any kind of -- once we connected the dots and learned about this, I think we first got a notice of this somewhere like the 29th that was reported an accident.

MR. ROBISON:  And I'll instruct the witness for communications that were covered under Rule 408. I'll instruct the witness not to discuss settlement negotiations.  But talk about the information that you -- is in your knowledge, that's fine.

THE WITNESS:  Yeah.  I mean we would have tried -- we tried to look to see if there was any data on that vehicle shortly thereafter and we -- there was none.

BY MR. MOORE:

Q.   What about any other vehicles that you looked to see if there was any data on the other 20-some odd vehicles that was in the Memphis area on that day?

A.   Again, that date, I couldn't pull any Memphis data up.

Q.   And was that because of an operator error or

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

MR. ROBISON:  Object to form.

BY MR. MOORE:

Q.   Is that correct?

MR. ROBISON:  You can answer if you can.

THE WITNESS:  Yes, sir.  He should have called.

BY MR. MOORE:

Q.   Why do you have that in place for them to call immediately and then have somebody go out to the scene?

A.   We always need to have the authorities involved whether, you know, to -- to document what happened, so forth and so on.  And then we need to know, you know, our managers need to know immediately. If we need to replace the driver on the route or, you know, get one another vehicle, whatever that may be like.

Q.   Did your accident reveal at any time that Clarke White, Jr., or someone driving the DHL van had been going approximately 100 miles per hours racing another DHL van?

A.   No, sir.

MR. ROBISON:  Object to form.  Answer if you can.

THE WITNESS:  No.

BY MR. MOORE:

Q.   How does that make you feel knowing that allegedly your drivers were going 100 miles per hour?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

MR. ROBISON:  Object to form.

BY MR. MOORE:

Q.   Driving those vans?

MR. ROBISON:  Same objection.

BY MR. MOORE:

Q.   Racing?

MR. ROBISON:  Same objection.

THE WITNESS:  They would've been terminated for that.  I mean, that's obviously against company protocol.

BY MR. MOORE:

Q.   That would put a lot of lives at risk unnecessarily, wouldn't it?

MR. ROBISON:  Same objection.

THE WITNESS:  If a driver does that that's -- that's risky.

BY MR. MOORE:

Q.   Are the drivers given any, kind of, psychological testing before they're given the keys to the vans?

A.   No, sir.

Q.   Are they given any, kind of, maturity tests?

A.   What type of tests?

Q.   Maturity to see if they're mature enough to handle the responsibility of driving a van?

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

A.   No, sir.  We don't hire drivers unless they're 25 years or older, so we think by then they aren't touring off.

**Q.   But you do know just maturity doesn't necessarily come along with age?**

MR. ROBISON:  Object to form.

BY MR. MOORE:

**Q.   You know that?**

A.   Yes, sir.

MR. ROBISON:  Same objection.

BY MR. MOORE:

**Q.   So what kind of test was done to make sure this man was mature enough to handle the responsibility before he was given the keys?**

MR. ROBISON:  Same objection.  Answer if you can.

THE WITNESS:  Before anybody's hired, we do a background check on them.  We do a -- a CNET check, which is a group that DHL uses out of Texas.  It runs all their background, their drivers, their NVRs and then we put them through a safety course.  And then they check ride with either a lead driver or a supervisor prior to them going on a route.  So they're -- they're vetted pretty hard.

BY MR. MOORE:

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Q.   How does this make you feel as the president of the company knowing that somebody that was so negligent -- or grossly negligent could still be on your payroll?

MR. ROBISON:  Object to form.  Both the presumption that the person exists and the characterization of the negligence and the assessment that that includes.  If you want to rephrase it, I won't -- I can withdraw the objection.

BY MR. MOORE:

Q.   You have allegations by my client, Mary Warren, that two DHL employees or two drivers of vehicles, of DHL vehicles, were racing, and we know that three people got injured.  What investigation has been done to come up with the name or names of the individuals involved that may have been employed by Flywood -- excuse me, Flyway Express, LLC?

MR. ROBISON:  Asked and answered.  If you can answer, go ahead again.

THE WITNESS:  If we had any knowledge of anyone racing, they would be terminated, period.

BY MR. MOORE:

Q.   But at this point, you have allegations.  Do you have any reason to believe that three citizens of

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

CERTIFICATE OF REPORTER

STATE OF TENNESSEE

I do hereby certify that the witness in the foregoing

transcript was taken on the date, and at the time and

place set out on the Stipulation page hereof, by me

after first being duly sworn to testify the truth, the

whole truth, and nothing but the truth; and that the

said matter was recorded digitally by me and then

reduced to typewritten form under my direction, and

constitutes a true record of the transcript as taken,

all to the best of my skill and ability.  I certify that

I am not a relative or employee of either counsel and

that I am in no way interested financially, directly or

indirectly, in this action.



HAILEY SMITH

CERTIFIED COURT REPORTER

LICENSE EXPIRATION DATE:  06/30/2026

SUBMITTED ON:  03/27/2026

Tristar Court Reporting
424 Church Street
Suite 2000
Nashville, TN 37219

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com