UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____

MARY L. WARREN,

     Plaintiff,

                Case No.: 2:25-cv-02588-SHL-tmp
vs.              Judge Sheryl H. Lipman
              Magistrate Judge Tu M. Pham

FLYWAY EXPRESS, LLC,
DHL EXPRESS (USA), INC.,
CLARKE WHITE, JR., and
JOHN DOES 2-3,

     Defendants.

**CERTIFIED TRANSCRIPT**

_____

VIDEOTAPED DEPOSITION VIA ZOOM VIDEOCONFERENCE OF
DAVID STRAUSER, PH.D.

_____

BE IT REMEMBERED that the videotaped deposition via Zoom videoconference of David Strauser, Ph.D. came to be heard in the above-styled and -numbered cause at approximately 9:01 a.m. on April 2, 2026, when the following proceedings were had, to wit:

_____

KRISTIE HAMBRICK, LCR, CCR
RIVERSIDE REPORTING
(901)527-1100

25

Q    You said you attempted to.  Was there information that you were not able to obtain from her?

A    The evaluation ended, because she no longer wanted to participate and became quite hostile.  And there was some information, I believe, regarding her work history that I needed to get from Mr. Reaves' office or substantiate it with Mr. Reaves' office.  So it was a rather unique interview, in my opinion, over my years of experience doing this.

Q    I have had the pleasure of taking Ms. Warren's deposition and have met her and got to know her a little bit, and so I understand.  How long was the phone call that you had with Ms. Warren?

A    I believe it went about, approximately, 30 minutes.

Q    What information were you still seeking or needing to complete your report when the phone call was -- was ended by Ms. Warren?

A    So I believe I got every piece of information that I needed in the interview, but I wanted to substantiate it with records that Mr. Reaves might have, like did, in their intake

A    Yes, I'm going to, primarily, look for restriction reports, functional capacity evaluations.  Documents are going to give me information about how the individual may function post -- post-issue.

Q    Are you aware of any medical records that you reviewed that related to care, treatment or the condition of Ms. Warren before the date of the collision that is the issue in this case?

A    I did not receive or review anything prior to the date of injury that is being dealt with here.

Q    And the date of injury that I think we all agree on, as I understand it, is May 20th of 2024. Is that your understanding as well?

A    That's my understanding, yes.

Q    Your report is, obviously, dated January 30th of 2026, this year that we're in right now.  Just to confirm, you didn't review any deposition transcripts prior to issuing your opinion or your report; is that accurate?

A    Yes.  That's correct.

Q    Did you review any crash reports or police reports from the collision at issue?

A    I don't believe so, no.

Q    For any of these positions or employments in the Table 1 Work History in your report, did you ask Ms. Warren the reason for her departure or the ending of that job?

A    I did ask her why she left positions, and I don't believe I necessarily got very clear answers to that, but that she had a work history that was intermittent.  And I think that my opinion speaks for itself.

Q    Do you know why Ms. Warren left her job as a CNA at Gosnell Health Care?

A    I don't know the exact reason why she left Gosnell.  I think, again, her license expired; but I don't know the exact reason why she left Gosnell.

Q    Do you have any awareness, or did she mention to you that she quit that job after she suffered a foot injury at home unrelated to work?

A    No, I was not aware of that.  No.

Q    There is a gap of some kind in between that job we just spoke about, Gosnell Health Care and the next job in the table, Jordan Kwik Stop.  Do you see that gap?

A    Yes.

Q    Had you asked Ms. Warren about any

38

aware of.  After Gosnell Health Care, are you aware of Ms. Warren working for an organization in West Memphis called Points of Light, which now may be known as The Haven?

A    No, I'm not.

Q    I take it then that you wouldn't know about her job duties there or in what capacity she was working?

A    No.

Q    Similarly, you wouldn't know the dates of employment or the reason that she left?

A    No.

Q    Okay.  Did Ms. Warren mention to you, at any point, that she had to leave jobs because of some sort of family issue that she preferred not to discuss?

A    She never informed me of that's a reason why she left a job, but that was something that came up in my interview with her.  There were certain issues, family issues that she did not want to discuss.

Q    In your experience doing the vocational work that you do, can it be the case that issues related to family will sometimes result in

A    No, she never informed me of that; but that would not be necessarily surprising to me.

Q    And why is that?

A    Well, I think she has interpersonal issues that are impacting her ability to work pre- and post-injury.

Q    Are you aware of Ms. Warren having worked at locations of Pilot Travel Center?

A    No.

Q    What about Love's Travel Center, any knowledge about that in her work history?

A    No.  No.

Q    Are you aware of Ms. Warren having worked for a home -- in-home health care company?

A    No.

Q    Are you aware of Ms. Warren having done work through various temp agencies?

A    No.

Q    Are you aware of Ms. Warren having done work in a facility that packed and shipped boxes or products?

A    No.

Q    Are you aware of Ms. Warren having worked at a hotel doing housekeeping and similar services?

A    No.

Q    Are you aware of Ms. Warren having worked at a manufacturing facility that manufactured products such as brooms or similar tools?

A    No.

Q    Are you aware of Ms. Warren having worked at a food production facility and making pies?

A    No.

Q    Are you aware of Ms. Warren having been a delivery driver for Domino's Pizza?

A    No.

Q    Did you ask Ms. Warren questions that -- about her history that sought information about her work history in the years between 2016 and 2022?

A    Yes.

Q    Did she tell you that she didn't have any work history in that time period?  Help me understand that.  I'm not trying to put words in your mouth.  Help me understand that, that gap as it appears in -- in the Table 1.

A    In my conversation with Ms. Warren, getting information from her regarding her work history, given the tenor of the conversation with her was hectic, kind of scattered.  So I believe I