IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

JUDGE SHERYL H. LIPMAN

MAGISTRATE JUDGE TU M. PHAM

MARY L. WARREN,

       Plaintiff,

vs.                 CASE NO.: 2:25-CV-02588-SHL-TMP

FLYWAY EXPRESS, LLC,

DHL EXPRESS (USA), INC. AND

JOHN DOES 1-3,

       Defendants.

DEPOSITION OF

KELLIE MCBRIDE

April 15, 2026

10:03 a.m. CT

Remote Proceeding

Chloe Fry, 1088

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 2:25-cv-02588-SHL-tmp Document 94-4 Filed 05/12/26 Page 2 of 3
The Deposition Of KEILEE MCBRIDE, taken on April 15, 2026
PageID 862

10..13

Page 10

A.   I keep track of training logs.

Q.   All right.  And prior to -- so you said you've been there at least five years.  So you would have started there in either 2020 or 202021 -- excuse me, 2020 or 2021.

A.   December of '20.

Q.   December of '20?  So would that have been doing Covid?

A.   Yes.  Right around that time, sir.

Q.   Okay.  All right.  And between 2014, when you received your college degree, your bachelor's degree, and 2020, December 2020, where did you work?

A.   I worked at MSK.

Q.   Where is that?

A.   And it's just initials.  That's here in Memphis, Tennessee.

Q.   Okay.

A.   And then I -- I worked at FedEx.

Q.   What did you do for MSK?

A.   Bill collecting, insurance.

Q.   Okay.  And what did you do for FedEx?

A.   Import package clearance.

Q.   Okay.  Are you familiar with the former employee of Flyway Express, LLC by the name of Clark White, Jr. (phonetic)?

Page 11

A.   To an extent.  Yes.

Q.   How are you familiar with that person or that name?

A.   During him being hired.

Q.   Okay.  Were you there for his onboarding process?

A.   Yes, but part of that was on computer, so it wasn't face-to-face.

Q.   Okay.  Do you know if you ever met him face-to-face?

A.   No.  I don't recall.

Q.   All right.  And do you know his date of hire?

A.   Yes.  He was around December of '21.

Q.   Okay.  So about a year after you came on?

A.   Yes.  Just about.  Yes.

Q.   All right.  And did you utilize a new hire checklist when dealing with Mr. Clark onboarding?

A.   Yes.

Q.   Okay.  All right.  And a document was produced by counsel for Flyway Express, and it's Bates dated -- it's Bates stamped Warren00075.  It's called -- entitled "A New Hire Checklist."  Have you seen that?

A.   Yes, sir.

Q.   All right.  And there were several things checked, but there was one thing conspicuously missing.

Page 12

There was no check mark by drug screen.  Can you tell me why there was no checkmark by drug screen?

MR. ROBISON:  Object to form.  You can answer.

THE WITNESS:  Of course.  Thank you.  That was something that was already implemented before I started.  I continued with it and I utilized it for documents that I was in charge of handling.  So that is why most or some of the boxes or check lines are not checked.  It was either something I didn't handle or the -- it wasn't something I directly was dealing with.  That's about all I can explain about that.

BY MR. MOORE:

Q.   All right.  And what is your married last name now?

A.   Gray.

Q.   Gray.

A.   G-R-A-Y.

Q.   All right.  Mrs. Gray, does that make good sense to you?

A.   Good sense to me about what?  I'm sorry.

Q.   The checklist is to make sure that everything is done correct.  The checklist.  Can you see this checklist?

A.   Yes.  I can see that.

Page 13

MR. ROBISON:  Object to form.  You can answer.

BY MR. MOORE:

Q.   Okay.  So if it's checked, it means it's been done.  If it's not checked, it means it's not been done, correct?

A.   But I didn't handle everything on that checklist --

Q.   So do you know if a drug screen was done --

A.   -- at that time.

Q.   For Mr. White?

A.   I'm sorry.  Can you repeat that?

Q.   Do you know if a drug screen was done for Mr. Clark White, Jr.?

A.   Did I physically see it?  No.  But I'm not the one that would send the person to have their drug screens.  That would come from the facility.

