IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

JUDGE SHERYL H. LIPMAN

MAGISTRATE JUDGE TU M. PHAM

**ORIGINAL**

MARY L. WARREN,

      Plaintiff,

vs.                 CASE NO.: 2:25-CV-02588-SHL-TMP

FLYWAY EXPRESS, LLC,

DHL EXPRESS (USA), INC. AND

JOHN DOES 1-3,

      Defendants.

DEPOSITION OF

KELLIE MCBRIDE

April 15, 2026

10:03 a.m. CT

Remote Proceeding

Chloe Fry, 1088

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

**TriStar**
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Page 10

A.   I keep track of training logs.

Q.   All right.  And prior to -- so you said you've been there at least five years.  So you would have started there in either 2020 or 202021 -- excuse me, 2020 or 2021.

A.   December of '20.

Q.   December of '20?  So would that have been doing Covid?

A.   Yes.  Right around that time, sir.

Q.   Okay.  All right.  And between 2014, when you received your college degree, your bachelor's degree, and 2020, December 2020, where did you work?

A.   I worked at MSK.

Q.   Where is that?

A.   And it's just initials.  That's here in Memphis, Tennessee.

Q.   Okay.

A.   And then I -- I worked at FedEx.

Q.   What did you do for MSK?

A.   Bill collecting, insurance.

Q.   Okay.  And what did you do for FedEx?

A.   Import package clearance.

Q.   Okay.  Are you familiar with the former employee of Flyway Express, LLC by the name of Clark White, Jr. (phonetic)?

Page 11

A.   To an extent.  Yes.

Q.   How are you familiar with that person or that name?

A.   During him being hired.

Q.   Okay.  Were you there for his onboarding process?

A.   Yes, but part of that was on computer, so it wasn't face-to-face.

Q.   Okay.  Do you know if you ever met him face-to-face?

A.   No.  I don't recall.

Q.   All right.  And do you know his date of hire?

A.   Yes.  He was around December of '21.

Q.   Okay.  So about a year after you came on?

A.   Yes.  Just about.  Yes.

Q.   All right.  And did you utilize a new hire checklist when dealing with Mr. Clark onboarding?

A.   Yes.

Q.   Okay.  All right.  And a document was produced by counsel for Flyway Express, and it's Bates dated -- it's Bates stamped Warren00075.  It's called -- entitled "A New Hire Checklist."  Have you seen that?

A.   Yes, sir.

Q.   All right.  And there were several things checked, but there was one thing conspicuously missing.

Page 12

There was no check mark by drug screen.  Can you tell me why there was no checkmark by drug screen?

MR. ROBISON:  Object to form.  You can answer.

THE WITNESS:  Of course.  Thank you.  That was something that was already implemented before I started.  I continued with it and I utilized it for documents that I was in charge of handling.  So that is why most or some of the boxes or check lines are not checked.  It was either something I didn't handle or the -- it wasn't something I directly was dealing with.  That's about all I can explain about that.

BY MR. MOORE:

Q.   All right.  And what is your married last name now?

A.   Gray.

Q.   Gray.

A.   G-R-A-Y.

Q.   All right.  Mrs. Gray, does that make good sense to you?

A.   Good sense to me about what?  I'm sorry.

Q.   The checklist is to make sure that everything is done correct.  The checklist.  Can you see this checklist?

A.   Yes.  I can see that.

Page 13

MR. ROBISON:  Object to form.  You can answer.

BY MR. MOORE:

Q.   Okay.  So if it's checked, it means it's been done.  If it's not checked, it means it's not been done, correct?

A.   But I didn't handle everything on that checklist --

Q.   So do you know if a drug screen was done --

A.   -- at that time.

Q.   For Mr. White?

A.   I'm sorry.  Can you repeat that?

Q.   Do you know if a drug screen was done for Mr. Clark White, Jr.?

A.   Did I physically see it?  No.  But I'm not the one that would send the person to have their drug screens.  That would come from the facility.

Q.   In your position as a human resources representative for the company, have you -- to this date, have you seen the results of a drug screen for Clark White, Jr. in relation to his employment with Flyway Express, LLC?

A.   No, sir.

Q.   Sitting here under oath today, you cannot state that it was done, can you?

A.   No.  I can't, but I know that it was our

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Page 18

Express; to your knowledge?

A. Extremely important.

Q. What makes you think this?

A. We have our manager meetings. I hear my -- my bosses reiterate speaking to curriers, dock people about our safety measures and safety concerns. If -- then we have safety meetings, Zoom safety meetings, with the same personnel. Safety is a huge concern and something that is stayed on top of an training with Flyway.

Q. But you are -- but Flyway Express would authorize someone to be a currier and drive Flyway van or DHL van that may have not undergone a proper drug screen?

MR. ROBISON: Object to form.

BY MR. MOORE:

Q. How safe is that?

MR. ROBISON: Same objection. You can answer.

THE WITNESS: I can't say whether or not he did or did not have one.

BY MR. MOORE:

Q. So is it -- is that a part of safety to leave it up to chance?

A. No.

MR. ROBISON: Same objection.

THE WITNESS: I -- I --

Page 19

MR. MOORE: You can answer.

THE WITNESS: It wasn't left up to chance. Different people handled different things at that time and I can't answer for what they did or didn't take care of or have done.

BY MR. MOORE:

Q. Were there too many cooks in the kitchen?

A. I don't think there are too many --

MR. ROBISON: Object to form.

THE WITNESS: -- cooks in the kitchen, but I'm only -- my job evolved as I went through -- you know, as I've been there this timeframe.

So I cannot answer to what you're asking me.

BY MR. MOORE:

Q. I'm just trying to see how this could come about. Something so -- you would agree this is pretty important for the --

A. It is important.

Q. -- the curriers and the dock workers to have these drug screens?

A. Yes. And like I stated previously, safety is a huge concern for Flyway -- our employees and other people.

Q. When did it become a concern? It didn't seem --

Page 20

A. It always has been, sir.

Q. -- a concern in '21. It doesn't seem like it was --

A. It always has been, sir.

Q. I forgot to lay some ground rule --

MR. ROBISON: Hold on. Give me some time to actually raise the objection. Object to the form. Go ahead and answer; if you can.

MR. MOORE: And --

THE WITNESS: It always has been.

BY MR. MOORE:

Q. Okay. Let's try not to talk over each other. I'm sure the court reporter wants to shoot us by this time because we're talking over each other and it's hard to type when two people are talking. So I usually lay down the ground rules that when I'm talking, I would ask that you remain quiet, and when you're talking, I do the same. Can we have that agreement at this point?

A. Yes.

Q. All right. I'm -- I was trying to ask, when did safety become paramount? When it becomes so important to the company because in '21, it does not seem that it was that important if something this important is not checked.

MR. ROBISON: Object to form. Answer if you

Page 21

can.

THE WITNESS: To my knowledge, it always has been and still is.

BY MR. MOORE:

Q. Now that you know that something may have been missed, I'm not saying that it was missed, but that it may have been missed with the drug screen, have you taken it upon yourself to advise management on ways to prevent this from occurring in the future?

MR. ROBISON: Same objection. Answer if you can.

THE WITNESS: As of -- as of today and over the years, as I've stated, my job responsibilities have evolved. So I do now and handle all new hires, all employees having their drug screens and -- in the record.

BY MR. MOORE:

Q. And when did that start?

A. Probably, maybe about a couple-ish years. I don't know exact timeframe of where I then took over making sure that these certain things were being taken care of and in their file.

Q. Had there been other problems with other things missing or why did this have to --

A. No.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com