

# CASE NO. 2:25-CV-02588-SHL-TMP

## MARY L. WARREN

## vs

## FLYWAY EXPRESS, LLC, ET AL.

## DEPONENT:

## BRIAN COX

## DATE:

## APRIL 15, 2026

www.tristardepos.com

Page 6

BY MR. MOORE:

Q.   All right, Mr. Cox.  My name is Carlos Moore. We have not previously met.  I represent Mary Warren in a lawsuit that's been filed against Flyway Express and DHL.  I'll be asking you questions on her behalf this morning.  Have you ever given a deposition?

A.   No, sir -- I have.  Yes, sir.

Q.   Okay.  So you may know the ground rules.  I'll just state a few things.  So for the record, continue to answer verbally as you're doing so that the court reporter can ascertain everything and type it down correctly.  When I'm speaking, I'm going to ask that you remain quiet, and when you're speaking, I'll do the same so that we won't -- will not speak over each other; is that fair?

A.   Yes, sir.

Q.   I have a tendency to talk fast and I may use words that you may or may not understand.  So if I need to slow down, ask me to do so and I will do so.  If I need to repeat or rephrase a question, ask me to do so and I will do so.  However, if you do answer the question, I will assume you understood the question; is that fair?

A.   It's fair.

Q.   I don't expect to hold you too long, but if

Page 7

you need to take a break before we finish, advise me of the same, and we'll allow you to take a break.  However, if there's a pending question, I ask that you answer that question before taking any break.

A.   Sure.

Q.   Okay.  Go ahead and state your name.

A.   Brian Cox.

Q.   Have you gone by any other name or alias?

A.   No, sir.

Q.   All right.  And what is the address for you -- a good address.

A.   My home address?

Q.   It could be home or it could be business.

A.   It's 6430 Hurt Road, Horn Lake, Mississippi 38637.

Q.   Okay.  And what is the phone number for you?

A.   901-490-8739, cell phone.

Q.   Okay.  And do you have relatives in Shelby County, Mississippi -- Shelby County, Tennessee?

A.   Very few.

Q.   All right.  What would be their last names -- or surnames.

A.   We have a -- we have a couple Cox and you will have a Buckner, B-U-C-K-N-E-R.  That would be my mother's maiden name.

Page 8

Q.   Okay.  All right.  And do you reside in Mississippi, or Tennessee, or where?

A.   I'm in Tennessee.

Q.   Okay.  Give me your educational background from high school going forward.

A.   High school graduate.  I graduated from University of Memphis in 2008.

Q.   With what type of degree?

A.   Business administration.

Q.   Okay.  All right.  And how long -- where are you currently employed?

A.   Flyway Express.

Q.   How long have you been employed with Flyway Express?

A.   Just before Covid.  About eight years, I believe.

Q.   And what is your job title?

A.   Vice president.

Q.   Vice president?

A.   Yes, sir.

Q.   And are you over any particular area?

A.   The whole area, our entire footprint.

Q.   So is it operations vice president or is there any --

A.   Well --

Page 9

Q.   -- other --

A.   Sorry.  I interrupted you.  I told you I wouldn't do that.

Q.   Okay.

A.   Was -- was the director of operations, currently vice president.

Q.   Okay.

A.   Yes, sir.

Q.   Who do you report to as vice president?

A.   Steve Kriese.

Q.   And what is his title?

A.   President.

Q.   Are there any other vice presidents or are you the only vice president?

A.   Mike McCord's a vice president as well.

Q.   And what is the difference in your roles?

A.   Mike's -- Mike's more so of the administration of payroll, some of the -- some of the bills.  He -- he kind of runs the bills, pays the bills.  I kind of run the operation side.

Q.   Okay.

A.   Double split up.

Q.   All right.  And who are your direct reports?

A.   Our managers -- our field managers.  So I believe you spoke with Mikos (phonetic) in Memphis. He's

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Page 10

the manager of our Memphis location and then our other locations managers, they report to me as well. There's nine of those.

Q.   Excuse me?

A.   There's nine total.

Q.   Nine total?  So you have nine different locations?

A.   Yes, sir.

Q.   Are they all within Mississippi and Tennessee?

A.   Louisiana, Mississippi, Tennessee, Florida. We also have in Alabama.  I'm sorry, Mr. Moore.

Q.   All right.  And do you have to travel between those offices, or most of your work out of the Tennessee area, or what?

A.   I travel and I'm domiciled here in -- in town.

Q.   Okay.  Are you -- strike that.  I have to ask all my deponents this.  Have you ever been arrested or convicted of any crime?

A.   No, sir.

Q.   Are you familiar with a Clark White, Jr.?

A.   Yes, sir.

Q.   Are you familiar with him?

A.   He was a courier in our Memphis location and obviously, through this incident here, but -- yeah. Clark was a courier for us for a few years.  I see him

Page 11

on payroll.  I see him in our management meetings. I hear about our couriers here and there, but I just knew his name.  Met him a few times in Memphis and knew he was a courier.

Q.   Okay.

A.   Yes, sir.

Q.   Did anything untoward about Clark White, Jr. ever come to your attention during his employment with Flyway Express?

A.   No, sir.  That I can recall.

Q.   Okay.  Did you ever send an e-mail to anyone with the company about terminating Clark White?

A.   I did.  Yes, sir.

Q.   What brought that about?

A.   We were in a conversation.  We have a -- I have a meeting with our managers every Wednesday.  Every morning I speak to them.  So I heard that he had an incident that was unreported and that they were going to release him.  So I sent the e-mail to our admin group just to turn off his credentials, which would be the gas card and the -- the building entry, the key file.

Q.   Okay.  All right.  Who had already made the call to terminate him?

A.   Memphis -- Our management team in Memphis.

Q.   Would that have been Mikos Vonn (phonetic)?

Page 12

A.   Yes, sir.  Mikos would -- was -- would be the one that I heard the information from.  Yes, sir.

Q.   Okay.

A.   And then, Jacob, you know, he's got a play in that too as he's our PM guy.  So they -- they kind of overlap.

Q.   Okay.  All right.  And what is the correct process if someone is involved in a motor vehicle collision or wreck on the company's property?  What are you -- what should the courier or employee do at the particular time, that is wreck?

A.   Well, they first notify they're immediate supervisor of the wreck -- of the incident.  They're advised to remain on site until a police officer arrives, and when they get back, they fill out an incident report, and that's citing, you know, exactly what happened, how the wreck happened, any injuries that were -- were onsite, and they turn that into their managers' managers, then facilitate that, you know, to the -- to our -- to the upper management.

Q.   All right.  Have you seen the incident report that was filled out by Mr. White in -- regarding something that may have occurred on May the 20th of 2024?

A.   No, sir.

Page 13

Q.   Did he verbally tell what happened, to your knowledge, to anyone at the company?

A.   To my knowledge, no.

Q.   Isn't it true he did not have any knowledge to what happened to the van?

A.   I didn't talk to him directly.

Q.   Okay.  All right.  But it was evident by looking at the van -- did you ever see the damage to the van yourself?

A.   In pictures, I did -- did, sir.

Q.   Okay.  And it was evident that something had happened to the van?

A.   Correct.

Q.   All right.  Are there cameras at the facility -- the Memphis facility or the Horn Lake facility?

A.   The Memphis facility, I believe there are some cameras.  We don't have direct access to those cameras.

Q.   Okay.

A.   We -- we don't interact with them.

Q.   All right.

A.   Yes.  Yes, sir.

Q.   Now, is the Horn Lake and the Memphis facility two different facilities or are they one in the same?

A.   They're different.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com