Mary L. Warren v. Flyway Express, LLC, DHL Express (USA), Inc.

---

Preliminary Expert Report

---

**Prepared By:**

W. Cody Middlebrook, CDS, CDT

Transportation Safety and Compliance Consultant



**Contact Information:**

Cody@FleetSafetyExpert.com

(205) 871-4455

FleetSafetyExpert.com

---

**For:**

Henry Reaves, Esq. | Reaves Law Firm, PLLC

---

**Case Information:**

Case Number: 2:25-cv-02588-SHL-tmp

Court: Western District Court of Tennessee, Western Division

---

Date of Report:

January 30, 2026



# 1. Introduction

## 1.1 Purpose of the Report

This report provides my professional opinions regarding the safety and regulatory compliance practices of Flyway Express, LLC (referred to hereafter as FLYWAY) and DHL Express (USA), Inc. (referred to hereafter as DHL) in relation to the collision on May 20, 2024. For the purposes of this preliminary assessment, I have assumed the accuracy of the Plaintiff's allegations and the Police Accident Report narrative regarding the involvement of FLYWAY/DHL vehicles. It examines whether FLYWAY/DHL and their driver(s) adhered to Federal Motor Carrier Safety Regulations (FMCSRs) and industry standards, conditioned upon the eventual evidentiary verification of the drivers' identities and vehicle units. My analysis is based on the materials provided, including the documents listed in Section 3, as well as my education, training, and experience in the field of transportation safety and compliance. Should the underlying facts regarding vehicle identification change through further discovery, I reserve the right to amend these opinions.

## 1.2 Scope of Review

This report evaluates the safety and compliance practices of FLYWAY/DHL in relation to applicable federal/state regulations, industry standards, and recognized best practices. The analysis examines all aspects of safety and regulatory compliance relevant to this matter, including but not limited to driver qualifications, hours of service compliance, vehicle maintenance, safety management practices, and any additional factors impacting the safe operation of commercial motor vehicles. The scope of this review is based on the materials provided through discovery, deposition testimony, and publicly available data, as well as my professional experience and expertise in transportation safety and compliance.

## 1.3 Assignment

I was engaged by Reaves Law Firm on behalf of the plaintiffs to provide expert analysis and opinions regarding the safety and regulatory compliance practices of FLYWAY/DHL.

©W. Cody Middlebrook



Specifically, I was tasked with determining whether FLYWAY/DHL and their driver(s) adhered to applicable FMCSRs and best practices, and whether deficiencies in compliance contributed to the collision in question.

*1.4 Limitations*

This report is based solely on the materials provided to me, including discovery documents, deposition testimony (if available), and publicly available data. The opinions expressed herein are formed under the assumption that the materials provided are complete, accurate, and authentic.

If additional evidence or documents become available, I reserve the right to amend or supplement this report as necessary. My analysis is limited to the scope of my expertise in transportation safety and regulatory compliance and does not extend to matters outside this area, such as accident reconstruction, medical causation, or legal conclusions.

This report assesses compliance with applicable FMCSRs /state regulations, industry standards, and recognized best practices. Differences in the interpretation or application of these standards may influence the findings. The opinions and conclusions expressed in this report are specific to the facts and circumstances of this case and are not intended for use in other cases or contexts.

> To the extent that a response is necessary, **Flyway states that Winchester Road is a main road in Memphis, Tennessee that is located near its local station. Flyway would expect all or most of its drivers to travel on Winchester Road on any given day.** Defendant identifies the following Flyway drivers that were operating vehicles on May 20, 2024. Any additional contact information is unknown at this time. Defendant reserves the right to supplement this response.

***Figure 1:*** *FLYWAY's answer to Interrogatory No.1 in Defendant Flyway Express, LLC Responses to Plaintiff's First Set of Interrogatories*

©W. Cody Middlebrook



As of the date of this report, discovery has not yielded specific vehicle VINs or driver identifications for the FLYWAY/DHL units allegedly involved. FLYWAY has acknowledged in discovery responses that the location of the collision is a route frequented by its drivers but states it cannot confirm involvement without further identification.

## 2. Qualifications and Methodology

### 2.1 Qualifications

The opinions and conclusions presented in this report are based on extensive experience and expertise in motor carrier safety and regulatory compliance, including:

- Over 10 years of professional experience in the transportation and safety industries.
- Class A Commercial Driver's License (CDL) w/ Hazmat Endorsement – Alabama Law Enforcement Agency (ALEA)
- Certification as a Certified Director of Safety (CDS) and Certified Driver Trainer (CDT) through the North American Transportation Management Institute (NATMI).
- Specialized knowledge of Federal Motor Carrier Safety Regulations (FMCSRs), including parts 40; 107; 171; 172; 173; 177; 178; 180; 350; 355; 380; 381; 382; 383; 384; 385; 390; 391; 392; 393; 395; 396; 397; 399.
- Expertise in conducting mock FMCSA audits and regulatory compliance reviews tailored to motor carrier operations.
- Designing and delivering training programs on defensive driving, hours of service compliance, driver qualification, and fleet safety best practices.
- Consulting experience in over 200 litigation matters involving FMCSA compliance, accident causation, and safety evaluations.
- Leveraged academic training in sociology to develop expertise in qualitative research methods, including systemic analysis of organizational behavior, compliance patterns, and risk assessment within the transportation industry.
- I have extensive expertise in industry standards and guidance, including safety criteria, operational best practices, and federal and state statutes governing motor carrier

©W. Cody Middlebrook



operations. My knowledge encompasses resources from the FMCSA, CVSA, ANSI, AAMVA, NSC, Smith System, PTDI, and others, as well as key legislative acts shaping transportation safety and compliance.

