UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____

MARY L. WARREN,

        Plaintiff,

                      Case No. 2:25-cv-02588-SHL-tmp

                      Judge Sheryl H. Lipman

VS.

                      Magistrate Judge Tu M. Pham

                      Jury Demand

FLYWAY EXPRESS, LLC,
DHL EXPRESS (USA), INC.
AND JOHN DOES 1-3,

        Defendants.
_____

THE VIDEOTAPED DEPOSITION VIA ZOOM OF

W. CODY MIDDLEBROOK
_____

MARCH 25, 2026

CERTIFIED
TRANSCRIPT

_____

CHERI SULLIVAN, RPR, CCR, LCR
Riverside Reporting
(901) 527-1100

EXHIBIT 1

factors impacting the safe operations of commercial motor vehicles.

Did I read that right?

A.    You did.

Q.    Who determines what issues are relevant to this particular case?

A.    This is a reflection of my methodology.  I try to look at all aspects of transportation safety.  A lot of what I do is carrier work, but it's also mixed fleets.  So I typically look at all the totality of the evidence available to me.

Q.    That sentence mentioned driver qualifications. Have you reviewed qualifications for any specific driver as part of your formation of opinions in your report dated January 2026?

A.    By the time the report was generated, no.

Q.    And have you subsequently reviewed driver qualifications of any specific driver?

A.    I received documents today that I would probably consider relevant to driver qualification that would need further review.

Q.    So you have possession of them, but you haven't completed a review of them; is that fair?

A.    Yes.  Rather than skimming through.

Q.      Did you review any driver's hours of service when you formed your opinions in the report dated January 30th of 2026?

A.      I did not.

Q.      In January of 2026, had you identified any particular vehicle owned or operated by any defendant in this case that was involved in this motor vehicle collision?

A.      Can you restate the question, please?

Q.      Sure.  Happy to.  When you formed your opinions in this case, as they are contained in your report from January, had you identified any particular vehicle that was owned or operated by either of the defendants in this case that was involved in the motor vehicle collision?

A.      No specific vehicles apart from the statements from the parties involved in the accident identifying two DHL vans.  But not a particular van or VIN number or vehicle number, no.

Q.      And then let me ask the follow-up question. In the records that you received today, I understand that you have not reviewed them, but do you have any understanding about any particular vehicle owned or operated by any of the defendants that was involved in