**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **MARY L. WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:25-cv-02588-SHL-tmp** |
| | ) | |
| **v.** | ) | **Judge Sheryl H. Lipman** |
| | ) | |
| **FLYWAY EXPRESS, LLC,** | ) | **Magistrate Judge Tu M. Pham** |
| **DHL EXPRESS (USA), INC., and** | ) | |
| **JOHN DOES 1-3,** | ) | **JURY DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO EXCLUDE EXPERTS

BEFORE THE COURT is Plaintiff Mary L. Warren's Motion for Extension of Time to Respond to Defendants' Motions to Exclude Experts (Docs. 85, 87, 89, and 91), filed on May 1, 2026 by Defendants Flyway Express, LLC and DHL Express (USA), Inc.

Upon consideration of the Motion, the accompanying Certificate of Consultation under Local Rule 7.2, the record, and applicable law, the Court finds that good cause exists under Federal Rule of Civil Procedure 6(b)(1)(A) to grant the requested extension.

IT IS THEREFORE ORDERED that Plaintiff's Motion is GRANTED. Plaintiff shall have through and including May 28, 2026 to file her responses to:

- Defendants' Motion to Exclude Expert Testimony of Apurva Dalal, M.D. (Doc. 85);

- Defendants' Motion to Exclude Expert Testimony of W. Cody Middlebrook (Doc. 87);

- Defendants' Motion to Exclude Testimony of Any Proposed Life Care Plan Expert (Doc. 89); and

- Defendants' Motion to Exclude Expert Testimony of David Strauser, Ph.D. (Doc. 91).

All other deadlines set forth in the Court's Scheduling Order, including the September 11, 2026 pretrial conference and the September 28, 2026 jury trial setting, remain unchanged.

IT IS SO ORDERED this _____ day of _____, 2026.

_____
JUDGE SHERYL H. LIPMAN