UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

**MEDIATION CERTIFICATION**

| Case Number: | Case Title: |
|---|---|
| Plaintiff Counsel: | |
| Defendant Counsel: | |
| Presiding Judge: | Mediator: |

I, _____, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on _____.

As a result of that mediation held on _____.

□ The case has settled in whole.

□ Case settled prior to scheduling first mediation session.

□ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

□ The case has not settled.

□ Mediation will continue on _____.

□ Parties may schedule another session at a later date.

□ Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| | |
|---|---|
| Date: | Electronic Signature of Mediator: <br> *s/* |