**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MARY L. WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-2588-SHL-tmp |
| | ) | |
| FLYWAY EXPRESS, LLC, DHL EXPRESS | ) | |
| (USA), INC., CLARKE WHITE, JR., and | ) | |
| JOHN DOES 1–3, | ) | |
| | ) | |
| Defendants. | | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Defendants Flyway Express, LLC, and DHL Express (USA), Inc.'s Notice of Removal (ECF No. 1), filed June 10, 2025,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal (ECF No. 109), filed May 20, 2026, the case is **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 26, 2026
Date