Q.   In your position as a human resources representative for the company, have you -- to this date, have you seen the results of a drug screen for Clark White, Jr. in relation to his employment with Flyway Express, LLC?

A.   No, sir.

Q.   Sitting here under oath today, you cannot state that it was done, can you?

A.   No.  I can't, but I know that it was our

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Page 22

Q. -- evolve to you?

A. Well, with the -- our current location, I'm talking about the Memphis where Mr. White was at, the change of the facilities that we used. So now it's -- it's more streamlined and it's not different locations, things to that effect.

Q. Have you ever heard the term "well-oiled machine"?

A. Yes.

Q. Do you think that would be a term befitting of Flyway Express or not?

MR. ROBISON: Object to form. Answer if you can.

THE WITNESS: I think -- I think they are, for the most part. There's a lot of moving parts within Flyway Express and the business.

BY MR. MOORE:

Q. Yeah. I heard you say "for the most part," but there are a few things that could be improved?

A. I'm not --

MR. ROBISON: Object to form.

THE WITNESS: Sorry. I'm not in all the location, and I'm not at the facilities with the employees. I have been there, but most of the time, very, very rarely. So as far as how that is all

Page 23

functioning, I -- I can't say.

BY MR. MOORE:

Q. All right. But you can't say that in the HR world in which you reside with the company, there have been new mechanisms put in place to have one person onboarding and responsible for the checklist of each employee versus having multiple people?

A. Yes, sir.

Q. And you think that's been better?

A. Yes.

Q. Okay. When did you first become aware, if ever, about Clark White pending termination from the company?

A. There was an e-mail sent out.

Q. And who did that e-mail come from?

A. I believe it was from Brian Cox.

Q. Okay. And did you -- was it to you and other people?

A. Yes, sir.

Q. All right. And do you recall the gist of that e-mail?

A. Yes. That something had happened with the van that he was driving --

Q. Okay.

A. -- and it was not reported.

Page 24

Q. All right. And so, what did Brian ask you to do?

A. He didn't ask me to do anything.

Q. All right. I'm seeing the e-mail from Brian Cox dated Tuesday, May 21st, 2024 and it was to Kellie, Mike McCord, and Mikos Vonn (phonetic). You were the first name listed, and the subject was "Clark White termination," and he stated, "Please suspend Clark White's credentials. He will be let go for wrecking a van and not telling us." Was he asking you to suspend the Clark White's credentials?

A. Well, part of that is for him to -- Mike would have terminated him in -- in our system and at that time, I would turn off -- well, I would notify for his STA number to be deactivated.

Q. Okay. So now you would agree to that -- some of that was directed towards you?

A. Yes, sir.

Q. Okay. Did you do your part to get him out the system?

A. Yes, sir.

Q. Okay. Did you have any other role after that?

A. No, sir.

Q. Did you help conduct an investigation into what went on with the van and how it became wrecked?

Page 25

A. No.

Q. Do you know who would have been responsible for that?

A. No. I -- I'm not in the facilities. I was not involved in anything with any damage, any vehicle, or even seeing it.

Q. All right. Do you know if there was an exit interview for Mr. White as he was departing the company?

A. I don't know.

Q. Did he return any of the company belongings to the company?

A. I want to say I do believe his badge was returned, but I'd have to check records.

Q. Okay. Have all your answers been truthful here today?

A. Yes, sir.

Q. Who, if anyone, besides counsel for the company, have -- did you speak to in preparation for today's deposition?

A. That's it. Nobody.

Q. What documents, if any, did you review before today's deposition -- in preparation for today's deposition?

A. Some of his -- Mr. White's employee file.

Q. Okay.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203


TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com