Further details about my professional background, education, certifications, and affiliations are provided in the attached Curriculum Vitae.

*2.2 Methodology*

The methodology for this report employs a structured and repeatable framework that combines qualitative scientific methods with industry-recognized practices.[1] This approach includes the systematic analysis of materials such as Driver Qualification Files, Hours of Service logs, vehicle maintenance records, safety policies, deposition testimony, and publicly available FMCSA data, including SMS scores and SAFER reports. Compliance with FMCSRs and state-adopted standards was assessed through benchmarking against established safety and operational standards within the commercial transportation industry.

The analysis incorporates a qualitative risk assessment approach to evaluate the likelihood and severity of safety risks, with a focus on identifying systemic deficiencies in safety management controls and their potential impact on operational safety.[2] This process is designed to provide a detailed assessment of adherence to safety and compliance expectations for motor carriers and drivers. In a transportation safety context, a systemic analysis examines patterns of accidents, compliance violations, and systemic deficiencies across motor carriers and drivers to identify risk factors and recommend targeted interventions.[3] This approach supports a comprehensive

---

[1] **Science** involves systematic methodologies to gather and analyze evidence to understand phenomena. Both qualitative and quantitative methods meet these criteria by relying on structured, replicable, and evidence-based approaches. **Qualitative analysis** focuses on understanding behaviors, processes, and compliance patterns through non-numeric data such as observations, testimony reviews, and document reviews. This approach is particularly suited to fields like transportation safety and compliance, where regulations and human factors intersect.

[2] A **qualitative risk assessment approach** is a systematic method for evaluating risks by analyzing non-quantifiable factors, such as behaviors, processes, and compliance patterns, to identify potential hazards and their impacts. It relies on subjective but structured evaluation, often using descriptive analysis, professional judgment, and comparative benchmarking against established standards or best practices. This approach emphasizes context, nuance, and detailed understanding, making it particularly valuable in areas where numerical data may be unavailable, insufficient, or impractical to measure.

[3] Rasmussen SA, Goodman RA (Eds.). (2019). *The CDC Field Epidemiology Manual*. Oxford University Press. "Qualitative methods belong to a branch of social science inquiry that emphasizes the importance of context, subjective meanings, and motivations in understanding human behavior patterns. Qualitative approaches definitionally rely on open-ended, semi structured, non-numeric strategies for asking questions and recording responses. Conclusions are drawn from systematic visual or textual analysis involving repeated reading, coding, and organizing

©W. Cody Middlebrook



understanding of safety and compliance issues in transportation. The analysis incorporates qualitative and quantitative methods to evaluate the behaviors, processes, and compliance patterns of motor carriers and drivers.[4]

Key elements of the methodology include:

- **Document Analysis**: A detailed review of materials such as Driver Qualification Files, Hours of Service logs, maintenance records, and FMCSA data.
- **Qualitative Risk Assessment**: Identifying systemic deficiencies and their potential impact on operational safety.
- **Compliance Benchmarking**: Comparing motor carrier and driver practices against regulatory requirements and recognized industry standards.
- **Professional Judgment**: Synthesizing findings using over a decade of expertise in transportation safety and compliance.

All findings were interpreted using professional judgment informed by over 10 years of experience in fleet safety, compliance, and operations. My academic background in sociology provides a foundational understanding of systemic factors and behavioral patterns, which complements my ability to analyze compliance data, operational practices, and driver behavior. This interpretation was supported by FMCSR requirements, recognized industry standards, and established research frameworks, ensuring the methodology is scientific, systematic, transparent, and grounded in widely accepted practices within the field of transportation safety.

## 3. Materials Reviewed

This report is based on a review of materials provided during discovery and additional references relevant to the field of transportation safety and compliance. A complete list of materials reviewed, including case-specific documents and a bibliography of industry standards and

---

information into structured and emerging themes. Because textual analysis is relatively time- and skill-intensive, qualitative samples tend to be small and purposively selected to yield the maximum amount of information from the minimum amount of data collection. Although qualitative approaches cannot provide representative or generalizable findings in a statistical sense, they can offer an unparalleled level of detail, nuance, and naturalistic insight into the chosen subject of study."
[4] Leavy, P. (Ed.). (2014). *The Oxford handbook of qualitative research*. Oxford University Press.

©W. Cody Middlebrook